ORIGINAL

RECEIVED
FEB 1 1 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

JS 44 (SD Miss 12/98)

# Civil Cover Sheet

The JS-44 Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Please refer to the instructions on page 2.

**1. (a) PLAINTIFFS** Jerry C Mills, D/B/A JCM Timber Company

ECF

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Perry
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS** U.S. Dept. of Agriculture; U.S. Dept of Agriculture, Forest Service; Ann M. Veneman, Secretary, Dept of Agriculture; Dale Bosworth, Chief, Forest Service

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEY'S NAME (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Al Shiyou 601-583-6040
Shiyou Law Firm
P.O. Box 510
Hattiesburg, MS 39403

ATTORNEYS (IF KNOWN)

05 - 216C

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

G 1 U.S. Government Plaintiff — G 3 Federal Question (U.S. Gov't Not a Party)
X 2 U.S. Government Defendant — G 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (FOR DIVERSITY CASES ONLY)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND IN ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of this State | G 1 X | G 1 | Incorporated or Principal Place of Business in this State | G 4 | G 4 |
| Citizen of another State | G 2 | G 2 | Incorporated and Principal Place of Business in another State | G 5 | G 5 |
| Citizen or Subject of a Foreign Country | G 3 | G 3 | Foreign Nation | G 6 | G 6 |

**IV. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

X 1 Original Proceeding — G 2 Removed from State Court — G 3 Remanded from Appellate Court — G 4 Reinstated or Reopened — G 5 Transferred from another district (specify) — G 6 Multidistrict Litigation — G 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

**CONTRACT**
G 110 Insurance
G 120 Marine
G 130 Miller Act
G 140 Negotiable Instrument
G 150 Overpayment Recovery & Enforcement of Judgment
G 151 Medicare Act
G 152 Recovery of Defaulted Student Loans (Excluding Veterans)
G 153 Recovery of Overpayment of Vet's Benefits
G 160 Stockholders' Suits
X 190 Other Contract
G 195 Contract Prod. Liability

**REAL PROPERTY**
G 210 Land Condemnation
G 220 Foreclosure
G 230 Rent Lease & Ejectm't
G 240 Torts to Land
G 245 Tort Product Liability
G 290 All Other Real Prop.

**TORTS**

PERSONAL INJURY
G 310 Airplane
G 315 Airplane Product Liability
G 320 Assault, Libel, Slander
G 330 Federal Employer's Liability
G 340 Marine
G 345 Marine Product Liability
G 350 Motor Vehicle
G 355 Motor Vehicle Product Liability
G 360 Other Pers. Injury

PERSONAL INJURY
G 362 Personal Injury–Med. Malpractice
G 365 Personal Injury–Product Liability
G 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
G 370 Other Fraud
G 371 Truth in Lending
G 380 Other Personal Property Damage
G 385 Property Damage Product Liability

**CIVIL RIGHTS**
G 441 Voting
G 442 Employment
G 443 Housing/Accommodations
G 444 Welfare
G 440 Other Civil Rights

**PRISONER PETITIONS**
G 510 Motions to Vacate Sentence
HABEAS CORPUS:
G 530 General
G 535 Death Penalty
G 540 Mandamus & Other
G 550 Civil Rights
G 555 Prison Conditions

**FORFEITURE/PENALTY**
G 610 Agriculture
G 620 Other Food & Drug
G 625 Drug Related Seizure of Property 21 USC § 881
G 630 Liquor Laws
G 640 Railroad & Truck
G 650 Airline Regulations
G 660 Occupational Safety/Health
G 690 Other

**LABOR**
G 710 Fair Labor Standards Act
G 720 Labor/Management Relations
G 730 Labor/Management Reporting and Disclosure Act
G 740 Railway Labor Act
G 790 Other Labor Litigation
G 791 Employees Retirement Income Security Act (ERISA)

**BANKRUPTCY**
G 422 Appeal 28 USC § 158
G 423 Withdrawal 28 USC § 157

**PROPERTY RIGHTS**
G 820 Copyrights
G 830 Patent
G 840 Trademark

**SOCIAL SECURITY**
G 861 HIA (1395ff)
G 862 Black Lung (923)
G 863 DIWC/DIWW (405(g))
G 864 SSID Title XVI
G 865 RSI (405(g))

**FEDERAL TAX SUITS**
G 870 Taxes (U.S. Plaintiff or Def.)
G 871 IRS–Third Party 26 USC § 7609

**OTHER STATUTES**
G 400 State Reapportionment
G 410 Antitrust
G 430 Banks & Banking
G 450 Commerce/ICC Rates, etc.
G 460 Deportation
G 470 Racketeer Influenced and Corrupt Organizations (Civil RICO)
G 810 Selective Service
G 850 Securities/Commodities/Exchange
G 875 Customer Challenge 12 USC § 3410
G 891 Agricultural Acts
G 892 Economic Stabilization Act
G 893 Environmental Matters
G 894 Energy Allocation Act
G 895 Freedom of Information Act
G 900 Appeal of Fee Determination Under Equal Access to Justice Act
G 950 Constitutionality of State Statute
G 890 Other Statutory Actions

**VI. CAUSE OF ACTION** (Cite the U.S. civil statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statute unless this is a diversity action) 28 U.S.C § 1491

**VII. REQUESTED IN COMPLAINT:** G Check if this is a Fed. R. Civ. P. 23 Class Action — **DEMAND: $** — **CHECK YES ONLY IF DEMANDED IN COMPLAINT: JURY DEMAND:** G YES G NO

**VIII. RELATED CASE(S) IF ANY** (SEE INSTRUCTIONS) JUDGE ____ DOCKET NUMBER ____

11/11/04
Date

Signature of Attorney of Record

**FOR CLERK'S OFFICE USE ONLY**

RECEIPT NO. ____ AMOUNT $____ JUDGE ____ MAGISTRATE JUDGE ____