EXHIBIT A
1st page of 24

# TIMBER SALE PROSPECTUS

Sale name: Compartment 447 — Type of Sale: Premeasured

National Forest: DeSoto — Ranger District: Chickasawhay

Bidding Method: Sealed — Bid Guarantee: $ 31,500.00

Location of Bid Opening: District Ranger's Office
968 Hwy 15 South
Laurel, MS 39441

Date: March 1, 2000 — Time: 10:00 A.M.

1. **INTRODUCTION**. This prospectus furnishes prospective bidders with information not contained in the published advertisement and is designed to enable bidders to decide whether or not to further investigate the sale. The prospectus is not a legally binding document, but is offered to provide general information about a sale. The contract does not include descriptions, estimates, and other data in this prospectus, unless otherwise stated. In the event that the prospectus contains an error or contradicts the sample contract, the contract governs. Bidders are urged to examine the timber sale and make their own estimates. Timber sale contract form **FS-2400-6T** will be used. Inspect the sale area and the sample contract before submitting a bid. Obtain the appraisal, other information on the timber, and conditions of sale and bidding at Forest Service offices listed above and in the named attached advertisement.

2. **BIDDING**. This is a SEALED BID sale. Bidders must submit sealed bids on prepared forms they can obtain from Forest Service offices listed above and in the attached advertisement. The forms include instructions for bidding and submission of the required certifications. A bid guarantee must be included with the bid in the form of cash, a bid bond on form FS-6500-13 (4/82) or later, certification of annual bid bond allocation on form FS-6500-13a (4/82) or later, an irrevocable letter of credit, a certified check, bank draft, cashiers check, official bank check, or bank or postal money order payable to the Forest Service, USDA in the amount specified above and in the bid form. The bid guarantee shall be returned to each bidder whose bid is not accepted.

3. **LOCATION AND DESCRIPTION OF TIMBER**. Refer to the sample contract and sale area map attached to the sample contract for legal location of sale area, location of payment units, location of cutting units, the acreage of sale area, and the cutting unit acreage.

THE FOLLOWING GENERAL LOCATION, ROUTES OF ACCESS, ACREAGES, AND OTHER SPECIAL LOCATION DATA DO NOT SUPERSEDE THE SALE AREA MAP OR SAMPLE CONTRACT.

**The Sale Areas are located approximately 10 miles northeast of Piav in Green County, Mississippi. The Sale Area includes about 1625 acres, of which an estimated 804 acres are marked and/or designated for cutting. The method of cut includes about 65 acres of clearcut, 738 acres of thinning and other partial cutting, 1 acre of R-O-W.**

4. **TIMBER QUANTITIES AND RATES**. The quality, size, cut per acre, and product suitability of the timber are estimates based on detailed cruise information on file and available for inspection at the Forest Service offices listed above and in the advertisement. VOLUME

QUANTITIES LISTED HEREIN ARE MADE AVAILABLE WITH THE UNDERSTANDING THAT VALUES SHOWN ARE FOREST SERVICE ESTIMATES AND ARE NOT GUARANTEED. For these reasons, bidders are urged to examine the timber sale area and make their own estimates.

Road Construction Costs. The advertised rate does not include the estimated cost of specified road construction. The estimated road construction cost has been included in the appraisal as a cost that the purchaser will incur. The purchaser will be responsible for the road construction cost and WILL NOT receive credit towards stumpage costs for this expense, i.e., THIS SALE DOES NOT INCLUDE PURCHASER CREDIT and bidders should consider the cost of road construction when developing their bids.

THE MINIMUM ACCEPTABLE BID RATE IS STATED IN THE ATTACHED BID FORM. THESE RATES ARE EFFECTIVE AT THE TIME OF ADVERTISEMENT.

**Estimated Quantities and Rates per Unit of Measure**

| Species | Product | Unit of Measure | Estimated Quantities | Average DBH | Advertised Rates | Base Rates | Required Deposits: Slash Disposal | Required Deposits: Road Maintenance |
|---|---|---|---|---|---|---|---|---|
| Pine | Sawtbr. | CCF | 1810 | - | 129.00 | 11.00 | - | N/A |
| Hardwood | Sawtbr. | CCF | 101 | - | 17.00 | 5.00 | - | N/A |
| Pine | Sm Rwd | CCF* | 3029 | - | 26.00 | 8.00 | - | N/A |
| Hardwood | Sm Rwd | CCF | 198 | - | 1.00 | 1.00 | - | N/A |
| | **TOTAL** | **CCF** | 5138 | | | | | |

***Includes Topwood**

Estimated Knutson-Vandenberg deposit for sale area improvement work in a total amount of $133,866.16 is included in total timber value.

**5. PERIOD OF CONTRACT**. The normal operating season covers the period between March 1 and December 1. Contract termination date is November 30, 2002. Extensions of this contract may be granted only when the purchaser has met specified conditions.

The purchaser must submit a general operating plan to the Contracting Officer for approval before operations begin or within 60 days of sale award, whichever is earlier. The plan must show how the purchaser plans to complete the contract by the termination date. In addition to the general operating schedule, the purchaser must submit an annual schedule of operations before commencing operations. This schedule will include the anticipated major activities and needs for harvest. This annual schedule of operations does not require concurrence of the Forest Service.

**6. PAYMENT**. Payment for timber and any required deposits for slash disposal or road maintenance are required in advance of cutting. Purchaser may transfer purchaser credit into the contract, or provide an acceptable payment guarantee prior to cutting. Payment for required deposits must be a cash payment. The purchaser shall make advance deposits in accordance with CT4.221 - Advance Deposits.

The high bidder whose bid is accepted shall, at the time the contract is signed and returned by the bidder, make a downpayment pursuant to Title 36, Section 223.49, of the Code of Federal Regulations. The Contracting Officer will notify the high bidder of the amount necessary to make this payment. In no case shall the downpayment be less than 10 percent of the total bid value and 20 percent of the bid premium. The bidder may use transferred-in purchaser credit to meet this requirement. After receipt of the downpayment and a satisfactory performance bond and upon

execution of the timber sale contract, the Forest Service will return the bid guarantee. A cash bid guarantee may be applied to the downpayment at the request of the purchaser. The purchaser cannot apply the amount deposited as a downpayment to cover other obligations due on the sale until stumpage value representing 25 percent of the total bid value of the sale has been charged and paid for on the statement of account.)

By April 21, 2002, the purchaser shall have paid for, or in lieu thereof, deposited cash in the amount of: (1) 50 percent of the total estimated bid premium, or (2) 35 percent of the total estimated sale value at bid date, exclusive of required deposits, rounded up to the next $100. Purchaser credit transferred in may be used to meet this requirement. Transferred-in purchaser credit cannot be subsequently transferred to another sale unless the credit is replaced by cash.

By July 16, 2002, the purchaser shall have paid for, or in lieu thereof, deposited cash in the amount of 75 percent of the total estimated sale value at bid date, exclusive of required deposits, rounded up to the next $100. Purchaser credit transferred in may be used to meet this requirement. Transferred-in purchaser credit cannot be subsequently be transferred to another sale unless the credit is replaced by cash.

If a qualified bidder elects to have the Forest Service construct specified roads, the contract shall provide for collection of not less than the full estimated cost of the roads stated in this prospectus, in addition to the current contract rate value and required deposits.

If bidder elects the road option, payment for right-of-way timber will be made in advance of cutting. The timber will be decked by the road contractor and will be made available to the purchaser when notified by Forest Service of location and availability. If purchaser and road contractor agree, purchaser may cut and remove right-of-way timber as part of the specified road construction.

7. **PERFORMANCE BOND**. A performance bond is required. The penal sum of the bond will be 10 percent of the total bid value of the sale, rounded up to the nearest $100 when the total bid value is $10,000 or less; and rounded up to the nearest $1,000 when the total bid value exceeds $10,000. If an irrevocable letter of credit is used to secure the performance bond, the termination of the letter of credit must be at least 6 months past the contract termination date.

