EXHIBIT B
1st page of 91

United States Department of Agriculture

Forest Service

# Timber Sale Contract

Purchaser JCM Timber

Sale Name Compartment 447

Award Date March 15, 2000

Contract No. 303599

Region 08

National Forest DeSoto

Ranger District Chickasawhay

★U.S.GPO:1989-0-624-786

EXHIBIT B
2nd page of 91

UNITED STATES DEPARTMENT OF AGRICULTURE

Forest Service

# TIMBER SALE CONTRACT

## DIVISION BT

October 1973
*(Date of Issue)*

### STANDARD PROVISIONS FOR TIMBER SALES TO BE MEASURED BEFORE FELLING

This Division is organized into Parts, Sections, Subsections, and Items. These are numbered in accordance with the following scheme: Part BT1.0, Section BT1.1, Subsection BT1.11, and Item BT1.111. References to a Part include all Sections, Subsections and Items within that Part; references to a Section include all Subsections and Items within that Section; and references to a Subsection include all Items within that Subsection. Cross references within this contract cite the reference number of the applicable Division, Part, Section, Subsection, and Item. Descriptive headings used are not to be considered in determining the rights and obligations of the parties hereunder.

The Standard Provisions in this Division are subject to Specific Conditions of the contract stated in Division AT. Wherever appropriate, Specific Conditions established in Division AT are herein cited by reference number. The listing of Sections, Subsections, or Items of this Division in AT19 has the effect of striking or deleting them from Division BT. AT20 lists Special Provisions which comprise Division CT. Where appropriate, references to Special Provisions are made by citing the applicable reference numbers.

### INDEX TO TERMS


| Term | Reference |
|---|---|
| Advertised Rates | AT5 |
| Base Index | AT5 |
| Base Rates | AT5 |
| Base Rate Value | BT4.21 |
| Bid Premium Rates | AT5 |
| Bid Rates | AT5 |
| Catastrophic Damage | BT2.133 |
| Clearcutting Units | BT2.3 |
| Contract Term Adjustment | BT8.21 |
| Contract Term Extension | BT8.23 |
| Conversion Return | BT8.221 |
| Current Contract Rates | BT3.1 |
| Current Contract Value | BT3.1 |
| Drawings | BT5.211 |
| Effective Purchase Credit | BT4.21 |
| Fire Precautionary Period | BT7.2 |
| Flat Rates | AT5 |
| Included Timber | BT2.1 |
| Marked | BT2.35 |
| Measuring | BT6.8 |
| Negligent Fire | BT7.42 |
| Normal Operating Season | BT6.31 |
| Operations Fire | BT7.41 |
| Overstory-Removal Units | BT2.3 |
| Payment Unit | BT4.1 |
| Purchaser Credit | BT4.21 |
| Purchaser Credit Limit | BT4.21 |
| Purchaser's Operations | BT6.3 |
| Release for Cutting | BT6.3 |
| Required Deposits | AT5 |
| Sale Area | BT1.1 |
| Sale Area Map | BT1.1 |
| Specified Roads | BT5.2 |
| Streamcourses | BT6.5 |
| Substantially Completed | BT5.23 |
| Temporary Roads | BT5.1 |
| Tentative Rate | AT5 |
| Termination Date | BT8.2 |
| Timber Sale Account | BT4.2 |
| Understory-Removal Units | BT2.3 |
| Utilization Standards | AT2, BT2.2 |




FS-2400-6T Pages, 110 thru 128 (10/73)

EXHIBIT B
31 page of 91

# CONTENTS


| Reference Number | TITLE | Page |
|---|---|---|
| BT1.0 | SALE AREA | 112 |
| BT1.1 | Sale Area Map | 112 |
| BT1.2 | Claims | 112 |
| BT2.0 | TIMBER SPECIFICATIONS | 112 |
| BT2.1 | Included Timber | 112 |
| BT2.11 | Standard Timber | 112 |
| BT2.12 | Substandard Timber | 112 |
| BT2.13 | Damaged Timber | 113 |
| BT2.131 | Damaged by Purchaser | 113 |
| BT2.132 | Negligent or Willful Damage | 113 |
| BT2.133 | Damaged by Catastrophe | 113 |
| BT2.134 | Minor Damage by Natural Causes | 113 |
| BT2.14 | Unintentionally Cut Timber | 113 |
| BT2.15 | Construction Timber | 113 |
| BT2.16 | Other Material | 113 |
| BT2.2 | Utilization and Removal of Timber | 113 |
| BT2.3 | Timber Designations | 113 |
| BT2.31 | Clearcutting Units | 113 |
| BT2.32 | Construction Clearing | 113 |
| BT2.321 | Specified Road Clearing | 113 |
| BT2.322 | Other Authorized Clearing | 113 |
| BT2.33 | Overstory-Removal Units | 113 |
| BT2.34 | Understory-Removal Units | 114 |
| BT2.35 | Individual Trees | 114 |
| BT2.36 | Incompletely-Measured Payment Units | 114 |
| BT2.37 | Designation Changes | 114 |
| BT2.4 | Quantity Estimate | 114 |
| BT2.41 | Adjustment for Quantity Deficit | 114 |
| BT2.42 | Adjustment for Excess Quantity | 114 |
| BT3.0 | RATES OF PAYMENT | 114 |
| BT3.1 | Current Contract Rates | 114 |
| BT3.2 | Escalation Procedure | 115 |
| BT3.21 | Unavailable or Inadequate Index | 115 |
| BT3.3 | Rate Redetermination | 115 |
| BT3.31 | Scheduled Rate Redetermination | 115 |
| BT3.311 | Emergency Rate Redetermination | 115 |
| BT3.32 | Rate Redetermination after Catastrophic Damage | 115 |
| BT3.4 | Other Payment Rates | 116 |
| BT3.41 | Material and Quantities Not in AT2 | 116 |
| BT3.42 | Timber Cut Through Mistake | 116 |
| BT3.43 | Undesignated Timber Damaged Without Negligence | 116 |
| BT3.44 | Undesignated Timber Unnecessarily Damaged or Negligently or Willfully Cut | 116 |
| BT3.45 | Liquidated Damages | 116 |
| BT4.0 | PAYMENTS | 116 |
| BT4.1 | Amount Payable for Timber | 116 |
| BT4.2 | Timber Sale Account | 116 |
| BT4.21 | Purchaser Credit | 116 |
| BT4.22 | Cash Deposits | 116 |
| BT4.221 | Advance Deposits | 117 |
| BT4.222 | Purchaser Credit as Deposits | 117 |
| BT4.223 | Deposits for Charges Subject to Escalation | 117 |
| BT4.224 | Deposits When Payment Guaranteed | 117 |
| BT4.225 | Cooperative Deposits | 117 |
| BT4.226 | Use of Deposits | 117 |
| BT4.227 | Blanket Cash Deposits | 117 |
| BT4.23 | Refund of Excess Cash | 117 |
| BT4.24 | Refund after Final Charges for Released Timber | 117 |
| BT4.3 | Payment Guaranteed by Bond or Deposited Securities | 117 |
| BT4.31 | Blanket Bond | 117 |
| BT4.4 | Payment Not Received | 117 |
| BT5.0 | TRANSPORTATION FACILITIES | 118 |
| BT5.1 | Authorization | 118 |
| BT5.11 | Requirements of Rights-of-Way | 118 |
| BT5.12 | Use of Roads by Purchaser | 118 |
| BT5.2 | Specified Roads | 118 |
| BT5.21 | Engineering | 118 |
| BT5.211 | Priority of Drawings | 118 |
| BT5.212 | Construction Staking | 118 |
| BT5.22 | Material Delivery | 119 |
| BT5.23 | Use of Partially-Constructed Road | 119 |
| BT5.24 | Estimated Cost | 119 |
| BT5.25 | Construction Cost Adjustment | 119 |
| BT5.251 | Difference in Rock Cost | 119 |
| BT5.252 | Difference in Culvert Installation | 119 |
| BT5.253 | Cost Adjustment for Physical Change | 119 |
| BT5.254 | Design Change | 119 |
| BT5.26 | Alternate Facilities | 119 |
| BT5.3 | Purchaser Credit Computation | 120 |
| BT5.4 | Road Maintenance | 120 |
| BT5.41 | Road Maintenance Deposits | 120 |
| BT5.5 | Use by Others | 120 |
| BT6.0 | OPERATIONS | 120 |
| BT6.1 | Representatives | 120 |
| BT6.11 | Notices | 120 |
| BT6.2 | Improvements | 120 |
| BT6.21 | Removal | 121 |
| BT6.22 | Protection of Improvements | 121 |
| BT6.23 | Protection of Land Survey Monuments | 121 |
| BT6.24 | Protection of Historical Sites | 121 |
| BT6.3 | Control of Operations | 121 |
| BT6.31 | Operating Schedule | 121 |
| BT6.32 | Protection of Residual Trees | 121 |
| BT6.33 | Safety | 121 |
| BT6.34 | Sanitation and Servicing | 121 |
| BT6.35 | Acceptance of Work | 121 |
| BT6.4 | Conduct of Logging | 122 |
| BT6.41 | Felling and Bucking | 122 |
| BT6.411 | Felling in Clearings | 122 |
| BT6.412 | Stump Heights | 122 |
| BT6.413 | Limbing | 122 |
| BT6.42 | Skidding and Yarding | 122 |
| BT6.421 | Rigging | 122 |
| BT6.422 | Landings and Skid Trails | 122 |
| BT6.423 | Skidding on Roads | 122 |
| BT6.424 | Arches and Dozer Blades | 122 |
| BT6.5 | Streamcourse Protection | 122 |
| BT6.6 | Erosion Prevention and Control | 123 |
| BT6.61 | Meadow Protection | 123 |
| BT6.62 | Temporary Roads | 123 |
| BT6.63 | Landings | 123 |
| BT6.64 | Skid Trails and Fire Lines | 123 |

EXHIBIT B
4th page of 91


| Reference Number | TITLE | Page |
|---|---|---|
| BT6.65 | Current Operating Areas | 123 |
| BT6.66 | Erosion-Control Structure Maintenance | 123 |
| BT6.7 | Slash Disposal | 123 |
| BT6.8 | Measuring | 123 |
| BT6.9 | Records | 123 |
| BT7.0 | FIRE PRECAUTIONS AND CONTROL | 123 |
| BT7.1 | Plans | 123 |
| BT7.2 | Fire Precautions | 124 |
| BT7.21 | Substitute Precautions | 124 |
| BT7.22 | Emergency Precautions | 124 |
| BT7.3 | Fire Control | 124 |
| BT7.31 | Purchaser's Reinforcement Obligations | 124 |
| BT7.311 | Suspend Operations | 124 |
| BT7.312 | Manpower | 124 |
| BT7.313 | Equipment | 124 |
| BT7.4 | Fire Suppression Costs | 124 |
| BT7.41 | Operations Fires | 124 |
| BT7.42 | Negligent Fire | 124 |
| BT7.43 | Other Fires on Sale Area | 124 |
| BT7.5 | State Law | 124 |
| BT7.6 | Performance by Contractor | 124 |
| BT8.0 | OTHER CONDITIONS | 124 |
| BT8.1 | Title and Liability | 124 |
| BT8.11 | Title Passage | 124 |
| BT8.12 | Liability for Loss | 125 |
| BT8.2 | Period of Contract | 125 |
| BT8.21 | Contract Term Adjustment | 125 |
| BT8.22 | Termination for Catastrophe | 125 |
| BT8.221 | Termination by Purchaser | 125 |
| BT8.222 | Termination by Forest Service | 125 |
| BT8.23 | Contract Term Extension | 125 |
| BT8.3 | Contraction Modification | 126 |
| BT8.31 | Modification Upon Rate Redetermination | 126 |
| BT8.32 | Changed Conditions | 126 |
| BT8.33 | Modification for Catastrophe | 126 |
| BT8.4 | Performance by Other Than Purchaser | 126 |
| BT8.5 | Sale of Other Materials | 126 |
| BT8.6 | Provisions Required by Statute | 126 |
| BT8.61 | Covenant Against Contingent Fees | 126 |
| BT8.62 | Officials Not to Benefit | 126 |
| BT8.63 | Nondiscrimination in Employment | 126 |
| BT9.0 | PERFORMANCE AND SETTLEMENT | 127 |
| BT9.1 | Performance Bond | 127 |
| BT9.11 | Bond Reduction | 127 |
| BT9.2 | Disputes | 127 |
| BT9.3 | Breach | 127 |
| BT9.4 | Failure to Cut | 128 |
| BT9.5 | Settlement | 128 |
| BT9.6 | Contract Closure | 128 |


## BT1.0—SALE AREA

**BT1.1 Sale Area Map.** The boundaries of "Sale Area" and any Payment Unit thereof, are as shown on the attached "Sale Area Map," which is made a part hereof, and were, before sale advertisement, designated on the ground by Forest Service to meet the anticipated needs of the parties. The location of Sale Area and its approximate acreage are stated in AT1. Payment Units may be revised and additional ones may be established only by written agreement. Upon Purchaser's request, Forest Service shall subdivide Payment Units to reduce them to a size which can be logged within 60 days at Purchaser's normal rate of logging. However, the rate of logging used in such adjustment of Payment Unit size shall not be less than a rate necessary for removal of all Included Timber during Normal Operating Seasons prior to Termination Date. Payment Units may be eliminated from Sale Area under conditions described in BT6.35. Catastrophically damaged areas may be removed from Sale Area under BT8.33.

