U.S. DEPARTMENT OF AGRIC[illegible] [illegible]RE
FOREST SERVICE

# TIMBER SALE CONTRACT

*(Applicable to Sales to be Measured Before Felling)*

Name of Pu[illegible] [illegible]aser

JCM Timber

B
21st 91

| National Forest | Ranger District | Region | Contract Number | |
|---|---|---|---|---|
| DeSoto | Chickasawhay | 08 | 303599 | |
| **Sale Name** | | **Subregion** | **Award Date** | **Termination Date** |
| Compartment 447 | | 07 | March 15, 2000 | November 30, 2002 |

The parties to this contract are The United States of America, acting through the Forest Service, United States Department of Agriculture, hereinafter called Forest Service, and 1/ JCM Timber

a individual doing business under the name of JCM Timber of Richton, MS 39476.

hereinafter called Purchaser.

2/ Forest Service having advertised a sale at which either (1) Purchaser, whose required bid deposit is now held by Forest Service as an initial deposit, was the successful bidder, or (2) no bids were received and Purchaser having subsequently offered at least the minimum advertised price and made an initial deposit in the same amount as the bid deposit specified in the sale advertisement; and the parties hereto desiring to record their agreement; now therefore,

In consideration of the premises and the promises hereinafter contained, unless provided otherwise herein, Forest Service agrees to sell and permit Purchaser to cut and remove and Purchaser agrees to purchase, cut and remove Included Timber.

This contract consist of three Divisions: AT - Specific Conditions, BT - Standard Provisions, and CT - Special Provisions, together with Sale Area Map, Drawings and specifications for developments (if any) and such attachments as may be provided for in Division CT. Specific Conditions are numbered and apply to the Part, Section, Subsection, or Item of the Standard Provisions, as indicated hereunder. Other conditions of this contract are stated in Division CT - Special Provisions.

IN WITNESS WHEREOF, the parties hereto have executed this contract as of the award date.

UNITED STATES OF AMERICA

By Randall Smith

Contracting Officer
*(Title)*

JCM Timber
*(Purchaser)* 4/

Two Witnesses: 3/

Regina Miller
*(Name)*

P O Box 527 Richton Ms 39476
*(Address)*

By Jerry C Mills

W K McCaskill
*(Name)*

Owner
*(Title)*

Box 527 Richton Ms 39471
*(Address)*

4219 Highway 63 N
Richton, MS 39476
*(Business Address)*

I, 5/ ________________, certify that I am the ________________

Secretary of the corporation named as Purchaser herein; that ________________

who signed this contract on behalf of Purchaser, was then ________________

of said corporation; that said contract was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

CORPORATE SEAL 6/

B

221 91

**INSTRUCTIONS:**

1/ If Purchaser is a corporation, state "a corporation organized and existing under the laws of the State of ______ " and specify the State; if Purchaser is a partnership, state "a partnership consisting of ______ " and specify the names of each partner; and if Purchaser is a sole proprietor doing business under an assumed name, state "an individual doing business under the name of ______ City of ______, State of ______."

2/ Delete this paragraph for unadvertised administrative use, and timber settlement contracts.

3/ The signatures and addresses of two witnesses are required if Purchaser is other than a corporation.

4/ If Purchaser is a co-partnership, the signatures should be: XYZ Company, by John Doe, a member of the firm. If Purchaser is a corporation, form of signature should be: XYZ Company, by John Doe, President (or other officer or agent) and the seal of the corporation must be impressed or indicated.

5/ The certificate must be completed if Purchaser is a corporation.

6/ If the corporation has no corporate seal that fact shall be stated, in which case a scroll or adhesive seal shall follow the corporate name.

B
91

The following conditions apply to the indicated portions of Division BT - Standard Provisions issued 23rd October 1973.

**AT1 - Location and Area,** applicable to BT1.1

This Sale Area of 1625 acres more or less is located in: Compartment 447, Green County, MS.

**AT2 - Volume Estimate and Utilization Standards,** applicable to BT2.1, BT2.2, BT2.4, BT6.4 and BT6.8

| | | | | Minimum Specifications | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Merchantable Tree | | Piece Required to be Removed | | |
| Species | Product | Estimated Quantity * | Unit of Measure | Diameter Breast High (d.b.h.) *Inches* | Number of Minimum Pieces Per Tree | Length *Feet* | Diameter Inside Bark at Small End *Inches* | Net Measure in % of Gross Measure |
| Pine | Sawtbr. | 1810 | CCF | 10.6 | 1 1/2 | 8 | 7.0 | 30 |
| Hardwood | Sawtbr. | 101 | CCF | 11.6 | 1 1/2 | 8 | 10.0 | 30 |
| Pine | Sm Rwd | 2835 | CCF | 5.0 | 2 | 5 | 4.0** | - |
| Pine | Topwood | 194 | CCF | - | 2 | 5 | 4.0** | - |
| Hardwood | Sm Rwd | 198 | CCF | 6.0 | 2 | 5 | 5.0** | - |
| Total Quantity | | 5138 | | | | | | |

1/ Enter Merchantability Factor (Merch. Factor) or Net Measure in % of Gross Measure, whichever is appropriate.
* Quantities not included here are described in BT2.4.

**AT3 - Timber Designations,** applicable to BT2.3; acres are approximate:

| | Number | Acres |
|---|---|---|
| Clearcutting Units (BT2.31) | 7 | 49 |
| Specified Road Clearing (BT2.32) | 1 | 1 |
| Overstory-Removal Units (BT2.33) | | |
| Understory-Removal Units (BT2.34) | | |
| Individual Trees (BT2.35) | | |
| Incompletely-Measured Payment Units (BT2.36) | | 488 |
| Designation by Description | 4, 6, 9 | 266 |

**AT4 - Dead Trees Required to be Felled,** applicable to BT2.12, BT2.3 and BT6.4

**Size Requirements:** - feet high and - inches d.b.h.

**Number Limitations:** Applicable only if Sale Area Map indicates there are subdivisions where timber is to be designated after date of sale advertisement. In addition to dead trees felled within Clearcutting Units, construction clearings and other authorized development clearings, no more than - dead trees must be felled within subdivisions, or those portions thereof, where timber is designated after date of sale advertisement. Number limitation does not apply to subdivisions, or portions thereof, designated at time of sale advertisement.

B

24h 91

**AT5 - Timber Payment Rates,** applicable to BT3.1 and BT4.0

**AT5a** - For Species and Products to be Paid for at Rates Escalated under BT3.2

| Species and Product | Unit of Measure | Rates Per Unit of Measure | | | | | Base Index |
|---|---|---|---|---|---|---|---|
| | | Base $ | Advertised $ | Bid Premium $ | Bid *(Tentative)* $ | Required Deposits Slash Disposal $ | |
| None | | | | | | | |

**AT5b** - For Species and Products to be Paid for at Flat Rates

| Species and Product | Unit of Measure | Rates Per Unit of Measure | | | | |
|---|---|---|---|---|---|---|
| | | Base $ | Advertised $ | Bid Premium $ | Bid *(Flat)* $ | Required Deposits Road Maintenance $ |
| Pine Sawtimber | CCF | 11.00 | 129.00 | 9.00 | 138.00 | NA |
| Hardwood Sawtimber | CCF | 5.00 | 17.00 | 1.00 | 18.00 | NA |
| Pine Small Roundwood | CCF | 8.00 | 26.00 | 3.00 | 29.00 | NA |
| Hardwood Small Roundwood | CCF | 1.00 | 1.00 | 2.00 | 3.00 | NA |

For purposes of convenience in collection and bookkeeping, Bid Rates stated in AT5 include payment of deposits for sale area betterment required pursuant to 16 U.S.C. 576b. Such deposits are not included as Required Deposits defined hereunder.

