B

41st 91

Purchaser's use of restricted roads (code R) shall be limited by restrictions stated in attached Restricted Road List.

| Road Number | Road Name | Termini | Description of Restriction |
|---|---|---|---|
| 223A2 | | 223A into unit 3 | Dry Weather Use Only |

**WO-CT5.121#** - **Deposit For Reconstruction Engineering Services**. (4/99) Purchaser shall make a cash deposit for Engineering Services (preconstruction and construction) provided by Forest Service for reconstruction of a forest development transportation facility necessary to accommodate Purchaser's use under this contract, pursuant to Public Law 88-657, 78 Stat. 1089, 16 U.S.C. 532-537.

The total amount to be deposited under this contract by Purchaser for reconstruction related Engineering Services to be completed by Forest Service personnel or by public works contract is $11,186.09. Purchaser shall make this deposit at the end of the first full normal operating season or 12 months from contract award, whichever occurs first. In the event a different deposit schedule is agreed to, such deposit shall be due within 30 days after the date of issue as indicated on the initial Bill for Collection, pursuant to CT4.41.

The amount of the required deposit will be shown as an associated charge on the Purchaser's Timber Sale Statement of Account. Any unexpended deposit for reconstruction related Engineering Services shall be retained by Forest Service.

The deposit for reconstruction related Engineering Services shall be commensurate with project need and Purchaser's road use. Forest Service shall complete Reconstruction related Engineering Services on the following schedule unless a different completion schedule is agreed in writing:

| Road or Facility No. | Termini | | Engineering Services Completion Date |
|---|---|---|---|
| | From | To | |
| 207C1 | 0.00 | 1.00 | N/A |
| 223A | 0.00 | 1.23 | N/A |
| 223A1 | 0.00 | 1.06 | N/A |
| 223A2 | 0.00 | 0.25 | N/A |
| 223E | 0.00 | 0.34 | N/A |
| 223E1 | 0.00 | 0.34 | N/A |

Reconstruction related Engineering Services may consist of some or all of the engineering work and expense of: preparing, setting out, controlling, inspecting, and measuring the reconstruction of a forest development transportation facility.

Unless agreed otherwise, roads or other facilities listed in above schedule shall not be used by Purchaser for log hauling prior to completion of actual reconstruction work.

**WO-CT5.2** - **Specified Roads**. (4/99) "Specified Roads" are roads, including related transportation facilities and appurtenances, shown on Sale Area Map and listed in AT9. Purchaser shall construct Specified Roads used under this contract. Construction initiated by Purchaser on any such Specified Road shall be completed to an agreed terminus that meets Purchaser's needs and prevents unnecessary impact on National Forest resources. Construction to such terminus shall be in full accordance with Drawings and "Forest Service Specifications for Construction of Roads and Bridges" or specifications attached hereto, except for agreed adjustments needed to accommodate such terminus. The cost, as estimated by Forest Service, for the portion constructed shall be separately recorded as a segment in a revised AT10. A Temporary Road shall not be constructed substantially on the location for a Specified Road, except by agreement.

In event of agreed substitution or revision of construction design, specifications, or performance responsibility under CT5.212, CT5.25, CT5.26, or CT5.201, a revised table designated AT9-1, AT9-2, etc. shall supersede any prior table as AT9, when it is dated and signed by Purchaser and the Contracting Officer.

References in the contract to specifications, standards, or test methods adopted by the American Association of State Highway and Transportation Officials (AASHTO), American Society for Testing and Material (ASTM), General Services

Administration (GSA), or other recognized national technical associations shall mean specifications, standards, or test methods, including interim or tentative issues, which are in effect on the date of the contract advertisement.

**WO-CT5.21# - Engineering.** (4/99) Survey and design for Specified Roads were completed by Forest Service prior to sale advertisement, unless otherwise shown in the table below, or Purchaser survey and design are specified in AT9. On those roads for which the design is completed by Forest Service during the contract, the design quantities shall be used as the basis for revising estimated costs stated in AT10 and crediting the Purchaser's Timber Sale Account to reflect the change.

Forest Service engineering shall be completed according to the following schedule:

| Road No. | Road Name | Type of Work | Completion Date |
|---|---|---|---|
| N/A | | | |
| | | | |

Should Forest Service be unable to perform the designated survey and design by the completion date or other agreed to time, upon written agreement, Purchaser shall assume responsibility for such work. In such event, Forest Service shall revise (a) AT9 to show Purchaser's performance responsibility and (b) AT10 to include costs of survey and design, as provided under BT5.24, and credit the Purchaser's Timber Sale Account to accommodate such costs. Such costs shall be calculated by Forest Service using unit rates comparable with those used in the preparation or revision of AT10.

Purchaser shall furnish a schedule to Forest Service of specific dates for the start of construction. The schedule of construction shall be submitted to Forest Service for approval within 60 days after contract award and prior to beginning work. Purchaser's construction schedule shall reflect the Forest Service survey and design completion dates. Forest Service may agree to Purchaser's request for an alternate date for starting construction.

Survey, design, and construction staking of Specified Roads to be engineered by Purchaser shall be performed by Purchaser in accordance with specifications attached hereto. Based upon the quantities developed by such design, as approved by Forest Service, the estimated costs stated in AT10 shall be revised by the Forest Service and the Purchaser's Timber Sale Account shall be credited. The methods of computing such revised costs shall be consistent with the methods that would have been used had the engineering been performed prior to sale advertisement.

Total cumulative credits to the Purchaser's Timber Sale Account, under CT5.21, CT5.212, CT5.251, CT5.253, and CT5.254, are subject to a maximum allowance equal to the difference, at sale closure using final volumes, between total contract value at Base Rates and total contract value at stumpage rates paid. Payments for increased costs shall be made at the time the cost difference is calculated, subject to adjustment at time of sale closure.

**WO-CT5.211 - Contract Drawings.** (11/98) "Drawings" are documents that show location, details, and dimensions of the work to be performed.

On any of the contract Drawings where a portion of the work is drawn out and the remainder is shown in outline, the parts drawn out shall apply to all other like portions of the work.

"Shop Drawings" include Drawings, diagrams, layouts, schematics, descriptive literature, illustrations, lists or tables, performance and test data, and similar materials furnished by Purchaser to explain in detail specific portions of the work required by the contract.

(a) The Purchaser shall submit a minimum of five sets of required Shop Drawings to Forest Service, three sets of which will be retained by Forest Service. Shop Drawings shall not exceed 24 inches by 36 inches in size.

(b) Approval or rejection and date will be noted or stamped on each set. Unless agreed otherwise, the Forest Service shall approve or reject the Shop Drawings within 10 days of submission. Such approval of the Shop Drawings shall not be construed as a complete check, but will indicate only that the general method or construction and detailing is satisfactory. If the Shop Drawings are rejected, the Purchaser must make the noted revisions and resubmit the Shop Drawings.

43rd B 91

Unless working tolerances are specified, all work performed and materials furnished shall be in reasonably close conformity with lines, grades, cross sections, dimensions, and material requirements shown on Drawings, indicated in Specifications, or designated on the ground.

A change in the amount of construction work which exceeds construction tolerances specified in Section 203, Table 203-1, of the "Forest Service Specifications for Construction of Roads and Bridges" caused by a Forest Service error in the construction staking shall be treated as a Design Change. When incompatible situations arise between Drawings, Specifications, and actual conditions on the ground, the Purchaser shall make corrections, pursuant to CT5.254 - Design Change.

Reasonably close conformity means compliance with reasonable and customary manufacturing and construction tolerances where working tolerances are not specified. Where working tolerances are specified, reasonably close conformity means compliance with such working tolerances.

**WO-CT5.212** - **Construction Staking**. (4/99) Purchaser shall avoid careless or negligent damage to construction stakes, flags, or marks. If such damage occurs, Purchaser shall be required to replace stakes necessary to construction or, upon Purchaser's request and under written agreement, Purchaser shall bear costs of such replacement by Forest Service by depositing, with Forest Service in advance, sufficient sums to cover cost of such replacement. Any surplus funds remaining after such work is completed shall be refunded.

When AT9 shows that construction stakes are to be set by Forest Service after clearing, Purchaser shall submit to Forest Service a written schedule for clearing, construction staking, and construction which will provide Forest Service a reasonable period for setting construction stakes. Time for setting construction stakes may be modified by written agreement.

If Forest Service performs construction staking for Specified Roads, timing of such staking shall permit Purchaser's clearing and other construction activity to proceed without hindrance or delay, provided Purchaser's construction activity is reasonably consistent with needs identified in Purchaser's operating schedule or amendments thereto.

