B

61st 91

## SECTION 4. ROAD MAINTENANCE ACTIVITY SPECIFICATIONS

## INCLUDED SPECIFICATIONS

| Activity No. | Activity Specification Title |
|---|---|
| 1030 | Surface Blading (Grader) |
| 3020 | Ditch Cleaning |

### ACTIVITY 1030 - SURFACE BLADING (GRADER)

#### DESCRIPTION

1.1 Surface blading is keeping a native or aggregate surfaced Roadbed in a condition to facilitate traffic and provide proper drainage. It includes maintaining the Crown, Inslope or Outslope of the Traveled Way, Turnouts, and Shoulder; repairing Berms; blending approach road intersections; and cleaning bridge decks, Drainage Dips, and Lead-off Ditches. This work shall be completed with a motor grader.

#### REQUIREMENTS

3.1 Surface blading shall be performed before, during, and after Purchaser's use as often as necessary to facilitate traffic and proper drainage.

3.2 The surface blading shall preserve the existing cross-section. Surface irregularities shall be eliminated and the surface left in a free-draining state and to a smoothness needed to facilitate traffic. Surface Course Material which has been displaced to the Shoulders or Turnouts shall be returned to the Traveled Way. The blading operation shall be conducted to conserve surface Material and to provide for a thorough mixing of the Material being worked.

3.3 On native surfaced roads, Material generated from backslope Sloughing, and ditch cleaning may be blended with the surface Material being worked. On aggregate surfaced roads this Material shall not be blended with Surface or Base Course Material unless agreed otherwise.

3.4 Roadway backslopes shall not be undercut.

3.5 Drainage Dips and Lead-off Ditches shall be cleaned and maintained to retain the existing line, grade, and cross-section.

3.6 Intersecting roads shall be bladed for a distance of 50 feet to assure blending of the surfaces.

3.7 Rocks or other Material remaining on the Traveled Way after the final pass that are 4 inches in diameter or larger shall be removed. The unsuitable Material shall be disposed of by sidecasting unless agreed otherwise.

3.8 Material resulting from this activity shall not remain on or in structures, such as Culverts, cattleguards, ditches and Drainage Dips.

3.9 Material resulting from this activity, plus any accumulated debris, shall be removed from bridge decks and the deck drains opened.

B
62nd 91

# ACTIVITY 3020 - DITCH CLEANING

## DESCRIPTION

1.1 Ditch cleaning is the removal and disposal of all accumulated organic and Slough Material from Roadway ditches to provide a free-draining waterway.

## REQUIREMENTS

3.1 Ditch cleaning shall be repeated during sale operations as often as necessary to facilitate proper drainage.

3.2 All Slough Material or other debris which might obstruct water flow in the Roadway ditch shall be removed. Material removed from the ditch, if suitable, may be blended into existing native road surface or Shoulder or placed in designated Berms in conjunction with Surface Blading, Activity 4020, operations.

Material removed from ditches that is not suitable for blending into the existing surface course shall be placed on adjacent fill slopes or disposed of as agreed otherwise.

3.3 Roadway backslopes shall not be undercut.

# Compartment 447
# Analysis Unit 28
# Chickasawhay Ranger District
# Desoto National Forest
# Sale Area Map

63rd

B
91




Payment Unit Boundary BT1.1

Sale Area Boundary BT1.1

Payment Unit Number BT4.1

Existing Roads BT5.12

Specifed Road Reconstruction BT5.2 CT5.2 AT9

Protected Stream Course BT6.5 CT6.5

R Use of Roads by Purchaser CT5.12

Ⓡ Reserve Trees CT2.32 CT6.32

Protected Utility Line BT6.22 CT6.22

SA Protection of Special Areas CT6.222

DxD Designation by Description CT2.38 CT3.46

S S S Slash Treatment Zone BT6.7 CT6.7

Private Ownership

N

Scale 1:24000

sjh 8/11/99

B

64th 91

**SPECIFICATION PACKAGE AND COST ESTIMATE**
**Timber Sale Contract for Compartment 447**
**Chickasawhay Ranger District**

| Road Number | Length, Miles | Contract Time, Days | Specified Road Estimate |
|---|---|---|---|
| 207C1 | 1.00 | 36 | $24,107.92 |
| 223A | 1.23 | 34 | $22,494.39 |
| 223A1 | 1.06 | 41 | $27,200.68 |
| 223A2 | 0.25 | 15 | $15,113.09 |
| 223E | 0.34 | 8 | $4,978.09 |
| 223E1 | 0.34 | 14 | $7,343.85 |
| Totals | 4.22 | 148 | $101,238.02 |