8. **SPECIFIED ROADS**. The Forest Service has determined that the following forest development roads shall be constructed or paid for, in whole or in part, by the timber sale purchaser. Sufficient information to permit a prospective bidder to calculate the likely cost to be incurred for road construction is available at the Forest Supervisor's Office. See the sample contract for verification of specific details and information concerning construction specifications. CONSTRUCTION ESTIMATES AND INFORMATION CONTAINED HEREIN, TOGETHER WITH RELATED SPECIFICATIONS, ARE NOT GUARANTEED. The following roads are those that Forest Service considers necessary to remove the timber from this sale.

| Road Number | Road Name | Traffic Service Level | Approximate miles | Estimated Road Construction Cost | Type of Work C or R |
|---|---|---|---|---|---|
| 207C1 | | | 1.00 | 24,107.92 | R |
| 223A | | | 1.23 | 22,494.39 | R |
| 223A1 | | | 1.06 | 27,200.68 | R |
| 223A2 | | | 0.25 | 15,113.09 | R |
| 223E | | | 0.34 | 4,978.09 | R |
| 223E1 | | | 0.34 | 7,343.85 | R |

R = Reconstruction

The required specified road completion date for all roads is September 10, 2001. If provision CT5.101# - Road Completion Date has different dates for projects, this is the final road completion date.

Total estimated road construction cost allowed in appraisal is $112,424.11

The estimated road construction cost includes the cost of road reconstruction engineering services, pursuant to Public Law 88-657, 78 Stat. 1089, 16 U.S.C. 532-537. Refer to C(T)5.121# - Deposit for Reconstruction Engineering Services in the sample contract for additional information.

Purchaser shall make a cash deposit in the amount $ 11,186.09 for engineering services completed by Forest Service in preparation of this contract. The Forest Service shall complete reconstruction related engineering services on the following schedule:

| Road or Facility No. | Termini From - To (MP or Sta.) | Engineering Services Completion Date |
|---|---|---|
| 207C1 | 0.00-1.00 | N/A |
| 223A | 0.00-1.23 | N/A |
| 223A1 | 0.00-1.06 | N/A |
| 223A2 | 0.00-0.25 | N/A |
| 223E | 0.00-0.34 | N/A |
| 223E1 | 0.00-0.34 | N/A |

9. **ROAD MAINTENANCE**. Purchaser shall perform or pay for road maintenance work, commensurate with purchaser's use, on roads controlled by Forest Service, and used by purchaser in connection with this sale. Road maintenance requirements are based on the predicted haul route. Any change in the purchaser's actual haul route may necessitate a change in the roads to be maintained and/or in the amount of required deposit for road maintenance. Required deposits for road maintenance are listed above and in the sample contract. Maintenance specifications are in the sample contract.

10. **INAPPLICABLE STANDARD PROVISIONS**. See sample contract.

11. **SPECIAL PROVISIONS**. See sample contract.

12. **FINANCIAL ASSISTANCE**. The Small Business Administration (SBA) may be able to assist small business concerns in financing construction of specified roads listed in the sample timber sale contract. Such SBA assistance, if available, may be in the form of guaranteed bank loans or direct participation SBA loans. Applicants must meet SBA size and eligibility requirements.

APPLICANTS ALSO MUST MEET CREDIT REQUIREMENTS OF SBA AND/OR A LOCAL BANK. APPROVAL OF LOAN ASSISTANCE RESTS WITH SBA AND IS CONTINGENT ON AVAILABILITY OF LOCAL FUNDS OR SBA FUNDS. FAILURE TO BE ELIGIBLE OR TO OBTAIN A LOAN IN NO WAY AFFECTS REQUIREMENTS OF BID FOR ADVERTISED TIMBER SALE OR THE TIMBER SALE CONTRACT. If requested by the purchaser, the timber sale contract can provide repayment of direct SBA loans through the Forest Service as the timber is cut.

13. **SET-ASIDE SALES**. INAPPLICABLE.

14. **LOG EXPORT AND SUBSTITUTION RESTRICTIONS**. INAPPLICABLE.

15. **EQUAL EMPLOYMENT OPPORTUNITY COMPLIANCE REVIEW**. If the total bid value plus required deposits for this contract exceeds $10 million, before award, the Forest Service shall request an equal employment opportunity compliance review of the high bidder to determine compliance with the provisions of Executive Order 11246 of September 24, 1965, as amended by Executive Order 11375 of October 13, 1967.

16. **AWARD**: The Contracting Officer is required to make a determination of bidder responsibility as stated in Title 36, Section 223.101, of the Code of Federal Regulations.

To determine a purchaser to be responsible, a Contracting Officer must find that:

a. The purchaser has adequate financial resources to perform the contract or the ability to obtain them;

b. The purchaser is able to perform the contract within the contract term taking into consideration all existing contracts and Governmental business commitments;

c. The purchaser has a satisfactory performance record on timber sale contracts. A prospective purchaser that is or recently has been seriously deficient in contract performance shall be presumed not to be responsible, unless the Contracting Officer determines that the circumstances were beyond the purchaser's control and were not created through improper actions by the purchaser or affiliate, or that the purchaser has taken appropriate corrective action. Past failure to apply sufficient tenacity and perseverance to perform acceptably under a contract is strong evidence that a purchaser is not a responsible contractor. The Contracting Officer shall consider the number of contracts involved and extent of deficiency of each in making this evaluation;

d. The purchaser has a satisfactory record of integrity and business ethics;

e. The purchaser has or is able to obtain equipment and supplies suitable for logging the timber and for meeting the resource protection provisions of the contract;

f. The purchaser is otherwise qualified and eligible to receive an award under applicable laws and regulations.

Bidders, by signing the bid form, certify that to the best of bidder's knowledge bidder will meet the requirements in 36 CFR 223.101, determination of purchaser responsibility, and if awarded this contract that bidder will complete the timber sale contract and any modifications thereof in accordance with its terms including requirements to purchase, cut, and remove included timber.

17. **FALSE STATEMENTS ACT**. Bidders, by signing the bid form, certify that they are aware that bidder is subject to the penalties prescribed in 18 U.S.C. 1001, Chapter 47, Fraud and False Statements (P.L. 104-45). The Act states "whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers

up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined under this title or imprisoned not more than 5 years, or both."

18. **DAMAGES**. This contract shall be terminated for breach pursuant to paragraph 16, 19, and/or 21 of the bid form and the terms of the sample contract if: 1) bidder fails to execute a timber sale contract, furnish a downpayment, or furnish a satisfactory performance bond within 30 days of the award letter's date; or 2) bidder is found to have violated the False Statements Act in making any statement or certification on the bid form including not meeting purchaser responsibility requirements, and bidder has made a false statement. The bid guarantee shall be retained, in whole or in part, by the Forest Service to satisfy any damages that may be assessed.

19. **SUSPENSION AND DEBARMENT CERTIFICATION**. Non-procurement debarments and suspensions are governed by the Government-wide common rules (7 CFR 3017).

These rules require each participant, in this case the timber sale purchaser, to submit a certification for itself, its principals, and its affiliates when bidding on sales. The bidder must designate its status regarding debarment, suspension, and other matters as specified on the bid form. The bidder, by signing the bid form, certifies this status. An explanation for not submitting a certification may be submitted. The Contracting Officer will determine whether the explanation provides sufficient reason for permitting participation in the bidding.

Also, as a participant enters into covered lower tier transactions, these lower tier participants must certify their eligibility. The lower tier certification titled Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion - Lower Tier Transactions must be provided to the lower tier participant, but completed certifications are not required to be submitted with bid forms. Purchaser must keep these lower tier certification forms on file for review by the Forest Service, if requested.

The certification forms and instructions for lower tier transactions are provided as an addendum to the bid form.

20. **OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (OSHA) LOGGING REGULATIONS**. Conduct of operations on this timber sale is subject to inspection for compliance with the logging operations regulations at 29 CFR 1910.266 by OSHA. This standard is applicable to the entire logging industry wherever logging operations occur. Information is available to assist purchasers to ensure compliance with the logging operations regulations during conduct of this timber sale from the U.S. Department of Labor, Occupational Safety and Health Administration, **3780 I-55 North, Suite 210, Jackson, Mississippi, 39211, (601) 965-4606.**

21. **GENERAL**.
Purchaser Representative. The purchaser must designate, in writing, a representative for the sale. The purchaser or its representative must have a pre-operations meeting with the District Ranger or the Forest Service Representative before operations begin.