Where applicable, the following are also identified on Sale Area Map:

(a) Identified claims limiting Purchaser's rights under BT1.2;
(b) Payment Units where timber is to be Measured or Marked after date of sale advertisement and approximate location of sample Marked timber under BT2.36 and BT2.4;
(c) Boundaries of Clearcutting Units, Overstory-Removal Units and Understory-Removal Units under BT2.3;
(d) Areas where dead timber shall not be cut or shall be cut and removed under BT2.31;
(e) Diameter limits for Overstory-Removal Units and Understory-Removal Units under BT2.33 and BT2.34;
(f) Areas where leave trees are Marked to be left uncut under BT2.35;
(g) Specified Roads listed in AT9;
(h) Sources of base course, surface rock, and rock riprap listed in AT11;
(i) Roads where log hauling prohibited or restricted BT5.12;
(j) Roads and trails to be kept open under BT6.22;
(k) Improvements to be protected under BT6.22;
(l) Locations of known historical sites under BT6.24;
(m) Maximum stump heights when more than one height is listed by areas in AT8 under BT6.412;
(n) Skidding or yarding methods specified under BT6.42;
(o) Streamcourses to be protected under BT6.5; and
(p) Other features required by Division CT.

**BT1.2 Claims.** Valid claims are excluded from Sale Area, except those on which timber cutting is authorized in writing by the claimant and except mining claims on which cutting is authorized by the Act of July 23, 1955 (30 U.S.C. 612, 613, and 614). Claims which limit Purchaser's rights to operate under this contract and which Forest Service has been able to identify are shown on Sale Area Map. Purchaser is not obligated to operate contrary to existing claim limitations. Forest Service shall designate boundaries of claims on the ground to the extent necessary to identify Included Timber.

## BT2.0—TIMBER SPECIFICATIONS

**BT2.1 Included Timber.** "Included Timber" consists of:

**BT2.11 Standard Timber.** Live or dead trees and portions thereof which meet Utilization Standards under BT2.2 and are designated for cutting under BT2.3.

**BT2.12 Substandard Timber.** Live and dead trees which (a) do not meet Utilization Standards and (b) are

located in Clearcutting Units or construction clearings or are otherwise designated for cutting.

**BT2.13 Damaged Timber.**

**BT2.131 Damaged by Purchaser.** Undesignated live trees meeting Utilization Standards (a) within 200 feet slope distance from centerline of roads constructed hereunder which are damaged by Purchaser's construction to the extent that considerable deterioration or mortality is imminent and are designated by Forest Service for felling before the nearest road segment is Substantially Completed; or (b) which are damaged by Purchaser in logging and are subsequently Marked before Purchaser has completed skidding or yarding operations in the immediate area. By agreement, such trees may be left without charge if their removal would cause undue damage or be grossly uneconomic.

**BT2.132 Negligent or Willful Damage.** Undesignated timber meeting Utilization Standards and unnecessarily damaged or negligently or willfully cut by Purchaser, if included by Forest Service.

**BT2.133 Damage by Catastrophe.** As provided under BT8.33, undesignated live and dead timber within Sale Area, meeting Utilization Standards, and affected by Catastrophic Damage. "Catastrophic Damage" as used hereunder is major change or damage to Included Timber on Sale Area, to Sale Area, to access to Sale Area or a combination therof, (a) caused by forces, or a combination of forces, beyond control of Purchaser, occurring within a 12-month period, including but not limited to wind, flood, earthquake, landslide, fire, forest pest epidemic, or other major natural phenomenon, and (b) affecting the value of any trees or products meeting Utilization Standards, within Sale Area and estimated to total either (i) more than half of the estimated timber quantity stated in AT2 or (ii) more than one million board feet or equivalent. Catastrophic Damage does not include changes caused by forest pest epidemics if Included Timber was sold for salvage or pest control.

**BT2.134 Minor Damage by Natural Causes.** Undesignated trees within Sale Area and meeting Utilization Standards, in amounts less than specified in BT2.133, which become insect infested, windthrown, suffer serious damage, or die, as designated by agreement.

**BT2.14. Unintentionally Cut Timber.** Live trees, within or immediately adjacent to Sale Area or to road construction or other authorized clearing outside Sale Area, not designated for cutting under BT2.3 but which are cut through mistake by Purchaser, when included by Forest Service.

**BT2.15 Construction Timber.** Live trees to be used for construction under BT5.1.

**BT2.16 Other Material.** Species or products not listed in AT2 upon written approval of Forest Service, under BT3.41.

**BT2.2 Utilization and Removal of Included Timber.** "Utilization Standards" for trees and minimum pieces are stated in AT2. To meet minimum tree specifications, trees must equal or exceed tree diameters listed in AT2 and contain at last one minimum piece. Except for timber required or authorized to be left, Purchaser shall fell and buck such trees and shall remove from Sale Area all pieces that (a) meet minimum piece standards in AT2, and (b) do not meet such standards but would have qualified as part of minimum pieces if bucking lengths were varied to include such material.

**BT2.3 Timber Designations.** Timber designated for cutting shall be confined to Sale Area, except as provided in BT2.131, BT2.14, BT2.15, BT2.32 and BT5.1. Sale Area Map indicates Payment Units, if any, where Marking under BT2.35 is to be done after sale advertisement, except for construction clearing under BT2.32, designation changes under BT2.37, and damaged timber.

The boundaries of "Clearcutting Units," "Overstory-Removal Units" and "Understory-Removal Units" were plainly marked on ground before sale advertisement and are shown on Sale Area Map. Such units where Measuring is to be completed after date of sale advertisement are also shown. The number of units and approximate acreage of timber designations are stated in AT3.

**BT2.31 Clearcutting Units.** All live and dead trees which meet minimum tree diameter specifications in AT2 within Clearcutting Units are designated for cutting.

Dead trees located outside Clearcutting Units and within 200 feet slope distance of any live tree required to be cut within a Clearcutting Unit are designated for felling when they (a) meet the size requirements and number limitations stated in AT4 and (b) are not in an area shown on Sale Area Map where such trees are to be left standing to protect soil, water, wildlife or residual trees. Dead timber meeting Utilization Standards adjacent to Clearcutting Units shall be removed where indicated on Sale Area Map. Optional dead timber quantities are not included in AT2 or AT5c.

**BT2.32 Construction Clearing.** All timber is designated for cutting which is within the clearing limits of roads constructed hereunder or is in other authorized clearings. All dead trees are designated for cutting which are sufficiently tall to reach Purchaser's landings or the roadbed of Specified Roads. Other fire-dangerous dead trees or unstable live tres within 200 feet slope distance of the centerline of Specified Roads shall be felled by Purchaser when Marked in advance of felling of timber in the immediate vicinity. Pieces meeting Utilization Standards from such dead or unstable live trees shall be removed, unless there is agreement that to do so could damage the road. Such designation may be revised as part of agreed changes in road location under BT5.2. All dead trees to be felled outside construction clearing limits are subject to the size requirements and number limitations of AT4.

**BT2.321 Specified Road Clearings.** Timber within the clearing limits of Specified Roads is within separate Payment Units as shown on Sale Area Map and the quantities are in AT2. These Payment Units are subject to revision as specified in BT2.37. The quantities of dead, fire-dangerous and unstable trees designated outside the clearing limits are not included in AT2.

**BT2.322 Other Authorized Clearings.** Timber within authorized clearings for Temporary Roads, landings or other construction clearings is designated for cutting. Quantities of such timber are not included in AT2.

**BT2.33 Overstory-Removal Units.** Live trees within Overstory-Removal Units are designated for cutting when they (a) meet Utilization Standards and (b) equal or exceed the d.b.h. limits shown on Sale Area Map. The following trees are also designated for cutting if located (a) within such units and (b) within 200 feet slope distance of any live tree required to be cut: (i) any trees windthrown prior to Purchaser's logging in the immediate vicinity which meet Utilization Standards in amounts less

than specified in BT 2.133 and (ii) any dead trees meeting the size requirements and number limitations of AT4.

**BT2.34 Understory-Removal Units.** Live trees within Understory-Removal Units are designated for cutting when they (a) meet Utilization Standards and (b) are smaller than the d.b.h. limits shown on Sale Area Map. The following trees are also designated for cutting if located (a) within such units and (b) within 200 feet slope distance of any live tree required to be cut: (i) any trees windthrown prior to Purchaser's logging in the immediate vicinity which meet Utilization Standards in amounts less than specified in BT2.133 and (ii) any dead trees meeting the size requirements and number limitations of AT4.

**BT2.35 Individual Trees.** Trees are "Marked" when individually designated by Forest Service with paint marks (or blazes stamped US) above and below stump height. Live trees to be cut other than in the units described in BT2.31, BT2.32, BT2.33 and BT2.34 are or shall be Marked. The following trees are also designated for cutting within 200 feet slope distance of any live tree required to be cut: (a) any trees windthrown prior to Purchaser's logging in the immediate vicinity which meet Utilization Standards in amounts less than specified in BT2.133 and (b) any dead trees meeting the size requirements and number limitations of AT4, unless Forest Service gives notice otherwise.

Sale Area Map indicates areas plainly identified on the ground where leave trees are Marked to be left uncut.

**BT2.36 Incompletely-Measured Payment Units.** Live trees within incompletely-Measured Payment Units shown on Sale Area Map at time of advertisement shall be designated in accordance with rules in CT2.36. A representative sample of the timber to be designated under BT2.35, if any, has been Marked prior to advertisement in accordance with such rules. The approximate locations of the representative sample areas are shown on Sale Area Map.

**BT2.37 Designation Changes.** Within Sale Area, minor adjustments may be made in boundaries of cutting units or in the timber individually Marked for cutting when acceptable to Purchaser and Forest Service.

In event Forest Service accepts alternate facilities under BT5.26, Forest Service shall revise the affected Payment Units and adjust estimated quantities.

In the event Purchaser does not construct portions of Specified Roads, Payment Units involved shall be revised to eliminate the road portions not to be constructed. Parts of such areas within non-road-related Payment Units shall be added to such Payment Units and the timber thereon shall be designated by the methods provided for said Payment Units. Estimated quantities for Payment Units so revised shall be adjusted as necessary.

**BT2.4 Quantity Estimate.** The estimated quantities of timber by species designated for cutting under BT2.3, and expected to be cut under Utilization Standards are listed in AT2. Estimated quantity in AT2 does not include the following: (a) Damaged timber under BT2.13; (b) Unintentionally cut timber under BT2.14; (c) Construction timber under BT2.15 cut outside of Payment Units and removed from construction use for utilization by Purchaser; (d) Dead timber adjacent to Clearcutting Units and removed at option of Purchaser under BT2.31; (e) Timber within clearing limits of Temporary Roads or other authorized clearings and which is not designated under BT2.31, BT2.33, BT2.34, or BT2.35; (f) Fire dangerous dead trees or unstable live trees within 200 feet slope distance of Specified Roads; (g) Trees windthrown prior to Purchaser's logging in immediate vicinity. Estimated quantities for such timber not included in AT2 shall be determined as stated in CT6.8.

If Sale Area Map shows Payment Units where Marking or Measuring is to be completed after date of sale advertisement, the objective of Forest Service shall be to designate for cutting in such Payment Units sufficient timber so that Sale Area shall yield the approximate estimated quantities by species or species groups stated in AT2. However, the estimated quantities stated in AT2 are not to be construed as guarantees or limitations of the timber quantities to be designated for cutting under the terms of this contract.

Quantity adjustments shall not be made under this Section after there is modification for Catastrophic Damage under BT8.33.