B

25th 91

AT5c - Schedule of Payment Units

| Payment Unit Number | Approx. Acres | Quantity of Species and Products to be Escalated Under AT5a | Total Tentative Payment | Quantity of Species and Products to be Paid for at Flat Rates under AT5b | Total Flat Rate Payment | Total Required Deposits for road maintenance |
|---|---|---|---|---|---|---|
| 01 | 1 | | | 47 CCF Pine Sawtimber<br>4 CCF Hwd Sawtimber<br>30 CCF Pine Sm Rwd<br>2 CCF Hwd Sm Rwd | 6,486.00<br>72.00<br>870.00<br>6.00 | |
| 02 | 35 | | | 133 CCF Pine Sawtimber<br>62 CCF Pine Sm Rwd | 18,354.00<br>1,798.00 | |
| 03 | 223 | | | 536 CCF Pine Sawtimber<br>447 CCF Pine Sm Rwd | 73,968.00<br>12,963.00 | |
| 04 | 46 | | | 336 CCF Pine Sm Rwd | 9,744.00 | |
| 05 | 100 | | | 47 CCF Pine Sawtimber<br>244 CCF Pine Sm Rwd | 6,486.00<br>7,076.00 | |
| 06 | 43 | | | 84 CCF Hardwood Sawtimber<br>315 CCF Pine Sm Rwd | 1,512.00<br>9,135.00 | |
| 07 | 49 | | | 680 CCF Pine Sawtimber<br>13 CCF Hwd Sawtimber<br>150 CCF Pine Sm Rwd<br>178 CCF Hwd Sm Rwd | 93,840.00<br>234.00<br>4,350.00<br>534.00 | |
| 08 | 16 | | | 287 CCF Pine Sawtimber<br>61 CCF Pine Sm Rwd<br>18 CCF Hwd Sm Rwd | 39,606.00<br>1,769.00<br>54.00 | |
| 09 | 177 | | | 1279 CCF Pine Sm Rwd | 37,091.00 | |
| 10 | 43 | | | 4 CCF Pine Sawtimber<br>48 CCF Pine Sm Rwd | 552.00<br>1,392.00 | |
| 11 | 71 | | | 76 CCF Pine Sawtimber<br>57 CCF Pine Sm Rwd | 10,488.00<br>1,653.00 | |
| | | | | Total | $340,033.00 | -0- |

**Pine Small Roundwood Includes Topwood.**

B

26A 91

The following definitions are established for the terms used in AT5:

**Base Rates** are the lowest rates of payment for timber which are authorized by this contract. Base Rates remain constant throughout the life of this contract and are not subject to change by rate redetermination except for reduction under BT3.32.

**Advertised Rates** are the minimum acceptable Bid Rates for timber, exclusive of Required Deposits. These rates are those indicated by appraisal in which no cost allowance has been made for construction of Specified Roads listed in AT9 but are never less than Base Rates.

**Bid Premium Rates** are the amounts by which Purchaser's bid is in excess of Advertised Rates. The Bid Premium Rates are constant during this contract.

**Bid Rates** are the rates bid by Purchaser (exclusive of Required Deposits for slash disposal and road maintenance) and are the sum of Advertised Rates and Bid Premium Rates. Until a rate redetermination becomes effective, the Bid Rate for species and products in AT5a is the Tentative Rate which is subject to quarterly adjustment under BT3.2; for species and products in AT5b, the Bid Rate is the Flat Rate.

**Required Deposits** are deposits which Purchaser may be required by law to pay for slash disposal (16 U.S.C. 490) and road maintenance (16 U.S.C. 537). Required Deposits may be adjusted as part of a redetermination or a Contract Term Extension. The table shows only Required Deposits for slash disposal; road maintenance deposits, if any, are given in CT5.4 or CT5.41.

**Base Index** is the specified average of the lumber or other product selling value index used as the basis for computing adjustment in rates for variance in product selling value as provided in BT3.2. Base Indices shall be redetermined when rate redeterminations are made under BT3.31.

**AT6 - Indices used in Quarterly Adjustment,** applicable to BT3.2

| Species | Index Name and Date |
|---|---|
| N/A | |

**AT7 - Scheduled Rate Redetermination,** applicable to BT3.31

Date for scheduled rate redetermination is N/A.
Rate redeterminations shall cover Included Timber in the entire sale unless otherwise specified in CT3.31. Timber quantity required to be paid for and Released for Cutting before lower rates developed from scheduled rate redetermination can become effective is N/A

*(State quantity and unit of measure based on estimates in AT5c)*

or quantities from Payment Units numbered N/A.

**AT8 - High Stumps,** applicable to BT6.412

| Species | Maximum Stump Height *(Inches)* |
|---|---|
| Pine Sawtimber Trees | 12" |
| Hardwood Sawtimber Trees | 12" |
| Pine Small Roundwood Trees | 6" |
| Hardwood Small Roundwood Trees | 6" |

B
27h 91

**AT9 - Specified Roads,** applicable to BT5.2

| Project No. | Project Name | Design Class | Approximate Length *(miles)* | Sheet Numbers And Approval Date |
|---|---|---|---|---|
| 207C1 | | | 1.00 | |
| 223A | | | 1.23 | |
| 223A1 | | | 1.06 | |
| 223A2 | | | 0.25 | |
| 223E | | | 0.34 | |
| 223E1 | | | 0.34 | |

**AT10 - Estimated Cost of Specified Roads,** applicable to BT5.24

| Project Segment Number | Project Segment Station From - To | Construction Phases *(Entries In Dollars)* Survey | Design | Staking | Clearing | Excavation | Culverts | Base Course | Surfacing | Stabilization | Other | Total | Specified Road Const. Cost $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For project segments and applicable purchaser credit limit, see Schedule of Items. | | | | | | | | | | | | | |

B
28th 91

AT11 - **Base Course, Surface Rock, and Rock Riprap,** applicable to BT5.251

| 1/ | Road Number | Station From - To | 2/ Type | Source, Shown on Sale Area Map | |
|---|---|---|---|---|---|
| | | | | Map Key No. | Location |
| | None | | | | |

| 1/ | Estimated Quantities (State Unit) | Estimated Rates Per Unit | | | | | Total Cost Per Unit 8/ | Total Estimated Cost 9/ |
|---|---|---|---|---|---|---|---|---|
| | | Basic Rock Cost 3/ | Load and Apply Cost 4/ | Haul Costs | | | | |
| | | | | Haul Cost Per Unit Per Mile 5/ | Estimated Average Haul Miles 6/ | Haul Cost 7/ | | |
| | | ($) | ($) | ($) | | ($) | ($) | ($) |
| | None | | | | | | | |

1/ Letters cross reference lines in two portions of the table.
2/ Show, e.g., pit run, screened, crushed, graded, etc.
3/ Including pit developments, crush, screen, stockpile, and purchase price, if any.
4/ Including loading, dumping, spreading, watering, mixing, compacting, loading, and dumping delay, etc.
5/ Including required maintenance, resurfacing, and road-use charges.
6/ To nearest 0.1 mile.
7/ Obtain by multiplying Haul Cost Per Unit Per Mile by Estimated Average Haul.
8/ Sum of Basic Rock Cost, Load and Apply Cost, and Haul Cost.
9/ Obtain by multiplying Total Cost Per Unit by Estimated Quantity.