Should Forest Service be unable to perform construction staking in such reasonable period, upon written agreement, Purchaser shall assume the responsibility for construction staking for agreed upon portions of Specified Roads. In such event, Forest Service shall revise (a) AT9 to show Purchaser's performance responsibility and (b) AT10 to include costs of construction staking, as provided under BT5.24, and credit the Purchaser's Timber Sale Account to accommodate such costs. Such costs shall be calculated by Forest Service using unit rates comparable with those used in the preparation or revision of AT10.

Total cumulative credits to the Purchaser's Timber Sale Account, under CT5.21, CT5.212, CT5.251, CT5.253, and CT5.254, are subject to a maximum allowance equal to the difference, at sale closure using final volumes, between total contract value at Base Rates and total contract value at stumpage rates paid. Payments for increased costs shall be made at the time the cost difference is calculated, subject to adjustment at time of sale closure.

**WO-CT5.25** - **Construction Cost Adjustment**. (4/99) Cost estimates in AT10 shall be adjusted by Forest Service as provided in CT5.251, CT5.253, and CT5.254.

**WO-CT5.251#** - **Variation In Quantities**. (4/99) This provision applies only to differences between contract quantities shown in Schedule of Items and measured quantities actually constructed and accepted which are not covered under CT5.253 or CT5.254. Only changes in Item No.(s) **202(02)P, 203(20)B, 203(20)D, 304(11)A, 603(09)18P, 603(09)36P, 619(04)IA, 640(01)16** are subject to this provision. The Purchaser's Timber Sale Account shall be credited or debited to reflect differences in costs due to variation in quantities.Credits and debits to the Purchaser's Timber Sale Account shall be computed at unit rates established in Schedule of Items for units of work actually constructed and measured in accordance with specified method of measurement shown in Schedule of Items and described in Standard Specifications for Construction of Roads and Bridges, except that:

(a) When quantity of authorized work performed, or material furnished, by Purchaser under any item shown in the Schedule of Items, and covered by this provision, is more than 115 percent of original quantity, use Current Unit Rates to calculate the credit the Timber Sale Account for that portion of work above 115 percent of original quantity.

(b) When quantity of authorized work performed, or material furnished, by Purchaser under any item shown in Schedule of Items, and covered by this provision, is less than 85 percent of original quantity, Forest Service shall make a revised estimate of cost of such work. Any revised estimate shall use same procedures as used in original estimates using

B

rates comparable to those used in computing most recent cost estimate for the sale. Any revised cost estimate shall take into account any increase or decrease in unit rates which result from reduction in quantity of work.

"Current Unit Rates" are estimated by Forest Service for doing the work at the time the adjustment is approved.

Total cumulative credits to the Purchaser's Timber Sale Account, under CT5.21, CT5.212, CT5.251, CT5.253, and CT5.254, are subject to a maximum allowance equal to the difference, at sale closure using final volumes, between total contract value at Base Rates and total contract value at stumpage rates paid. Payments for increased costs shall be made at the time the cost difference is calculated, subject to adjustment at time of sale closure.

**CT5.253** - **Physical Change**. (4/99) The Purchaser's Timber Sale Account shall be credited if prior to acceptance under BT6.35, a Physical Change, caused by a single event and not due to negligence of Purchaser, results in an increase or decrease in work and/or materials furnished by Purchaser involving additional estimated cost of (a) more than $1,000 or (b) more than 10 percent of total Specified Road construction cost, whichever is less. Credits to the Timber Sale Account shall include cumulative estimated costs of repairing damage from slides, washouts, landslips, fire, etc. caused by said event. Drawings and Specifications shall be revised when necessary to meet new conditions. Quantities of work and/or materials determined from such revised Drawings and Specifications, together with estimated quantities of work and/or materials abandoned, shall be the basis for the revised Specified Road construction cost.

Forest Service shall determine difference in quantities for portions of road affected by Physical Change by comparing most recent previous quantities with total of (a) estimated quantities actually constructed prior to Physical Change, including work abandoned, and (b) the estimated quantities to be constructed following Physical Change. Credits to the Timber Sale Account shall be calculated by using (ii) unit rates comparable to those used in computing most recent cost estimate for sale when quantities decrease. When quantity of authorized work to be performed, or material furnished, by Purchaser under any item shown in Schedule of Items is reduced to less than 85 percent of original quantity, Forest Service shall make a revised estimate of cost of such work. Any revised estimate shall use same procedures as used in original estimates using rates comparable to those used in most recent cost estimate for the sale. However, revised estimate shall take into account any increase or decrease in unit rates which result from reduction in quantity of work.

"Current Unit Rates" are estimated by Forest Service for doing the work at the time the adjustment is approved.

Total cumulative credits to the Purchaser's Timber Sale Account, under CT5.21, CT5.212, CT5.251, CT5.253, and CT5.254, are subject to a maximum allowance equal to the difference, at sale closure using final volumes, between total contract value at Base Rates and total contract value at stumpage rates paid. Payments for increased costs shall be made at the time the cost difference is calculated, subject to adjustment at time of sale closure.

**WO-CT5.254** - **Design Change**. (4/99) "Design Change" is a change in work and/or materials shown in Schedule of Items and described in Drawings or Specifications which has been mutually agreed to in writing or ordered by Forest Service. Changes of a minor nature (such as adjustment in horizontal and vertical alignment, which do not exceed specified tolerance, necessary to maintain or balance earth work quantities substantially as designed) and "Variation in Quantities," as described in CT5.251#, shall not be considered as Design Change.

Additions, deletions, or changes in types or diameter of culverts shown in Drawings and changes in designated water sources shall be considered Design Changes.

Forest Service may, by written notice from Contracting Officer, order changes in work to be performed and/or materials to be furnished by Purchaser within general scope of the contract. Such work shall: (a) be due to differences between anticipated and actual field condition or (b) be necessary to construct Specified Roads to design standards and (c) be necessary to assure stability of Specified Roads. In addition, work to protect resource values may also be included in Design Changes ordered by Forest Service. Such work must be related to construction of Specified Roads and be necessary to prevent damage to soil and water values immediately tributary to Specified Roads. Other Design Changes may be made by mutual written agreement.

Drawings and Specifications shall be revised as necessary to meet new conditions. Quantities of work and/or materials determined from such revised Drawings and Specifications, together with quantities of work and/or materials abandoned, shall be the basis for crediting or debiting the Purchaser's Timber Sale Account, subject to a maximum credit equal to the difference, at sale closure using final volumes, between total contract value at Base Rates and total contract value at stumpage rates paid.

B

95M 97

Forest Service shall determine difference in quantities for portion of Specified Road affected by Design Change by comparing most recent previous quantities with total of (a) estimated quantities actually constructed prior to Design Change and (b) estimated quantities to be constructed following Design Change. The amount of credit or debit to the Purchaser's Timber Sale Account shall be made by applying (i) Current Unit Rates to difference when quantities increase and (ii) unit rates comparable to those used in computing most recent cost estimates of sale when quantities decrease.

When quantity of authorized work to be performed or material furnished by Purchaser under any item shown in the Schedule of Items is reduced to less than 85 percent of original quantity, Forest Service shall make a revised estimate of cost of such work. Any revised estimate shall use same procedures as used in the original estimates using rates comparable to those used in most recent estimate. However, revised cost estimate shall take into account any increase or decrease in unit rates which result from reduction in quantity of work.

Forest Service shall make payment for any increase in Specified Road construction costs, that cannot be reimbursed by crediting the Purchaser's Timber Sale Account for the difference, at sale closure using final volumes, between total contract value at Base Rates and total contract value at stumpage rates paid, caused by Design Change ordered by Forest Service. Final payments are subject to availability of Construction and Land Acquisition funds for that purpose and will not be final until Current Contract Rates and volume determinations verify that increased costs for ordered Design Change cannot be reimbursed by crediting the Purchaser's Timber Sale Account. Payments for unreimbursed increased costs shall be made at completion of each ordered Design Change, subject to adjustment at time of sale closure.

**WO-CT5.26** - **Alternate Facilities**. (4/99) If under Purchaser's operating schedule, roads needed for the removal of Included Timber differ substantially from Specified Roads, other roads may be added to AT9. The road routing, location, design, and needed easements shall be such as will make such other roads acceptable as parts of the National Forest transportation system. Survey, design, and construction staking for such other roads shall be provided by Purchaser.

Based on design quantities from such engineering, Forest Service shall estimate Specified Road construction costs of alternate facilities, using methods consistent with those used in the original computation of AT10. If Specified Road construction costs for acceptable alternate facilities are less than the estimated costs of facilities listed in the original AT10 which Purchaser does not construct, the Purchaser's Timber Sale Account shall be debited by the Forest Service to reflect the reduction in cost. In event of rate redetermination under BT3.3, such allowed costs shall be the redetermined estimated costs of facilities listed in the original AT10 which Purchaser does not construct.