**ITEM 304(01)F APPRAISED FROM:**
HUNT PIT
Section 5, T4N, R9W
Perry County, Mississippi

**ITEM 304(11)A APPRAISED FROM:**
Mississippi Materials
Meridian, Mississippi

**APPROVED:**

Forest Engineer Date

B

65th 91

SCHEDULE OF ITEMS

DISTRICT: CHICKASAWHAY
ROAD: 207C1

| ITEM NO. | DESCRIPTION | METHOD OF MEASUREMENT | UNIT | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 201(01)4 | CLEARING AND GRUBBING, SLASH TREATMENT 4, UTIL. OF TIMBER 1 | D.Q. | ACRE | 2.01 | $1,175.00 | $2,361.75 |
| 203(07)3 | EXCAVATION, PLACEMENT METHOD 3 | D.Q. | STA. | 53.00 | $85.00 | $4,505.00 |
| 203(20)B | DRAINAGE EXCAVATION, FURROW DITCH | A.Q. | EACH | 80 | $27.50 | $2,200.00 |
| 304(01)F | PIT RUN AGGREGATE, MAXIMUM SIZE 3", COMP. F (ESTIMATED LOOSE VOLUME) | D.Q. | C.Y. | 1278 | $8.01 | $10,236.78 |
| 304(11)A | CRUSHED AGGREGATE, TYPE LIMESTONE, GRADE 57, COMPACTION A | V.Q. | TON | 77 | $27.51 | $2,118.27 |
| 601(01) | MOBILIZATION | L.S.Q. | L.S. | 1 | $1,143.78 | $1,143.78 |
| 607(02)48B4 | FENCE, BARBED WIRE, 4 STRNADS, HEIGHT 48" | D.Q. | L.F. | 24 | $4.00 | $96.00 |
| 625(07) | SEEDING, DRY METHOD WITH MULCH | D.Q. | ACRE | 0.74 | $941.00 | $696.34 |
| 640(01)16 | FURNISH AND INSTALL ROAD CLOSURE DEVICE, TYPE GATE, SIZE 16' | A.Q. | EACH | 1 | $750.00 | $750.00 |

TOTAL SPECIFIED ROAD COST: $24,107.92

66th B
91

SCHEDULE OF ITEMS

DISTRICT: CHICKASAWHAY
ROAD: 223A

| ITEM NO. | DESCRIPTION | METHOD OF MEASUREMENT | UNIT | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 201(01)4 | CLEARING AND GRUBBING, SLASH TREATMENT 4, UTIL. OF TIMBER 1 * | D.Q. | ACRE | 0.98 | $1,175.00 | $1,151.50 |
| 201(11)C | CUTTING AND DISPOSAL OF EXISTING ROADWAY VEGETATION, TREAT. METHOD 4 | D.Q. | ACRE | 0.69 | $800.00 | $552.00 |
| 203(07)3 | EXCAVATION, PLACEMENT METHOD 3 | D.Q. | STA. | 35.00 | $45.00 | $1,575.00 |
| 203(20)B | DRAINAGE EXCAVATION, FURROW DITCH | A.Q. | EACH | 59 | $27.50 | $1,622.50 |
| 203(20)D | DRAINAGE EXCAVATION, DIP | A.Q. | EACH | 2 | $30.00 | $60.00 |
| 304(01)F | PIT RUN AGGREGATE, MAXIMUM SIZE 3", COMP. F (ESTIMATED LOOSE VOLUME) | D.Q. | C.Y. | 1513 | $8.01 | $12,119.13 |
| 304(11)A | CRUSHED AGGREGATE, TYPE LIMESTONE, GRADE 57, COMPACTION A | V.Q. | TON | 14 | $27.51 | $385.14 |
| 306(02)A | RECONDITIONING OF ROADBED, COMPACTION A | D.Q. | STA. | 30.00 | $8.00 | $240.00 |
| 601(01) | MOBILIZATION | L.S.Q. | L.S. | 1 | $787.30 | $787.30 |
| 603(09)36P | 36" POLYMERIC COATED CSP, 0.064" THICKNESS, METHOD C | A.Q. | L.F. | 32 | $51.56 | $1,649.92 |
| 607(02)48B4 | FENCE, BARBED WIRE, 4 STRAND, HEIGHT 48" | D.Q. | L.F. | 24 | $4.00 | $96.00 |
| 619(04)IA | MACHINE PLACED RIPRAP, CLASS IA | V.Q. | TON | 20 | $32.95 | $659.00 |
| 625(07) | SEEDING, DRY METHOD WITH MULCH | D.Q. | ACRE | 0.90 | $941.00 | $846.90 |
| 640(01)16 | FURNISH AND INSTALL ROAD CLOSURE DEVICE, TYPE GATE, SIZE 16' | A.Q. | EACH | 1 | $750.00 | $750.00 |