Pre-entry conference. A pre-entry conference between the Forest Service Representative and the designated company representative will be required before logging operations begin. The logging contractor for the company, if this is not the company representative, should also attend the meeting. This meeting will provide each party an opportunity to discuss the details of the contract, billing procedures, logging plans, roads to be used for hauling and other matters pertinent to the sale. The purchaser will make arrangements with the District Ranger for the pre-entry conference.

Safety. The purchaser will furnish, install and maintain all temporary traffic control devices necessary to provide forest users with adequate warning of hazardous or potentially hazardous conditions associated with the purchaser's operations.

Endangered Species. There may be Red Cockaded Woodpecker colonies within the sale area boundary. The Red Cockaded Woodpecker is included on the Federal Register of Endangered and Threatened Species and protected under the 1973 Endangered Species Act. Damaging a cavity tree constitutes a violation under this Act. Cavity trees can be recognized by large amounts of pitch on the bole of the tree around the cavity hole.

Known colony sites are designated on the ground by a painted 200 foot buffer zone around the cavity tree. Trees around the perimeter of the zone are marked with a band of gray paint. The cavity tree is marked with two bands of gray paint.

**Please Note:**

**This sale has been divided into 11 payment units. Only 3 units will be released for cutting at any one time. The usual procedure is to complete one unit before starting in another.**

**Timber to be cut is marked or designated as follows:**

**All trees within payment units 2, 3, 5, 8, 10, and 11, have been marked for cutting by paint spots below stump height and at about eye level. Sawtimber trees have two spots on the stump and small roundwood trees have one spot.**

**Payment unit 7 is a Clearcutting Unit. All trees in these units that meet minimum tree diameter specifications in Table AT2 of the timber sale contract is designated to be cut. The boundary of Clearcutting units are plainly marked on the ground by blue paint. Boundary trees are not designated for cutting.**

**Payment units 4, 6, and 9 are Designated by Description thinning units.**

**Payment unit 1 is a specified Road R-O-W unit.**

**Show-me-Trip is scheduled for Date: February 15, 2000 Time: 9:00 A.M. at the Chickasawhay Ranger District Office.**

**Purchaser maintenance is required on approximately 4.8 miles at an estimated cost of $2000. There are 4.2 miles of specified road reconstruction with an estimated cost of $112, 424.11 (this includes $11,186.09 for engineering services). Purchasers should allow for this in their bids.**

**No log landings may be closer than 300 feet from the edge of highway 42 where visible.**

**Forest Road 223A2 has restricted use. It may be used to haul in dry weather only.**

**There is old yellow paint still visible in unit 5. Purchasers should exercise caution as cut trees for this sale are marked in green.**

**County Road 207 is also being used for hauling on the 446, 448 timber sale. Caution should be used while traveling this road.**

**Sample error in excess of Forest Service standards was detected in three sampling strata (10, 20, 22); see Report DS1. This was due to the very low number of trees in those strata. These strata represent insignificant sale volume. Prospective purchasers should review this data and refer any questions to Sandy Henning at (601) 428-0594.**

**TEMPORARY ROADS.**

**Temporary road construction is estimated at 1.9 miles.**

**The purchaser is expected to place earthen mounds to close all temporary roads.**

**A motor grader will be required as necessary for road maintenance.**

Temporary Road construction will not be scheduled to occur outside the Normal Operating Season. The location and clearing widths of all Temporary Roads and landings shall be agreed to and all timber within the clearing limits will be paid for before construction is started. Refer to the sample contract for more information.

**EROSION CONTROL.**

**The purchaser will be required to do erosion control on an estimated 18 acres that will depend on final temporary road, skid trail , and log landing locations. Prospective bidders are urged to allow for this in their bids.**

The purchaser will revegetate, normally by seeding or planting with grasses or other suitable plant material, areas where soil disturbance will result in soil losses from erosion. Purchaser will vegetate areas, including temporary roads, skid trails and landings designated by the Forest Service, in accordance with the specifications listed in the contract.

Refer to BT6.6, CT6.62, and CT6.601 in the sample contract for more detail about erosion control requirements. Guidelines for waterbar spacing and construction are available at the District Ranger's office.

**SLASH TREATMENT.**

The purchaser will be required to treat logging slash and other debris resulting from logging operations. In the event slash is deposited on other ownership, the purchaser shall immediately remove such slash. Refer to the sample contract for other slash disposal requirements.

**Slash disposal is required along highway 42 in units 10 and 11. Slash must be lopped and scattered within two feet of the ground for 100 feet from the edge of the highway clearing.**

**STREAMCOURSE PROTECTION.**

All vehicles are prohibited within a 33 foot-wide zone along either side of streamcourses designated on the Sale Area Map. Vehicles will be allowed to enter these streamcourses only at locations designated by the Forest Service or as essential for construction or removal of culverts or bridges. Refer to the sample contract for other streamcourse protection requirements.

**PROTECTION OF IMPROVEMENTS.**

The Purchaser will protect any improvements, such as powerlines, gas lines, telephone lines, during operations and will be responsible for prompt repair of any damage caused to them. Refer to the sample contract for other requirements necessary to protect improvements.

**PROTECTION OF THREATENED AND ENDANGERED SPECIES HABITAT AND CULTURAL RESOURCE SITES.**

**There are numerous special areas scattered through all payment units. Exact locations are not depicted on the sale area map which contains only one SA symbol per unit. Locations of these areas are flagged on the ground with yellow and black caution flagging.**

Location of known historic or prehistoric sites, buildings, objects, and properties related to American history, architecture, archaeology and culture, such as settler or Indian artifacts, have been identified on the ground by the Forest Service. Location of areas needing special measures for protection of plants or animals listed as threatened or endangered under the Endangered Species Act of 1973 are shown on the Sale Area Map and identified on the ground. Measures needed to protect such areas have been included in the contract.

Refer to the sample contract for the requirements necessary to protect cultural resources or threatened and endangered species.

EXHIBIT A
10 of page of 24

**NATIONAL FOREST TIMBER FOR SALE**

**DESOTO NATIONAL FOREST.**

The Compartment 447 Timber Sale is located within the Chickasawhay Ranger District in Green County, Mississippi. The Forest Service will open sealed Bids in public at the District Ranger's Office at 10:00 A.M. local time on March 1, 2000 for an estimated 1810 CCF Pine Sawtimber, 101 CCF Hardwood Sawtimber, 3029 CCF Pine Small Roundwood, and 198 CCF Hardwood Small Roundwood marked or otherwise designated for cutting. Sale contains specified roads with an estimated public works construction cost of $101,238.02 and $11,186.09 is required for Deposit for Engineering Services. Bidders qualifying as small business concerns under the Small Business Act may, when submitting a bid, elect for the Forest Service to build permanent roads. Additional information concerning this option is in the prospectus. The Forest Service reserves the right to reject any and all bids. This sale requires periodic payments; see the prospectus for more information. A prospectus, bid form, and complete information concerning the timber, the conditions of sale, and submission of bids is available to the public from the District Ranger's Office, 968 Hwy 15 south, Laurel, MS 39441 or from the Forest Supervisor's Office, 100 W. Capitol Street, Suite 1141, Jackson, Mississippi 39269.

ADVERTISED IN THE CLARION LEDGER IN JACKSON ON February 1, 2000.