**BT2.41 Adjustment for Quantity Deficit.** If Sale Area Map shows Payment Units where Marking or Measuring is to be completed after date of sale advertisement, and a deficit in the estimated quantity will cause (a) the quantity designated to be less than 90 percent of the total estimate shown in AT2 or (b) Purchaser Credit to exceed its possible use, Forest Service, upon request by Purchaser, shall designate additional timber within Sale Area. Such additional timber shall be limited to that estimated to be necessary to reach approximately the estimated quantity by species listed in AT2. Any such additional designation shall be consistent with written multiple-use and timber management policies, plans and limitations. Purchaser Credit shall be deemed to exceed possible use whenever the difference between Current Contract Value and Base Rate Value is less than Purchaser Credit.

**BT2.42 Adjustment for Excess Quantity.** If Sale Area Map shows Payment Units where Marking or Measuring is to be completed after date of sale advertisement, and there is a determination that the quantity designated will be more than 120 percent of the total estimated quantity listed in AT2, Forest Service, upon request by Purchaser, shall make an adjustment in Marking or cutting unit boundaries with the objective of designating for cutting the approximate estimated quantities by species listed in AT2. Such adjustments in quantities shall be confined to (a) Marking adjustments on Sale Area and (b) reduction in area to be cut over. Such adjustments or reductions shall not conflict with the silvicultural treatment being applied on Sale Area and shall not materially change the average value by species of the timber designated for cutting. Such adjustments may be made notwithstanding the provisions of BT1.1 and BT2.3.

If the timber designated for cutting is not satisfactorily reduced by such adjustments, Purchaser, after cutting 120 percent of the total estimated quantity listed in AT2, may elect to have Sale Area reduced to eliminate Payment Units where felling has not begun.

## BT3.0—RATES OF PAYMENT

**BT3.1 Current Contract Rates.** Included Timber which is Released for Cutting shall be paid for at Current Contract Rates determined under this Section. "Current Contract Rates" shall be (a) Flat Rates and (b) Tentative Rates adjusted by the escalation procedures in BT3.2. Said Flat Rates and Tentative Rates shall be those listed in AT5, unless superseded by rates redetermined under BT3.3 or established for Contract Term Extension under BT8.23.

Current Contract Rates based on rates redetermined

under BT3.3 or established under BT8.23 shall apply to all Payment Units from which removal of timber from Sale Area has not been completed on the effective date of the revised rates, except (a) on Payment Units for Specified Roads Released for Cutting on which clearing has begun and (b) for not more than two other Payment Units from which timber removal from Sale Area has begun, Current Contract Rates in effect at the time of Release for Cutting shall be applicable. Notwithstanding the above exceptions, rates redetermined under BT3.32 after Catastrophic Damage shall apply to all Included Timber retained or added by agreement under BT8.33.

In event there are more than two Payment Units from which timber removal has not been completed on the effective date, the rates in effect at the time of Release for Cutting shall apply to the two units from which the greatest estimated proportions of Payment Unit quantities have been removed. Otherwise, in released Payment Units, redetermined rates or rates established for Contract Term Extension shall apply to the entire quantity shown in AT5c for those units. In addition, Required Deposits shall be made as listed in AT5 and CT5.4, or established under BT3.3 or BT8.23.

In the event Termination Date is adjusted under BT8.21, Current Contract Rates shall be continued in the same manner as immediately prior to the adjustment period.

"Current Contract Value" is the sum of the products of the Current Contact Rates and estimated remaining quantities by species of Included Timber meeting Utilization Standards.

**BT3.2 Escalation Procedure.** Tentative Rates for those species and products listed in AT5a are subject to quarterly escalation in accordance with the following procedures: The calendar-quarter index average for each price index described in AT6 is the arithmetic average of the three such monthly price indices preceding January 1, April 1, July 1, and October 1. The difference between said calendar-quarter index average and Base Index listed in AT5a shall be the basis for quarterly escalation. To arrive at Current Contract Rates for Payment Units Released for Cutting during the preceding calendar quarter, Tentative Rates for each species shall be: (a) reduced by such difference when the calendar-quarter index average is less than Base Index except that a reduction shall not result in a rate below Base Rate, or (b) increased by half of such difference when the calendar-quarter index average is greater than Base Index except that no increase shall exceed the difference between Tentative Rate and Base Rate.

**BT3.21 Unavailable or Inadequate Index.** If an index described in AT6 is no longer available or there is reason to believe said index is an inadequate indication of product-price fluctuation, the unavailable or inadequate index may be replaced by another suitable index commonly acceptable in the industry. When there is no replacement index, Current Contract Rate for Payment Units not yet Released for Cutting shall be a Flat Rate derived from adjustment of Tentative Rate by the arithmetic average for the index for the preceding 12 months, using the procedure described in BT3.2 for quarterly adjustment. Such Flat Rate shall be subject to rate redetermination as provided elsewhere under this contract.

**BT3.3 Rate Redetermination.** Rates may be redetermined as set forth below. Bid Premium Rates shall be added to all redetermined rates or made a part of such rates under BT3.32.

**BT3.31 Scheduled Rate Redetermination.** Forest Service shall redetermine rates for timber described in AT7 to be made effective on the dates listed in AT7. Said redetermined rates shall be used under BT3.1 for determination of Current Contract Rates. The date for putting the redetermined rates into effect may be adjusted under BT8.21. However, if rates established by a scheduled rate redetermination result in lower than Current Contract Rates determined from Bid Rates and Base Indices stated in AT5, such lower rates shall become effective only after at least the quantity stated in AT7 has been paid for and Released for Cutting. Forest Service may make changes in contractual requirements at the time of scheduled rate redetermination pursuant to BT8.31.

Scheduled rate redeterminations under AT7 to be made within five years of award date shall be made by use of a limited procedure. In accordance with standard methods established by Forest Service for such limited rate redetermination procedure, the appraisal used to develop Advertised Rates described in AT5 shall be brought up to date by use of product selling values, operating costs, development costs, and profit ratios in effect 45 calendar days prior to rate redetermination date.

All other rate redeterminations shall be made in accordance with the standard Forest Service methods in effect 45 calendar days prior to rate redetermination, and such methods shall take into consideration all factors which may affect timber value at said rate redetermination date.

Redetermined rates shall not be less than Base Rates listed in AT5. Base Indices and Required Deposits, when applicable, shall be redetermined. Redetermined rates shall be established without cost estimated for construction of Specified Roads needed by Purchaser under BT5.2, except that at the time of each rate redetermination, Forest Service shall redetermine cost of such Specified Roads not yet constructed. Such redetermined costs shall be recorded as provided in BT5.24 and BT5.25, and shall establish the redetermined Purchaser Credit Limit, subject to the limitations of BT5.26.

**BT3.311 Emergency Rate Redetermination.** Forest Service shall redetermine rates if, upon Purchaser's application, Forest Service determines that, because of general changes in market or other economic conditions since the last scheduled or emergency rate redetermination, the weighted-average Conversion Return is less than the weighted average of the most recent redetermined rates minus the per unit cost of Specified Road construction. Rates so redetermined shall be considered established under BT3.1 for Payment Units described therein at the time of Purchaser's application and prior to any subsequent scheduled or emergency rate redetermination, but in no event shall such redetermined rates apply, if lower than Current Contract Rates determined from Bid Rates and Base Indices stated in the original AT5, until at least the quantity stated in AT7 has been paid for and Released for Cutting. This Item shall not apply during Contract Term Extension, unless provided for in the terms of the extension.

**BT3.32 Rate Redetermination after Catastophic Damage.** In event of Catastrophic Damage and adjustment, if any, of Included Timber, Forest Service shall make an appraisal to determine for each species the catastrophe-caused difference between the appraised unit value of In-

B
8m 91

cluded Timber remaining immediately prior to the catastrophe and the appraised unit value of existing and potential Included Timber immediately after the catastrophe. Said Included Timber is any that would not be eliminated under BT8.33. Said potentially Included Timber is any that would be added under BT8.33.

Tentative Rates and Flat Rates in effect at the time of the catastrophe shall be adjusted by said differences to become the redetermined rates for the purpose of a contract modification under BT8.33. Accordingly, Base Rates shall be adjusted to correspond to the redetermined rates if redetermined rates are less than the original Base Rates, subject to new Base Rate limitations of 50 cents per thousand board feet or equivalent. However, existing Base Indices shall not be changed under this Subsection. Upon agreement under BT8.33, redetermined rates and Required Deposits shall be considered established under BT3.1 for Included Timber removed subsequent to the Catastrophic Damage and prior to any subsequent scheduled rate redetermination.

At time of such appraisal, Purchaser Credit Limit shall be revised pursuant to BT5.25 to meet the new conditions and include the estimated cost of any construction work listed in AT10 performed and abandoned.

**BT3.4 Other Payment Rates.**

**BT3.41 Material and Quantities Not in AT2.** Incidental amounts of products or portions of trees of species listed in AT2 which do not meet Utilization Standards may be removed without charge. Such material from Clearcutting Units and construction clearings may be purposely removed in more than incidental amounts without charge subject to agreement on deposits for road maintenance and use. Such material from other than Clearcutting Units and construction clearings may be purposely removed in more than incidental amounts without charge upon written approval of Forest Service, and subject to agreement on deposits if needed for road maintenance and use.

Other species or products not listed in AT2 may, upon written approval of Forest Service officer signing this contract, his successor or superior, be cut and removed without charge other than Required Deposits established by agreement.

Timber for which the quantity is not included in the estimate listed in AT2 as described in BT2.4 shall be paid for at Current Contract Rates and Required Deposits.

**BT3.42 Timber Cut Through Mistake.** Undesignated timber meeting Utilization Standards, cut by Purchaser through mistake and included by Forest Service under BT2.14, shall be removed and paid for at Current Contract Rates and Required Deposits, unless such material is not listed in AT2. In such event, Forest Service, in accordance with standard Forest Service methods, shall establish rates to be paid.

**BT3.43 Undesignated Timber Damaged Without Negligence.** Undesignated timber meeting Utilization Standards, damaged without negligence by Purchaser and designated by Forest Service under BT2.131, shall be cut, removed and paid for at Current Contract Rates and Required Deposits.

**BT3.44 Undesignated Timber Unnecessarily Damaged or Negligently or Willfully Cut.** Undesignated timber meeting Utilization Standards and unnecessarily damaged or negligently or willfully cut by Purchaser, if included by Forest Service under BT2.132, shall be cut, removed and paid for at Current Contract Rates and Required Deposits, which are in addition to liquidated damages under BT3.45.

If such timber is of a species or size not listed in AT2 or is of a quality different from designated timber, Forest Service shall establish payment rates in accordance with standard Forest Service methods.

**BT3.45 Liquidated Damages.** Unnecessary damage to or negligent or willful cutting of undesignated timber, as described in BT3.44, on portions of Sale Area cut over under this contract is likely to cause substantial silvicultural or other damage to the National Forest. It will be difficult if not impossible to determine the amount of such damage. Therefore, Purchaser shall pay as fixed, agreed and liquidated damages an amount equivalent to and in addition to the amount payable at Current Contract Rates for such timber. If designated, Purchaser shall remove such damaged or cut timber.

## BT4.0—PAYMENTS

**BT4.1 Amount Payable for Timber.** Except as provided in BT3.1, Current Contract Rates and Required Deposits in effect when a Payment Unit is Released for Cutting shall be applied to the timber quantities to determine the amount Purchaser shall pay. A "Payment Unit" is a portion of Sale Area established for payment purposes.

**BT4.2 Timber Sale Account.** "Timber Sale Account" is an account of all Purchaser's deposits, credits, payment guarantees, and the charges for (a) timber at Current Contract Rates, (b) slash disposal and road maintenance at Required Deposit rates, (c) cooperative work at rates established by specific agreement under BT4.225 and (d) other charges provided in this contract. Cash deposits and Purchaser Credit as defined in BT4.21 and computed under BT5.3 shall be recorded currently in such account.

Charges for Payment Units Released For Cutting shall be made when Forest Service prepares and furnishes to Purchaser statements of quantity and value of such timber. Charges subject to escalation under BT3.2 shall be made initially on the basis stated in BT4.223 and shall be adjusted at the end of each calendar quarter as provided in BT3.2. Charges against Purchaser Credit shall be limited to timber value in excess of Base Rates.

Charges shall be made according to BT3.4 when trees are subsequently Marked or designated for cutting.

**BT4.21 Purchaser Credit.** "Purchaser Credit" is credit earned by Purchaser's construction of Specified Roads or as otherwise provided under CT4.21 and is computed and recorded as provided in BT5.3. "Purchaser Credit Limit" is the maximum amount of such credit which shall be recognized hereunder and shall never exceed the listed total estimated cost of project segments in AT10 which may be adjusted pursuant to BT3.31, BT3.32, BT5.2, BT5.21, BT5.212, BT5.24, BT5.25 and BT5.26. "Effective Purchaser Credit" means unused Purchaser Credit which does not exceed Current Contract Value minus Base Rate Value. "Base Rate Value" is the sum of the products of Base Rates and estimated remaining quantities by species of Included Timber meeting Utilization Standards.