B
29h 91

**AT12 - Culvert Cost Rates,** applicable to BT5.252

| Culverts | | | | Drainage Accessories | | | |
|---|---|---|---|---|---|---|---|
| Diameter or Rise and Span | Gauge & Material (Al) (Fe) | Estimated Cost Rate per Foot: Furnish & Install $ | Estimated Cost Rate per Foot: Install Only $ | Item and Size | Gauge & Material (Al) (Fe) | Estimated Cost Per Unit: Furnish & Install $ | Estimated Cost Per Unit: Install Only $ |
| None | | | | | | | |

(Material Abbreviation Al = Aluminum; Fe = Galvanized Steel)

**AT13 - Fire Precautionary Period,** applicable to BT7.2

January 1 to December 31, inclusive

**AT14 - Purchaser Responsibility to Furnish Crews and Equipment for:**

**Initial Fire Suppression,** applicable to BT7.3

Within 10 road miles

**Fire Suppression Reinforcement,** applicable to BT7.312 and BT7.313

Within 20 road miles

**AT15 - Maximum Amount of Purchaser's Obligation per Operations Fire,** applicable to BT7.41

$ 1,000.00

**AT16 - Termination Date,** applicable to BT8.2 November 30, 2002.

**AT17 - Normal Operating Season,** applicable to BT6.31, BT6.65, BT8.21 and BT9.3

March 1 to December 1, inclusive
_____ to _____, inclusive

**AT18 - Performance Bond Amount,** applicable to BT9.1

$ 35,000.00

B

30th 91

National Forest DeSoto

Sale Name Compartment 447

**AT19 - Inapplicable Standard Provisions**

The following listed Sections, Subsections or Items of Division BT - Standard Provisions - are hereby made inapplicable. (Instructions: List by reference number and title.

| | |
|---|---|
| BT2.2 | Utilization and Removal of Included Timber |
| BT3.2 | Escalation Procedure |
| BT3.21 | Unavailable or Inadequate Index |
| BT3.31 | Scheduled Rate Redetermination |
| BT3.311 | Emergency Rate Redetermination |
| BT3.32 | Rate Redetermination After Catastrophic Damage |
| BT4.2 | Timber Sale Account |
| BT4.21 | Cost Share Road Deposits |
| BT4.221 | Advanced Deposits |
| BT4.222 | Transferred-In Purchaser Credit As Deposits |
| BT4.224 | Deposits When Payment Guaranteed |
| BT4.226 | Use of Deposits |
| BT4.23 | Refund of Excess Cash |
| BT4.31 | Blanket Bond |
| BT4.4 | Payment Not Received |
| BT5.2 | Specified Roads |
| BT5.21 | Engineering |
| BT5.211 | Contract Documents |
| BT5.212 | Construction Staking |
| BT5.25 | Construction Cost Adjustment |
| BT5.251 | Difference in Rock Cost |
| BT5.252 | Difference in Culvert Installation |
| BT5.253 | Physical Change |

**AT20 - List of Special Provisions**

The following listed special provisions are attached to and made a part of this contract as Division CT. Unless listed herein or added by modification pursuant to BT8.23, BT8.3, or BT8.31 no provision of Division CT shall have force or effect. Provisions with reference numbers followed by # contain blanks into which data have been entered for this sale. (Instructions: List by reference number, title and date.)

| | |
|---|---|
| R8-CT2.134 | Minor Damage by Natural Causes (3/90) |
| R8-CT2.2 | Utilization and Removal of Included Timber (7/95) |
| WO-CT2.3# | Reserve Trees (2/97) |
| R8-CT2.301 | Designated Timber On Oil or Gas Leases (7/72) |
| R8-CT2.38# | Harvesting Using Designation by Description (4/97) |
| WO-CT3.31 | Scheduled Rate Redetermination (4/99) |
| WO-CT3.312 | Rate Redetermination for Environmental Modification (4/99) |
| WO-CT3.32 | Rate Redetermination After Catastrophic Damage (4/99) |
| R8-CT3.46# | Failure to Leave Residual Trees (7/95) |
| WO-CT4.12 | Adjustment of Volume (4/99) |
| WO-CT4.2 | Timber Sale Account (4/99) |
| WO-CT4.211# | Transfer of Purchaser Credit (4/99) |
| WO-CT4.220# | Downpayment (4/99) |
| WO-CT4.221 | Advanced Deposits (4/99) |
| WO-CT4.222 | Transferred-In Purchaser Credit (4/99) |
| WO-CT4.224 | Deposits When Payment Guaranteed (6/87) |
| WO-CT4.229 | Temporary Reduction of Downpayment (4/99) |
| WO-CT4.23 | Refund of Excess Cash (7/91) |
| WO-CT4.264# | Periodic Payment Schedule (4/99) |

B

31st 91

National Forest **DeSoto**

Sale Name **Compartment 447**

**AT19 - Inapplicable Standard Provisions**

The following listed Sections, Subsections or Items of Division BT - Standard Provisions - are hereby made inapplicable. (Instructions: List by reference number and title.)

| | |
|---|---|
| BT5.254 | Design Change |
| BT5.26 | Alternate Facilities |
| BT5.3 | Purchaser Credit |
| BT5.41 | Road Maintenance Deposit Schedule |
| BT6.23 | Protection of Land Survey Monuments |
| BT6.24 | Protection of Historical Sites |
| BT6.62 | Temporary Roads |
| BT8.23 | Contract Term Extenstion |
| BT9.2 | Disputes |
| BT9.4 | Failure to Cut |

**AT20 - List of Special Provisions**

The following listed special provisions are attached to and made a part of this contract as Division CT. Unless listed herein or added by modification pursuant to BT8.23, BT8.3, or BT8.31 no provision of Division CT shall have force or effect. Provisions with reference numbers followed by # contain blanks into which data have been entered for this sale. (Instructions: List by reference number, title and date.)