**WO-CT5.4#** - **Road Maintenance**. (11/98) Purchaser shall maintain roads, commensurate with Purchaser's use, in accordance with the Road Maintenance Requirements and Road Maintenance Specifications. Performance of road maintenance work by Purchaser may be required prior to, during, or after each period of use. The timing of work accomplishment shall be based on Purchaser's operating schedule under BT6.31.

When two or more commercial users are simultaneously using the same road where Forest Service is not requiring maintenance deposits, maintenance responsibilities and arrangements for accomplishing the work will be developed by the commercial users. This plan shall be agreed to by the Forest Service. If the commercial users cannot agree on maintenance responsibilities, Forest Service shall resolve the differences.

If Purchaser elects to use different roads than those listed in Road Maintenance Requirements, Forest Service shall determine Purchaser's commensurate share of road maintenance and revise road maintenance deposits.

If Forest Service cannot perform its full commensurate share of road maintenance, Forest Service shall make a cash payment to Purchaser for performance of such work.

Unless agreed in writing, prehaul maintenance shall be completed on any portion of road prior to hauling on that portion.

**WO-CT6.0** - **Operations**. (6/90) Purchaser agrees to conduct its operations under this contract and other related business activities in compliance with Federal, State and local statutes, standards, orders, permits or other regulations. State and local environmental quality laws must be applicable to National Forest System lands. The contract shall govern if such laws conflict with or preclude performance of contractual requirements. A conviction of, or a civil judgment for, any of the following offenses, shall be considered a breach of this provision and may result in termination of this contract pursuant to CT9.3:

B

46h 91

(a) Theft, forgery, bribery, embezzlement, falsification or destruction of records, making false statements, or receiving stolen property, that is in any way connected with obtaining, attempting to obtain, selling, trading or processing public timber.

(b) Fraud, criminal offenses, or violation of Federal or State antitrust laws, any of which occurred in connection with obtaining, attempting to obtain, or performing a public contract or subcontract;

(c) Threatening, resisting, intimidating or interfering with Forest Officers engaged in, or on account of, the performance of their official duties involving the protection, improvement, or administration of National Forest System lands.

**WO-CT6.01** - **Interruption Or Delay Of Operations**. (10/96) Purchaser agrees to interrupt or delay operations under this contract, in whole or in part, upon the written request of Contracting Officer:

(a) To prevent serious environmental degradation or resource damage that may require contract modification under CT8.3 or termination pursuant to CT8.2;

(b) To comply with a court order, issued by a court of competent jurisdiction; or

(c) Upon determination of the appropriate Regional Forester, Forest Service, that conditions existing on this sale are the same as, or nearly the same as, conditions existing on sale(s) named in such an order as described in (b).

Purchaser agrees that in event of interruption or delay of operations under this provision, that its sole and exclusive remedy shall be (i) Contract Term Adjustment pursuant to BT8.21, or (ii) when such an interruption or delay exceeds 30 days during Normal Operating Season, Contract Term Adjustment pursuant to BT8.21, plus out-of-pocket expenses incurred as a direct result of interruption or delay of operations under this provision. Out-of-pocket expenses do not include lost profits, attorney's fees, replacement cost of timber, or any other anticipatory losses suffered by Purchaser. Purchaser agrees to provide receipts or other documentation to the Contracting Officer which clearly identify and verify actual expenditures.

**WO-CT6.1** - **Representatives**. (7/88) Unless otherwise agreed, Purchaser shall designate, in writing, a representative, who is authorized to receive notices in regard to performance under this contract, and to take related action.

Purchaser's representative shall designate, in writing, a field supervisor, one of whose responsibilities shall be on-the-ground direction and supervision of Purchaser's Operations. This person shall be authorized to receive notices in regard to performance under this contract and take related action. The responsibilities of this person shall include the safeguarding of National Forest resources and performance within the terms of the contract. Field supervisors will furnish Forest Service on-the-ground representatives with names of persons authorized to assume responsibilities in their absence. In no case shall Purchaser designate any representative to this contract who is currently debarred, proposed for debarment, or suspended by the Forest Service. Such delegations may be made a part of Purchaser's annual operating schedule under BT6.31.

Contracting Officer shall designate a Forest Service representative to

(a) receive notice in regard to performance under this contract, (b) take action in relation to this contract, and (c) be readily available to the area of construction and logging operations.
Other on-the-ground representatives shall be designated by the Contracting Officer or Forest Service representative. These persons shall be named in writing along with their specific contractual responsibilities and authority. Such delegation shall be made within 30 days of receipt of Purchaser's plan of operations.

**WO-CT6.2** - **Improvements**. **(6/80)** Purchaser shall comply with the rules and regulations governing the operation of premises which are occupied, and shall perform the contract in a manner that will not interrupt or interfere with the conduct of Forest Service business.

Before any camp, quarry, borrow pit, storage, or service area other than shown on Drawings is opened or operated on National Forest land or lands administered by Forest Service, written permission shall be obtained through Forest Service. A camp is interpreted to include the campsite or trailer parking area of any employee working on the project for Purchaser. Such permission, if granted, shall be without charge to Purchaser.

B

47th 91

**WO-CT6.22** - **Protection of Improvements Not Owned by Forest Service**. (1/80) Forest Service will notify all utility companies, or other parties affected, and make arrangements for all necessary adjustments of the public utility fixtures, pipelines, and other appurtenances affected by the construction.

When Purchaser's Operations are adjacent to properties of railway, telegraph, telephone, power companies or other property, work shall not begin until all necessary arrangements to prevent damage have been made by Purchaser.

Purchaser shall cooperate with the owners of any underground or overhead utility lines in their removal and/or rearrangement operations in order that these operations may progress in a reasonable manner; utility duplication or rearrangement work may be reduced to a minimum; and services shall not be unnecessarily interrupted.

In the event of interruption to utility services because of accidental breakage or as a result of lines being exposed or unsupported, Purchaser shall promptly notify the proper authority and shall cooperate with that authority in the restoration of service. If utility services are interrupted, cooperation shall be required until the service is restored.

When materials are to be hauled across the tracks of any railway, Forest Service will make arrangements with the railroad for the use of any existing crossing or for any new crossing required. Arrangements for use of alternate crossing shall be made by Purchaser. All construction work to be performed by Purchaser on the railroad right-of-way shall not damage railroad company's property.

**WO-CT6.221** - **Protection Of Property**. (6/80) In construction and reconstruction of Specified Roads, Purchaser shall not unnecessarily remove, deface, injure, or destroy trees, shrubs, or other natural features unless specifically authorized. To the extent practicable, Purchaser shall confine operations to within the clearing limit or other areas designated in the contract, and prevent the depositing of rocks, excavated materials, stumps, or other debris outside these limits.

Material which falls outside these limits shall be retrieved, disposed of, or incorporated in the work to the extent practicable and necessary to protect adjacent resource values, unless otherwise agreed.

**R8-CT6.222#** - **Protection of Special Areas**. (2/80) Purchaser shall not conduct logging operations within the boundaries of the following areas:
**within 25 feet of gopher tortoise burrows unless directed by Forest Service**
**within 165 foot protection zone of Louisiana quillwort.**
**within 200 foot protection zone of gopher tortoise colonies**
**within 25 feet protection zone of trailing arbutus which has been flagged on the gound**
**within 25 feet of pitcher plants**

Logging shall be permitted in the following areas only during the following specified times: **Logging shall be permitted from July 1 to May 14 only within Gopher Tortoise colony protection zones**

The location of these areas are shown on Sale Area Map and are marked on the ground by the following means: **yellow and black caution flagging.** *Note that an SA marked on sale area map means that a unit has **one or more** protected areas with exact locations identified on the ground as described above.

**R8-CT6.23** - **Protection of Land Survey Monuments**. (10/86) Forest Service shall appropriately designate on the ground all known surveying monuments, section corners and other corner accessories. Bearing trees shall be posted by Forest Service with at least one bearing tree sign and a 6-inch red paint band around bole of tree about 6 feet above ground. If any known monuments, corners or accessories are destroyed, obliterated, or damaged during Purchaser's Operations, Purchaser shall make Required Deposits (16 U.S.C. 572) at rates stated in the Monument Restoration Schedule listed below. Such deposits shall be the minimum rates charged, and will be deposited in a special account. Minimum rates shall be adjusted upwards to cover actual costs incurred on all restoration projects.

Purchaser and Forest Service may agree in writing on actual cost for partial restoration projects. If Purchaser destroys, obliterates or damages Land Survey Monuments or accessories other than those listed in said schedule, Forest shall establish rates commensurate with Purchaser's liability.