TOTAL SPECIFIED ROAD COST: $22,494.39

67th B
91

DISTRICT:
ROAD: 223A1

SCHEDULE OF ITEMS
447

| ITEM NO. | DESCRIPTION | METHOD OF MEASUREMENT | UNIT | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 201(01)4 | CLEARING AND GRUBBING, SLASH TREATMENT 4, UTIL. OF TIMBER 1 | D.Q. | ACRE | 2.01 | $1,175.00 | $2,361.75 |
| 202(02)P | REMOVAL OF PIPE CULVERT, ALL SIZES | A.Q. | EACH | 1 | $85.00 | $85.00 |
| 203(07)3 | EXCAVATION, PLACEMENT METHOD 3 | D.Q. | STA. | 56.25 | $45.00 | $2,531.25 |
| 203(20)B | DRAINAGE EXCAVATION, FURROW DITCH | A.Q. | EACH | 52 | $27.50 | $1,430.00 |
| 203(20)D | DRAINAGE EXCAVATION, DIP | A.Q. | EACH | 12 | $30.00 | $360.00 |
| 304(01)F | PIT RUN AGGREGATE, MAXIMUM SIZE 3", COMP. F (ESTIMATED LOOSE VOLUME) | D.Q. | C.Y. | 1390 | $8.01 | $11,133.90 |
| 304(11)A | CRUSHED AGGREGATE, TYPE LIMESTONE, GRADE 57, COMPACTION A | V.Q. | TON | 186 | $27.51 | $5,116.86 |
| 601(01) | MOBILIZATION | L.S.Q. | L.S. | 1 | $952.02 | $952.02 |
| 603(09)36P | 36" POLYMERIC COATED CSP, 0.064" THICKNESS, METHOD C | A.Q. | L.F. | 32 | $51.56 | $1,649.92 |
| 607(02)48B4 | FENCE, BARBED WIRE 4 STRNAD, HEIGHT 48" | D.Q. | L.F. | 24 | $4.00 | $96.00 |
| 625(07) | SEEDING, DRY METHOD WITH MULCH | D.Q. | ACRE | 0.78 | $941.00 | $733.98 |
| 640(01)16 | FURNISH AND INSTALL ROAD CLOSURE DEVICE, TYPE GATE, SIZE 16' | A.Q. | EACH | 1 | $750.00 | $750.00 |

TOTAL SPECIFIED ROAD COST: $27,200.68

B

68th 91

DISTRICT: CHICKASAWHAY
ROAD: 223A2

SCHEDULE OF ITEMS

| ITEM NO. | DESCRIPTION | METHOD OF MEASUREMENT | UNIT | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 201(01)4 | CLEARING AND GRUBBING, SLASH TREATMENT 4, UTIL. OF TIMBER 1 | D.Q. | ACRE | 0.73 | $1,175.00 | $857.75 |
| 203(07)3 | EXCAVATION, PLACEMENT METHOD 3 | D.Q. | STA. | 13.00 | $101.15 | $1,314.95 |
| 203(16)G | SUBGRADE TREATMENT, GEOTEXTILE | D.Q. | S.Y. | 185 | $2.00 | $370.00 |
| 203(20)B | DRAINAGE EXCAVATION, FURROW DITCH | A.Q. | EACH | 19 | $27.50 | $522.50 |
| 304(01)F | PIT RUN AGGREGATE, MAXIMUM SIZE 3", COMP. F (ESTIMATED LOOSE VOLUME) | D.Q. | C.Y. | 394 | $8.01 | $3,155.94 |
| 304(11)A | CRUSHED AGGREGATE, TYPE LIMESTONE, GRADE 57, COMPACTION A | V.Q. | TON | 87 | $26.93 | $2,342.91 |
| 601(01) | MOBILIZATION | L.S.Q. | L.S. | 1 | $528.96 | $528.96 |
| 603(09)18P | 18" POLYMERIC COATED CSP, 0.064" THICKNESS, METHOD C | A.Q. | L.F. | 70 | $23.33 | $1,633.10 |
| 619(04)IA | MACHINE PLACED RIPRAP, CLASS IA | V.Q. | TON | 128 | $32.95 | $4,217.60 |
| 625(07) | SEEDING, DRY METHOD WITH MULCH | D.Q. | ACRE | 0.18 | $941.00 | $169.38 |