# Compartment 447
# Analysis Unit 28
# Chickasawhay Ranger District
# Desoto National Forest
# Sale Area Map




- Payment Unit Boundary BT1.1
- Sale Area Boundary BT1.1
- Payment Unit Number BT4.1
- Existing Roads BT5.12
- Specifed Road Reconstruction BT5.2 CT5.2 AT9
- Protected Stream Course BT6.5 CT6.5
- R Use of Roads by Purchaser CT5.12
- (R) Reserve Trees CT2.32 CT6.32
- Protected Utility Line BT6.22 CT6.22
- (SA) Protection of Special Areas CT6.222
- DxD Designation by Description CT2.38 CT3.46
- S S S Slash Treatment Zone BT6.7 CT6.7
- Private Ownership

Scale 1:24000
sjh 8/11/99

**Summary of Acres by Payment Unit & Method of Cut**

EXHIBIT A 24

| Compt/ Stand No. | Type Cut | Paint Color | Payment Unit Number | Payment Unit Acres | Number of Marked Trees | | | | Expected Cut by Product | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Pine S/T | Hwd S/T | Pine R/W | Hwd R/W | Pine S/T | Hwd S/T | Pine R/W | Hwd R/W | Pine Topwood |
| row | row | WHITE | 1 | 1 | 177 | 19 | 519 | 37 | 47 | 4 | 29 | 2 | 1 |
| 447/13 | TH | YEL | 2 | 35 | 393 | 0 | 805 | 0 | 133 | 0 | 46 | 0 | 16 |
| 447/2,17 | TH | BLUE | 3 | 222.9 | 1735 | 0 | 6761 | 0 | 536 | 0 | 378 | 0 | 69 |
| 447/12 | TDD | N/A | 4 | 46.3 | 0 | 0 | 7219 | 0 | 0 | 0 | 336 | 0 | 0 |
| 447/1 | TH | GR | 5 | 100 | 168 | 0 | 4290 | 0 | 47 | 0 | 240 | 0 | 4 |
| 447/3 | TDD | N/A | 6 | 43.4 | 0 | 0 | 6767 | 0 | 0 | 84 | 315 | 0 | 0 |
| 447/20 | CC | N/A | 7 | 49.4 | 1577 | 386 | 1061 | 2771 | 680 | 13 | 80 | 178 | 70 |
| 447/19 | CC | BLUE | 8 | 15.5 | 642 | 75 | 576 | 418 | 287 | 0 | 32 | 18 | 29 |
| 447/8 | TDD | N/A | 9 | 176.5 | 0 | 0 | 27519 | 0 | 0 | 0 | 1279 | 0 | 0 |
| 447/6 | TH | YEL | 10 | 43 | 15 | 0 | 845 | 0 | 4 | 0 | 47 | 0 | 1 |
| 447/21 | TH | YEL | 11 | 71 | 238 | 0 | 959 | 0 | 76 | 0 | 53 | 0 | 4 |
| | | | 12 | | | | | | | | | | |
| | | | 13 | | | | | | | | | | |
| | | | 14 | | | | | | | | | | |
| | | | 15 | | | | | | | | | | |
| | | | 16 | | | | | | | | | | |
| | | | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | TOTALS | | | 804 | 4945 | 480 | 57321 | 3226 | 1810 | 101 | 2835 | 198 | 194 |
| | AVG/AC | | | | \\\\\\\\\\ | \\\\\\\\\\ | \\\\\\\\\\ | \\\\\\\\\\ | 2.251 | 0.126 | 3.526 | 0.246 | 0.241 |

A

13th page of 24

**Summary of Trees and Volume by Diameter Classes:**

| PINE SAWTIMBER | | | HARDWOOD SAWTIMBER | | |
|---|---|---|---|---|---|
| DBH Class | Volume CCF | Number of Trees | DBH Class | Volume CCF | Number of Trees |
| 9" | 0 | 0 | 9" | 0 | 0 |
| 10" | 0 | 0 | 10" | 0 | 0 |
| 11" | 215 | 1136 | 11" | 0 | 0 |
| 12" | 202 | 844 | 12" | 3 | 49 |
| 13" | 202 | 721 | 13" | 15 | 120 |
| 14" | 97 | 314 | 14" | 19 | 103 |
| 15" | 167 | 447 | 15" | 23 | 64 |
| 16" | 177 | 381 | 16" | 32 | 111 |
| 17" | 204 | 394 | 17" | 0 | 0 |
| 18" | 102 | 158 | 18" | 0 | 0 |
| 19" | 131 | 188 | 19" | 0 | 0 |
| 20" | 89 | 128 | 20" | 0 | 0 |
| 21" | 63 | 74 | 21" | 0 | 0 |
| 22" | 52 | 63 | 22" | 0 | 0 |
| 23" | 30 | 34 | 23" | 9 | 33 |
| 24" | 4 | 4 | 24" | 0 | 0 |
| 25" | 37 | 31 | 25" | 0 | 0 |
| 26"+ | 38 | 28 | 26"+ | 0 | 0 |
| TOTAL | 1810 | 4945 | | 101 | 480 |

Average CF/tree 37

Average CF/tree 21

Pine Small Roundwood

| DBH | No. Trees |
|---|---|
| 5" | 13940 |
| 6" | 18309 |
| 7" | 11444 |
| 8" | 5628 |
| 9" | 3724 |
| 10" | 4044 |
| 11" | 201 |
| 12" | 4 |
| 13"+ | 27 |
| TOTAL | 57321 |

No. trees/CCF 20

Hardwood Small Roundwood

| DBH | No. Trees |
|---|---|
| 6" | 273 |
| 7" | 775 |
| 8" | 1068 |
| 9" | 408 |
| 10" | 333 |
| 11" | 287 |
| 12" | 82 |
| 13" | 0 |
| 14"+ | 0 |
| TOTAL | 3226 |

No. trees/CCF 16

Unit Rate Bidding

FS-2400-14 (8/98) Page 1 of 11
OMB No. 0596-0114 Exp. 05/31/99

USDA -Forest Service

**BID FOR ADVERTISED TIMBER**
(Reference FSM 2430, FSH 2409.18, Section 57.2)

| 1. Sale Number: | 2. Date of Bid Opening: **10:00 A.M. 3/01/2000** | 3. Opened By: | 4. In the Presence of: |
|---|---|---|---|
| 5. Sale Name: **Compartment 447** | | | |
| 6. National Forest: **DeSoto** | 7. Ranger District: **Chickasawhay** | | 8. Type of Bid a. [X Sealed Bid b. [ ] Confirmation of Oral Bid |
| 9. To: (Title and address of Sale Officer receiving bids **District Ranger, Chickasawhay 968 Hwy 15 South Laurel, MS 39441** | 10. Name of Newspaper: **CLARION LEDGER** | | 11. Date Published: **February 1, 2000** |
| | 12. City **JACKSON** | | 13. State **MISSISSIPPI** |

INSTRUCTIONS TO SALE OFFICER: Complete applicable blanks before sending to prospective bidders. Attach copy of sale advertisement. Entries are required in in blocks 1, 2, 5, 6, 7, 8a or b, 9, 10, 11, 12, 13, 14a, b, c, d, e, f, h, & i, 15a, and 20; and instruction 14 in all sales. Strike out spaces for entries in one or more of columns e, h, or i, if not applicable to the sale.