**BT4.22 Cash Deposits.** Within the limitations of this Subsection, Purchaser shall make cash deposits to meet Purchaser's obligations within 15 calendar days of billing by Forest Service. Said deposits shall be made to Forest Service, U.S.D.A., by mailing or delivery to Collections Officer at address to be furnished by Forest Service. An explanation of billings shall be issued at the time of each request for such deposits.

**BT4.221 Advance Deposits.** Purchaser agrees to make cash deposits or establish Purchaser Credit in advance of Release For Cutting and in advance of cutting designated material not included in AT2.

**BT4.222 Purchaser Credit as Deposits.** Effective Purchaser Credit shall be considered equivalent to cash for advance deposits notwithstanding the BT4.2 prohibition on using Purchaser Credit for Base Rate charges.

**BT4.223 Deposits for Charges Subject to Escalation.** Cash deposits requested to cover estimated charges for timber subject to escalation under BT3.2 shall be based upon Current Contract Rates and related deposits in effect during previous calendar quarter, except when the most recent applicable monthly index differs from the previous quarterly index average by more than 5 percent. In such event, request for said deposits shall be based on a rate adjustment of half of such difference, rounded to the nearest 10 cents.

**BT4.224 Deposits When Payment Guaranteed.** To the extent payment guarantee is provided under BT4.3, requirements for advance cash deposits under BT4.221 shall be waived for the value of timber on Sale Area which is cut but not removed and for the value of products removed from Sale Area for not more than a monthly billing period subject to the provisions of BT4.4

To the extent of the penal sum of the performance bond provided under BT9.1, requirements for advance cash deposits under BT4.221 shall be waived for timber cut in Clearcutting Units but not removed.

**BT4.225 Cooperative Deposits.** On a basis of cooperation or assistance (16 U.S.C. 572) and by a written agreement, Forect Service shall perform all or portions of the work which Purchaser is obligated to perform under this contract, as well as furnish other services in connection with activities under this contract. When Forest Service is to perform such work, Purchaser shall make one or more deposits to cover the estimated cost of said work. On request of Purchaser, Forest Service shall render monthly accounts as may be specified in such agreement.

**BT4.226 Use of Deposits.** Forest Service shall receive and apply deposits made under BT4.0 only to meet Purchaser's obligations under this contract, unless otherwise authorized by Purchaser.

**BT4.227 Blanket Cash Deposits.** Cash deposits may be made by Purchaser under a written agreement to cover charges made under this and other timber sale contracts within the same National Forest. Such deposits shall be allocated to such sales by Forest Service. When there are to be no Payment Units Released For Cutting hereunder for 30 calendar days or more and payment of current charges has been made, the allocation to this sale, exceeding the allocation to released Payment Units, shall be reallocated to other sales at Purchaser's request. Additional Payment Units shall not be Released for Cutting until allocation has again been made to this sale.

**BT4.23 Refund of Excess Cash.** If at any time the credit balance in Timber Sale Account exceeds the charges for timber within Payment Units Released For Cutting and for designated material not included in AT2 which is expected to be cut within 60 days, any portion of the excess that is due to cash may be refunded. If no cutting is planned within a 60-day period, refund of cash balance may be made, but account balance shall not be reduced below the total value of partially cut Payment Units and designated material not included in AT2 which is cut before operations cease. This Subsection shall not be construed to obligate Forest Service to refund any portion of deposit with bid.

Subject to the above limitations, when Purchaser (a) deposits negotiable securities of the United States to replace cash deposit with bid, (b) earns Effective Purchaser Credit or (c) provides any combination of (a) and (b), equivalent amounts of deposit with bid shall be refunded.

**BT4.24 Refund after Final Charges for Released Timber.** Any cash deposit in excess of that required to meet charges under BT4.2, shall be refunded or transferred within 15 calendar days of Purchaser's request after final charges for Included Timber have been made, except for amounts estimated to be required under BT9.5.

**BT4.3 Payment Guaranteed by Bond or Deposited Securities.** To guarantee payment, Purchaser may furnish and maintain an acceptable surety bond or deposit in a Federal Depository negotiable securities of the United States. The securities shall be deposited through the Regional Fiscal Agent accompanied by a power of attorney and agreement authorizing the bond-approving officer to sell or collect such securities if payment is not made within 15 calendar days of billing by Forest Service. The penal sum of such surety bond or the market value at time of deposit of such negotiable securities shall be the maximum amount of the payment guaranteed.

For payment purposes, said penal sum of the surety bond or market value at time of deposit of negotiable securities shall be in lieu of the performance bond furnished under BT9.1.

**BT4.31 Blanket Bond.** If Purchaser furnishes an acceptable bond, or deposits securities, in accordance with BT4.3, to guarantee payment for timber from this and other timber sales within the same National Forest, the amount of such bond or deposited securities shall be allocated to such sales by Forest Service. When there is to be no timber cutting hereunder for 30 calendar days or more and payment of current charges has been made, the allocation to this sale shall be reallocated to other sales at Purchaser's request, and Purchaser shall not start cutting hereunder until this sale receives an allocation which will, in combination with Purchaser Credit, meet the obligation for payment guarantee.

**BT4.4 Payment Not Received.** When payment is not received within 15 calendar days of billing, Forest Service may suspend all or any part of Purchaser's Operations until payment or acceptable payment guarantee is received.

Failure to pay amounts due when payments are guaranteed by a surety bond shall be considered a breach under BT9.3, and the 30 calendar-day notice period prescribed therein shall begin to run as of the end of aforesaid 15 calendar days allowed for payment. For such payments not received, interest shall accrue on the unpaid amount at the rate of 6 percent per annum, compounded monthly, beginning 30 calendar days after the end of the period allowed for payment.

Forest Service remedies for Purchaser's failure to pay amounts due, except for suspension of all or any part of Purchaser's Operations, shall be stayed for so long as (a) a bona fide dispute exists as to Purchaser's obligation to make such payment and (b) Purchaser shall file and prosecute a timely appeal from Forest Service decision involved in such dispute under Regulations of the Secretary of Agriculture (36 C.F.R. 211.20 et seq.).

B
16h 91

## BT5.0—TRANSPORTATION FACILITIES

**BT5.1 Authorization.** Purchaser is authorized to construct and maintain roads, bridges and other transportation facilities, as needed for harvesting Included Timber, on National Forests and other lands where Forest Service has such authority. As used in this contract "construct" includes "reconstruct."

Location and construction of Specified Roads shall be in accordance with BT5.2. Unless otherwise provided herein, construction may be progressive during this contract. Maintenance shall be governed by BT5.4. The location and clearing widths of all Temporary Roads or facilities shall be agreed to before construction is started. "Temporary Roads" are roads other than Specified Roads which are constructed by Purchaser for the purpose of harvesting Included Timber.

Purchaser is authorized to cut and use for construction without charge construction timber designated by agreement.

**BT5.11 Requirements of Rights-of-Way.** Purchaser's road construction and use on the rights-of-way identified in attached list or CT5.11 shall be confined to said rights-of-way and limited by the related easements and stipulations, if any, unless Purchaser makes other arrangements which will not infringe upon or adversely affect the grantee's rights. Said easement or right-of-way documents are available in the offices of the Forest Supervisor and District Ranger.

**BT5.12 Use of Roads by Purchaser.** Except as provided herein, Purchaser is authorized to use existing National Forest roads, in addition to Specified Roads listed in AT9, when such use will not cause damage to the roads or National Forest resources and when hauling can be done safely.

If Purchaser's use of an existing temporary or National Forest transportation system road, not listed in AT9, cannot be satisfactorily accommodated without reconstruction, Purchaser shall be authorized to use such road upon agreement as to the minimum reconstruction work which Purchaser shall perform before hauling. When appropriate, such road shall be included in AT9 as an alternate facility under BT5.26.

CT5.12 lists existing temporary or permanent roads shown on Sale Area Map which for such reasons as limitations in structural capacity, safety and protection of soil, water, and roads, (a) cannot be used for hauling or (b) may be used only under the restrictive limitations stated therein.

**BT5.2 Specified Roads.** "Specified Roads" are roads, including related transportation facilities and appurtenances, shown on Sale Area Map and listed in AT9, for which Purchaser shall be given Purchaser Credit when constructed. Purchaser shall construct Specified Roads used under this contract. Construction initiated by Purchaser on any such Specified Road shall be completed to an agreed terminus that meets Purchaser's needs and prevents unnecessary injury to National Forest resources. Construction to such terminus shall be in full accordance with Drawings and specifications set forth herein or attached hereto, except for agreed adjustments needed to accommodate such terminus. The cost, as estimated by Forest Service, for the portion constructed shall be separately recorded as a segment in a revised AT10. A Temporary Road shall not be constructed substantially on the location for a Specified Road, except by agreement.

In event of agreed substitution or revision of construction design, specifications or performance responsibility under BT5.212, BT5.25, BT5.26 or CT 5.201, a revised table designated AT9-1, AT9-2, etc. shall supersede any prior table as AT9, when it is dated and signed by Purchaser and the Forest Supervisor or District Ranger when District Ranger is the approving officer.

**BT5.21 Engineering.** Survey and design for Specified Roads were completed by Forest Service prior to sale advertisement, unless other timing is specified in CT5.21 or Purchaser survey and design are specified in AT9. On those roads for which the design is completed by Forest Service during the contract, the design quantities shall be used as the basis for revising estimated costs and Purchaser Credit Limit stated in AT10.

Survey, design, and construction staking of Specified Roads to be engineered by Purchaser shall be performed by Purchaser in accordance with specifications attached hereto. Based upon the quantities developed by such design as approved by Forest Service, the estimated costs and Purchaser Credit Limit stated in AT10 shall be revised by Forest Service. The methods of computing such revised costs shall be consistent with the methods that would have been used had the engineering been performed prior to sale advertisement.

**BT5.211 Priority of Drawings.** "Drawings" are documents listed in AT9 showing such items as plans, profiles, typical cross sections, working drawings and supplemental drawings, or exact reproductions thereof, which show the location, character, dimensions and the details of the work to be done.

Drawings shall govern over specifications, staking and the approximate mileage in AT9, unless agreed otherwise for minor adjustments. Normal good construction practices and related tolerances are acceptable when the specification describes the construction requirements in nonquantitative terms. Necessity for substantial change in the amount of construction work resulting from an error in the staking shall be treated as a design change under BT5.254.

**BT5.212 Construction Staking.** Purchaser shall avoid careless or negligent damage to construction stakes, flags or marks. If such damage occurs, Purchaser shall be required to replace stakes necessary to construction or, upon Purchaser's request and under written agreement, Purchaser shall bear costs of such replacement by Forest Service by depositing, with Forest Service in advance, sufficient sums to cover cost of such replacement. Any surplus funds remaining after such work is completed shall be refunded.

When AT9 shows that construction stakes are to be set by Forest Service after clearing, Purchaser shall submit to Forest Service a written schedule for clearing, construction staking and construction which will provide Forest Service a reasonable period for setting construction stakes. Time of setting construction stakes may be modified by written agreement.

If Forest Service performs construction staking for Specified Roads, timing of such staking shall permit Purchaser's clearing and other construction activity to proceed without hindrance or delay, provided Purchaser's construction activity is reasonably consistent with needs iden-

tified in Purchaser's operating schedule or amendments thereto.

Should Forest Service be unable to perform construction staking in such reasonable period, upon written agreement, Purchaser shall assume the responsibility for construction staking for agreed upon portions of Specified Roads. In such event, Forest Service shall revise (a) AT9 to show Purchaser's performance responsibility and (b) AT10 to include costs of construction staking, as provided under BT5.24, and to increase Purchaser Credit Limit to accommodate such costs. Such costs shall be calculated by Forest Service using unit rates comparable with those used in the preparation or revision of AT10.

**BT 5.22 Material Delivery.** Within 60 calendar days after award date, Purchaser shall provide Forest Service a written schedule showing the desired delivery dates of any material to be supplied by Forest Service. With reasonable notice, said schedule may be amended by agreement. Forest Service agrees to make delivery within 15 calendar days after the scheduled delivery dates that are at least 60 calendar days after the schedule is submitted unless prevented by causes beyond control of Forest Service.

If Purchaser does not provide Forest Service the written schedule within the above period, Forest Service agrees to make delivery within 90 calendar days after a late schedule is submitted, unless prevented by causes beyond control of Forest Service. After delivery to and written receipt by Purchaser, Purchaser is responsible for installation of needed material and for any loss of or damage to such material due to Purchaser's negligence prior to installation or return of unused material to Forest Service.