| | |
|---|---|
| WO-CT4.3 | Letters of Credit for Payment Bond (9/78) |
| WO-CT4.31 | Blanket Bond (4/99) |
| WO-CT4.4 | Payments Not Received For Timber Cut and Other Charges (10/96) |
| WO-CT4.41 | Other Payments Not Received (4/99) |
| WO-CT5.101# | Road Completion Date (4/99) |
| WO-CT5.12# | Use of Roads by Purchaser (12/76) |
| WO-CT5.121# | Deposit for Reconstruction Engineering Services (4/99) |
| WO-CT5.2 | Specified Roads (4/99) |
| WO-CT5.21# | Engineering (4/99) |
| WO-CT5.211 | Contract Drawings (11/98) |
| WO-CT5.212 | Construction Staking (4/99) |
| WO-CT5.25 | Construction Cost Adjustment (4/99) |
| WO-CT5.251# | Variation in Quantities (4/99) |
| WO-CT5.253 | Physical Change (4/99) |
| WO-CT5.254 | Design Change (4/99) |
| WO-CT5.26 | Alternative Facilities (4/99) |
| WO-CT5.4# | Road Maintenance ( 11/98) |
| WO-CT6.0 | Operations (6/90) |
| WO-CT6.01 | Interruption or Delay of Operations (10/96) |
| WO-CT6.1 | Representatives (7/88) |
| WO-CT6.2 | Improvements (6/80) |
| WO-CT6.22 | Protection of Improvements Not Owned by Forest Service (1/80) |
| WO-CT6.221 | Protection of Property (6/80) |
| R8-CT6.222# | Protection of Special Areas (2/80) |
| R8-CT6.23 | Protection of Land Survey Monuments (10/86) |
| WO-CT6.24# | Protection of Cultural Resources (4/84) |
| WO-CT6.25# | Protection of Habitat of Endangered Species (6/78) |
| WO-CT6.3 | Plan of Operation (10/77) |

B
32d 91

National Forest DeSoto

Sale Name Compartment 447

**AT19 - Inapplicable Standard Provisions**

The following listed Sections, Subsections or Items of Division BT - Standard Provisions - are hereby made inapplicable. (Instructions: List by reference number and title.)

**AT20 - List of Special Provisions**

The following listed special provisions are attached to and made a part of this contract as Division CT. Unless listed herein or added by modification pursuant to BT8.23, BT8.3, or BT8.31 no provision of Division CT shall have force or effect. Provisions with reference numbers followed by # contain blanks into which data have been entered for this sale. (Instructions: List by reference number, title and date.)

| | |
|---|---|
| WO-CT6.311 | Plan of Operation for Road Construction (6/80) |
| R8-CT6.312# | Schedule for Release of Payment Units (1/80) |
| WO-CT6.32# | Protection of Reserve Trees (11/98) |
| WO-CT6.33 | Safety (6/78) |
| WO-CT6.341 | Prevention of Oil Spills (6/81) |
| WO-CT6.35 | Final Acceptance of Specified Roads (1/80) |
| WO-CT6.351 | Acceptance of Specified Roads (6/78) |
| R8-CT6.4# | Conduct of Logging (11/93) |
| R8-CT6.5# | Streamcourse Protection (11/75) |
| R8-CT6.601# | Revegetation Plan and Specifications (11/93) |
| R8-CT6.62# | Temporary Roads (5/93) |
| R8-CT6.7# | Slash Treatment (7/89) |
| R8-CT6.81 | Measuring (4/96) |
| R8-CT7.201 | Truck, Tractor and Power Saw Mufflers (7/72) |
| R8-CT7.202# | Fire Fighting Equipment (3/74) |
| R8-CT7.22 | Emergency Fire Precautions (6/85) |
| WO-CT8.2 | Termination (10/96) |
| WO-CT8.21 | Delay in Reconstruction of Processing Facilities (6/78) |
| WO-CT8.212# | Market-related Contract Term Addition (5/98) |
| WO-CT8.23 | Contract Term Extension (4/99) |
| WO-CT8.231 | Conditions for Contract Term Extension (7/91) |
| R8-CT8.233# | Addition of Net Growth (12/91) |
| WO-CT8.3 | Contract Modification (4/99) |
| WO-CT8.6 | Debarment and Suspension Certification, Lower Tier Covered Transactions (7/96) |
| WO-CT8.63 | Nondiscrimination in Employment (6/78) |
| WO-CT9.1 | Letters of Credit (6/78) |
| WO-CT9.2 | Disputes (10/96) |
| WO-CT9.21 | Submission of Claim (3/94) |
| WO-CT9.22 | Contract Documents (11/98) |
| WO-CT9.3 | Breach (6/90) |
| WO-CT9.4 | Failure to Cut (4/99) |
| WO-CT9.41 | Failure to Execute Contract (5/98) |
| WO-CT9.5 | Settlement (4/99) |
| WO-CT9.52 | Settlement for Environmental Cancellation (4/99) |

33rd B 91

**UNITED STATES DEPARTMENT OF AGRICULTURE FOREST SERVICE**

**TIMBER SALE CONTRACT**

**DIVISION CT**

**R8-CT2.134 - Minor Damage by Natural Causes.** (3/90) Notwithstanding BT3.41, rates to be paid for timber designated by agreement under BT2.134 shall be established for species and products which (i) are not listed in AT2, or (ii) are listed in AT2 and AT5 but are directly or indirectly reduced in value due to the damaging agent. In addition, new rates may be established for Included Timber which suffers minor damage by natural causes and is reduced in value. All rates established under this provision shall be based on standard Forest Service methods. When necessary in the judgment of Contracting Officer, Purchaser shall submit a revised Plan of Operations which assures the priority removal of damaged timber. When Purchaser does not agree to harvest damaged timber under BT2.134 Forest Service reserves the right to dispose of such timber by other means, including the Included Timber which should be harvested with the undesignated damaged timber. When applicable, adjustments will be made in quantities and payments on affected Payment Units.

**R8-CT2.2 - Utilization and Removal of Included Timber.** (7/95) "Utilization Standards" for trees and minimum pieces are stated in AT2. To meet minimum tree specifications, trees must equal or exceed diameters and number of minimum pieces listed in AT2.

Except for timber required or authorized to be left, Purchaser shall fell and buck such trees and shall remove from Sale Area all pieces that meet minimum piece standards or would have met such standards if bucking lengths had been varied to include such pieces. Up to 2 feet of a sawlog piece may be left and up to 5 feet of a small roundwood piece may be left.

Notwithstanding Maximum Stump Height listed in AT8, where cut trees are identified by paint, Purchaser shall leave stumps of a minimum height that avoids obliterating paint markings that indicates individual trees to be cut.

**R8-CT2.3# - Reserve Trees.** (2/97) Notwithstanding the designations for cutting under BT2.31, BT2.32, BT2.33 or BT2.34, live or dead pine sawtimber in DxD units and hardwood wildlife reserve trees or groups of reserve trees within such cutting units or clearings shall be left uncut. Such reserve trees are identified by orange or yellow paint and shall be protected in accordance with CT6.32. Units with reserve trees are shown on the Sale Area Map.