Monument Restoration Deposit Schedule:

| | |
|---|---|
| Exterior F.S. Survey Monument | $100.00/monument |
| Interior F.S. Survey Monument | $100.00/monument |

B 48th 91

| | | |
|---|---|---|
| Witness Tree | $75.00/witness tree | |
| Exterior Property Lines | $750.00/mile | |

**WO-CT6.24#** - **Protection of Cultural Resources**. (4/84) Location of known historic or prehistoric sites, buildings, objects, and properties related to American history, architecture, archaeology and culture, such as settler or Indian artifacts, protected by American Antiquities Act of 1906 (16 U.S.C. 431-433), National Historic Preservation Act of 1966 (16 U.S.C. 470) and the Archaeological Resources Protection Act of 1979 (PL 96-95 and 36 CFR 261.9(e)) shall be identified on the ground by the Forest Service. Forest Service may unilaterally modify or cancel this contract to protect an area, object of antiquity, artifact, or similar object which is or may be entitled to protection under these Acts regardless of when the area, object or artifact is discovered or identified. Discovery of such areas or objects by either party shall be promptly reported to the other party.

In the event of contract modification under this Subsection, Purchaser shall be reimbursed for any additional protection required, provided that any work of extra protection required shall be subject to prior approval by Forest Service. Amount of reimbursement shall be determined by Forest Service and shall be in the form of a reduction in stumpage rates unless agreed otherwise in writing. However, in no event may stumpage rates be reduced below Base Rates. Purchaser shall protect all known and identified historic or prehistoric sites, buildings, objects, and properties related to American history, architecture, archaeology and culture against destruction, obliteration, removal or damage during Purchaser's Operations. Purchaser shall bear costs of restoration in accordance with 36 CFR 296.14(c), provided that such payment shall not relieve Purchaser from civil or criminal remedies otherwise provided by law.

Wheeled or track-laying equipment shall not be operated within such areas except on roads, landings, tractor roads or skid trails approved under BT5.1 and BT6.422. Unless agreed otherwise, trees will not be felled into such areas. Purchaser may be required to backblade skidtrails and other ground disturbed by Purchaser's Operations within such areas in lieu of cross ditching required under BT6.6.

**WO-CT6.25#** - **Protection of Habitat of Endangered Species**. (6/78) Location of areas needing special measures for protection of plants or animals listed as threatened or endangered under the Endangered Species Act of 1973 are shown on Sale Area Map and identified on the ground. Measures needed to protect such areas have been included elsewhere in this contract or are as follows: N/A

If protection measures prove inadequate, if other such areas are discovered, or if new species are listed on the Endangered Species List, Forest Service may either cancel under CT8.2 or unilaterally modify this contract to provide additional protection regardless of when such facts become known. Discovery of such areas by either party shall be promptly reported to the other party. In the event of contract modification under this Subsection, Purchaser shall be reimbursed for any additional protection required by the modification, provided that any work or extra protection required shall be subject to prior approval by Forest Service. Amount of reimbursement shall be determined by Forest Service using standard Forest Service rate redetermination methods in effect at time of agreed change and shall be in the form of a reduction in Current Contract Rates unless agreed otherwise in writing. However, in no event may Current Contract Rates be reduced below Base Rates.

**WO-CT6.3** - **Plan of Operation**. (10/77) Within 60 days of final award of contract, Purchaser shall furnish Forest Service a written general plan of operation which shall be in addition to the annual operating schedule required under BT6.31. The plan shall set forth planned periods for and methods of road construction, timber harvesting, and completion of slash disposal, erosion control measures and other contractual requirements. Forest Service written approval of the plan of operation is prerequisite to commencement of Purchaser's Operations. Purchaser may revise this plan of operations when necessitated by weather, markets or other unpredictable circumstances, subject to the written approval of Forest Service. In the event of delays beyond the control of Purchaser which qualify for Contract Term Adjustment, the plan of operations shall be mutually adjusted as necessary to accommodate the adjusted contract period.

**WO-CT6.311** - **Plan Of Operation For Road Construction**. **(6/80)** Annually, prior to start of construction, Purchaser shall submit a supplement to plan of operation which shall include a schedule of proposed progress, and a description of planned measures to be taken to provide erosion control for work in progress, including special measures to be taken on any segments of construction not Substantially Completed prior to periods of seasonal precipitation or runoff. When Purchaser proposes a significant deviation from the progress schedule, purchaser shall submit a revised schedule.

Prior to beginning construction on any portion of Specified Roads identified as sensitive on Drawings, Purchaser and Forest Service shall agree on proposed method of construction.

B
49th 91

**R8-CT6.312#** - **Schedule for Release of Payment Units**. (1/80) Unless otherwise agreed in writing, no more than 3 Payment Units may be operated at one time. Upon completion of all contract requirements in a Payment Unit, an additional Payment Unit may be released for cutting if by such release the maximum number of Payment Units specified above, which may be operated at one time, is not exceeded. The sequence for cutting Payment Units shall be:

N/A

(List numbers in sequence)

**WO-CT6.32#** - **Protection Of Rerserve Trees**. (11/98) Reserve trees, described in CT2.3#, shall be protected from damage or destruction in Purchaser's operations. In the event reserve trees are damaged or destroyed by Purchaser's operations, such damage will cause serious and substantial silvicultural or other damage to the National Forest. It will be difficult if not impossible to determine the amount of such damage. Therefore, Purchaser shall pay as fixed, agreed and liquidated damages $50.00 for each pine sawtimber ; $25.00 for each wildlife (hardwood) reserve tree damaged or destroyed in addition to amounts payable under BT3.45 and BT3.46.

Damage, as used herein, includes any injury to the living crown, bole, or roots of reserve trees. If areas are marked on the ground around such reserve trees, operation of heavy equipment or skidding of products within said area shall be considered to be damage to the tree.

**WO-CT6.33** - **Safety**. (6/78) Unless otherwise agreed in writing, when Purchaser's Operations are in progress adjacent to or on Forest Service controlled roads and trails open to public travel, Purchaser shall furnish, install and maintain all temporary traffic controls which provide the user with adequate warning of hazardous or potentially hazardous conditions associated with Purchaser's Operations. A specific traffic control plan for each individual project shall be agreed to by Purchaser and Forest Service prior to commencing operations. Devices shall be appropriate to current conditions and shall be covered or removed when not needed. Except as otherwise agreed, flagmen and devices shall be as specified in the "Manual on Uniform Traffic Control Devices for Streets and Highways" (MUTCD), and as shown on Drawings, Sale Area Map or in specifications attached hereto.

**WO-CT6.341** - **Prevention of Oil Spills**. (6/81) If Purchaser maintains storage facilities for oil or oil products on Sale Area, Purchaser shall take appropriate preventive measures to insure that any spill of such oil or oil products does not enter any stream or other waters of the United States or any of the individual States.
If the total oil or oil products storage exceeds 1320 gallons or if any single container exceeds a capacity of 660 gallons, Purchaser shall prepare a Spill Prevention Control and Countermeasures (SPCC) Plan. Such plan shall meet applicable EPA requirements (40 CFR 112) including certification by a registered professional engineer.

**WO-CT6.35** - **Final Acceptance Of Specified Roads**. (1/80) Prior to request for final inspection, roadways, borrow pits, and quarries occupied and no longer needed by Purchaser in connection with Purchaser's Operations shall be cleared of all rubbish, excess materials, and temporary structures.

**WO-CT6.351** - **Acceptance of Specified Road**. (6/78) Specified Road work may be accepted subject to completion of planting and seeding for soil stabilization when completion is delayed for reasons beyond control of Purchaser, such as seasonal limitations. Purchaser shall complete planting or seeding on such road during the next suitable planting season.

Specified road work may be conditionally accepted prior to the application of bituminous dust palliatives when application is not necessary to prevent dusting of the road surface due to Purchaser's operating schedule or climatic conditions. Purchaser shall apply bituminous dust palliative on such roads prior to use during periods when dusting may occur.

**R8-CT6.4#** - **Conduct of Logging**. (11/93) Unless otherwise agreed in writing, Purchaser shall take the following measures to minimize breakage of logs and to protect residual trees and other National Forest resources:

(1) Within Payment Unit 2, 3, 4, 5, 6, 9, 10 and 11, the skidding pattern shall be approved by Forest Service in advance of felling and main skid roads/trails shall be located on the ground in advance of felling.

(2) Outside of clearcutting areas and authorized clearings, tractors shall be equipped with a winch to facilitate skidding. Products shall be winched (end-lined) as needed to protect resources or residual trees from unnecessary damage.

B

Sch 91

**R8-CT6.5#** - **Streamcourse Protection**. (11/75) The following are required in addition to Standard Provisions under BT6.5:

e) Fords may be permitted with written authorization in locations containing rock or rock-fragment bottoms or where streams can be protected with corduroy or gravel.