TOTAL SPECIFIED ROAD COST: $15,113.09

B

69th 91

SCHEDULE OF ITEMS

DISTRICT: CHICKASAWHAY
ROAD: 223E

| ITEM NO. | DESCRIPTION | METHOD OF MEASUREMENT | UNIT | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 201(11)C | CUTTING AND DISPOSAL OF EXISTING ROADWAY VEGETATION, TREAT. METHOD 4 | D.Q. | ACRE | 0.83 | $800.00 | $664.00 |
| 203(20)B | DRAINAGE EXCAVATION, FURROW DITCH | A.Q. | EACH | 20 | $27.50 | $550.00 |
| 304(01)F | PIT RUN AGGREGATE, MAXIMUM SIZE 3", COMP. F (ESTIMATED LOOSE VOLUME) | D.Q. | C.Y. | 402 | $8.01 | $3,220.02 |
| 306(02)A | RECONDITIONING OF ROADBED, COMPACTION A | D.Q. | STA. | 18.00 | $8.00 | $144.00 |
| 601(01) | MOBILIZATION | L.S.Q. | L.S. | 1 | $174.23 | $174.23 |
| 625(07) | SEEDING, DRY METHOD WITH MULCH | D.Q. | ACRE | 0.24 | $941.00 | $225.84 |

TOTAL SPECIFIED ROAD COST: $4,978.09

B
91

SCHEDULE OF ITEMS

DISTRICT: CHICKASWAHAY
ROAD: 223B1

| ITEM NO. | DESCRIPTION | METHOD OF MEASUREMENT | UNIT | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 201(01)4 | CLEARING AND GRUBBING, SLASH TREATMENT 4, UTIL. OF TIMBER 1 | D.Q. | ACRE | 0.43 | $1,175.00 | $505.25 |
| 203(07)3 | EXCAVATION, PLACEMENT METHOD 3 | D.Q. | STA. | 18.10 | $52.73 | $954.41 |
| 203(20)B | DRAINAGE EXCAVATION, FURROW DITCH | A.Q. | EACH | 18 | $27.50 | $495.00 |
| 304(01)F | PIT RUN AGGREGATE, MAXIMUM SIZE 3", COMP. F (ESTIMATED LOOSE VOLUME) | D.Q. | C.Y. | 432 | $8.01 | $3,460.32 |
| 601(01) | MOBILIZATION | L.S.Q. | L.S. | 1 | $257.03 | $257.03 |
| 603(09)18P | 18" POLYMERIC COATED CSP, 0.064" THICKNESS, METHOD C | A.Q. | L.F. | 24 | $25.00 | $600.00 |
| 607(02)48B4 | FENCE, BARBED WIRE, 4 STRAND, HIEGHT 48" | D.Q. | L.F. | 24 | $4.00 | $96.00 |
| 625(07) | SEEDING, DRY METHOD WITH MULCH | D.Q. | ACRE | 0.24 | $941.00 | $225.84 |
| 640(01)16 | FURNISH AND INSTALL ROAD CLOSURE DEVICE, TYPE GATE, SIZE 16' | A.Q. | EACH | 1 | $750.00 | $750.00 |