**********In Response to the Notice of Sale published in the newspaper specified above, and subject to the conditions attached hereto, the following bid is submitted and shall constitute a Firm Offer:***********

14. Bid Information:

| Species and Products (a) | Unit of Measure (b) | Estimated Quantity (c) | Rates Per Unit of Measure: Base (d) | Advertised (e) | Bid (f) | Additional Deposits for Slash Disposal (g) | Base Indices (h) |
|---|---|---|---|---|---|---|---|
| **Pine Sawtimber** | **CCF** | **1810** | **11.00** | **129.00** | | **XXXXXXXX** | **XXXXX** |
| **Hardwood Sawtimber** | **CCF** | **101** | **5.00** | **17.00** | | **XXXXXXXX** | **XXXXX** |
| **Pine Small Roundwood** | **CCF*** | **3029** | **8.00** | **26.00** | | **XXXXXXXX** | **XXXXX** |
| **Hardwood Small Roundwood** | **CCF** | **198** | **1.00** | **1.00** | | **XXXXXXXX** | **XXXXX** |
| | | | | | | | A |
| | | | | | | 19th | 24 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| ***Includes Topwood** | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

15. **BID GUARANTEE:** (a) The minimum garantee which must accompany this bid is $**31,500.00.**
(b) The form of guarantee accompanying this bid is a(n) ________________________________ in the amount of $________________ (See Instruction 6 for acceptable forms of payment)

15h 24

**16. BIDDER RESPONSIBILITY CERTIFICATION:** Subject to the penalties prescribed in 18 U.S.C. 1001, bidder certifies, by signing this bid form, that to the best of bidder's knowledge that the following representations are accurate and complete:

a. That the Bidder has not employed or retained any company or person (other than a full-time bona fide employee working solely for the bidder) to solicit or secure a contract for this timber or forest product.

b. That the Bidder has not paid or agreed to pay any company or person (other than a fulltime bona fide employee working solely for the bidder) any fee, commission, percentage or brokerage fee, contingent upon or resulting from the award of contract for this timber or forest product, and agrees to furnish information relating thereto as requested by the Contracting Officer.

c. That the Bidder meets the requirements in 36 CFR 223.101 regarding determination of purchaser responsibility.

d. That if awarded this contract that Bidder will complete the timber sale contract to its terms and any modifications thereof including requirements to purchase, cut, and remove the included timber or forest product by the termination date.

**16a. BIDDER CERTIFICATION REGARDING DEBARMENT, SUSPENSION, AND OTHER MATTERS:** Subject to the penalties prescribed in 18 U.S.C. 1001, bidder certifies, by signing this bid form, that to the best of bidder's knowledge that the following representations are accurate and complete.

a. That the Bidder and its principles are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntary excluded from covered transactions by any Federal department or agency.

b. That the Bidder and its principles have not within a three-year period preceding this bid been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State or local) transaction or contract under a public transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property.

c. That the Bidder and its principles are not presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State or local) with commission of any of the offenses enumerated in paragraph b of this certification.

d. That the Bidder and its principles have not within a three-year period preceding this bid had one or more public transactions (Federal, State or local) terminated for breach or default of a timber or forest product contract.

Bidders that cannot certify this block, in whole or in part, shall submit an explanation with their bid (see Instruction 17).

**16b. BIDDER INFORMATION REQUIREMENTS:** Subject to the penalties prescribed in 18 U.S.C. 1001, bidder certifies, by signing this bid form, that to the best of bidder's knowledge that the following information is accurate.

a. That the Bidder [ ] has, [ ] has not participated in a previous contract subject to the provision of section 202 of Executive Order 11246 (Non-discrimination in Employment) of 9/24/65, as amended; and that the Bidder [ ] has, [ ] has not submitted required compliance reports under such previous contracts.

b. That the Bidder together with its affiliates employs the following number of persons and is classified as:

[ ] 1-25 [ ] 26-500 [ ] Over 500 **and** a: [ ] Manufacturer [ ] Nonmanufacturer

**17. CERTIFICATE OF INDEPENDENT PRICE DETERMINATION:** Subject to the penalties prescribed in 18 U.S.C. 1001, bidder certifies and represents, by signing this bid form, that the following representations are accurate and complete:

A. By submission of this bid each Bidder also certifies, and in the case of a joint bid each party thereto certifies as to its own organization, that in connection with this sale:

(1) The prices in this bid have been arrived at independently, without consultation, communication, or agreement, as to any matter relating to such prices with any other bidder or with any potential competitor;
(2) The prices which have been quoted in this bid have not been knowingly disclosed by the Bidder and will not knowingly be disclosed by the Bidder prior to opening of bid, directly or indirectly to any other bidder or to any potential competitor; and
(3) No attempt has been made or will be made by the Bidder to induce any other person or firm to submit or not to submit a bid.

B. Each person signing this bid or proposal certifies that:

(1) The Signer is the person in the Bidder's organization responsible within that organization for the decision as to the prices bid herein and that the Signer has not participated, and will not not participate, in any action contrary to A (1) through A (3) above; or
(2) The Signer is not the person in the bidder's organization responsible within that organizationfor the decision as to prices bid herein but that the Signer has been authorized in writing to act as agent for the persons responsible for such decision in certifying that such persons have not participated, and will not participate, in any action contrary to A (1) through A (3) above, and as their agent does hereby so certify; and that the Signer has not participated, and will not participate, in any action contrary to A (1) through A (3) above.

C. A bid will not be considered for award where any portion of A or B above has been deleted or modified. Where these provisions have been deleted or modified the bid will not be considered for award unless bidder furnishes with the bid a sworn statement which sets forth in detail the circumstances of the disclosure and the Chief, Forest Service, or the Chief's designee, determines that such disclosure was not made for the purpose of restricting competition.

**18. ROAD CONSTRUCTION OPTION [ ]** Check box if Bidder is a Small business and wishes to have Forest Service construct all specified roads. You may not change an election once made. Failure to mark box constitutes agreement to build roads. Election may not be changed subsequent o time set for opening bids (See also Instructions 12 and 13).

**19. CONTRACT, DOWNPAYMENT AND BOND:** The bidder whose bid is accepted will, within 30 days of the award letter's date, or any written extension thereof by the Forest Service, execute a timber sale contract which shall be provided by the Forest Service and be based on the sample contract referenced in the prospectus. Simultaneously, bidder shall submit a downpayment and furnish a satisfactory performance bond, in accordance with the provisions of such timber sale contract, in the penal sum as prescribed in the prospectus for this sale, and otherwise complete the process described on this form and pages attached hereto. Bidder agrees that its failure to comply with this paragraph shall result in a termination of this contract for breach under provisions of instruction 9 of the Instructions to Bidders portion of this form.

**20. DOWNPAYMENT:** Pursuant to 36 CFR 223.49, the bidder to whom award is made must make a downpayment at the time the contract is signed by the bidder and returned to the Forest Service in the amount of:

(X) Ten percent of the advertised value plus twenty percent of the total bid premium.
( ) __ percent or the advertised value, plus__ percent of the total bid premium based on the Chief's determination that this amount is necessary to deter speculation.

NOTICE: The indicated downpayment amount shall be increased to twenty percent of the total advertised value and 40 percent of the total bid premium if the Contracting Officer determines that the Bidder meets the criteria for additional downpayment established by 36 CFR 223.49.

**21. FIRM OFFER:** Subject to the penalties prescribed in 18 U.S.C. 1001, Chapter 47-Fraud and False Statements: the Bidder hereby agrees not to withdraw this bid after the bid opening. Signing this bid form binds the Bidder to accept award under the terms of the sample contract and this bid form if its bid is accepted within 90 days after bid opening. The period for acceptance may be extended by written notice from Bidder. If Bidder qualifies as a small business and elects road construction by the Forest Service, then the Bidder agrees that its offer shall remain open through the period stated in the prospectus although that period may exceed 90 days.

**22. TERMS OF BIDDER'S OFFER:** Bidder certifies and represents that the Bidder has read and understands each and every provision of this bid form (together with any attachments thereto) and the sample sale contract. The Bidder agrees that it assumes the responsibility to clarify any questions before signing this form. The Bidder agrees that the written provisions of this bid form (together with any attachments) and the sample sale contract constitute the entire agreement of the parties until a written contract is executed and neither the bid form (and any attachments) nor the sample contract can be orally modified. The Bidder expressly adopts the terms of this bid form and the sample contract as material parts of the Bidder's offer for the advertised timber or forest product.

**23. DISCLAIMER OF ESTIMATES AND BIDDER'S WARRANTY OF INSPECTION:** Before submitting this bid, the Bidder is advised and cautioned to inspect the sale area, review the requirements of the sample sale contract, and take other steps as may be reasonably necessary to ascertain the location, estimated volumes, construction estimates, and operating costs of the offered timber or forest product. Failure to do so will not relieve the Bidder from responsibility for completing the contract.