At Purchaser's option, Forest Service deliveries shall be to Purchaser's storage area, as agreed, or to the nearest practicable point to the job site along existing roads. Unused material shall be returned to Forest Service at location of delivery, unless agreed otherwise.

**BT5.23 Use of Partially-Constructed Road.** Portions of Specified Roads shall be Substantially Completed prior to their use for hauling timber from each established landing, except that Purchaser may be relieved in writing of this requirement if there is justification under existing conditions. When necessary to facilitate construction and protect bridges and roads from damage, timber felled in construction and timber logged directly to the road from areas immediately adjacent thereto may be hauled before road construction is Substantially Completed. Such hauling shall be confined to periods when abnormal soil erosion and damage to National Forest lands will not result.

"Substantially Completed" means (a) completion of grading and installation of drainage structures so they will function effectively, and (b) laying the specified depth of the base course, if any, unless physical conditions make it impractical or ground conditions permit hauling without undue damage. No more than half of Included Timber to be hauled over such portions of road shall be hauled until the base course has been applied.

Unless agreed otherwise, specified reconstruction shall be completed on any portion of road prior to hauling on that portion.

**BT5.24 Estimated Cost.** Estimated costs by construction phases for Specified Roads listed in AT9 are stated by segments in AT10. Such estimated costs are subject to adjustment under BT3.31, BT3.32, BT5.2, BT5.21, BT5.212, BT5.25 and BT5.26. Appropriately adjusted costs shall be made a part of a revised AT10 which shall be designated AT10-1, AT10.2, etc. The revised AT10 shall supersede any prior AT10 herein when it is dated and signed by the Forest Supervisor, or District Ranger when District Ranger is the approving officer, and a copy is furnished to Purchaser.

**BT5.25 Construction Cost Adjustment.** Costs estimates in AT10 and Purchaser Credit Limit shall be adjusted by Forest Service as follows:

**BT5.251 Difference in Rock Cost.** If there is advance agreement on changes affecting base rock, surface rock, or rock riprap cost estimates (such as sources, type, estimated quantities or average hauling mileage of base course, surface rock, or rock riprap other than those in AT11), appropriate adjustments shall be made in AT10. The new rock-cost estimates shall be the products of Forest Service's revised estimates of mileage, quantities and unit costs that are consistent with unit costs in AT11. Appropriately adjusted sources, type, quantities, mileages and unit costs shall be made a part of a revised AT11, which shall be designated AT11-1, AT11-2, etc. No such adjustment shall be made if the calculated change for all Specified Roads is less than $500. Cost rates listed in AT11 are subject to adjustment under BT3.31.

**BT5.252 Difference in Culvert Installation.** If the actual approved amount or type of culvert or drainage accessories installed hereunder differ from those estimated in Drawings and specifications under BT5.2, the estimated costs therefor, listed in AT10 shall be adjusted according to the cost rates in AT12. If culverts or drainage accessories different from those shown in AT12 are installed, estimated cost rates shall be consistent with the cost rates of AT12. Cost rates listed in AT12 are subject to adjustment under BT3.31.

**BT5.253 Cost Adjustment for Physical Change.** The estimated costs in AT10 shall be revised if prior to acceptance under BT6.35, a major physical change, caused by a single event and not due to negligence of Purchaser, results in additional work by Purchaser involving an additional estimated cost of (a) more than $1,000 for sales under one million board feet, (b) more than $1.00 per thousand board feet for sales of one to three million board feet, or (c) more than $3,000 for sales over three million board feet. Such costs shall include the cumulative estimated costs of repairing damage from slides, washouts, landslips, fire, etc., caused by said event.

In such event, Drawings and specifications shall be revised when necessary to meet the new conditions. Such revised Drawings and specifications, together with the estimated cost of work abandoned, shall be the basis for revised cost estimates. Revised cost estimates shall be calculated by Forest Service, using unit rates consistent with those used in the preparation or revision of AT10.

**BT5.254 Design Change.** If Purchaser and Forest Service agree on a design change of a substantial nature consisting of changes in location, removal of unsuitable material or changes in road cross section of a Specified Road, estimated costs in AT10 shall be revised to reflect the estimated cost resulting from such design change. A design change of a substantial nature is one that would result in a total adjustment in the estimated cost of $1,000 or more.

**BT5.26 Alternate Facilities.** If under Purchaser's operating schedule, roads needed for the removal of Included Timber differ substantially from Specified Roads, other

roads may be added to AT9. The road routing, location, design, and needed easements shall be such as will make such other roads acceptable as parts of the National Forest transportation system. Surveys, design, and construction staking for such other roads shall be provided by Purchaser.

Based on design quantities from such engineering, Forest Service shall estimate construction costs of alternate facilities, using methods consistent with those used in the original computation of AT10. Purchaser Credit Limit for acceptable alternate facilities shall not exceed the estimated costs of facilities listed in the original AT10 which Purchaser does not construct, except that Purchaser Credit Limit may be adjusted as described in BT5.25. In event of rate redetermination under BT3.3, such limit shall be the redetermined estimated costs of facilities listed in the original AT10 which Purchaser does not construct.

**BT5.3 Purchaser Credit Computation.** Forest Service shall make timely estimates of Purchaser's progress in Specified Road construction. On the basis of such progress estimates, and cost estimates in AT10, Forest Service shall credit Timber Sale Account each month as such work proceeds or as such deposits are made. Materials furnished and delivered or such deposits made by Purchaser shall be included in estimating work progress.

Such crediting shall be at 95 percent of the estimate of cost of work accomplished until the project segment listed in AT10 is accepted as complete under BT6.35 or is abandoned under BT5.253 or BT8.33. At such time, Timber Sale Account shall receive full credit up to Purchaser Credit Limit.

When Purchaser performs surface treatment for which Purchaser Credit is provided elsewhere herein or makes deposits for road reconstruction under CT5.121 or for use of share-cost roads under CT4.21, Forest Service shall credit Timber Sale Account each month as such work proceeds or as such deposits are made. Crediting of Timber Sale Account for deposits for road reconstruction or for share-cost roads shall be in the full amount of such deposits.

**BT5.4 Road Maintenance. Purchaser shall perform or** pay for road maintenance work, commensurate with Purchaser's use, on roads controlled by Forest Service and used by Purchaser in connection with this sale. Maintenance specifications and Required Deposits for road maintenance, if any, are stated in CT5.4 or CT5.41. In the absence of a provision for such Required Deposits, there may be agreement for Purchaser to make deposits under BT4.225 in lieu of performing maintenance.

Purchaser's use of roads being maintained for commercial hauling by a third party under agreement with Forest Service may be made contingent upon Purchaser's payment (a) to Forest Service at reasonable rates predetermined annually or by said agreement or (b) to a third party by agreement between Purchaser and such third party. Purchaser's maintenance cost responsibility on road sections customarily maintained by Forest Service shall not exceed the maintenance costs commensurate with Purchaser's use.

Forest Service road maintenance performed for Purchaser within the designated maintenance area shall be at least comparable to that required of Purchaser. Both current and periodic maintenance shall be performed so that Purchaser's use of roads is not unreasonably hindered or restricted. When Forest Service is unable to perform such maintenance, or other arrangements are justified by changed circumstances, Purchaser may assume specific maintenance obligations by written agreement including adjustment of Purchaser's deposits for road maintenance.

Maintenance as used in this contract does not include road reconstruction or repairs of an extraordinary nature.

**BT5.41 Road Maintenance Deposits. Other provisions** herein notwithstanding, when Forest Service requests payment in lieu of Purchaser's performance of road maintenance, Purchaser shall make Required Deposits (16 U.S.C. 537) at rates stated in Road Maintenance Deposit Schedule CT5.411. Such deposits shall be based upon the estimated quantity and distance hauled on roads listed in said schedule.

Purchaser and Forest Service may agree in writing on adjustment of such rates, including the establishment of rates for phases of maintenance. If Purchaser uses roads under jurisdiction of Forest Service other than those listed in said schedule, Forest Service shall establish rates commensurate with Purchaser's use of such roads.

**BT5.5 Use by Others. Forest Service shall have the** right to use any road constructed by Purchaser under this contract for any and all purposes in connection with the protection and administration of the National Forest. Roads constructed by Purchaser hereunder may be used by other parties in connection with the logging of tributary National Forest timber when such use will not materially interfere with Purchaser's Operations. Such third party use shall be contingent upon the third party paying a fair share of maintenance cost commensurate with such commercial use.

Unless otherwise provided in CT5.5, Forest Service shall authorize other uses of roads constructed by Purchaser hereunder only if (a) Forest Service makes appropriate arrangements to relieve Purchaser of related maintenance costs commensurate with such other uses and (b) such other uses will not materially interfere with Purchaser's Operations.

Where Purchaser reconstructs a road having established use, the use during reconstruction and thereafter by Purchaser shall be such as to reasonably accommodate such established use. Purchaser shall have the right to use such reconstructed road without material additional interference from other users.

## BT6.0—OPERATIONS

**BT6.1 Representatives.** Unless Purchaser is notified in writing otherwise by the Forest Supervisor, the District Ranger is the representative of Forest Service to (a) receive notices in regard to performance under this contract, (b) take action in relation to this contract, and (c) be readily available to the area of construction and logging operations.

When Purchaser's Operations are in progress, Purchaser shall have a representative, named in writing, readily available to the area of such operations and authorized to receive notices in regard to performance under this contract and to take related action.

**BT6.11 Notices. Notices by either party as to action** taken or to be taken by the other respecting this contract shall be made in writing to the other party's designated representative.

**BT6.2 Improvements. Purchaser is authorized to con-**struct on National Forest land, buildings, facilities, and other improvements needed to log Included Timber. Such

B

13h 91

construction shall be located where approved in writing by Forest Service and shall be constructed and used in a manner which will protect National Forest values. Forest Service may authorize Purchaser under special use permit or CT6.2 to establish and operate facilities on National Forest land to manufacture Included Timber.

**BT6.21 Removal.** Unless continued use is authorized, all said improvements shall be removed or disposed of by Purchaser when no longer needed. Should Purchaser fail to remove or dispose of said improvements within 6 months after Termination Date, Forest Service may dispose of said improvements at Purchaser's expense under BT9.5, or in lieu thereof, may, upon written notice to Purchaser, assume title to said improvements in the name of the United States. In the latter event, Purchaser shall not be required to remove such improvements.

**BT6.22 Protection of Improvements.** So far as practicable, Purchaser shall protect Specified Roads and other improvements (such as roads, trails, telephone lines, ditches and fences) (a) existing in the operating area, (b) determined to have a continuing need or use and (c) designated on Sale Area Map. Roads and trails needed for fire protection or other purposes and designated on Sale Area Map shall be kept reasonably free of quipment and products, slash and debris resulting from Purchaser's Operations. Purchaser shall make timely restoration of any such improvements damaged by Purchaser's Operations and, when necessary because of such operations, shall move such improvements as specified in CT6.22.

**BT6.23 Protection of Land Survey Monuments.** Forest Service shall appropriately designate on the ground all known survey monuments, section corners and other corner accessories. Identifying signs shall be posted by Forest Service on two sides of each known bearing tree.

In authorized clearings such as Clearcutting Units and road construction, and in other instances where damage to monuments, section corners and other corner accessories is unavoidable, Forest Service shall arrange protective or perpetuative action which does not cause unnecessary delay to Purchaser.

Purchaser shall protect all known survey monuments, witness corners, reference monuments and bearing trees against avoidable destruction, obliteration or damage during Purchaser's Operations. If any known monuments, corners or accessories are destroyed, obliterated or damaged during Purchaser's Operations, Purchaser shall hire the appropriate county surveyor or a registered land surveyor to reestablish or restore at the same location the monuments, corners or accessories. Such surveyors shall use procedures in accordance with the Bureau of Land Management Manual of Instructions for the Survey of the Public Lands of the United States for General Land Office surveys, and in accordance with State law for others. Purchaser shall record such surveys in appropriate county records.

**BT6.24 Protection of Historical Sites.** Location of known historic or prehistoric ruins or monuments or objects of antiquity, such as Indian artifacts, protected by American Antiquities Act (16 U.S.C. 433) are shown on Sale Area Map and identified on the ground. Such areas discovered and identified on the ground during Purchaser's Operations may, by agreement, result in contract cancellation or modification and reimbursement to Purchaser for the extra cost involved in providing such protection. Discovery of such areas by either party shall promptly be reported to the other party.

Wheeled or track-laying equipment shall not be operated within such areas except on roads, landings, tractor roads or skid trails approved under BT5.1 and BT6.422. Unless agreed otherwise, trees felled into such areas, and the resulting slash, shall be removed by a method that will minimize damage to the area. Purchaser may be required to backblade skid trails and other ground disturbed by Purchaser's Operations within such areas in lieu of cross ditching required under BT6.6.