**R8-CT2.301 - Designated Timber on Oil or Gas Leases.** (7/72) In the event it becomes necessary, subsequent to award of sale, to cut the timber on oil or gas well sites which are within the Marked Sale Area, the area and volume of Marked timber on the well site will be deleted from Timber Sale Contract. In such event, Purchaser will have the option to purchase said timber and any other timber within well site at Current Contract Rates on the condition that Purchaser agrees to cut and remove said timber in time to meet clearing requirements for the well sites.

**R8-CT2.38# - Designation by Description.** (4/97) In Payment Units 4, 6, and 9 Purchaser shall leave evenly distributed residual pine trees according to the spacing/quantity guidelines and description of characteristics contained herein. In addition, any trees marked below stump height and at breast height will be left uncut. Trees not described for cutting shall be protected during Purchaser's operations and shall not be damaged or cut. All other pine trees which meet minimum tree specifications in AT2 are required to be cut in these Payment Units. Leave (Residual) trees in Designation by Description (DxD) payment units shall meet the following specifications:

a. Species. Longleaf pine shall be selected as leave trees, if available. If no such species is available after considering size, form, and risk, other species shall be selected in the order of precedence of Shortleaf, Loblolly, or Slash .

b. Size. Leave trees shall be selected from the tallest trees of largest diameter unless the tree should be disqualified because of form or risk.

c. Form. Select straight trees without forks, damage, or excessive limbiness. A tree of poor form shall be left if no other tree is acceptable.

d. Risk. Leave trees shall be free from insect or disease infestation unless no other suitable tree is available. No pine tree with fusiform canker may be left if the canker occurs on the main stem and exceeds 50% of the stem circumference.

B

34h 91

As needed for removal of Included Timber, Purchaser is authorized to clear skidding corridors up to twelve feet in width and spaced not closer than 70 feet apart, measured perpendicular from center to center. Purchaser and seller shall agree on the direction and location of skidding corridors. Marked leave trees within such skidding corridors must be designated for cutting by the Seller prior to clearing and treated as additional timber under BT2.0. The location or placement of skidding corridors is restricted as follows: N/A

After logging operations are completed, undamaged leave trees meeting the following number and spacing guidelines shall remain uncut:

| Payment Unit(s) | Number of Leave Trees per Acre | | Spacing Between Leave Trees(ft) | |
|---|---|---|---|---|
| | Maximum | Minimum | Maximum | Minimum |
| 4 | 180 | 120 | 17x17 | 8 |
| 6 | 180 | 120 | 17x17 | 8 |
| 9 | 180 | 120 | 17x17 | 8 |

The area in skidding corridors shall be included in determining the number of trees per acre specified above.

No more than **maximum number of leave trees** shall be left. Purchaser shall cut additional trees if upon inspection by seller, more than the maximum leave trees have been uncut. If seller's inspection finds less than **minimum number of leave trees**, due to purchaser's operations, purchaser shall be subject to CT3.46#. All measurements (basal area or stem count) shall be based on leave trees that meet the minimum diameter specifications in AT2.

The estimated quantities in AT2 include the timber in authorized skidding corridors, but does not include timber in temporary roads, landings, or other clearings.

**WO-CT3.31 - Scheduled Rate Redetermination.** (4/99) Forest Service shall redetermine rates for timber described at AT7 to be made effective on the dates listed in AT7. Said redetermined rates shall be used under BT3.1 for determination of Current Contract Rates. The date for putting the redetermined rates into effect may be adjusted under BT8.21. However, if rates established by a scheduled rate redetermination result in lower than Current Contract Rates determined from Bid Rates and Base Indices stated in AT5, such lower rates shall become effective only after at least the quantity stated in AT7 has been paid for and Released for Cutting. Forest Service may make changes in contractual requirements at the time of scheduled rate redetermination pursuant to BT8.31.

Scheduled rate redeterminations under AT7 to be made within five years of award date shall be made by use of a limited procedure. In accordance with standard methods established by Forest Service for such limited rate redetermination procedure, the appraisal used to develop Advertised Rates described in AT5 shall be brought up to date by use of product selling values, operating costs, and development costs in effect 45 calendar days prior to rate redetermination date.
All other rate redeterminations shall be made in accordance with the standard Forest Service methods in effect 45 calendar days prior to rate redetermination, and such methods shall take into consideration all factors which may affect timber value at said rate redetermination date.

Redetermined rates shall not be less than Base Rates listed in AT5. Base Indices and Required Deposits, when applicable, shall be redetermined. Redetermined rates shall be established without cost estimated for construction of Specified Roads needed by Purchaser under CT5.2, except that at the time of each rate redetermination, Forest Service shall redetermine cost of such Specified Roads not yet constructed. Such redetermined costs shall be recorded as provided in BT5.24 and CT5.25, and shall establish the redetermined Specified Road construction cost, subject to the limitations of CT5.26.

**WO-CT3.312 - Rate Redetermination For Environmental Modification.** (4/99) In the event of a contract modification under CT8.3 which is necessary to implement Section 6 of the Forest and Rangeland Renewable Resources Planning Act of 1974 (16 U.S.C. 1600 (note)), Forest Service shall make an appraisal to determine for each species the difference between the appraised unit value of Included Timber remaining immediately prior to the revision and the appraised unit value of timber to be cut under terms of the modification. The appraisal shall consider the estimated cost of any construction work listed in AT10 that was performed and abandoned.

Flat Rates in effect at the time of the revision shall be adjusted by said differences to become the redetermined rates for the purpose of a contract modification under CT8.3.

Tentative Rates, as adjusted pursuant to CT3.2, will be adjusted by said differences to become "Current Contract Rates" under BT3.1.

B
35th 91

Redetermined rates, or said differences for rates subject to CT3.2, and Required Deposits shall be considered established under BT3.1 for timber Released for Cutting subsequent to the contract revision and prior to any subsequent scheduled rate redetermination.

**WO-CT3.32** - **Rate Redetermination After Catastrophic Damage**. (4/99) In event of Catastrophic Damage and adjustment, if any, of Included Timber, Forest Service shall make an appraisal to determine for each species the catastrophe-caused difference between the appraised unit value of Included Timber remaining immediately prior to the catastrophe and the appraised unit value of existing and potential Included Timber immediately after the catastrophe. Said Included Timber is any that would not be eliminated under BT8.33. Said potential Included Timber is any that would be added under BT8.33.

Tentative Rates and Flat Rates in effect at the time of catastrophe shall be adjusted by said differences to become the redetermined rates for the purpose of a contract modification under BT8.33. Accordingly, Base Rates shall be adjusted to correspond to the redetermined rates if redetermined rates are less than the original Base Rates, subject to new Base Rate limitations of 25 cents per hundred cubic feet or equivalent. However, existing Base Indices shall not be changed under this Subsection. Upon agreement under BT8.33, redetermined rates and Required Deposits shall be considered established under BT3.1 for Included Timber removed subsequent to Catastrophic Damage and prior to any subsequent scheduled rate redetermination.

At time of such appraisal, Specified Road construction cost shall be revised pursuant to CT5.25 to meet the new conditions and include the estimated cost of any construction work listed in AT10 performed and abandoned.