(f) All vehicles are prohibited within a 33 foot-wide zone along either side of Streamcourses designated on Sale Area Map. Vehicles will be allowed to enter Streamcourses only at locations designated by Forest Service or as essential to construction or removal of culverts or bridges.

**R8-CT6.601#** - **Revegetation Plan and Specifications**. (11/93) Purchaser shall revegetate areas where soil disturbance will result in soil losses from erosion, normally by seeding or planting with grasses or other suitable plant material. Purchaser shall vegetate areas designated by Forest Service in accordance with the following specifications:

1. Temporary road surfaces, landings and skid trails shall be seeded whenever they are not to be used for a period of 60 days or more and seeding can be done within the seeding season(s).

2. All exposed soil on temporary roads, skid trails and landings shall be seeded and fertilized within 30 days of the time these facilities are no longer needed for Purchaser's operations if it is within the seeding season(s). Soil tilling to cover seed may be required under dry site conditions.

3. Harrowing, discing or ripping is required on bare areas or on roads where there is soil compaction. Fertilizer shall be applied and mixed thoroughly with the soil prior to seeding. Due to compaction, it may be necessary to till the soil to a depth of 6 inches or more.

4. The seeding season shall be from **January 1** to **December 1** unless otherwise agreed.

5. The following kinds and amounts per acre of seed and fertilizer shall be applied, unless otherwise agreed:

| SEEDING SEASON | GRASS SPECIES | FERTILIZER AND RATE PER ACRE |
|---|---|---|
| February - May | Bahia (Paspalum Notatum) (25 lb/ac) & Common Lespedeza (20 lb/ac) | 13-13-13 300 lb/ac |
| June - August | Bahia (Paspalum Notatum) (15 lb/ac) Bermuda Gass ( 3 lb/ac) Brown Top Millet (15 lb/ac) | 13-13-13 300 lb/ac |
| September - January | Bahia (Paspalum Notatum) (20 lb/ac) & Rye Grass (Lolumin Multiblotum) (20 lb/ac) | 13-13-13 300 lb/ac |

As a minimum, seed will be 90% pure with 85% germination

7. Timing of seeding operations shall be agreed to by Forest Service. Seeding opertions shall not begin without the presence of a Forest Service representative.

**R8-CT6.62#** - **Temporary Roads**. (5/93) Unless otherwise agreed in writing, Temporary Road construction shall not be scheduled to occur outside the Normal Operating Season listed in AT17.

The location and clearing widths of all Temporary Roads shall be agreed to and all timber within the clearing limits shall be paid for before construction is started. Temporary roads shall follow the general contour insofar as practical with

B

maximum grades not to exceed 15 percent. Construction shall include frequent broad-based dips or breaks in grade as necessary to remove runoff from the road. Clearing width shall not exceed that needed for safe and efficient operations, and the travel way shall not exceed 12 feet except at turnouts and landings. Crossings shall be located perpendicular to any stream or drainage.

Purchaser shall maintain all erosion control structures such as silt barriers, water-spreading ditches and broad based dips in a functional condition during Purchaser's Operations. Purchaser shall stabilize and close to vehicular traffic all Temporary Roads prior to periods of inactivity.

Except for Temporary Roads to remain open under CT6.621, after a Temporary Road has served Purchaser's purpose, Purchaser shall give notice to Forest Service and shall remove bridges and culverts, eliminate ditches, outslope roadbed, remove ruts, remove outside berms by pulling the material back onto the road surface, effectively block the road to normal vehicular traffic, and build cross ditches and water bars as staked or otherwise marked on the ground by Forest Service unless agreed otherwise in writing. When bridges and culverts are removed, associated fills shall also be removed to the extent necessary to restore channel to natural size, slope and bottom, and to permit normal maximum flow of water and protection of adjacent resources.

**R8-CT6.7#** - **Slash Treatment**. (7/89) Slash is all vegetative debris resulting from Purchaser's operations, including limbs, tops, cull logs, bark, wood chunks, pushed-out stumps, damaged brush, and damaged residual trees. Tops from felled trees and all trees to be removed from roads, landings, or other construction clearings shall be completely felled and not left leaning or hanging in other trees. Slash associated with construction of Specified Roads is construction slash subject to treatment according to road construction specifications.

1. Other Treatment Areas. Purchaser shall complete slash treatment in other areas as described below. Forest Service and Purchaser shall jointly agree to a schedule for completion of such slash treatment, which shall be included in Purchaser's Plan of Operation required under CT6.3. Slash Disposal at Landings and Delimbing Areas. At or adjacent to log landings, delimbing areas, and similar areas of slash accumulation within payment units, concentrations of slash greater than 2 feet in height and 10 feet in length, measured at greatest distances, shall be pushed to lie within 2 feet of the ground.

Slash treatments described below are required at locations shown on Sale Area Map by the following symbols:

| Symbol | |
|---|---|
| s s s s | Slash Treatment Zone. Within areas along roads, trails, streamcourses, waterfronts, overlooks, or other sites, Purchaser shall lop and scatter all slash to lie within 2 feet of the ground. The boundary of said treatment zone is designated on the ground, or in the absence of such designation, shall be 100 feet measured from the edge of the clearing limit or other feature. |

**R8-CT6.81** - **Measuring**. (4/96) The estimated quantity of timber has been determined by tree measurement in accordance with the methods described in the Timber Cruising Handbook (FSH 2409.12), a copy of which may be examined in the Forest Supervisor's or Ranger's Offices.

**R8-CT7.201** - **Truck, Tractor and Power Saw Mufflers**. (7/72) Effective muffler systems installed by the manufacturer as standard equipment shall be maintained on exhausts of trucks, power saws and other internal combustion engines used in Purchaser's Operations.

**R8-CT7.202#** - **Fire Fighting Equipment**. (3/74) When Forest Service advises Purchaser that local fire weather conditions are becoming critical, Purchaser shall keep with gasoline chain saws at all times, a rake and fire extinguisher, and take precautionary measures requested by Forest Service. Purchaser shall act as custodian of fire fighting equipment furnished by Forest Service. Equipment shall be stored in sealed boxes provided for this purpose and shall be transported to locations in the immediate vicinity of current logging and milling operations on Sale Area. Forest Service shall be reimbursed for any damage to or loss of fire fighting equipment furnished by Forest Service which occurs on Negligently-Caused Fires or as a result of using equipment for unauthorized purposes.

**R8 CT7.22** - **Emergency Fire Precautions**. (6/85) Purchaser shall limit or restrict operations in accordance with the Fire Danger Rating schedule shown below. Fire danger ratings will be determined by the Forest Service using the National Fire Danger Rating System. The Forest Service shall notify Purchaser of predicted fire danger that may limit or restrict operations. In all cases, the actual weather elements shall govern over the predicted weather elements in determining Fire Danger. Fire danger ratings are based on a severity index from A (low) to E (highest).

| Fire Danger Rating | Limitations or Restrictions on Purchaser Operations |
|---|---|

52n B 91

| | |
|---|---|
| A to C | Normal Fire Precautionary Operations |
| C+ to D (Very High) | Forest Service may suspend any or all of Purchaser's operations. |
| E (Extreme) | In addition to above restrictions, internal combustion engines or other spark-producing equipment shall not be operated within any areas of the timber sale without specific written approval by the Forest Service. |

**WO-CT8.2** - **Termination**. (10/96) The Chief, Forest Service, by written notice, may terminate this contract, in whole or in part, (a) to comply with a court order, regardless of whether this sale is named in such an order, upon determination that the order would be applicable to the conditions existing on this sale; or (b) upon a determination by the Chief that the continuation of all or part of this contract would:

(i) cause serious environmental degradation or resource damage;

(ii) be significantly inconsistent with land management plans adopted or revised in accordance with Section 6 of the Forest and Rangeland Renewable Resources Planning Act of 1974, as amended;

(iii) cause serious damage to cultural resources pursuant to CT6.24#;

(iv) adversely affect species listed as threatened or endangered under the Endangered Species Act, 16 U.S.C. 1531, et seq., or a sensitive species, identified by the Regional Forester.

Compensation for termination under this provision shall be calculated pursuant to CT9.5, except; compensation for termination under (a) shall be calculated pursuant to CT9.51 when included in this contract and compensation for termination under (b)(iv) shall be calculated pursuant to CT9.52 when included in this contract.

**WO-CT8.21** - **Delay in Reconstruction of Processing Facilities**. (6/78) Notwithstanding the 12-month limitation in BT8.21, if Purchaser demonstrates a diligent effort has been made to replace primary timber processing facilities and that delays in doing so have been beyond Purchaser's control, Forest Service may authorize Contract Term Adjustment up to a total of 24 months.