TOTAL SPECIFIED ROAD COST: $7,343.85

B

7/st 91

## APPLICABLE STANDARD SPECIFICATIONS AND SPECIAL PROJECT SPECIFICATIONS
### Timber Sale Contract for Compartment 447
### Chickasawhay Ranger District

| Road Number | | 207C1 | 223A | 223A1 | 223A2 | 223E | 223E1 |
|---|---|---|---|---|---|---|---|
| **Standard** | **Date** | | | | | | |
| 101 - 106 | 1985 | X | X | X | X | X | X |
| 201 | 1985 | X | X | X | X | X | X |
| 202 | 1985 | | | X | X | | |
| 203 | 1985 | X | X | X | X | X | X |
| 304 | 1985 | X | X | X | X | X | X |
| 601 | 1985 | X | X | X | X | X | X |
| 603 | 1985 | | X | X | X | X | X |
| 619 | 1985 | | X | X | | X | |
| 625 | 1985 | X | X | X | X | X | X |
| 640 | 1985 | X | X | X | X | | X |
| **Special** | **Date** | | | | | | |
| 201.4 | 4/88 | X | X | X | X | X | X |
| 201.6 | 3/89 | | X | X | | | |
| 203.13 | 4/90 | X | X | X | X | X | X |
| 212.1 | 7/85 | X | X | X | X | X | X |
| 212.2 | 10/85 | X | X | X | X | X | X |
| 212.3 | 10/85 | X | X | X | X | X | X |
| 304.3 | 7/85 | X | X | X | X | X | X |
| 306.3 | 3/89 | | X | X | | | |
| 603.5 | 9/85 | | X | X | X | X | X |
| 619.3 | 5/88 | | X | X | | X | |
| 619.4 | 7/88 | | X | X | | X | |
| 703.1 | 7/85 | X | X | X | X | X | X |
| 707.2 | 5/94 | | X | X | X | X | X |
| M104.1 | 11/90 | X | X | X | X | X | X |
| M201.a | 7/93 | X | X | X | X | X | X |
| M201.1 | 6/93 | X | X | X | X | X | X |
| M202.1 | 4/90 | | X | | | | |
| M304.b | 4/90 | X | X | X | X | X | X |
| M619.a | 6/92 | | X | X | | X | |
| M625.7 | 11/90 | X | X | X | X | X | X |
| M703.3 | 3/91 | X | X | X | X | X | X |
| M713.5 | 11/90 | X | X | X | X | X | X |

1. An "X" indicates a standard specification or SPS applicable to a particular item of work.
2. Specifications that are referenced by other specifications may not be listed.
3. Standard specifications are contained in bound volumes published by the U.S. Forest Service.
4. Special project specifications are included in this contract package.

@ÀÀÀÀÀÀÀÀÀÀ

B
91

201.4 (4/88) 72nd

| | |
|---|---|
| 201.03 Utilization of Timber | First paragraph, first sentence; (a) Felling and Bucking, second paragraph; and (b) Utilization and Removal of Timber, first sentence - change "SPECIAL PROJECT SPECIFICATIONS" to "AT2 - Volume Estimate and Utilization Standards of the applicable Timber Sale Contract". |

@

201.6 (3/89)

201.02 Clearing & Grubbing

Delete Paragraphs 1 and 2 and add the following:

"The area SHOWN ON THE DRAWINGS shall be cleared. Brush and trees on slopes shall be cut to a maximum height of 6 inches above the ground surface or obstructions such as rocks or existing stumps.

Brush and trees shall be cut off 0 inches above the surfac of the traveled way, shoulders, turnouts and parking areas and 4 inches above the ditch slope surfaces.

Stumps resulting from cutting within the traveled way, shoulders, turnouts and parking areas that present a pointe object hazard to traffic shall be trimmed to a level surfac or removed. Stump holes shall be backfilled to prevent ponding of water. Other stumps may remain in place."

201.07 Basis

Add the following:

| | |
|---|---|
| "201(11) Cutting and Disposal of Existing Roadway Vegetation, Treatment Method . . . . . . . . . . . . . | MI. |
| 201(11)A Cutting and Disposal of Existing Roadway Vegetation, Treatment Method . . . . . . . . . . . . . | STA. |
| 201(11)B Cutting and Disposal of Existing Roadway Vegetation, Treatment Method . . . . . . . . . . . . . | L.S. |
| 201(11)C Cutting and Disposal of Existing Roadway Vegetation, Treatment Method . . . . . . . . . . . . . | ACRE |

@

203.13 (4/90)

203.15 Embankment Placing Methods

Method 3, add the following:

"Material shall be at a moisture content suitable fo attaining compaction."

212.1 (7/85

212.02 Compaction Equipment

(e) Delete "of the embankment".