The Bidder warrants that this bid/offer is submitted solely on the basis of its examination and inspection of the quality and quantity of the timber or forest product offered for sale and is based solely on its opinion of the value thereof and its costs of recovery, without any reliance on Forest Service estimates of timber or forest product quality, quantity or costs of recovery. Bidder further acknowledges that the Forest Service: (i) expressly disclaims any warranty of fitness of timber or forest product for any purpose; (ii) offers this timber or forest product as is without any warranty of quality (merchantability) or quantity and (iii) expressly disclaims any warranty as to the quantity or quality of timber or forest product sold except as may be expressly warranted in the sample contract.

The Bidder further holds the Forest Service harmless for any error, mistake, or negligence regarding estimates except as expressly warranted against in the sample contract.

**24. CERTIFICATION OF COMPLIANCE WITH EXPORT AND SUBSTITUTION RESTRICTIONS:** The Bidder certifies, by signing this bid form, that the Bidder is in compliance with applicable prohibitions against export and substitution prescribed in the Forest Resources Conservation and Shortage Relief Act of 1990, as amended (16 U.S.C. 620, et seq). In Alaska, exports of logs, cordwood or primary products derived from included timber may not be transported from Alaska without Regional Forester approval (see instruction 15).

~~**25. SMALL BUSINESS SET-ASIDE SALE:** This is a small business set-aside sale. Section 15 of the Small Business Act of 1958 authorizes award of this sale to a qualified small business as stated in 13 CFR 121.507. If the Contracting Officer or another interested party questions the representation of the high bidder within 5 working days of bid opening, the Contracting Officer may defer award of this sale pending consideration by the Small Business Administration.~~

~~The Bidder certifies, by signing this bid form, that it is a small business concern within the terms of definitions listed below:~~

~~(a) In sales of National Forest timber, a small business is a concern that is primarily engaged in the logging or forest products industry, is independently owned and operated, is not dominant in its field of operation, and together with its affiliates, does not employ more than 500 persons.~~

~~(b) In sales of National Forest timber with any part to be resold, a small business is a concern that meets the requirements of item (a), above, and agrees that it will not sell or exchange more than 30 percent of the advertised sawtimber quantities to a concern that does not qualify as small business; and agrees to sell 100 percent of the advertised Southern Yellow pine sawtimber quantities to small businesses for processing.~~

~~(c) In sales of National Forest timber not to be resold for manufacture into lumber and timbers, a concern is small business when it meets the requirements of item (a), above, and it agrees that in manufacturing lumber or timbers from National Forest timber, it will do so only with its own facilities or those of concerns that qualify as small businesses.~~

~~**26. SPECIAL SALVAGE SALE TIMBER SALE PROGRAM SET-ASIDE SALE:** This is a small business set-aside sale. Preferential award of this sale to small business concerns employing 25 or fewer employees is authorized by section 15 of the Small Business Act of 1958. If you submit the high bid and the Contracting Officer or another interested party questions your status within 5 working days of bid opening, the Contracting Officer shall defer award of this sale pending consideration by the Small Business Administration (SBA).~~

~~In addition to certifying Bidder's small business status, the successful bidder must complete a Small Business Certification, which is required on every preferential sale of set-aside timber at the time the sale contract is executed. The Small Business Administration certification confirms the representation of the size status of the firm, provides assurance that the firm will maintain records of all sales or exchanges of sawtimber from this sale for 3 years, and acknowledges the possible penalties for violating the foregoing.~~

~~The Bidder certifies, by signing this bid form, that it is a small business concern within the terms of definitions listed below:~~

~~(a) In connection with sale of Government-owned special salvage timber, designated by the Forest Service as a special salvage timber sale (SSTS), a small business is a concern that is primarily engaged in the logging or forest products industry, is independently owned and operated, is not dominant in its field of operation, and, together with its affiliates, did not employ more than 25 persons during any pay period for the last 12 months.~~

~~(b) In sales of National Forest timber with any part to be resold, a small business is a concern that meets the requirements of item (a), above, and agrees that, as an eligible logger, it will accomplish a significant portion of the logging operation, exclusive of hauling, with its own employees. "Significant logging of timber" means that the firm uses its own employees to accomplish two or more of the following elements: Felling and bucking, yarding, and loading. The firm further agrees to subcontract such SSTS logging elements not accomplished with its own employees only to concerns eligible for preferential award of an SSTS.~~

~~(c) In sales of National Forest timber not to be resold for manufacture into lumber and timbers, a small business is a concern that meets the requirements of item (a), above, and agrees to manufacture a significant portion of the logs with its own employees. "Manufacture of logs" means, at a minimum, a breakdown of a log into the rough cut of the finished product. The firm further agrees to accomplish the logging of SSTS timber, exclusive of hauling, with its own employees or to subcontract such logging only to concerns eligible for preferential award of an SSTS.~~

~~**27. CERTIFICATION OF NON-AFFILIATION:** The timber or forest product included in this sale is timber or forest products remaining from an uncompleted sale contract. Title 36, Code of Federal Regulations, part 223.86, states: "Except as otherwise provided in this section, no bid will be considered in the resale of timber remaining from any uncompleted timber sale contract from any person, or from an affiliate of such person, who failed to complete the original contract: (1) because of termination for purchaser's breach or (2) through failure to cut designated timber on portions of the sale area by the termination date, . . . . As used in this section, 'person' includes any individual, corporation, company, association, firm, partnership, society, joint stock company, or other business entity or the successor in interest of any of the foregoing business entities. A person is an 'affiliate' when either directly or indirectly: (1) a person controls or has the power to control the other, or (2) a third person or persons control or have the power to control both."~~

~~The purchaser of the original contract for this timber was ________________ of ________________.~~

~~The Bidder certifies, by signing this bid form, that it is not the purchaser who failed to complete the original contract, and that bidder is not an affiliate of this person.~~

**28. CERTIFICATION OF AFFILIATION:** The bidder certifies that a complete listing of Bidder's affiliates who are primarily engaged in the logging of forest products is included with this bid: (Add additional pages if needed; See Instructions 10 and 14):

| Full Name of All Partners & Affiliates (Type or Print) | Tax Identification Number |
|---|---|
| | |
| | |
| | |
| | |
| | |

**Before signing this bid, review the attached instructions to bidders and fill in the applicable blanks in boxes 14g, 15b, 16b, 18 and 28.**

| Name of Bidder: (Type or Print) | By: (Signature in ink) | |
|---|---|---|
| Tax Identification No. | Title: (Type or Print) | Date: |

| Business Address (Include Zip Code) (Type or Print) |
|---|
| |

A
19th 24

Public reporting burden for this collection is estimated to be 10 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Under the Paperwork Reduction Act of 1995, an agency shall not conduct or sponsor, and no persons are required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this collection of information is 0596-0114.

Deposits will be returned to unsuccessful bidders by certified mail unless deposits are returned personally.

Receipt for Returned Deposits:

Check Number_______ in the amount of $____________ dated ________________ was returned

to ______________________________________________ ___________________________

Signature ______________________________________________ Date:_________________

## INSTRUCTIONS TO BIDDERS

20th A 24

1. **BIDDER'S QUALIFICATIONS:** Before a bid is considered for award, the Bidder may be required to submit a statement regarding the Bidder's previous experience in performing comparable work, business affiliates and technical organizations, financial resources, intended product processing facilities and its timber exporting history.

2. **PREPARATION OF SEALED BIDS:** Bids shall be manually signed, bid prices entered into each block of the Bid Column (Block 14g) for all material subject to bidding and all fill-in blanks completed. If erasures or other changes appear on the forms, each erasure or change must be initialled by the person signing the bid.

3. **SUBMISSION OF SEALED BIDS:** Sealed bids, with the accompanying bid guarantee, must be submitted to the Sale Officer, designated by the advertisement as the receiving officer, at or prior to the time established by the advertisement. Such bids must be enclosed in a sealed envelope addressed to the designated receiving officer. The envelope should show on the outside (a) that it is a "Bid for Timber," and (b) the sale name or number, and the date and time of opening bids as shown by the advertisement. Bids received after the time specified in the sale advertisement are late bids, Forest Service Handbook 2409.18, Chapter 60 will govern acceptance of such bids.