**BT6.3 Control of Operations.** Under this contract, "Purchaser's Operations" shall include activities of or use of equipment of Purchaser, Purchaser's employees, agents, contractors, subcontractors, their employees or agents, acting in the course of their employment in operations hereunder on National Forest System lands or within the Forest Service protection boundary (unless acting under the immediate supervision of Forest Service, as in slash disposal).

Purchaser's Operations shall be conducted in a workmanlike and orderly manner. The timing of required Forest Service designation of work on the ground and the performance of other Forest Service work shall not be such as to cause unnecessary delay to Purchaser.

"Release For Cutting" is written authorization to Purchaser to begin cutting in a Payment Unit. Upon Purchaser's request for release of a Payment Unit, Forest Service shall either (a) give tentative approval and bill Purchaser as necessary under BT4.22 or (b) reject the request, stating reasons for rejection. When payment or payment guarantee has been confirmed, Forest Service shall issue Release For Cutting within 10 days. Purchaser shall not cut timber in any Payment Unit until it is Released For Cutting.

**BT6.31 Operating Schedule.** Purchaser shall, before commencing operations, provide in writing an annual schedule of anticipated major activities and needs for logging Included Timber, such as logging, road maintenance and construction, including construction and staking schedule under BT5.212 and material delivery under BT5.22. Upon reasonable notice to Forest Service, such schedule shall be subject to modifications necessitated by weather, markets or other unpredictable circumstances.

Subject to BT6.6 and when the requirements of BT6.65 are met, Purchaser's Operations may be conducted outside Normal Operating Season. "Normal Operating Season" is the period beginning and ending on the dates stated in AT17 of any year.

**BT6.32 Protection of Residual Trees.** Purchaser's Operations shall not unnecessarily damage young growth or other trees to be reserved.

**BT6.33 Safety.** Purchaser's Operations shall facilitate Forest Service's safe and practical inspection of Purchaser's Operations and conduct of other official duties on Sale Area.

**BT6.34 Sanitation and Servicing.** Purchaser shall take all reasonable precautions to prevent pollution of air and water by Purchaser's Operations. If facilities for employees are established on Sale Area, they shall be operated in a sanitary manner. Refuse resulting from Purchaser's use, servicing, repair or abandonment of equipment shall be removed from National Forest lands or buried at agreed locations. Purchaser shall not service tractors, trucks or

14h 91

other equipment on National Forest lands where pollution to lakes, streams or estuaries is likely to occur.

**BT6.35 Acceptance of Work.** Upon Purchaser's written request and assurance that work has been competed, Forest Service shall perform an inspection promptly so as not to delay unnecessarily the progress of Purchaser's Operations. Such a request may be for acceptance of (a) any reasonable portion of Specified Road listed in AT10, (b) specific requirements on a Payment Unit (such as logging, slash disposal, erosion control, or snag felling) or (c) all contract requirements on a Payment Unit. Forest Service may perform such inspections without request from Purchaser.

Within 5 calendar days of said inspection, Forest Service shall furnish Purchaser with written notice either of acceptance or of work remaining to be done.

In the event that Forest Service is unable to make such inspection within 10 calendar days of Purchaser's request therefor, Purchaser shall be notified in writing of necessity for postponement and time when inspection can be made. The same final approval procedure shall be used at the end of Purchaser's construction period on any completed portion of road. Specified Road work may be accepted subject to completion of clearing work not affecting the road structure but delayed for reasons beyond control of Purchaser, such as adverse weather.

When all contractual work of Purchaser has been accepted for any Payment Unit, said Payment Unit shall be eliminated from Sale Area on written notice of either party to this contract, unless such Payment Unit is a portion of a larger cutting unit. In the latter circumstance, such Payment Unit may be eliminated only by agreement.

**BT6.4 Conduct of Logging.** Unless otherwise specifically provided herein, Purchaser shall fell trees designated for cutting and shall remove the portions which meet Utilization Standards as provided in BT2.2 prior to acceptance of Payment Unit for completion of logging under BT6.35. Exception for occasional trees inadvertently not cut or trees or pieces not removed may be made for good reason, including possible damage to forest resources or gross economic impracticability at the time of removal of other timber. Logging shall be conducted in accordance with the following, unless CT6.4 provisions set forth requirements to meet special or unusual logging conditions:

**BT6.41 Felling and Bucking.** Felling shall be done to minimize breakage of Included Timber and damage to residual timber. Unless agreed otherwise, felling shall be done by saws or shears. Bucking shall be done to permit removal of all minimum pieces set forth in AT2. Purchaser may buck out cull material when necessary to produce pieces meeting Utilization Standards. Such bucked out material shall contain a minimum amount of sound wood. If necessary to assess extent of defect, Purchaser shall make sample saw cuts or wedges.

**BT6.411 Felling in Clearings.** Insofar as ground conditions, tree lean and shape of clearing permit, trees shall be felled so that their tops do not extend outside Clearcutting Units, construction clearings and areas of regeneration cutting.

**BT6.412 Stump Heights.** Stumps shall not exceed, on the side adjacent to the highest ground, the maximum heights set forth in AT8, except that occasional stumps of greater heights shall be acceptable when necessary for safe and efficient conduct of logging. Except for acceptable high stumps stated above, Purchaser shall re-cut high stumps so they will not exceed heights specified in AT8 and shall dispose of severed portions in the same manner as other logging debris or as otherwise agreed. The stump heights shown in AT8 were selected with the objective of maximum reasonable utilization of the timber unless Sale Area Map shows special areas where stump heights are lower for aesthetic, land treatment or silvicultural reasons.

**BT6.413 Limbing.** When necessary to minimize damage to the residual stand during skidding, exposed limbs shall be cut from products prior to skidding. Such limbs may be left uncut which cannot be cut with reasonable safety.

**BT6.42 Skidding and Yarding.** Methods of skidding and yarding specified for particular areas, if any, are indicated on Sale Area Map. Outside Clearcutting Units and construction clearings, insofar as ground conditions permit, products shall not be skidded against reserve trees or groups of reproduction, and tractors shall be equipped with winch to facilitate skidding.

**BT6.421 Rigging.** Insofar as practicable, needed rigging shall be slung on stumps or trees designated for cutting.

**BT6.422 Landings and Skid Trails.** Location of all landings, tractor roads and skid trails shall be agreed upon prior to their construction. The cleared or excavated size of landings shall not exceed that needed for safe and efficient skidding and loading operations.

**BT6.423 Skidding on Roads.** Products may be skidded on permanent roads authorized for hauling under BT5.12 only by prior written agreement.

**BT6.424 Arches and Dozer Blades.** Unless otherwise specified in CT6.424, skidding tractors equipped with pull-type arches or dozer blades wider than tractor width or C-frame width, whichever is greater, shall not be used in residual timber outside Clearcutting Units and other authorized clearings, except on constructed tractor roads or landings, unless there is written agreement that residual timber will not be damaged materially by such use.

**BT6.5 Streamcourse Protection.** "Streamcourses" which are subject to provisions of this Section are shown on Sale Area Map. Unless otherwise agreed, the following measures shall be observed to protect Streamcourses:

(a) Purchaser's Operations shall be conducted to prevent debris from entering Streamcourses, except as may be authorized under paragraph (d). In event Purchaser causes debris to enter Streamcourses in amounts which may adversely affect the natural flow of the stream, water quality or fishery resource, Purchaser shall remove such debris as soon as practicable, but not to exceed 48 hours, and in an agreed manner that will cause the least disturbance to Streamcourses.

(b) Culverts or bridges shall be required on Temporary Roads at all points where it is necessary to cross Streamcourses. Such facilities shall be of sufficient size and design and installed in a manner to provide unobstructed flow of water and to minimize damage to Streamcourses. Trees or products shall not be otherwise hauled or yarded across Streamcourses unless fully suspended.

(c) Wheeled or track-laying equipment shall not be operated in Streamcourses except at crossings designated by Forest Service or as essential to construction or removal of culverts and bridges.

(d) Flow in Streamcourses may be temporarily diverted only if such diversion is necessary for Purchaser's planned construction and Forest Service gives written authoriza-

EXHIBIT B
15th of 91

tion. Such flow shall be restored to the natural course as soon as practicable and in any event prior to a major storm runoff period or runoff season.

**BT6.6 Erosion Prevention and Control.** Purchaser's Operations shall be conducted reasonably to minimize soil erosion. Equipment shall not be operated when ground conditions are such that excessive damage will result. The kinds and intensity of erosion control work done by Purchaser shall be adjusted to ground and weather conditions and the need for controlling runoff. Erosion control work shall be kept current immediately preceding expected seasonal periods of precipitation or runoff.

If Purchaser fails to do seasonal erosion control work prior to any seasonal period of precipitation or runoff, Forest Service may temporarily assume responsibility for the work and any unencumbered deposits hereunder may be used by Forest Service to do the work. If needed for such work, Purchaser shall make additional deposits on request by Forest Service. Any money deposited or used for this purpose shall be treated as cooperative deposits under BT4.225.

**BT6.61 Meadow Protection.** Reasonable care shall be taken to avoid damage to the cover, soil, and water in meadows. Vehicular or skidding equipment shall not be used on meadows except where roads, landings and tractor roads are approved under BT5.1 and BT6.422. Unless otherwise agreed, trees felled into meadows shall be removed by endlining, and resulting logging slash shall be removed, where necessary to protect cover, soil and water.

**BT6.62 Temporary Roads.** As necessary to attain stabilization of roadbed and fill slopes of Temporary Roads, Purchaser shall employ such measures as outsloping, drainage dips and water-spreading ditches.

After a Temporary Road has served Purchaser's purpose, Purchaser shall give notice to Forest Service and shall remove bridges and culverts, eliminate ditches, outslope roadbed, remove ruts and berms, effectively block the road to normal vehicular traffic where feasible under existing terrain conditions and build cross ditches and water bars as staked or otherwise marked on the ground by Forest Service. When bridges and culverts are removed, associated fills shall also be removed to the extent necessary to permit normal maximum flow of water.

**BT6.63 Landings.** After landings have served Purchaser's purpose, Purchaser shall ditch or slope them to permit water to drain or spread. Unless agreed otherwise, cut and fill banks around landings shall be sloped to remove overhangs and otherwise minimize erosion.

**BT6.64 Skid Trails and Fire Lines.** Purchaser shall construct cross ditches and water-spreading ditches on tractor roads and skid trails, where staked or otherwise marked on the ground by Forest Service. Forest Service shall designate cross ditching on Purchaser-built fire lines prior to or during construction. By agreement, Purchaser may use other comparable erosion control measures, such as backblading skid trails, in lieu of cross ditching.

**BT6.65 Current Operating Areas.** Where logging or road construction is in progress but not completed, unless agreed otherwise, Purchaser shall, before operations cease annually, remove all temporary log culverts and construct temporary cross drains, drainage ditches, dips, berms, culverts or other facilities needed to control erosion.

Such protection shall be provided, prior to end of a Normal Operating Season, for all disturbed, unprotected ground which is not to be disturbed further prior to end of operations each year, including roads and associated fills, tractor roads, skid trails and fire lines. When weather permits operations after Normal Operating Season, Purchaser shall keep such work on any additional disturbed areas as up-to-date as practicable.

**BT6.66 Erosion-Control Structure Maintenance.** During the period of this contract, Purchaser shall provide maintenance of soil erosion control structures constructed by Purchaser until they become stabilized, but not for more than one year after their construction. Forest Service may agree to perform such structure maintenance under BT4.225, if requested by Purchaser, subject to agreement on rates. Purchaser shall not be responsible for repair of such structures damaged by other National Forest users whose activities are not a part of Purchaser's Operations.

**BT6.7 Slash Disposal.** Purchaser's timing of product removal and preparatory work shall not unnecessarily delay slash disposal. Specific slash disposal measures to be employed by Purchaser are stated in CT6.7 and are in addition to Required Deposits for slash disposal.

**BT6.8 Measuring.** "Measuring" is the estimation of timber quantities using certain tree dimensions and applicable volume tables or formulae to determine the contents of trees or stands in a standard manner. Sampling may be on an individual tree or area basis. Examples of standard procedures are tree measurement, sample tree measurement and area estimate. The quantity of timber designated or to be designated for cutting has been or shall be Measured as specified in CT6.8.