**R8-CT3.46#** - **Failure to Leave Residual Trees**. (7/95) If Purchaser fails to leave the minimum number of trees per acre stated in CT2.38#, Purchaser shall make additional payment for the excess timber cut. Payment shall be at Current Contract Rates with volume determined by multiplying the number of excess trees cut by the average volume per tree on the payment unit involved. In addition, Purchaser's failure to leave residual trees as required by CT2.38# is likely to cause substantial silvicultural, economic, or other damage to the National Forest. It will be difficult, if not impossible, to determine the amount of such damage. Therefore, BT3.45 notwithstanding, Purchaser shall pay as fixed, agreed and liquidated damages, Five dollars (**$5.00**) for each tree outside the range of leave trees per acre stated in CT2.38#.

To determine the number of trees for which Purchaser shall be charged under this provision, Seller shall identify areas not meeting leave tree requirements. The difference between Seller's estimated number of leave trees per acre and the applicable limit in CT 2.38# shall be applied to the estimated number of acres in deficient areas to determine the number of trees for which Purchaser shall be liable under this provision. INSTRUCTIONS: For use with the FS-2400-6T Contract.

**WO-CT4.12** - **Adjustment Of Volume**. (4/99) A volume estimate shown in AT2 shall be revised by correcting identified errors made in determining estimated volume which result in a change in total sale volume of at least 10 percent or $1,000 in value, whichever is less, when an incorrect volume estimate is caused by computer malfunction or an error in calculations, area determination, or computer input.

No adjustments in volume shall be made for variations in accuracy resulting from planned sampling and Measuring methods or judgments of timber quality or defect.

For payment purposes, corresponding revisions in volume and total payment shall be shown in AT5c for each Payment Unit involved. Adjustment in rates will not be made; adjustment in volumes shall not obligate Forest Service to designate additional volume when the original volume estimate is overstated, nor shall the provisions of BT2.41 and BT2.42 apply for changes in volume unless Sale Area Map shows Payment Units where Marking or Measuring is to be completed after date of sale advertisement.

**WO-CT4.2** - **Timber Sale Account**. (4/99) "Timber Sale Account" is an account of all Purchaser's deposits, credits, payment guarantees, and the charges for (a) timber at Current Contract Rates, (b) slash disposal and road maintenance at Required Deposit rates, (c) cooperative work at rates established by specific agreement under BT4.225, and (d) other charges provided in this contract. Cash deposits and transferred-in purchaser credit as provided in CT4.211 shall be recorded currently in such account.

Charges for Payment Units Released for Cutting shall be made when Forest Service prepares and furnishes to Purchaser statements of quantity and value of such timber. Charges subject to escalation under CT3.2 shall be made initially on the basis stated in BT4.223 and shall be adjusted at the end of each calendar quarter as provided in CT3.2. Charges against transferred-in purchaser credit shall be limited to timber value in excess of Base Rates.

B
91

Charges shall be made according to BT3.4 when trees are subsequently Marked or designated for cutting. 364

**WO-CT4.211#** - **Transfer Of Purchaser Credit**. (4/99) The amount of purchaser credit which may be transferred into this contract is limited to $204,625.00. This limit may be adjusted pursuant to BT8.3. Any such adjustment shall be calculated in a manner consistent with the limit computation at time of sale.

Purchaser credit transferred to this contract from other contracts may be used to meet charges for timber subject to BT4.2. Purchaser credit transferred to this contract which becomes ineffective under terms of the originating contract must be replaced by cash payments either on this contract or the originating contract. The ineffective purchaser credit shall be returned to the originating sale unless payment is made on that sale. Transfer of purchaser credit to or from Timber Sale Account shall be made monthly, or at longer intervals, as requested by Purchaser.

**WO-CT4.220#** - **Downpayment**. (4/99) Notwithstanding BT4.22, the Purchaser shall make, at the location designated by the Forest Service, a downpayment of $36,600.00 in cash or by application of purchaser credit transferred to this timber sale at the time this contract is executed. Limits established pursuant to CT4.211# apply.

The Purchaser's failure to make the downpayment in conformance with the terms, conditions, and requirements contained in the Contracting Officer's letter of award shall constitute repudiation of the Purchaser's bid pursuant to CT9.41 - Failure to Execute Contract, and will be a breach of this contract pursuant to BT9.3 - Breach. The Purchaser shall have 3 calendar days from the required date of execution to make the downpayment at the location designated by the Forest Service. The notice requirements and the time periods for remedy provided by Standard Provision BT9.3 do not apply to CT4.220# - Downpayment.

The Purchaser shall pay interest on the unpaid downpayment for the period within the 3 calendar days in which the downpayment is late. The rate of interest shall be 6.75 percent per annum. In the event the Purchaser fails to make payment within the 3 calendar days, the Purchaser's bid guarantee shall be retained by the Forest Service and applied toward its damages.

Damages shall be determined pursuant to CT9.41 - Failure to Execute Contract. If the amount of the bid guarantee exceeds the amount of damages, the balance will be refunded to the Purchaser.

The downpayment may not be applied toward any other payment required under the provisions of this contract, except damages determined pursuant to CT9.4 - Failure to Cut, transferred to other sales, or refunded, until stumpage value representing 25 percent of the total bid value of the sale is shown on the timber sale statement of account to have been cut, removed, and paid for, or if 36 CFR 223.49(e) is applicable, the estimated value remaining to be cut and removed as shown on the timber sale statement of account is equal to or less than the amount of the downpayment. For lump sum sales, the downpayment may be applied to payment for release of the single payment unit (36 CFR 223.49(d)).

If a subsequent final determination is made that this contract should not have been included under increased downpayment requirements (36 CFR 223.49(e)), the downpayment shall be revised and applied in accordance with 36 CFR 223.49(f).

**WO-CT4.221** - **Advanced Deposits**. (4/99) Purchaser agrees to make cash deposits or transfer purchaser credit to this sale in advance of cutting to meet charges under BT4.2.

Forest Service billings for advance deposits shall be in such amount as to cover, together with transferred-in purchaser credit, as described in BT4.222, the applicable charges for Payment Units Released for Cutting or for designated material (BT4.2), unless reduced to a smaller amount under the terms of CT4.220# - Downpayment, CT4.224 - Deposits When Payment Guaranteed, CT4.254 - Extension Deposits, or CT4.264# - Periodic Payment Schedule. Except for amounts required pursuant to CT4.220# - Downpayment, CT4.254 - Extension Deposits, or CT4.264# - Periodic Payment Schedule, Purchaser shall not be required to make additional deposits when credit balance in Timber Sale Account exceeds the charges for Payment Units Released.

**WO-CT4.222** - **Transferred-In Purchaser Credit As Deposits**. (4/99) Transferred-in purchaser credit shall be considered equivalent to cash for advance deposits notwithstanding the CT4.2 prohibition on using transferred-in purchaser credit for Base Rate charges.