**WO-CT8.212#** - **Market-Related Contract Term Addition**. (5/98) The term of this contract may be adjusted when a drastic reduction in wood product prices has occurred in accordance with 36 CFR 223.52. The Producer Price Index used to determine when a drastic reduction in price has occurred is the Eastern Softwood Lumber , Number 2421#3. Purchaser will be notified whenever the Chief determines that a drastic reduction in wood product prices has occurred. If the drastic reduction criteria specified in 36 CFR 223.52 are met for two consecutive calendar quarters, after contract award date, Forest Service will add 1 year to the contract term upon Purchaser's written request. For each additional consecutive quarter such a drastic reduction occurs, Forest Service will, upon written request, add an additional 3 months to the term during Normal Operating Season. Purchasers written request for a Market-related Contract Term Addition must be received by the Forest Service before the expiration of this contract.

The total amount of contract term addition is limited to the lesser of twice the length of the original contract or 3 years. The revised contract term may not exceed 10 years as a result of Market-related Contract Term Addition. Additional contract time may not be granted for those portions of the contract which have a required completion date or for those portions of the contract where the Contracting Officer determines that the timber is in need of urgent removal, or that timber deterioration or resource damage will result from delay.

When a contract is lengthened as a result of market-related term additions any subsequent periodic payment date shall be delayed one month for each month added to the contract's term.

**WO-CT8.23** - **Contract Term Extension**. (4/99) "Contract Term Extension" means an extension of the term of this contract at the request of Purchaser other than Contract Term Adjustment under BT8.21 or Contract Term Addition under CT8.212# - Market-Related Contract Term Addition. This provision shall not obligate Forest Service to grant Contract Term Extension.

When such extension is made, Forest Service shall make an appraisal using standard Forest Service methods and appraisal data in effect 45 calendar days prior to the original Termination Date. Bid Premiums shall be added to such appraised rates to establish Flat Rates or Tentative Rates for the extension period. In event rates so established would develop Current

B
53rd 91

Contract Value immediately prior to such an extension that is less than Current Contract Value at that time, Flat Rates and Tentative Rates in effect immediately prior to extension shall be retained for the extension period.

The cost of unconstructed Specified Roads and facilities shall be calculated, by applying current costs to original quantities used to establish amounts by construction phases shown in Schedule of Items. However, except for agreed changes in planned construction, the appraised cost shall not be increased above the appraisal allowance on the original Termination Date, or as adjusted pursuant to BT8.21 or CT8.212# - Market-Related Contract Term Addition.

In consideration for granting an extension, Purchaser shall pay the Government for Purchaser's failure to cut and remove timber meeting Utilization Standards prior to "Contract Term Extension," an amount which shall be the total of the costs to the Government resulting from the delay in harvest of Included Timber. Such costs will be determined by Forest Service and shall include, but not be limited to, the following:

(a) Interest on Current Contract Value of timber remaining on Sale Area, less the credit balance of any deposit made pursuant to CT4.264# - Periodic Payment Schedule, as of the original Termination Date, or as adjusted pursuant to BT8.21 or CT8.212# - Market-Related Contract Term Addition, until the midpoint of the extension period.

(b) Increased costs of regeneration, including nursery stock loss, carryover or replacement costs.

(c) Costs of remarking timber on Sale Area or reestablishing cutting unit boundaries.

**WO-CT8.231 - Conditions for Contract Term Extension**. (7/91) Forest Service may grant Purchaser's written request for Contract Term Extension if all of the following conditions have been met by Purchaser at time of Purchaser's request:

(a) At least 75 percent of estimated volume in AT2 has been cut and removed from Sale Area.

(b) Specified Roads needed by Purchaser for removal of all Included Timber in accordance with the approved plan of operations submitted pursuant to CT6.3 - Plan of Operations, were constructed and accepted by Forest Service prior to the applicable road completion date shown in CT5.101# - Road Completion Date.

(c) Purchaser's Operations to date have been in reasonable compliance with contract terms and the approved plan of operations under CT6.3 - Plan of Operations.

(d) All contractual requirements have been met by Purchaser and accepted by Forest Service on area cutover at time of Purchaser's request except for areas where logging is in progress at time of Purchaser's request. Purchaser's burning of current slash, or seeding or planting for erosion control, may be temporarily waived if weather or other considerations make such work impractical.

(e) Any payment required under CT4.264# - Periodic Payment Schedule, has been made. Contract Term Extension shall not become effective unless payments required by CT8.23 - Contract Term Extension, have been paid and the initial Extension Deposit required by CT4.254 - Extension Deposits, shall have been made by the effective date of any extension.

**WO-CT8.233# - Addition of Net Growth**. (12/91) In event of Contract Term Extension, net growth shall be added to all uncut designated timber, except on the partially cut Payment Units exempt from redetermined rates under BT3.1. On the partially cut Payment Units to which redetermined rates apply under BT3.1, Forest Service shall determine the approximate percentages of area remaining uncut. These percentages shall be applied to the original estimates of timber quantity in each Payment Unit to determine the approximate quantity of designated timber remaining in each Payment Unit. The growth percentages listed herein shall be applied to these estimated remaining quantities to obtain total net growth of uncut timber in the partially cut Payment Units. For both unentered and partially cut Payment Units, the determination of volume subject to addition of growth shall be made as of 45 days prior to the original Termination Date shown in AT16 with no adjustment for any timber subsequently Released for Cutting or cut and removed prior to the effective date of Contract Term Extension. Growth shall be calculated on the basis of total number of full growing seasons from **November 1, 1999** until the Termination Date, including any Contract Term Adjustment. Applicable annual growth percents by species or species groups and products are:

| Species or Species Group | Product | Annual Growth Percent |
|---|---|---|
| Pine | Sawlogs | 4 |

B

91

| | | |
|---|---|---|
| | | 54th |
| Hardwood | Sawlogs | 3 |
| Pine | Roundwood | 7 |
| Hardwood | Roundwood | 6 |

Payment for the additional growth in partially cut Payment Units for which growth is applicable shall be made prior to the effective date of Contract Term Extension.

**WO-CT8.3 - Contract Modification**. (4/99) This contract may be modified to revise Tables AT9 and AT10 to add roads not listed in AT9 as necessary to facilitate reconstruction of existing Forest Service roads or accepted Specified Roads including appurtenances thereto. Roads or road segments to be added must meet the following conditions: (a) the required work must be on an actual hauling route used by, or scheduled for use by, Purchaser, (b) the required work must be the result of unforeseen cause, such as slides, slumps, washouts, subgrade conditions or similar causes, and (c) the work must be necessary for economic, safe and practical use of the road by Purchaser. Additions will not be made when reconstruction is made necessary by Purchaser's negligence.

Revised Table AT9 and adjustments to Current Contract Rates shall be made by Forest Service in accordance with BT5.2. Reductions in Current Contract Value shall be limited to $100,000 or less. Cost adjustments for increase in Specified Road construction cost for added roads shall be calculated in accordance with CT5.251#, CT5.253, and CT5.254.

Forest Service may make modifications in Timber Specifications in BT2.0, Transportation Facilities in BT5.0, or Operations in BT6.0, or in related Special Provisions, if and to the extent that such changes are reasonably necessary to make the contract consistent with guidelines and standards developed to implement Section 6 of the Forest and Rangeland Renewable Resources Planning Act of 1974, as amended, and with land management plans, developed or revised thereunder. Resulting changes in the value of remaining Included Timber shall be reflected in a rate redetermination conducted in accordance with CT3.312. Rates so redetermined shall apply to timber Released for Cutting after the effective date of the modification.

**WO-CT8.6 - Debarment and Suspension Certification, Lower Tier Covered Transactions**. (7/96) Pursuant to Title 7 of the Code of Federal Regulations, Part 3017, Section .510, Purchasers shall obtain certifications from its lower tier participants regarding debarment, suspension, ineligibility and voluntary exclusion. This certification is for additional lower tier participants obtained after award of this contract.

Purchaser may rely upon a certification of a prospective participant in a lower tier covered transaction that it is not proposed for debarment under 48 CFR part 9, subpart 9.4, debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless Purchaser knows that the certification is erroneous.

Purchasers shall keep the certifications of its lower tier transactions on file until sale termination date and any extensions thereof, and will provide a copy at the written request of the Contracting Officer. Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this provision. The knowledge and information of the Purchaser is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

If a Purchaser knowingly enters into a lower tier covered transaction with a person who is proposed for debarment under 48 CFR part 9, subpart 9.4, suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the Forest Service may pursue available remedies, including suspension and/or debarment.

The following certification shall be completed by the lower tier participant for a lower tier covered transaction:

**CERTIFICATION Regarding Debarment, Suspension, Ineligibility And**

**Voluntary Exclusion - Lower Tier Covered Transactions**

Sale Name: Compartments 447

National Forest: DeSoto

55dh B 91

The prospective lower tier participant certifies, by submission of this proposal, that neither it nor its principals is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department or agency.