13 of
91

212.2 (10/85)

212.02 Compaction Equipment

(a) Delete and add the following:

"Tamping or sheepsfoot rollers shall meet the following minimum requirements:

1. Width - 48"
2. Diameter - 40"
3. Completely filled with liquid.

Grid rollers shall be capable of exerting a force of 25 pounds per inch of width of roller drum."

212.3 (10/85)

212.02 Compaction Equipment

(d) Delete and add the following:

"Pneumatic-tire rollers shall have smooth tread tires of equal size that provide a uniform compacting pressure for the full width of the roller and shall meet the following minimum requirements:

Towed rollers

1. Ballast density shall exceed 100 pounds per cubic foot
2. Volume of ballast shall exceed 7 cubic feet per tire
3. Tire pressure shall exceed 45 pounds per square inch

Self propelled rollers

1. Shall exert a force that exceeds 200 pounds per linear inch o rolling width."

304.3 (7/85)

304.12 Thickness Requirements

First sentence, delete "nominal" between "compacted and "aggregate" and add "nominal" between "a" and "maximum".

304.10 Compaction

Last paragraph, change "ASSHTO" to "AASHTO".

B

RO_ 306.3 74th 91

306.1 Substitute "blading for Scarifying"

306.2 Paragraph 1 and 8, substitute " blading for scarification".

Paragraph 1, Substitute " bladed for scarified". add:

" The existing cross slope or crown shall be maintained. The contractor shall establish a blading Pattern which will retain existing surfacing and provide a thorough mixing of materials."

RO_ 703.1

703.06 Aggregate for Base or Surface Courses

(a) Pit Run Aggregate

Delete the last two sentences and add the following requirement:

" The agregate shall be reasonably hard, durable, free of organic material or other objectionable materials and at least 30% by weight shall be larger than the #4 sieve. The aggregate shall have a percentage of wear as SHOWN ON THE DRAWINGS when tested on the material passing the 1-1/2 inch sieve in accordance with ASSHTO T 96. The Plasticity Index shall be between 2 and 9 when tested in accordance with AASHTO T 90."

RO_ 707.2

707.03 Polymeric - Precoated Steel Pipe, Pipe Arches, & Underdrains

(a) Between "Pipe" and "Shall", insert "and Couplin bands."

(b) Delete both sentences and add " Coating for pip and coupling bands shall be grade 10/10."

M104.1 (11/90)

104.01 Roads To Be Constructed

All existing roads while undergoing improvement may be closed to traffic.

75th B 91

M202.1 (4/90)

| | |
|---|---|
| 202.03 Removal of Bridges, Culverts and Other Structures | Removed culverts shall be disposed of at the Contractor' discretion at a location off National Forest land. |

M304.b (4/90)

| | |
|---|---|
| 304.12 Thickness Requirements | Delete 1st sentence and substitute: "The thickness of the compacted aggregate shall not vary more than 1/2 inch from th thickness SHOWN ON THE DRAWINGS." |

M619.a (6/92)

619.02 Hand-Placed, Machine-Placed, & Dumped Riprap

Delete Paragraph 3 and the Classification Table.

Add the following after Paragraph 2:

Rock shall be clean, hard, dense, sound and of a quality that will resist the action of water or weathering. The rock shall be reasonably well graded between the limitin sizes for Class Ia riprap shown below:

Class Ia .... 6"-3" Gabion riprap

M625.7 (11/90)

| | |
|---|---|
| 625.04 Soil Preparation | Delete the last sentence and add: "Limestone shall be applie uniformly either prior to or after soil preparation at the rate of 2,000 pounds per acre. Fertilizer shall be applied at the rate of 500 pounds per acre". |
| 625.06 Application of Vegetative Mulch | Delete the last sentence in the first paragraph and add: "Straw or hay shall be spread uniformly over seeded areas at the rate of 3,000 pounds per acre. |

?

B
76h 91

M703.3 (3/91)

**703.06 Aggregate for Base or Surface Courses**

(d) Crushed Aggregate. Add the following gradations t Table 703-4.