4. **PUBLIC OPENING OF SEALED BIDS:** Sealed bids will be publicly opened and posted at the time and place set for opening in the advertisement.

5. **ORAL AUCTION BIDDING:** If the advertisement provides for Sealed and Oral bids, each bidder to participate in the oral auction must submit a sealed bid in accordance with these instructions. All parties who submit a satisfactory sealed bid will be permitted to continue bidding orally following opening and posting of the sealed bids. The Apparent High Bidder must confirm it's oral bid in writing immediately upon being declared the Apparent High Bidder.

6. **BID GUARANTEE:** A bid guarantee in the form of a bid bond on form FS-6500-13 (4/82 or later version), certification of annual bid bond allocation on form FS-6500-13a (4/82 or later version), an irrevocable letter of credit, the format of which has been pre-approved by the Forest Service Regional Forester, a certified check, official bank check, bank draft, cashier's check, bank or postal money order payable to the Forest Service, USDA, or cash, in an amount no less than that specified in item 15(a), must accompany each sealed bid. Failure to submit an acceptable bid guarantee with the sealed bid will require rejection of the bid as non-responsive unless there is no other acceptable bid, or unless the Forest Service, in its sole discretion, decides to briefly delay a sale advertised for sealed bids followed by oral bids in order to allow any bidder to cure any deficiency in its bid guarantee prior to oral bidding. Bid bonds must be accompanied by a power of attorney indicating that the person signing the bond for the surety has the power to do so. The Bidder acknowledges that bid guarantee shall be retained, in whole or in part, by the Forest Service to satisfy any damages that may be assessed if the bid is accepted and bidder subsequently fails to furnish a cash downpayment or return the executed contract and performance bond as required (see instruction 9); and that the bid guarantee may be retained, in whole or in part, if the bid is accepted and bidder has failed to abide by the terms of the bid or sample contract violating the False Statements Act including not meeting the requirements in 36 CFR 223.101, determination of purchaser responsibility, and bidder has made a false statement (block 16). Otherwise, the bid guarantee shall be returned to each bidder whose bid is not accepted.

7. **AWARD OF CONTRACT:** Award of the contract will be made to that responsible bidder whose bid, conforming to the invitation for bids, is most advantageous to the United States on the basis of total value at rates bid for the estimated quantities. The Government may, when in its interest, reject any or all bids or waive any informality in bids received. A written award mailed (or otherwise furnished) to the successful bidder shall be deemed to result in a binding contract without further action by either party. If timber is advertised as set-aside for competitive bidding by Small Businesses, award will be made to the highest bidder qualified as a Small Business and who has not been determined by the SBA to be ineligible for preferential award of set-aside sales. If there are no qualified Small Business bidders, this Forest Service will advertise this sale without restrictions on bidder size. All small businesses qualified as a small business by the SBA shall be required to follow the small business set-aside provisions of the sample contract.

**8. DOWN PAYMENT:** The bidder to whom award is made must make a down payment at the time the bidder signs the contract and returns the contract to the Forest Service. The amount of the down payment will be calculated as shown in Item 20 of this bid for advertised timber. Only cash or transferred-in purchaser credit may be used to meet this requirement. Cash deposited must be in the form of bank draft, certified, official bank, or cashier's check, bank or postal money order, or company check. After receipt of down payment and executed contract with required performance bond, the bid guarantee will be returned to the successful bidder.

**9. DAMAGES:** Bidder acknowledges that this contract shall be terminated for breach pursuant to block 16, 16a, 16b, 19, 21, 24, 25, 26, 27 and/or 28 of this bid form and the terms of the sample contract if: (1) the Bidder fails to execute a timber sale contract, furnish a downpayment, or furnish a satisfactory performance bond, within the number of days listed in block 19, of award letter's date; (2) the Bidder is found to have violated the False Statements Act in making any statement or certification on this bid form including not meeting purchaser responsibility requirements and Bidder has made a false statement. The Bidder acknowledges that the Bidder shall not be entitled to cure this breach and that it will pay damages pursuant to the terms of the sample contract. The primary component of these damages shall be the difference between the Bidder's bid value and the resale bid value. If, in its sole discretion, the Forest Service decides not to reoffer the sale, the Bidder agrees that damages shall still be assessed by appraisal as provided in the sample contract.

**10. PRIVACY ACT:** All personal information is requested on a voluntary basis; however, if you do not provide this personal information, your bid will not be accepted and the contract will not be awarded to you. Solicitation of this information is necessary for the government to conduct its sale program and thus is authorized under the National Forest Management Act of 1976, (16 U.S.C. 472a). The principal purpose for collecting this information is to allow for proper award of a timber sale contract and to provide for administration of that contract after award. Other routine uses of this data include: (1) compilation of Small Business data to determine needs for set-aside sales, (2) determination of volume purchased in any specific time period by a single purchaser, and (3) determination of volume under contract by a purchaser.

**11. ROAD COMPLETION DATE:** The Bidder hereby acknowledges that the Bidder is aware of the road completion date of the sample contract. The Bidder also acknowledges that if the Bidder elects to have Forest Service construct specified roads, the Bidder is aware: (a) that the Forest Service expects to contract for road construction, (b) that the timber sale contract will not be awarded unless a satisfactory road construction bid is received and a road construction contract is awarded or, if the Forest Service fails to receive such a bid within a maximum period stated in the advertisement, the Bidder agrees to perform road construction, (c) that the Forest Service may extend the maximum award delay time by the amount of time needed to confirm either sale or road bidder's size status or by any time in excess of 40 days from timber sale bid opening needed to begin solicitation of construction bids, and (d) that if the Forest Service extends the maximum award delay period because solicitation of the road contract is delayed, the Bidder may withdraw its bid without penalty.

**12. ELECTION OF ROAD OPTION AND CERTIFICATE OF SMALL BUSINESS STATUS:** The National Forest Management Act of 1976 (16 USC 472h(i)) provides that the Secretary of Agriculture may permit timber purchasers qualifying as small business concerns under the Small Business Act to elect, when submitting a bid for timber, to have the Secretary build the specified roads. Bidders qualifying as a Small Business concern under the Small Business Act, as amended, and the regulations thereunder, may elect to have the Forest Service construct the Specified Roads required by this contract. The Bidder who does not elect agrees, if awarded the contract, to construct the roads in accordance with the contract. A Bidder who does elect acknowledges that Bidder is aware of and agrees to the conditions stated in Instruction 11 above and that the Bidder is a Small Business concern.

If you wish to elect Government construction, you must so indicate in Block 18 on the bid form that you submit in response to the advertisement. You may not accept this election at a later time. If you do not elect Government construction on your original bid form and you receive contract award, you must construct needed specified roads. You must elect Government construction for all of the specified roads as a package. Election of Government construction of a portion of the roads constitutes a nonresponsive bid. When you elect Government construction, you must certify your firm as a qualified small business concern and acknowledge your understanding that award of the sale cannot take place until the Forest Service ensures road construction.

Except in rare instances, and then only when indicated in the advertisement, the Forest Service must rely upon independent contractors to construct the roads when you request Government construction. The Forest Service shall make a good-faith effort to let a contract for the construction. Without receipt of a satisfactory bid under Federal Procurement Regulations, the Forest Service can only award the timber sale contract to you if you agree to perform

the construction. This problem does not arise often, but you should consider the possibility when deciding upon your election.

The Act also requires that when the purchaser elects to have the Secretary build the roads, the price paid for the timber must include the estimated public works road construction costs and the current contract rate value.

**13. ELECTION OF ROAD OPTION:** The Roads and Trails Act of 1964 (Public Law 88-657) provides that the Secretary of Agriculture shall not require a purchaser to bear costs necessary to meet a higher road standard than is needed for the immediate harvest and removal of timber. The contract requires construction of road number(s) N/A to a design standard higher than that needed for this sale. Any purchaser may elect at the time of sealed-bid submission to have the Forest Service construct this (these) road(s). A Bidder who does elect acknowledges that the Bidder is aware of and agrees to the conditions stated in Instruction 11 above.