**BT6.9 Records.** Upon request, Purchaser shall provide access to appropriate annual records in Purchaser's books and accounts to enable Forest Service to obtain and analyze accurate operating costs and selling price data for appropriate use in appraising Federal timber. However, upon receiving such a request from Forest Service, Purchaser may make written notice that such data shall be provided through an independent certified public accountant approved by Forest Service. Purchaser agrees that the certified public accountant shall do such work in accordance with specifications provided by Forest Service. Costs of such services shall be paid by Purchaser. Data so provided shall be subject to acceptance by Forest Service, and shall also be subject to review and adjustment, where needed, by Forest Service.

Operating cost and selling price data shall include that applicable for appraising timber obtained from Federal sources in or processed in the Region. Access to such data shall be provided by Purchaser on behalf of subsidiary entities owned or controlled by Purchaser to the extent they participate in harvesting, manufacturing or marketing said timber into products recognized in National Forest timber appraisals in the area. To a like extent, Purchaser shall request in writing Purchaser's contractors and subcontractors to make such data available to Forest Service.

Information so obtained shall be treated as confidential as provided in Regulations issued by Secretary of Agriculture (7 CFR 1.4) and shall be available for review by parties from whom such data are obtained.

## BT7.0—FIRE PRECAUTIONS AND CONTROL

**BT7.1 Plans.** Prior to initiating Purchaser's Operations during Fire Precautionary Period, Purchaser shall file with Forest Service a plan providing for the prevention and control of fires on Sale Area and other areas of Pur-

B
16h 91

chaser's Operations. Such plan shall include a detailed list of men and equipment at Purchaser's disposal for implementing the plan. This requirement may be met by preparing a single plan for more than one sale.

**BT7.2 Fire Precautions.** Specific fire precautionary measures listed in CT7.2 shall be applicable during Purchaser's Operations in "Fire Precautionary Period" described in AT13. Forest Service may change the dates of Fire Precautionary Period by advance written notice if justified by unusual weather or other conditions. Required tools and equipment shall be kept in serviceable condition and immediately available for fire fighting at all times during Purchaser's Operations in Fire Precautionary Period.

**BT7.21 Substitute Precautions.** Forest Service may authorize substitute measures or equipment, or waive specific requirements by written notice if substitute measures or equipment will afford equal protection or some of the required measures and equipment are unnecessary.

**BT7.22 Emergency Precautions.** Forest Service may require the necessary shutting down of equipment on portions of Purchaser's Operations as specified by the emergency fire precautions schedule of CT7.22. Under such conditions, after Purchaser ceases active operations, Purchaser shall release for hire by Forest Service, if needed, Purchaser's shutdown equipment for fire standby on Sale Area or other areas of Purchaser's Operations and personnel for fire standby or fire patrol, when such personnel and equipment are not needed by Purchaser for other fire fighting or protection from fire. Equipment shall be paid for at firefighting equipment rates common in the area or at prior agreed rates, and if Purchaser requests, shall be operated only by personnel approved by Purchaser. Men so hired shall be subject to direction and control by Forest Service and shall be paid by Forest Service at fire fighting rates common in the area or at prior agreed rates.

**BT7.3 Fire Control.** Purchaser shall, both independently and in cooperation with Forest Service, take all reasonable and practicable action to prevent and suppress fires resulting from Purchaser's Operations and to suppress any forest fire on Sale Area. Purchaser's independent initial fire-suppression action on such fires shall be immediate and shall include the use of all necessary manpower and equipment at Purchaser's disposal on Sale Area or within the distance of Sale Area stated in AT14.

**BT7.31 Purchaser's Reinforcement Obligations.** Whenever an Operations Fire or Negligent Fire, whether on or off Sale Area, or any other forest fire on Sale Area, has not been suppressed by initial action and appreciable reinforcement strength is required, Forest Service may require further actions by Purchaser until such fire is controlled and mopped up to a point of safety. Such actions may include any or all of the following as necessary to fight such fires:

**BT7.311 Suspend Operations.** To suspend any or all of Purchaser's Operations.

**BT7.312 Manpower.** To release for employment by Forest Service any or all of Purchaser's manpower engaged in Purchaser's Operations or timber processing within the distance of Sale Area stated in AT14. Any organized crew so hired shall include Purchaser's supervisor, if any. Men so employed shall be paid at Forest Service standard emergency fire fighting rates.

**BT7.313 Equipment.** To make available for Forest Service rental at fire-fighting equipment rates common in the area or at prior agreed rates any or all of Purchaser's equipment suitable for fire fighting and currently engaged in Purchaser's Operations within the distance of Sale Area stated in AT14. Equipment shall be operated only by personnel approved by Purchaser is so requested by Purchaser.

**BT7.4 Fire Suppression Costs.** Purchaser's obligations for cost of fire suppression vary according to three classifications of fires as follows:

**BT7.41 Operations Fire.** An "Operations Fire" is a fire caused by Purchaser's Operations other than a Negligent Fire.

Forest Service, except as provided in BT7.3, shall, under 16 U.S.C. 572, perform fire suppression activities on Operations Fires. Purchaser agrees to reimburse Forest Service for such cost for each Operations Fire, subject to a maximum of the dollar amount stated in AT15. The cost of Purchaser's actions, supplies and equipment on any such fire provided pursuant to BT7.3, or otherwise at the request of Forest Service, shall be credited toward such maximum. If Purchaser's actual cost exceeds Purchaser's obligations stated above, Forest Service shall reimburse Purchaser for the excess.

**BT7.42 Negligent Fire.** A "Negligent Fire" is a fire caused by negligence or fault of Purchaser's Operations, including but not limited to one caused by smoking by persons engaged in Purchaser's Operations during the course of their employment, or during rest or lunch periods; or if Purchaser's failure to comply with the requirements of BT7.2 and BT7.3 results in a fire starting or permits a fire to spread. Damages and the cost of suppressing Negligent Fires shall be borne by Purchaser.

**BT7.43 Other Fires on Sale Area.** Forest Service shall pay Purchasers, at fire-fighting rates common in the area or at prior agreed rates, for equipment or manpower furnished by Purchaser pursuant to BT7.3, or otherwise at the request of Forest Service, on any fire on Sale Area other than an Operations Fire or a Negligent Fire.

**BT7.5 State Law.** Purchaser shall not be relieved by the terms of this contract of any liability to the United States for fire suppression costs recoverable in an action based on State law, except for such costs resulting from Operations Fires. Amounts due Purchaser for fire fighting expenditures in accordance with BT7.41 shall not be withheld pending settlement of any such claim or action based on State law.

**BT7.6 Performance by Contractor.** Where Purchaser's Operations in connection with fire responsibilities are performed by his employees, agents, contractors, subcontractors, their employees or agents, Purchaser's obligations shall be the same as if performance was by Purchaser.

## BT8.0—OTHER CONDITIONS

**BT8.1 Title and Liability.**

**BT8.11 Title Passage.** All right, title, and interest in and to any Included Timber shall remain in Forest Service until it has been Measured, paid for and removed from Sale Area or other authorized cutting area, at which time title shall vest in Purchaser. For purposes of this Subsection, timber in Payment Units Released For Cutting covered by cash deposit, Effective Purchaser Credit or payment guarantee under BT4.3 shall be considered to have been paid for. Title to any Included Timber which has been Measured and paid for, but not removed from Sale Area or other authorized cutting area by Purchaser on

B

17h 91

or prior to Termination Date, shall remain in Forest Service.

**BT8.12 Liability for Loss.** If Included Timber is destroyed or damaged by fire, wind, flood, insects, disease or similar cause, the party holding title shall bear the timber-value loss resulting from such destruction or damage, except that such losses caused by insect or disease after felling of timber, shall be borne by Purchaser unless Purchaser is prevented from removing such timber for reasons that would qualify for Contract Term Adjustment. There shall be no obligation for Forest Service to supply, or for Purchaser to accept and pay for, other timber in lieu of that destroyed or damaged. This Subsection shall not be construed to relieve either party of liability for negligence.

**BT8.2 Period of Contract.** All obligations of Purchaser shall be discharged not later than "Termination Date" stated in AT16, unless it is adjusted pursuant to BT8.21 or extended pursuant to BT8.23 or BT8.33, excepting only those obligations for which Forest Service has given written permission to delay performance. Such written permission shall be considered a Contract Term Adjustment for the purpose of Purchaser completing performance of obligations covered by such permission.

**BT8.21 Contract Term Adjustment.** "Contract Term Adjustment" means adjustment only as provided immediately above and for the three circumstances described in this Subsection. Under said circumstances, the contract term shall be adjusted in writing to include additional calendar days in one or more Normal Operating Seasons equal to the actual time lost, except as limited by (b) below.

To qualify for such adjustment, Purchaser shall give written notice of the lost time not later than 30 calendar days after end of Normal Operating Season in which time was lost and at least 10 calendar days before Termination Date. Forest Service shall make prompt written acknowledgement of such notice indicating its concurrence with the number of days Forest Service considers as qualifying for the adjustment. Lost portions of days shall be disregarded in computing time lost. The three circumstances qualifying for a Contract Term Adjustment are:

(a) Purchaser experiences delay in starting scheduled operations or interruptions in active operations either of which stops removal of Included Timber from Sale Area through curtailment in felling and bucking, yarding, skidding and loading, hauling or road construction, as scheduled under BT6.31, for 10 or more consecutive calendar days during a Normal Operating Season due to causes beyond Purchaser's control, including but not limited to acts of God, acts of the public enemy, acts of Government, labor disputes, fires, insurrections or floods.

(b) Causes described in (a) substantially affect the disposition or processing of Included Timber during Normal Operating Season through their effects on primary timber processing facilities, with a resulting delay of 60 calendar days or more in use of such facilities. In such event, Contract Term Adjustment shall not extend for more than 12 consecutive months.

(c) Purchaser (i) accepts Forest Service written request to interrupt or delay operations for any purpose other than suspension under BT4.4 or BT9.3 or (ii) suffers an interruption or delay of Purchaser's Operations affecting skidding, yarding and loading because of fire emergency closure ordered by Forest Service (or another agency in its behalf), and the total of such lost time is 10 or more calendar days during any Normal Operating Season.

If AT7 shows dates for scheduled rate redeterminations that are later than the beginning date of interruption or delay, and Termination Date is eligible for adjustment as described in this Subsection prior to said dates, the rate redetermination shall be made as originally scheduled. If redetermined rates plus Bid Premiums are higher than rates in effect immediately prior to the rate redetermination date, the date on which the redetermined rates shall become effective shall be adjusted by the number of days equal to the days lost prior to said rate redetermination date.

If Termination Date is adjusted as described in this Subsection and later extended under BT8.23, the appraisal for the extension shall be made as of the unadjusted Termination Date, but the date on which the new rates become effective, if higher than Current Contract Rates immediately prior to Termination Date, shall be the adjusted Termination Date.

**BT8.22 Termination for Catastrophe.** In event of Catastrophic Damage, this contract shall be either modified under BT8.33 following rate redetermination under BT3.32 or terminated under this Subsection.

**BT8.221 Termination by Purchaser.** This contract shall be terminated upon election and written notice by Purchaser if Catastrophic Damage rate redetermination under BT3.32 shows that the appraised weighted-average Conversion Return per unit of measure of all Included Timber remaining immediately prior to the catastrophe has been reduced through Catastrophic Damage by an amount equivalent to the normal appraised margin for profit and risk for such timber. Said "Conversion Return" is the difference between the estimated product realization value and total operating costs, including cost of development facilities, as generally used in Forest Service timber appraisals in this contract subregion at time of catastrophe.

**BT8.222 Termination by Forest Service.** This contract shall be terminated by written notice from Forest Service if there is Catastrophic Damage and Purchaser does not agree under BT8.33 to one or a combination of the following within 30 calendar days of receipt from Forest Service of contract modifications proposed to permit the harvest of the catastrophe-affected timber in areas outlined under BT8.33:

(a) To Include Catastrophically-Damaged undesignated timber that normally would be salvaged and cannot reasonably be logged separately from Included Timber; or

(b) To permit salvage operations by others; or

(c) To eliminate areas of damaged or devalued timber from Sale Area.

**BT8.23 Contract Term Extension.** "Contract Term Extension" means an extension of the term of this contract made at request of Purchaser other than a Contract Term Adjustment under BT8.21. This Subsection shall not obligate Forest Service to grant a Contract Term Extension.

When such extension is made, Forest Service shall make an appraisal using standard Forest Service methods and appraisal data in effect 45 calendar days prior to Termination Date. Bid Premiums shall be added to such appraised rates to establish Flat Rates or Tentative Rates for the extension period. In event rates so established would develop Current Contact Value immediately prior to such an extension that is less than Current Contract Value

B
18th 91

at that time, Flat Rates and Tentative Rates in effect immediately prior to extension shall be retained for the extension period.