B

**WO-CT4.224** - **Deposits When Payment Guaranteed**. (6/87) To the extent payment guarantee is provided under BT4.3, requirements for advance cash deposits under BT4.221, or CT4.221, shall be waived for the value of timber on Sale Area which has been Released for Cutting but not removed, and for the estimated value of species and products removed from Sale Area for not more than a monthly billing period subject to the provisions of CT4.4.

**WO-CT4.229** - **Temporary Reduction Of Downpayment**. (4/99) When, pursuant to CT6.01 or CT6.25#, Contracting Officer requests Purchaser to interrupt or delay all or any portion of Purchaser's operations under this contract for more than 60 consecutive days, the downpayment amount being held on deposit may be temporarily reduced upon the written request of the Purchaser or at the discretion of the Contracting Officer. For the period of the interruption or delay, the downpayment on deposit may be reduced to $1,000 or 2 percent of the downpayment amount listed in CT4.220#, whichever is larger.

Purchaser agrees that when the downpayment amount is reduced that Purchaser shall remit, release, and forever discharge the United States from any and all claims arising from the downpayment deposit under this contract, including but not limited to any claims of interest or other costs. With the exception that out-of-pocket expenses relating to the downpayment incurred as a direct result of interruption or delay of operations are paid when such interruption or delay exceeds 30 days during normal operating season. Out-of-pocket expenses are calculated up to the point the downpayment is returned to the Purchaser.

Any downpayment amount temporarily reduced pursuant to this provision may be refunded or transferred at the request of Purchaser. However, if Purchaser has outstanding debt owing the United States, then the amount of downpayment that could be refunded must be applied by the Contracting Officer to the debt owed in accordance with the Debt Collection Act, as amended (31 U.S.C. 3701, et seq.). If the downpayment is being covered by [Effective] transferred-in purchaser credit, the credit released may be transferred by the Contracting Officer for use on other sales pursuant to CT4.211#.

Upon Purchaser's receipt of Bill for Collection and written notice from Contracting Officer that the basis for the interruption or delay no longer exists, Purchaser shall restore the downpayment to the full amount shown in CT4.220# within 30 days after the date the Bill for Collection was issued. Purchaser shall not resume contract operations until the downpayment amount is fully restored. Purchaser's failure to fully restore the downpayment amount within 30 days after the date the Bill for Collection was issued is a material breach of contract pursuant to BT9.3. Purchaser shall have 30 calendar days to remedy the breach or the contract will be terminated.

Pursuant to the Debt Collection Act, as amended (31 U.S.C. 3701 et seq.), if payment restoring the full amount of the downpayment is not received by Forest Service within 30 days after the date the Bill for Collection was issued, Forest Service shall charge Purchaser interest, administrative charges, and a penalty charge, in addition to the delinquent amount due, at the rates and amounts described in CT4.41.

**WO-CT4.23** - **Refund Of Excess Cash**. (7/91) If at any time the credit balance of Timber Sale Account exceeds the charges for timber within Payment Units Released for Cutting and for designated material not included in AT2 expected to be cut within the next 60 calendar days, any portion of such excess that is due to cash in the account shall be refunded if requested by Purchaser unless deposited under CT4.220# - Downpayment, CT4.254 - Extension Deposits, or CT4.264# - Periodic Payment Schedule. If no cutting is planned within the next 60 calendar days, refund of the entire unencumbered cash balance, except as provided above, may be made. However, said credit balance shall not be reduced below the total value of partially cut Payment Units and designated material not included in AT2 which is cut before operations cease. After a refund for a shutdown, deposits shall be made to meet the requirements of CT4.221 - Advance Deposits, before additional timber may be cut.

**WO-CT4.264#** - **Periodic Payment Schedule**. (4/99) Purchaser shall make periodic payments for stumpage value as follows:

| | Amount | Periodic Payments Determination Date |
|---|---|---|
| Initial | $ 119,100.00 | April 21, 2002 |
| Additional | $ 255,100.00 | July 16, 2002 |

In the event Purchaser has not paid the above indicated amount(s), as stumpage for volume removed, by the Periodic Payment Determination Date(s), Forest Service shall issue a Bill for Collection for the difference between the

B
38th 91

required amount and payments made by Purchaser. If payment(s) fall due on a date other than a normal billing date, the payment date shall be extended to coincide with the next timber sale statement of account billing date.

The amount of the periodic payment(s) will be reduced if the payment(s) would result in the purchaser's credit balance for timber charges exceeding the Current Contract Value.

Only cash or transferred-in purchaser credit may be used for this purpose. No other form of payment is acceptable. Such cash will be used to meet subsequent charges on this sale under the terms of CT4.221 - Advance Deposits. Transferred-in purchaser credit used to meet this obligation cannot be transferred to another sale unless replaced by cash.

Periodic Payment Determination Date(s) that have not been reached shall be adjusted when a Contract Term Adjustment under BT8.21 or a Market-Related Contract Term Addition under CT8.212# is granted. When a contract is lengthened as a result of Market-Related Contract Term Additions any subsequent Periodic Payment Determination Date(s) shall be delayed one month for each month added to the contract's term. Periodic Payment Determination Date(s) will not be adjusted when the Contract Term Extension is granted under CT8.23.

**WO-CT4.3** - **Letters of Credit for Payment Bond**. (9/78) Notwithstanding the provisions of BT4.3, approved letters of credit may be used in lieu of a surety bond for payment bond purposes. Such letters of credit shall be subject to Forest Service approval.

**WO-CT4.31** - **Blanket Bond**. (4/99) If Purchaser furnishes an acceptable bond, or deposits securities, in accordance with BT4.3, to guarantee payment for timber from this and other timber sales within the same National Forest, the amount of such bond or deposited securities shall be allocated to such sales by Forest Service. When there is to be no timber cutting hereunder for 30 days or more and payment of current charges has been made, the allocation to this sale shall be reallocated to other sales at Purchaser's request, and Purchaser shall not start cutting hereunder until this sale receives an allocation which will, in combination with transferred-in purchaser credit, meet the obligation for payment guarantee.

**WO-CT4.4** - **Payments Not Received For Timber Cut And Other Charges**. (10/96) Payments are due and payable on the date of issue as indicated on the Bill for Collection. When a payment for timber cut and other charges is not received at the location designated by the Forest Service within the 15 calendar days allowed for receipt of payment as indicated on the Bill for Collection, or when the credit balance in Timber Sale Account is exceeded by the charges for timber within Payment Units released for cutting and for the estimated 10-day cut of designated material not included in AT2, Forest Service will suspend all or any part of Purchaser's Operations until payment or acceptable payment guarantee is received. Other charges include (a) slash disposal and road maintenance, (b) cooperative work at rates established by specific agreement under BT4.225, and (c) surface rock replacement.

Failure to pay amounts due by the date allowed for receipt of payments as indicated on the Bill for Collection shall be considered a breach under BT9.3, and the 30 calendar day notice period prescribed therein shall begin to run as of the end of business on the date allowed for receipt of payments as indicated on the Bill for Collection.

If the payment is guaranteed by surety bond, the surety will receive a copy of the written notification of breach. Ten calendar days after issuance of written notification of the breach, demand will be made on the surety or other institution providing the guarantee or bond instrument for immediate payment.