Where the prospective lower tier participant is unable to certify to any of the statements in this certification, such prospective participant shall attach an explanation to this proposal.

Name of Lower Tier Participant: ______________________

Business Address: ______________________

______________________

______________________

Date ______________________ Signature

**WO-CT8.63 - Nondiscrimination in Employment**. (6/78) Nothing in this contract shall be construed to require or permit discrimination based on sex.

**WO-CT9.1 - Letters of Credit**. (6/78) Notwithstanding the provisions of BT9.1, approved letters of credit may be used in lieu of a surety bond for performance bond purposes. Such letters of credit shall be subject to Forest Service approval.

**WO-CT9.2 - Disputes**. (10/96)

(a) This contract is subject to the Contract Disputes Act of 1978 (Pub. L. 95-563).

(b) Except as provided in the Act, all disputes arising under or relating to this contract shall be resolved in accordance with this clause.

(c) (i) As used herein, "claim" means a written demand or assertion by one of the parties seeking, as a legal right, the payment of money, adjustment or interpretation of contract terms, or other relief, arising under or relating to this contract.

(ii) A voucher, invoice, or request for payment that is not in dispute when submitted is not a claim for the purposes of the Act. However, where such submission is subsequently not acted upon in a reasonable time, or disputed either as to liability or amount, it may be converted to a claim pursuant to the Act.

(iii) A claim by the contractor shall be made in writing and submitted to the Contracting Officer for decision. A claim by the Government against the contractor shall be subject to a decision by the Contracting Officer.

(d) For contractor claims of more than $100,000, the contractor shall submit with the claim a certification that the claim is made in good faith; the supporting data are accurate and complete to the best of the contractor's knowledge and belief; and the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable. The certification shall be executed by the contractor if an individual. When the contractor is not an individual, the certification shall be executed by a senior company official in charge at the contractor's plant or location involved, or by an officer or general partner of the contractor having overall responsibility for the conduct of the contractor's affairs.

(e) For contractor claims of $100,000 or less, the Contracting Officer must render a decision within 60 days. For contractor claims in excess of $100,000, the Contracting Officer must decide the claim within 60 days or notify the contractor of the date when the decision will be made.

(f) The Contracting Officer's decision shall be final unless the contractor appeals or files a suit as provided in the Act.

(g) The authority of the Contracting Officer under the Act does not extend to claims or disputes which by statute or regulation other agencies are expressly authorized to decide.

(h) Interest on the amount found due on a contractor claim shall be paid from the date the claim is received by the Contracting Officer until the date of the payment.

(i) Except as the parties may otherwise agree, pending final resolution of a claim of the contractor arising under the contract the contractor shall proceed diligently with the performance of the contract in accordance with the Contracting Officer's decision.

**<u>WO-CT9.21</u>** - **<u>Submission Of Claim</u>**. (3/94) Purchaser claims under this contract shall be submitted in writing to the Contracting Officer through the Forest Supervisor of the National Forest on which the sale is located. Date of receipt by the Forest Supervisor shall be considered as the beginning date for determining any interest due on claims.

Purchaser shall file such claim within the following time limits. Failure by Purchaser to submit a claim within these time limits shall relinquish the United States from any and all obligations whatsoever arising under said contract or portions thereof when:

(a) <u>Purchaser constructs Specified Road</u> - Purchaser must file any claim not later than 60 days after receipt of Forest Service written notification of acceptance.

(b) <u>Forest Service constructs Specified Road</u> - Purchaser must file any claim not later than 60 days after receipt of Forest Service written notification authorizing use of road.

(c) <u>Payment Units</u> - Purchaser must file a claim not later than 60 days after receipt of Forest Service written notification that Payment Unit has been accepted.

(d) <u>All other</u> - Purchaser must file any claims not later than 60 days after receipt of Forest Service written notice to purchaser that sale is closed.

**<u>WO-CT9.22</u>** - **<u>Contract Documents</u>**. (11/98) All contract documents are intended to be consistent with each other. In case of discrepancy, the following is the order of precedence:

(a) Special Provisions (CT).

(b) Sale Area Map.

(c) Specific Conditions (AT) and Schedule of Items.

(d) Standard Provisions (BT).

(e) Special Project Specifications.

(f) Plans, such as slash, erosion control, dust abatement, etc.

(g) Agreements between the Purchaser and Forest Service, as authorized under the contract.

(h) Drawings.

   (i) Figured dimensions over scaled dimensions.

   (ii) Large scale Drawings over small scale Drawings.

(i) Standard Specifications.

(j) Lists and/or tables on Drawings over any conflicting notations on Drawings.

(k) Shop Drawings.

**<u>WO-CT9.3</u>** - **<u>Breach</u>**. (6/90) The Contracting Officer, with the concurrence of the Regional Forester, may terminate this contract for breach in the event Purchaser:

(a) is convicted for violation of criminal statutes, civil standards or any other offense indicating a lack of business integrity or honesty that seriously and directly affects the responsibility of Purchaser pursuant to CT6.0;

57h 91

(b) is convicted for a violation of criminal statutes or civil standards, orders, permits, or other regulations for the protection of environmental quality issued by a Federal agency, State agency, or political subdivision thereof in the conduct of operations thereunder on National Forest System lands, pursuant to CT6.0;

(c) files false information or makes false statements on bid forms or other documents to gain award of this contract;

(d) has engaged in a pattern of activity that demonstrates flagrant disregard for the terms of this contract, such as, but not limited to; repeated suspensions for breach pursuant to BT9.3; causing undesignated timber meeting Utilization Standards to be unnecessarily damaged, negligently or willfully cut; or, causing other serious environmental degradation or resource damage.

(e) fails to remedy a breach of contract within time limits stated in BT9.3.

Damages due the United States for termination under this provision shall be determined pursuant to CT9.4.

**WO-CT9.4 - Failure To Cut**. (4/99) In event of (a) termination for breach or (b) Purchaser's failure to cut designated timber on portions of Sale Area by Termination Date, Forest Service shall appraise remaining Included Timber, unless termination is under CT8.2 or BT8.22. Such appraisal shall be made with the standard Forest Service method in use at time of termination.

Damages due the United States for Purchaser's failure to cut and remove Included Timber meeting Utilization Standards shall be the amount by which Current Contract Value, plus costs described below, less any transferred-in purchaser credit remaining at time of termination, exceeds the resale value at new Bid Rates. If there is no resale, damages due shall be determined by subtracting the value established by said appraisal from the difference between Current Contract Value, plus any of the following applicable costs:

(a) The cost of resale or reoffering;

(b) Any increase in Specified Road construction cost for unconstructed Specified Road facilities which are needed to harvest the remaining uncut volume. Such increases are limited to costs for constructing the road to the same standard and specifications required by this contract;

(c) If Purchaser has failed to cut individual trees in the portions of Sale Area cutover and there is no resale of such individual trees, Purchaser shall pay Forest Service for cost of felling and removal or otherwise eliminating such uncut trees in addition to payment of damages described above, except for occasional trees not cut for reasons stated in BT6.4;

(d) The Government's loss caused by the delay in receipt of stumpage payments. Such loss will be measured by interest at the current rate being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8025.2) on the unpaid contract value at Termination Date. Interest will be charged for the total number of months, or portions thereof from Termination Date until midpoint of the contract resale period, less any time in excess of 1 year needed to make the resale;

(e) Any increase in reforestation costs, including site preparation, seeding, and planting caused by Purchaser's failure to harvest Included Timber by Termination Date.

**WO-CT9.41 - Failure To Execute Contract**. (5/98) The Purchaser's failure to execute and return this contract, or to provide the performance bond, with 30 days of the date of the Contracting Officer's letter of award constitutes a breach of the contract. The Purchaser's failure to correct the breach within any additional time set by the Contracting Officer constitutes a repudiation and material breach of the contract, and terminates the contract without further action by the Contracting Officer. Damages due the United States shall be determined in the following manner:

(a) the costs, as described below, incurred by the Forest Service in contacting the other qualified bidders regarding accepting the award of the contract at the high bidders repudiated rate; or,

(b) if the repudiated contract is reoffered within 6 months of the date of repudiation, damages shall be the difference between the total resale bid value and the total value of the Purchaser's repudiated bid, plus costs described below, or if there are no responsive bids on the reoffered contract damages shall be the difference between the reoffered appraised value and the total bid value of the Purchaser's repudiated bid, plus costs described below; or

B
58th 91

(c) if the repudiated contract will not be reoffered or the reoffer is not made within six months of the Purchaser's repudiation, damages shall be the difference between the appraised value of this contract as of the date of the Purchaser's repudiation and the total value of the Purchaser's repudiated bid, plus the costs described below.