Table 703-4.--Crushed aggregate grading requirements for base or surfac courses:

| Sieve | Percent Passing (AASHTO T 11 and T 27) | | |
|---|---|---|---|
| | Grading 3 | Grading 4 | Grading 57 |
| 2-1/2" | 100 | | |
| 2" | 90-100 | 100 | |
| 1-1/2" | 35-70 | 90-100 | 100 |
| 1" | 0-15 | 20-55 | 95-100 |
| 3/4" | | 0-15 | |
| 1/2" | 0- 5 | | 25-60 |
| 3/8" | | 0- 5 | |
| No. 4 | | | 0-10 |
| NO. 8 | | | 0-5 |

M713.5 (11/90)
CHICKASAWHAY RANGER DISTRICT

**713.03 Fertilizer**

In the first paragraph add: "Fertilizer shall provide the following minimum percentages of available nutrients--13% Nitrogen, 13% Potash, and 13% Phosphorous."

**713.04 Seed**

Add: "Seed shall be sown at the following rates at the applicable time:

| SPECIES | #/AC | SEEDING DATES | REMARKS |
|---|---|---|---|
| Bahia | 20 | Sept. 1 to Feb. 28 | Sown as a mixture |
| Kentucky 31 Fescue | 15 | | |
| Crimson Clover | 10 | | |
| Wheat or Oats | 80 | | |
| Bahia | 20 | March 1 to Aug. 31 | Sown as a mixture |
| Hulled Bermuda | 8 | | |
| Carpet Grass | 11 | | |

?




INDEX MAP

# THE NATIONAL FORESTS IN MISSISSIPPI

## DE SOTO NATIONAL FOREST
## CHICKASAWHAY RANGER DISTRICT
## COMPARTMENT 447

| INDEX TO SHEETS | |
|---|---|
| SHEET NO. | DESCRIPTION |
| 1 | TITLE SHEET |
| 2 | SUMMARY OF ESTIMATED QUANTITIES, GENERAL NOTES, AND LEGEND |
| 3–11 | CONSTRUCTION DIAGRAMS |
| 12–15 | CONSTRUCTION DETAILS |

PLANS FOR PROPOSED
FOREST DEVELOPMENT ROAD(S)

| Road Number | Miles of Construction | Miles of Reconstruction | Traffic Service Level |
|---|---|---|---|
| 207C1 | | 1.00 | C |
| 223A | | 1.23 | C |
| 223A1 | | 1.06 | D |
| 223A2 | | 0.25 | D |
| 223E | | 0.34 | C |
| 223E1 | | 0.34 | D |

GREEN COUNTY, MISSISSIPPI




VICINITY MAP

SOUTHERN REGION

"Caring for the land and serving people".

PREPARED BY:
LAMBERT HENDERSON DATE 10/28/99

CHECKED:
[signature] DATE 11-19-99
DISTRICT ENGINEERING TECH.

RECOMMENDED:
[signature] DATE 11/15/99
ENGINEERING PROGRAM COORDINATOR

APPROVED:
[signature] DATE 11/19/99
DISTRICT RANGER

## SUMMARY OF ESTIMATED QUANTITIES

| ITEM NUMBER | DESCRIPTION | UNIT | ESTIMATED QUANTITIES 207C1 | 223A | 223A1 | 223A2 | 223E | 223E1 |
|---|---|---|---|---|---|---|---|---|
| 201(01)4 | CLEARING AND GRUBBING, SLASH TREATMENT 4, UTIL. OF TIMBER 1 | ACRE | 2.01 | 0.98 | 2.01 | 0.73 | | 0.43 |
| 201(11)C | CUTTING AND DISPOSAL OF EXISTING ROADWAY VEGETATION | ACRE | | 0.69 | | | 0.83 | |
| 202(02)P | REMOVAL OF PIPE CULVERTS, ALL SIZES | EACH | | 1 | 1 | | | |
| 203(07)3 | EXCAVATION, PLACEMENT METHOD 3 | STA. | 53.00 | 35.00 | 56.25 | 13.00 | | 18.10 |
| 203(16)G | SUBGRADE TREATMENT, GEOTEXTILE | S.Y. | | | | 185 | | |
| 203(20)B | DRAINAGE EXCAVATION, FURROW DITCH | EACH | 80 | 59 | 52 | 19 | 20 | 18 |
| 203(20)D | DRAINAGE EXCAVATION, DIP | EACH | | 2 | 12 | | | |
| 304(01)F | PIT RUN AGGREGATE, MAXIMUM SIZE 3", COMPACTION F | C.Y. | 1278 | 1513 | 1390 | 394 | 402 | 432 |
| 304(11)A | CRUSHED AGGREGATE, TYPE LIMESTONE, GRADE 57, COMPACTION A | TON | 77 | 14 | 186 | 87 | | |
| 306(02)A | RECONDITIONING OF ROADBED, COMPACTION A | STA. | | 30.00 | | | 18.00 | |
| 601(01) | MOBILIZATION | L.S. | 1 | 1 | 1 | 1 | 1 | 1 |
| 603(09)18P | 18" POLYMER COATED CORRUGATED STEEL PIPE, 0.064" THICKNESS, METHOD C | L.F. | | | | 70 | | 24 |
| 603(09)36P | 36" POLYMER COATED CORRUGATED STEEL PIPE, 0.064" THICKNESS, METHOD C | L.F. | | 32 | 32 | | | |
| 607(02)48B4 | FENCE, BARBED WIRE, 4 STRAND, HEIGHT 48" | L.F. | 24 | 24 | 24 | | | 24 |
| 619(04)I | MACHINE PLACED RIPRAP, CLASS IA | TON | | 20 | | 128 | | |
| 625(07) | SEEDING, DRY METHOD WITH MULCH | ACRE | 0.74 | 0.90 | 0.78 | 0.18 | 0.24 | 0.24 |
| 640(01)16 | FURNISH AND INSTALL ROAD CLOSURE DEVICE, TYPE GATE, SIZE 16' | EACH | 1 | 1 | 1 | | | 1 |
| | SEEDING INCLUDED IN ITEM 203(20)B | ACRE | 1.10 | 0.81 | 0.72 | 0.26 | 0.28 | 0.25 |