If you wish to elect Government construction, you must so indicate in Block 18 of the bid form that you submit in response to the advertisement. You cannot accept this election at a later time. If you do not elect Government construction on your original bid form and you receive the contract award, you must construct the above specified road(s). You must elect Government construction for all of the identified specified road(s) as a package. Election of Government construction of a portion of the road(s) constitutes a nonresponsive bid. When you elect Government construction, you must acknowledge your understanding that award of the sale will not take place until the Forest Service ensures road construction. If the purchaser elects to have the Secretary build the road(s), the price paid for the timber must include the estimated road construction costs and the current contract rate value.

Except in rare instances, and then only when indicated in the advertisement, the Forest Service must rely upon independent contractors to construct the road(s) when you request Government construction. The Forest Service shall make a good-faith effort to let a contract for the construction. Without receipt of a satisfactory bid under Federal Procurement Regulations, the Forest Service can only award the timber sale contract to you if you agree to perform the construction. This problem does not arise often, but you should consider the possibility when deciding upon your election.

**14. DEFINITIONS:**

Affiliates: Business concerns or individuals are affiliates of each other if, directly or indirectly, (a) either one controls or has the power to control the other; or (b) a third party controls or has the power to control both.

Bidder: A Bidder is any individual, organization, or other legal entity that submits a bid for, or may be expected to submit a bid for, a National Forest timber sale.

Covered Transactions: A primary or lower tier covered transaction. A primary covered transaction is any nonprocurement transaction between an agency and a person. A lower tier covered transaction is any transaction between a participant and a person other than a procurement contract unless the procurement contract is greater than $25,000.

Participant: Any person who submits a proposal for, enters into, or reasonably may be expected to enter into a covered transaction. This term also indicates any person who acts on behalf of or is authorized to commit a participant in a covered transaction as an agent or representative of another participant.

Sale Officer: An individual delegated responsibility for any specific aspect or task in the bidding or awarding process for timber sales.

Small Business: In sales of National Forest timber a Small Business is a concern that: (1) is primarily engaged in the logging and forest products industry; (2) is independently owned and operated; (3) is not dominant in its field of operation; and (4) together with its affiliates does not employ more than 500 persons.

**15. CERTIFICATION OF COMPLIANCE WITH EXPORT RESTRICTIONS:** Certain restrictions on the purchase and export of unprocessed logs cut from National Forest timber apply in various parts of the country. Pursuant to the Forest Resources Conservation and Shortage Relief Act of 1990, as amended (16 U.S.C. 620, et seq.) the Bidder acknowledges that the bidder is aware of the applicable export restrictions. The Bidder is aware that these restrictions affect the disposition of the included timber and is aware that the restrictions may reduce the potential value of the timber.

**16. CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT AND OTHER RESPONSIBILITY MATTERS-PRIMARY COVERED TRANSACTIONS:** The inability of a person to provide the certifications in block 16 will not necessarily result in denial of participation in this covered transaction. The prospective participant shall submit an explanation of why it cannot provide the certification. The certification or explanation will be considered in connection with the Forest Service's determination whether to enter into this transaction. However, failure of the prospective primary participant to furnish a certification or an

23.1 24

explanation shall disqualify such person from participation in this transaction.

The certification is a material representation of fact upon which reliance was placed when the Forest Service determined to enter into this transaction. If it is later determined that the prospective primary participant knowingly rendered an erroneous certification, in addition to other remedies available to the Federal Government, the Forest Service may terminate this transaction for cause or default.

The prospective primary participant shall provide immediate written notice to the Forest Service to whom this proposal is submitted if at any time the prospective primary participant learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

The terms 'covered transaction,' 'debarred,' 'suspended,' 'ineligible,' 'lower tier covered transaction,' 'participant,' 'person,' 'primary covered transaction,' 'principal,' 'proposal,' and 'voluntarily excluded,' as used in this clause, have the meanings set out in the Definitions and Coverage sections of the rules implementing Executive Order 12549. You may contact the Forest Service for assistance in obtaining a copy of those regulations.

The prospective primary participant agrees by submitting this proposal that, should the proposed covered transaction be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is proposed for debarment under 48 CFR part 9, subpart 9.4, debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the Forest Service entering into this transaction.

The prospective primary participant further agrees by submitting this proposal that it will provide the addendum titled 'Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion - Lower Tier Covered Transaction,' without modification, to all lower tier covered transactions and in all solicitations for lower tier covered transactions.

A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that it is not proposed for debarment under 48 CFR part 9, subpart 9.4, debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous. A participant may decide the method and frequency by which it determines the eligibility of its principals. Each participant may, but is not required to, check the List of PartiesExcluded from Federal Procurement and Nonprocurement Programs.

Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this provision. The knowledge and information of a participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

Except for transactions authorized under these instructions, if a participant in a covered transaction knowingly enters into a lower tier covered transaction with a person who is proposed for debarment under 48 CFR part 9, subpart 9.4, suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the Forest Service may terminate this transaction for cause or default.

**17. CERTIFICATION REGARDING DEBARMENT, SUSPENSION, INELGIBILITY, AND VOLUNTARY EXCLUSION - LOWER TIER COVERED TRANSACTIONS:** Pursuant to Title 7 of the Code of Federal Regulations, Part 3017, Section .510 each participant shall require participants in lower tier covered transactions to include a certification for it and its principals in any proposal submitted in connection with such lower tier covered transactions. Purchasers shall keep the certifications on file until the termination date of the contract.

A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that it is not proposed for debarment under 48 CFR part 9, subpart 9.4, debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous. A participant may decide the method and frequency by which it determines the eligibility of its principals. Each participant may, but is not required to, check the List of Parties Excluded from Federal Procurement and Nonprocurement Programs.

Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this provision. The knowledge and information of a participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

Except for transactions authorized under paragraph 5 of these instructions, if a participant in a covered transaction knowingly enters into a lower tier covered transaction with a person who is proposed for debarment under 48 CFR part 9, subpart 9.4, suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the Forest Service may pursue available remedies, including suspension and/or debarment. The instructions and certification are listed below:

A

24th 24

FS-2400-14 (8/98) Page 11 of 11
OMB No. 0596-0114 Exp. 05/31/99

**CERTIFICATION Regarding Debarment, Suspension, Ineligibility And Voluntary Exclusion - Lower Tier Covered Transactions**

1. By signing and submitting this proposal, the prospective lower tier participant is providing the certification set out below:

2. The certification is a material representation of fact upon which reliance was placed when this transaction was entered into. If it is later determined that the prospective lower tier participant knowingly rendered an erroneous certification, in addition to other remedies available to the Federal Government, the Forest Service with which this transaction originated may pursue available remedies, including suspension and/or debarment.

3. The prospective lower tier participant shall provide immediate written notice to the person to which this proposal is submitted if at any time the prospective lower tier participant learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

4. The terms 'covered transaction,' 'debarred,' 'suspended,' 'ineligible,' 'lower tier covered transaction,' 'participant,' 'person,' 'primary covered transaction,' 'principal,' 'proposal,' and 'voluntarily excluded,' as used in this clause, have the meanings set out in the Definitions and Coverage sections of rules implementing Executive Order 12549. You may contact the person to which this proposal is submitted for assistance in obtaining a copy of those regulations.

5. The prospective lower tier participant agrees by submitting this certification that, should the proposed covered transaction be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is proposed for debarment under 48 CFR part 9, subpart 9.4, debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the Forest Service.

6. The prospective lower tier participant further agrees by submitting this certification that it will include this certification titled 'Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion - Lower Tier Covered Transaction,' without modification, and instructions in all lower tier covered transactions and in all solicitations for its lower tier covered transactions.

**CERTIFICATION**

Sale Name: ______________________________

National Forest: ______________________________

The prospective lower tier participant certifies, by submission of this proposal, that neither it nor its principals is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department or agency.

Where the prospective lower tier participant is unable to certify to any of the statements in this certification, such prospective participant shall attach an explanation to this proposal.

Name of Lower Tier Participant: ______________________________

Business Address: ______________________________

______________________________

______________________________

____________ Date

______________________________ Signature