The cost of unconstructed transportation facilities shall be appraised, by applying current costs to original quantities used to establish amounts by construction phases in AT10, to establish a new Purchaser Credit Limit. Irrespective of such appraisal results, revised Purchaser Credit Limit shall be adjusted so that as a result of extension, any increase in Purchaser Credit Limit does not exceed any increase in Current Contract Value.

**BT8.3 Contract Modification.** The conditions of this sale are completely set forth in this contract. This contract can be modified only by written agreement of the parties, except as provided under BT8.31.

By agreement and with compensating adjustments where appropriate, this contract shall be modified to provide for (a) the exercise of any authority hereafter granted by law or Regulation of the Secretary of Agriculture if such authority is then generally being applied to Forest Service timber sale contracts and (b) any other contractual provision then in general use by Forest Service.

Contract modifications, redetermination of rates, and termination shall be in writing and may be made on behalf of Forest Service only by the Forest Service officer signing this contract, his successor or superior officer.

**BT8.31 Modification Upon Rate Redetermination.** In scheduled rate redeterminations, Forest Service may make modifications in minimum specifications for trees or products in AT2, road maintenance requirements or desposits in CT5.4, logging methods in CT6.4, slash disposal in CT6.7 and fire precautionary measures in CT7.2, if and to the extent that such changes are reasonably necessary to protect the interest of the United States. Such modifications shall be limited to requirements generally being made in Forest Service timber sale contracts in the Region at the time of rate redetermination, and with which Purchaser can reasonably comply. Such changes shall be reflected in the rate redetermination, but changes affecting rates shall not be implemented until the redetermined rates become effective.

**BT8.32 Changed Conditions.** When it is agreed that the completion of certain work or other requirements hereunder would no longer serve the purpose intended because of substantial change in the physical conditions of Sale Area or Included Timber since the date of this contract, said requirements shall be waived in writing. The estimated cost of such waived work or other requirement, other than developments under BT5.2, shall be charged to Timber Sale Account.

**BT8.33 Modification for Catastrophe.** In event of Catastrophic Damage, Forest Service, in consultation with Purchaser, shall outline on Sale Area Map: (a) any areas of catastrophe-affected live and dead timber meeting Utilization Standards and having undesignated timber so situated that it should be logged with the designated timber; (b) if needed, any such areas where the damaged undesignated timber can reasonably be logged separately; and (c) areas of affected or unaffected timber which by agreement are to be eliminated from Sale Area. By agreement, Purchaser and Forest Service shall locate and post the boundaries of all such areas as needed.

In such event, this contract shall be modified to include rates redetermined under BT3.32 and other related revisions as agreed hereunder, such as revision of operating schedule to insure prompt removal of affected timber when necessary to avoid further loss and acceptance of revised Termination Date if needed.

**BT8.4 Performance by Other Than Purchaser.** The acquisition or assumption by another party under an agreement with Purchaser of any right or obligation of Purchaser under this contract shall be ineffective as to Forest Service, until Forest Service has been notified of such agreement and has given written approval by the forest officer who approved this contract, his successor or superior officer; and in no case shall such recognition or approval:

(a) Operate to relieve Purchaser of the responsibilities or liabilities he has assumed hereunder; or

(b) Be given unless such other party:

(i) Is acceptable to Forest Service as a purchaser of timber and assumes in writing all of the obligations to Forest Service under the terms of this contract as to the uncompleted portion thereof, or

(ii) Acquires the rights in trust as security and subject to such conditions as may be necessary for the protection of the public interests.

**BT8.5 Sale of Other Materials.** Forest Service reserves the right to sell from Sale Area during the period of this contract any materials or products not subject to its terms, but shall not permit removal, possession or use thereof which will materially interfere with Purchaser's Operations. Purchaser shall not be obligated to do any work made necessary by the actions of others.

**BT8.6 Provisions Required by Statute.**

**BT8.61 Covenant Against Contingent Fees.** Purchaser warrants that no person or agency has been employed or retained to solicit or secure this contract upon an agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bona fide employees or bona fide established commercial agencies maintained by Purchaser for the purpose of securing business. For breach or violation of this warranty, Forest Service shall have the right to annul this contract without liability or to require Purchaser to pay, in addition to the contract price or consideration, the full amount of such commission, percentage, brokerage, or contingent fee.

**BT8.62 Officials Not to Benefit.** No Member of Congress or Resident Commissioner shall be admitted to any share or part of this contract or to any benefit that may arise therefrom unless it is made with a corporation for its general benefit (18 U.S.C. 431, 433).

**BT8.63 Nondiscrimination in Employment.** If the total value of this contract is in excess of $10,000, Purchaser agrees during its performance as follows:

(a) Purchaser will not discriminate against any employee or applicant for employment because of race, color, religion, sex or national origin. Purchaser will take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex or national origin. Such action shall include, but not be limited to, the following: employment, upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. Purchaser agrees to post in conspicuous places, available to employees and applicants for employment, notices to be provided by Forest Service setting forth the provisions of this Subsection.

B

194 91

(b) Purchaser will, in all solicitations or advertisements for employees placed by or on behalf of Purchaser, state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex or national origin.

(c) Purchaser will send to each labor union or representative of workers and which he has a collective-bargaining agreement or other contract or understanding, a notice to be provided by Forest Service, advising the said labor union or worker's representative of Purchaser's commitments under this Subsection, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

(d) Purchaser will comply with all provisions of Executive Order No. 11246 of September 24, 1965, as amended by Executive Order No. 11375 of October 13, 1967, and the rules, regulations and relevant orders of the Secretary of Labor.

(e) Purchaser will furnish all information and reports required by Executive Order No. 11246 of September 24, 1965, as amended, and by the rules, regulations and orders of the Secretary of Labor, or pursuant thereto, and will permit access to his books, records and accounts by Forest Service and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations and orders.

(f) In event of Purchaser's noncompliance with this Subsection or with any of such rules, regulations or orders, this contract may be canceled, terminated or suspended in whole or in part and Purchaser may be declared ineligible for further Government contracts in accordance with procedures authorized in Executive Order No. 11246 of September 24, 1965, as amended, and such other sanctions may be imposed and remedies invoked as provided in said Executive Order or by rule, regulation, or order of the Secretary of Labor, or as otherwise provided by law.

(g) Purchaser will include the provisions of paragraph (a) through (f) in every subcontract or purchase order unless exempted by rules, regulations or orders of the Secretary of Labor issued pursuant to Section 204 of Executive Order No. 11246 of September 24, 1965, as amended, so that such provisions will be binding upon each subcontractor or vendor. Purchaser will take such action with respect to any subcontract or purchase order as Forest Service may direct as a means of enforcing such provisions, including sanctions for noncompliance. Provided, however, that in the event Purchaser becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction by Forest Service, Purchaser may request the United States to enter into such litigation to protect the interests of the United States.

## BT9.0—PERFORMANCE AND SETTLEMENT

**BT9.1 Performance Bond.** As a further guarantee of the faithful performance of the provisions of this contract, Purchaser delivers herewith and agrees to maintain a surety bond in the dollar amount stated in AT18 unless the amount is adjusted as provided below. In lieu of surety bond, Purchaser may deposit into a Federal depository, as directed by Forest Service under BT4.22, and maintain therein, cash in the dollar amount stated in AT18 or negotiable securities of the United States having market value at time of deposit of not less than the dollar amount stated in AT18.

Any adjustment or extension of time for completion of this contract beyond one year may be granted only with the consent of surety on said bond or delivery of a new bond. Should the sureties on the bond delivered herewith, or any bond delivered hereafter in connection with this contract, become unsatisfactory to Forest Service, Purchaser shall, within 30 calendar days of receipt of demand, furnish a new bond with surety satisfactory to Forest Service.

**BT9.11 Bond Reduction.** When Purchaser has completed removal of Included Timber, other than substandard timber under BT2.12, from Sale Area and has met all of Purchaser's other obligations under this contract except for minor obligations, Forest Service, at Purchaser's request, shall report to Purchaser in writing, with a copy to surety, the amount of bond required thereafter. Such required amounts shall be commensurate with the remaining obligations. Similarly, Forest Service shall report to Purchaser in writing the amount of deposited cash or deposited securities required thereafter if such deposits exist in lieu of a surety bond.

As soon as security for the performance of this contract or the settlement of claims incident thereto is no longer necessary, appropriate notice shall be given to surety or deposits which may have been made in lieu of surety bond shall be returned to Purchaser, subject to the conditions in BT9.5.

**BT9.2 Disputes.** Except as otherwise specifically provided, it is the intent of this contract that Purchaser and Forest Service shall agree upon the interpretation and performance of this contract. Upon failure to reach an agreement on a question of fact, the decision of Forest Service shall prevail within the limitations of law (41 U.S.C. 321, 322) and subject to appeal under the Regulations of the Secretary of Agriculture (36 CFR 211.20 et seq.).

**BT9.3 Breach.** In event Purchaser breaches any of the material provisions of this contract, Forest Service shall give Purchaser notice of such breach and, allowing reasonable time for remedy of such breach and of Forest Services' election to suspend, may give notice to suspend all or any part of Purchaser's Operations. Such notice of breach and notice to suspend Purchaser's Operations shall be written, except oral notices may be given if such breach constitutes an immediate threat to human life or a threat of immediate and irreparable damage to National Forest resources. Notwithstanding Section BT6.1, such oral suspension notice may be given to Purchaser's work supervisor or, in his absence, to those performing the operation. An oral suspension notice shall be promptly followed by telephone notice and a written explanation from Forest Service to Purchaser.

Immediately upon oral or written suspension, Forest Service representative shall notify the Forest Supervisor of the suspension and related circumstances. The Forest Supervisor shall promptly review the suspension to determine if the suspension should be continued or lifted. Such suspension shall be lifted as early as conditions permit.

Upon receipt of oral or written notice of such breach, Purchaser shall remedy the breach as follows:

(a) If remedying such breach requires on-the-ground action by Purchaser, Purchaser shall have 30 practicable operating days during Normal Operating Season to do so, except under emergency conditions when action should not be delayed to prevent major damage.

(b) If such breach does not require on-the-ground action by Purchaser, such breach shall be remedied within 30 calendar days.

If such breach is not remedied within the above time limits, Forest Service may terminate this contract. Notwithstanding the foregoing, in the event Purchaser designates or Marks or causes to be designated or Marked any timber on Sale Area, any such action shall constitute an irreparable breach of this contract and Forest Service may immediately terminate the contract by written notice to Purchaser of such breach. Such timber, if felled shall be paid for in accordance with BT3.45.

**BT9.4 Failure to Cut.** In event of (a) termination for breach or (b) Purchaser's failure to cut designated timber on portions of Sale Area by Termination Date, Forest Service shall appraise remaining Included Timber, unless termination is under BT8.22. Such appraisal shall be made with the standard Forest Service method in use at time of termination.

Damages due the United States for Purchaser's failure to cut and remove Included Timber meeting Utilization Standards shall be the amount by which Current Contract Value plus the cost of resale, less any Effective Purchaser Credit remaining at time of termination, exceeds the resale value at new Bid Rates. If there is no resale, damages due shall be determined by subtracting the value established by said appraisal from the difference between Current Contract Value and Effective Purchaser Credit.

If Purchaser has failed to cut individual trees in the portions of Sale Area cutover and there is no resale of such individual trees, Purchaser shall pay Forest Service for cost of felling and removal or otherwise eliminating such uncut trees in addition to payment of damages described above, except for occasional trees not cut for reasons stated in BT6.4.

**BT9.5 Settlement.** If obligations of Purchaser have not been fully discharged by Termination Date, any money advanced or deposited hereunder shall be retained to be applied toward unfulfilled obligations of Purchaser without prejudice to any other rights or remedies of Forest Service. Such funds may be treated as cooperative deposits under BT4.225 for uncompleted work 30 calendar days after receipt of written notice from Forest Service to Purchaser of work to be done and Purchaser's failure to deny the obligation or to do the work.

**BT9.6 Contract Closure.** The Forest Service officer signing this contract, his successor or superior officer shall give appropriate written notice to Purchaser when Purchaser has complied with the terms of this contract. Purchaser shall be paid refunds due from Timber Sale Account under BT4.24 and excess cooperative deposits under BT4.225.

## DIVISION CT

### Special Provisions

In accordance with AT20, the Sections, Subsections, and Items therein listed are attached and made a part hereof. This material is indexed by the numbering system used in Division BT. The numbers after the CT (which identifies material in this Division) indicate the Part, Section, Subsection, or Item of Division BT, which is being supplemented or modified by each particular provision included in this Division.

☆ U. S. GOVERNMENT PRINTING OFFICE: 1989 617-013/04408