Pursuant to the Debt Collection Act, as amended (31 U.S.C. 3701, et seq.), if payment is not received by the Forest Service within 15 days of the date of issue as indicated on the Bill for Collection:

(a) Simple interest shall be assessed at the higher of the U.S. Treasury current value of funds rate, as published by the Secretary of Treasury in the Federal Register, or the rate established by the Secretary of Treasury under section 12 of the Contracts Disputes Act of 1978 (41 U.S.C. 611). Interest will begin to accrue as of the date of issue as indicated on the Bill for Collection.

(b) Debtors will be assessed administrative charges in addition to the delinquent amount due. Administrative charges are those additional costs incurred by the Government in processing, handling and collecting delinquent debts.

B

39th 91

(c) A penalty charge of 6 percent per annum will be assessed on any portion of a debt delinquent more than 90 days. This penalty charge will be in addition to the interest and administrative charges under paragraphs (a) and (b). Such penalty charge shall accrue from the date of issue as indicated on the Bill for Collection and shall be assessed on all outstanding amounts including interest and administrative costs assessed under paragraphs (a) and (b).

Payments will be credited on the date received by the designated depository or Collection Officer, at the designated address.

Forest Service remedies for Purchaser's failure to make payment for timber cut and other charges when due, except for accrual of interest, suspension of all or any part of the Purchaser's Operations and Administrative offset, shall be stayed for so long as (a) a bona fide dispute exists as to Purchaser's obligation to make such payment, and (b) Purchaser files and prosecutes a timely claim under the Contract Disputes Act of 1978.

**WO-CT4.41** - **Other Payments Not Received**. (4/99) Payments are due and payable on the date of issue as indicated on the Bill for Collection. When payment for charges other than those subject to CT4.4 is not received at the location designated by the Forest Service by the date allowed for receipt of payment as indicated on the Bill for Collection, Forest Service will suspend all or any part of Purchaser's Operations until payment is received. Such charges may be, but are not limited to: (a) damages pursuant to CT9.4, (b) transferred-in purchaser credit that becomes ineffective on the originating timber sale, (c) road use fees, (d) periodic payments pursuant to CT4.264#, or (e) other mandatory deposits.

Except for Advance Deposits, failure to pay amounts due by the date allowed for receipt of payment as indicated on the Bill for Collection shall be considered a breach under BT9.3, and the 30 calendar day notice period prescribed therein shall begin to run as of the end of business on the date allowed for receipt of payment as indicated on the Bill for Collection.

If the performance or payment is guaranteed by surety bond, the surety(s) will receive a copy of the written notification of the breach. Ten calendar days after issuance of written notification of the breach, demand will be made on the surety or other institution providing the guarantee or bond instrument for immediate payment.

Pursuant to the Debt Collection Act, as amended (31 U.S.C. 3701, et seq.), if payment is not received by the Forest Service within 30 days after the date of issue as indicated on the Bill for Collection:

(a) Simple interest shall be assessed at the higher of the U.S. Treasury current value of funds rate, as published by the Secretary of Treasury in the Federal Register, or the rate established by the Secretary of Treasury under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611). Interest will begin to accrue as of the date of issue as indicated on the initial Bill for Collection.

(b) Debtors will be assessed administrative charges in addition to the delinquent amount due. Administrative charges are those additional costs incurred by the Government in processing, handling, and collecting delinquent debts.

(c) A penalty charge of 6 percent per annum will be assessed on any portion of a debt delinquent more than 90 days. This penalty charge will be in addition to the interest and administrative charges under paragraphs (a) and (b). Such penalty charge shall accrue from the date of issue as indicated on the Bill for Collection and shall be assessed on all outstanding amounts including interest and administrative costs assessed under paragraphs (a) and (b).

Payments will be credited on the date received at the location designated on the Bill for Collection.

**WO-CT5.101#** - **Road Completion Date**. (4/99) Construction of Specified Roads shall be completed no later than September 10, 2001; except for earlier construction completion dates for roads listed below:

| Road Number | Road Name | Station | | Completion Date |
|---|---|---|---|---|
| | | From | To | |
| N/A | | | | |

B

40th 91

Completion date is binding on party that constructs road, whether Purchaser or Forest Service. The Contracting Officer shall modify the completion date in writing to conform to the approved plan of operations under CT6.3 at the request of the Purchaser.

When Purchaser elects Forest Service construction of specified roads shown in sale advertisement, construction completion date may be adjusted by Forest Service when road construction is interrupted or delayed for causes which qualify for an adjustment of the completion date of the road construction contract. When qualifying interruptions or delays of road construction occur, Forest Service shall evaluate such occurrences and document any findings. The current status of any adjustment shall be available to Purchaser on request. Promptly after the end of the Normal Operating Season in which qualifying days occur, Forest Service shall give Purchaser written notice of (a) number of qualifying days claimed, and (b) new construction completion dates. After all road construction is complete, Forest Service shall grant Contract Term Adjustment under BT8.21. Such adjustment shall be limited to road completion date delays which occurred during Normal Operating Season.

If Forest Service is responsible for road construction and the actual date of road completion is one year or more after the completion date stated above, Purchaser may request a rate redetermination under BT3.31 for remaining volume. Such request must be made within 30 days of notification that road construction has been completed. Upon receipt of such request Forest Service shall redetermine rates using standard methods in effect on the completion date of road construction. Rates to be established shall apply to all Included Timber Released for Cutting subsequent to the effective date of the rate redetermination.

Forest Service shall in no way be responsible for any delay or damage caused by road contractor in performing the road construction except such delay as may be the fault or negligence of Forest Service.

When Purchaser constructs Specified Roads and requests Contract Term Adjustment under BT8.21, completion dates shall be adjusted by number of days which qualify for such adjustment, provided such qualifying days occur before specified construction completion date. When Purchaser desires to construct an alternate facility under BT5.26, Forest Service and Purchaser shall agree, in writing, on a construction completion date for alternate facility. Contract Term Adjustment under BT8.21 as noted above will apply. Completion date shall be adjusted where a design change, or physical changes necessitate a modification of Specified Road construction work which increases the scope or magnitude of the required work.

If Purchaser fails to complete construction of any or all Specified Roads by applicable completion date, as adjusted, Contract Term Extension under CT8.23 shall not be granted.

As used in this provision, construction of a road is completed when:

(a) Purchaser constructs Specified Roads and Forest Service furnishes Purchaser with written notice of acceptance under BT6.35, or

(b) Forest Service constructs road and furnishes Purchaser with written notice authorizing use of road.

Notwithstanding BT5.1, Purchaser shall not use a road which Purchaser has elected for Forest Service to construct, until construction is completed and Forest Service furnishes Purchaser with written notice authorizing use of road.

**CT5.12#** - **Use Of Roads By Purchaser**. (12/76) Purchaser's use of existing roads identified on Sale Area Map by the following codes is prohibited or subject to restrictive limitations, unless agreed otherwise:

| Code | Use Limitations |
|---|---|
| R | Hauling restricted |