The costs to be included in damages are the costs the Government incurs in making the reoffer, including but not limited to, salary costs, document preparation and duplication costs, mailing costs, and advertisement costs.

Damages will also include interest measured by using the current rate of interest being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8025.2) on the difference between the Purchaser's retained bid guarantee and the downpayment amount pursuant to CT4.220# and other deposits required at award. Interest will be calculated from the date of the Purchaser's repudiation to the date of award of the reoffered contract, or to the date a determination is made not to reoffer the repudiated contract, or for six months, whichever comes first.

The Purchaser and the Forest Service agree that the Purchaser's bid guarantee shall be retained by the Forest Service and applied toward damages due the United States for the Purchaser's failure to execute this contract.

**WO-CT9.5** - **Settlement**. (4/99) If this contract is terminated by Forest Service under CT8.2, Purchaser agrees that the liability of the United States shall be limited to the sum of (a) the estimated expenditures for Specified Road construction multiplied by the ratio of remaining volume to advertised volume; (b) the estimated expenditures for felling, bucking, lopping, skidding, and decking any products so processed, but not removed from Sale Area because of the termination action; (c) out-of-pocket expenses involved in acquiring and holding the contract such as maintaining performance bonds and cash deposits; and (d) the difference between (i) Current Contract Rates for the remaining uncut volume, and (ii) the rates paid for comparable timber on the same National Forest during the preceding 6-month period for the remaining uncut volume. Comparable timber is timber of similar size and quality with similar topography and access. Cost estimates for items listed in (b) shall be based upon Forest Service appraisal methods in use on the date contract is terminated.

**WO-CT9.52** - **Settlement For Environmental Cancellation**. (4/99) In the event of termination of this contract, in whole or in part, by the Chief, Forest Service, based upon the Chief's determination that continuation of all or part of this contract would adversely affect a species listed as threatened or endangered under the Endangered Species Act, 16 U.S.C. 1531, et seq., or a sensitive species identified by the Regional Forester, Purchaser agrees that the liability of the United States shall be limited to the express remedies contained within this provision.

In the event of termination or partial termination, Purchaser agrees that its sole and exclusive remedy shall be the sum of (a) the estimated expenditures for Specified Road construction multiplied by the ratio of remaining volume to advertised volume; (b) the estimated expenditures for felling, bucking, lopping, skidding, and decking any products so processed, but not removed from Sale Area; and (c) the out-of-pocket expenses involved in acquiring and holding this contract. Cost estimates for items listed in (b) shall be based upon Forest Service appraisal methods in use on the date contract is terminated. Out-of-pocket expenses in (c) do not include lost profits, replacement cost of timber, attorney's fees, or any other anticipatory losses suffered by Purchaser. Purchaser agrees to provide receipts or other documentation to the Contracting Officer which clearly identify and verify actual expenditures.

B
59th 91

# ROAD MAINTENANCE REQUIREMENTS

## SECTION 1. GENERAL

Purchaser's maintenance responsibility begins (1) after purchaser performs Prehaul Maintenance on a road listed in the Road Maintenance Requirements Schedule; (2) for roads constructed under this contract which are closed to all but Purchaser and administrative traffic, when Forest Service (i) accepts a Specified Road pursuant to BT6.35 or (ii) gives written authorization to use a road which Purchaser has elected Forest Service construction under Section 14(i) of the National Forest Management Act of 1976; or (3) for all other roads, when Purchaser begins to use the road. Occasional travel by Purchaser's light vehicles, prior to beginning of construction clearing or logging operations in the area accessed by the road, does not constitute beginning of use under (3) above. Purchaser is not required to perform routine maintenance during periods of inactivity. During periods of inactivity, Forest Service will perform maintenance only as required to meet its needs.

The Purchaser shall attend to the following situations as they occur and concurrently with sale operations: remove slides, fallen timber and other obstructions and overhanging brush obstructing road sight distance. Excess material resulting from any maintenance activity shall not be placed at locations where it will wash into streams.

The Forest Service shall prepare a revised Road Maintenance Requirements Schedule to reflect changes in the original haul route.

## SECTION 2. ROAD MAINTENANCE DEFINITIONS

Wherever the following terms are used in the Road Maintenance Specifications, the meaning shall be:

Base Course. Material placed on the Subgrade to distribute concentrated wheel loads.

Berm. Curb or dike constructed to prevent Roadway runoff water from discharging onto embankment slope.

Borrow. Select Material taken from designated borrow sites.

Crown, Inslope, and Outslope. The cross slope of the Traveled Way to aid in drainage and traffic maneuverability.

Culverts. A conduit or passageway under a road, trail, or other obstruction. A culvert differs from a bridge in that it is usually entirely below the elevation of the Traveled Way.

Drainage Dip. A dip in the Traveled Way which intercepts surface runoff and diverts the water off the Traveled Way. A Drainage Dip does not block the movement of traffic.

Drainage Structures. Manufactured structures which control the runoff of water from the Roadway including Inslope, overside drains, aprons, flumes, downdrains and downpipes.

Lead-off Ditches. A ditch used to transmit water from a Culvert, Drainage Structure or Drainage Dip outlet to the natural drainage area.

Maintenance Activitiy. Items of work leading to the minor restoration and upkeep of a road and necessary to sustain the road's anticipated traffic.

Material. Any substance specified for use in the performance of the work.

Prehaul Maintenance. Road maintenance work to be accomplished prior to the roads use. Roads receiving prehaul maintenance shall be shown on the Sale Area Map.

Roadbed. The portion of a road between the intersection of Subgrade and sideslopes, excluding that portion of the ditch below Subgrade.

Roadside. A general term denoting the area adjoining the outer edge of the Roadway.

Roadway. The portion of a road within the limits of excavation and embankment.

Shoulder. That portion of Roadway contiguous with Traveled Way for accommodation of stopped vehicles, for emergency use, and lateral support of Base and Surface Course, if any.

Slide. A concentrated deposit of materials from above or on backslope extending onto the Traveled Way or Shoulders, whether caused by mass land movements or accumulated ravelling.

Slough. Material eroded from the backslope which partially or completely blocks the ditch, but does not encroach on the Traveled Way so as to block passage of traffic.

Slump. A localized portion of the Roadbed which has slipped or otherwise become lower than that of the adjacent Roadbed and constitutes a hazard to traffic.

Subgrade. Top surface of Roadbed upon which Base Course or Surface Course is constructed. For roads without Base Course or Surface Course, that portion of Roadbed prepared as the finished wearing surface.

Surface Course. The Material placed on the Base Course or Subgrade to enhance traction, distribute concentrated wheel loads and resist abrasion and the effects of climate. Surface Course may be referred to as surfacing.

Traveled Way. That portion of Roadway, excluding Shoulders, used for the movement of vehicles.

Turnouts. That portion of the Traveled Way constructed as additional width on single lane roads to allow for safe passing of vehicles.

Waterbar. A dip in the Roadbed which intercepts surface runoff and diverts the water off the Roadway. A Waterbar is not designed to be traversable by logging trucks.

## SECTION 3. ROAD MAINTENANCE REQUIREMENTS SCHEDULE

| | Termini | | | Maintenance Activities: Before Haul(Prehaul Maintenance) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Road | From | To | Miles | 1010 | 1020 | 1030 | 1040 | 3010 | 3020 | 3050 | 4020 | 4050 | 6020 |
| N/A | - | - | - | - | - | - | - | - | - | - | - | - | - |

P = Purchaser Performance Item D = Deposit to Forest Service D3 = Deposit to Third Party

| | Termini | | | Maintenance Activities: During Haul | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Road | From | To | Miles | 1010 | 1020 | 1030 | 1040 | 1050 | 3010 | 3020 | 3030 | 4020 | 6020 |
| 223E | - | - | 0.3 | - | - | P | - | - | - | P | - | - | - |
| 223E1 | - | - | 0.3 | - | - | P | - | - | - | - | - | - | - |
| 223A | - | - | 1.2 | - | - | P | - | - | - | P | - | - | - |
| 223A1 | - | - | 1.0 | - | - | P | - | - | - | - | - | - | - |
| 223A2 | - | - | 0.2 | - | - | P | - | - | - | - | - | - | - |
| 207C1 | - | - | 1.0 | - | - | P | - | - | - | P | - | - | - |
| 207C | - | - | 0.8 | - | - | P | - | - | - | P | - | - | - |

P = Purchaser Performance Item D = Deposit to Forest Service D3 = Deposit to Third Party

| | Termini | | | Maintenance Activities: After Haul | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Road | From | To | Miles | 1010 | 1020 | 1030 | 1050 | 3010 | 3020 | 3050 | 4050 | 7070 | - |
| N/A | - | | - | - | - | - | - | - | - | - | - | | - |

P = Purchaser Performance Item D = Deposit to Forest Service D3 = Deposit to Third Party