## GENERAL NOTES

1. Clearing limits for road segments of uniform cross section (excavation by the station or by the mile) will be determined from the typical sections.
2. Construction tolerances shall conform with Section 203.16 of the Specifications, Tolerance Class E.
3. Quantities shown for pit run aggregate are estimated loose volumes required before compaction.
4. Pit run aggregate shall have a percent wear of 30 or less.

## LEGEND

TYPICAL SECTIONS

(1) RECONDITIONING EXISTING ROADBED

(5) CROWNED ROADBED, NO DITCHES

(7) DOUBLE DITCHES, VERTICAL BACKSLOPES

FURROW DITCH

EXISTING CULVERT

CULVERT TO INSTALL

EXISTING GATE

GATE TO BE INSTALLED

PIT RUN AGGREGATE SURFACING

CRUSHED AGGREGATE SURFACING

DRAIN DIP — D

SAG DIP — SD

DIP DRAINS BOTH WAYS — D

FENCE X—X—X

ROADSIDE DITCH

WIDTH OF TRAVELED WAY — 12' 6'



CONSTRUCTION DIAGRAM
ROAD: 207C1
SHEET 3 OF 15
NATIONAL FORESTS IN MISSISSIPPI
STATION 0+70:
INSTALL 16' PIPE GATE
WITH 12' WING FENCE. EACH SIDE
ROAD 207C
STATION 0+00:
BEGIN WORK
ROAD 207C1
GOPHER TORTOISE BURROW
30' RIGHT OF ROAD CL
DO NOT DISTURB !
WOODS ROAD
GOPHER TORTOISE BURROW
40' RIGHT OF ROAD CL
DO NOT DISTURB !
GOPHER TORTOISE BURROW
8' LEFT OF ROAD CL
DO NOT DISTURB !
STOP DITCHING 50'
EACH SIDE.
GOPHER TORTOISE BURROW
25' LEFT OF ROAD CL
DO NOT DISTURB !
GOPHER TORTOISE BURROW
15' LEFT OF ROAD CL
DO NOT DISTURB !
GOPHER TORTOISE BURROW
8' LEFT OF ROAD CL
DO NOT DISTURB !
STOP DITCHING 50'
EACH SIDE.
STATION 26+00 TO 30+00:
SHIFT RIGHT AS STAKED.
STATION
12'
6'

B
91

# CONSTRUCTION DIAGRAM

ROAD: 207C1 SHEET 4 OF 15

NATIONAL FORESTS IN MISSISSIPPI




SURFACING TABLE

| BEGIN. STATION | ENDING STATION | TYPE AGGREGATE | COMPACTED DEPTH | AMOUNT REQUIRED |
|---|---|---|---|---|
| 0+00 | 53+00 | PIT RUN | 4" | 1278 C.Y. |
| 9+75 | 13+00 | CRUSHED | 2" | 40 TONS |
| 19+00 | 22+00 | CRUSHED | 2" | 37 TONS |