
B
91
81st
CONSTRUCTION DIAGRAM
ROAD: 223A
SHEET 5 OF 15
NATIONAL FORESTS IN MISSISSIPPI
STATION 0+00 TO 65+00:
PERFORM ITEM 201(11)C.
5' EACH SIDE.
CO. 223
223A1
+50'
STATION 0+00:
BEGIN WORK
ROAD 223A
NOTE:
PVT. LAND AND OLD FENCE RUNS ALONG
THE RIGHT SIDE OF THE ROAD FORM STATION
6+00 TO 18+00. THE FENCE IS APPROXIMATELY
40' RIGHT OF THE CENTER LINE.
STATION 11+30:
REMOVE EXISTING CUL.
REPLACE WITH 36" X 3_ POLYMER COATED CSP
PLACE 10 TONS OF CLASS IA RIPRAP ON
EACH SIDE AS SLOPE PROTECTION.
15'
10'
DEPTH OF
RIPRAP = 1.5'
STATION 27+00:
INSTALL 16' PIPE GATE
WITH 12' WING FENCE, EACH SIDE
223A2
12'
6'
SD
STATION
0 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15
15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30
30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45
+05 +65 +90 +60 +20 +60 +20 +30 +40 +30 +15 +75 +45
+85 +50 +75 +60 +50 +10 +65 +75 +75 +50 +50
+20 +90 +75 +25 +80 +20 +50

## CONSTRUCTION DIAGRAM

ROAD: 223A SHEET 6 OF 15

NATIONAL FORESTS IN MISSISSIPPI

B 82nd 91




SURFACING TABLE

| BEGIN. STATION | ENDING STATION | TYPE AGGREGATE | COMPACTED DEPTH | AMOUNT REQUIRED |
|---|---|---|---|---|
| | | PIT RUN | 4" | 1513 C.Y. |
| DIPS, 7 TON EACH. | | CRUSHED | 2" | 14 TONS |
| | | | | |


CONSTRUCTION DIAGRAM
ROAD: 223A1
SHEET 7 OF 15
NATIONAL FORESTS IN MISSISSIPPI
STATION 1+00:
INSTALL 16' PIPE GATE
WITH 12' WING FENCE, EACH SIDE.
NOTE:
PVT. LAND AND AN OLD FENCE
RUNS ALONG THE LEFT SIDE OF THIS
ROAD FROM STATION 0+00 TO 16+00.
THE PVT. LAND AND FENCE IS APPROXIMATELY
45' LEFT OF THE CENTER LINE.
STATION 13+00:
REMOVE EXISTING CULVERT
REPLACE WITH 36." X 32' POLYMER COATED CSP
ROAD 223A
+50'
83rd
91
B
STATION 0+00:
BEGIN WORK
ROAD 223A1
WOODS ROAD
12'
6'
SD
STATION
STATION 3675 TO 3725:
PALCE 20 C.Y. OF ITEM 304(01)F
TO REPAIR LOW SPOT.

B
91

# CONSTRUCTION DIAGRAM

ROAD: 223A1 SHEET 8 OF 15

NATIONAL FORESTS IN MISSISSIPPI




SURFACING TABLE

| BEGIN. STATION | ENDING STATION | TYPE AGGREGATE | COMPACTED DEPTH | AMOUNT REQUIRED |
|---|---|---|---|---|
| 0+00 | 55+25 | PIT RUN | 4" | 1390 C.Y. |
| 10+00 | 22+00 | CRUSHED | 2" | 137 TONS |
| DIPS, 7 TON EACH. | | CRUSHED | 2" | 49 TONS |

# CONSTRUCTION DIAGRAM

ROAD: 223A2 SHEET 9 OF 15

NATIONAL FORESTS IN MISSISSIPPI




| SURFACING TABLE | | | | |
|---|---|---|---|---|
| BEGIN. STATION | ENDING STATION | TYPE AGGREGATE | COMPACTED DEPTH | AMOUNT REQUIRED |
| 0+00 | 13+00 | PIT RUN | 4" | 394 C.Y. |
| 3+00 | 10+00 | CRUSHED | 2" | 87 TONS |
| | | | | |
| | | | | |




SURFACING TABLE

| BEGIN. STATION | ENDING STATION | TYPE AGGREGATE | COMPACTED DEPTH | AMOUNT REQUIRED |
|---|---|---|---|---|
| 0+00 | 18+10 | PIT RUN | 4" | 402 C.Y. |
| | | | | |
| | | | | |

CONSTR[illegible]TION DIAGRAM

ROAD: 223E1 SHEET 11 OF 15

NATIONAL FORESTS IN MISSISSIPPI




SURFACING TABLE

| BEGIN. STATION | ENDING STATION | TYPE AGGREGATE | COMPACTED DEPTH | AMOUNT REQUIRED |
|---|---|---|---|---|
| 0+00 | 18+10 | PIT RUN | 4" | 432 C.Y. |
| | | | | |
| | | | | |

CONSTRUCTION DETAILS
ROAD(S): ALL SHEET 12 OF 15
NATIONAL FORESTS IN MISSISSIPPI

B 91




① TYPICAL SECTION–RECONDITIONING EXISTING ROADBED

NOTES:

RESHAPE DITCHES ONLY WHERE SHOWN IN THE CONSTRUCTION PLANS.

SEED AND MULCH ONLY IF SHOWN IN THE SCHEDULE OF ITEMS.

APPLY SURFACING, IF REQUIRED, TO THE COMPACTED DEPTHS SHOWN IN THE CONSTRUCTION PLANS.

PAYMENT FOR RECONDITIONING WILL BE MADE UNDER ITEM 306(01)A.




⑦ TYPICAL DOUBLE DITCH SECTION WITH VERTICAL BACKSLOPES

NOTES:

SHAPING OF THE BACKSLOPES WILL NOT BE REQUIRED.

APPLY SURFACING, IF REQUIRED, TO THE COMPACTED DEPTHS SHOWN IN THE CONSTRUCTION PLANS.

PAYMENT FOR EXCAVATION WILL BE MADE UNDER ITEM 203(07)3.




⑤ TYPICAL SECTION–CROWNED ROADBED WITH NO DITCHES

NOTES:

APPLY SURFACING, IF REQUIRED, TO THE COMPACTED DEPTHS SHOWN IN THE CONSTRUCTION PLANS.

PAYMENT FOR EXCAVATION WILL BE MADE UNDER ITEM 203(07)3.




TYPICAL FURROW DITCH SECTION

NOTE:

FURROW DITCHES WILL BE PAID FOR UNDER ITEM 203(20)B. CLEARING AND GRUBBING AND/OR SEEDING AND MULCHING, WHERE REQUIRED, WILL BE PERFORMED IN ACCORDANCE WITH SECTIONS 201 AND 625 OF THE SPECIFICATIONS BUT WILL ALSO BE PAID FOR UNDER ITEM 203(20)B.




SAG DIP DETAILS

NOTES:

WIDTH OF TRAVELED WAY AND SLOPE WILL MATCH THOSE OF ADJACENT ROAD SEGMENTS.

LOW POINT WILL BE SLOPED IN THE DIRECTION(S) SHOWN ON THE PLANS.

PAYMENT FOR DIPS WILL BE MADE UNDER ITEM 203(20)D.




PLAN




SECTION ALONG PIPE AXIS

CULVERT INSTALLATION DETAILS
(WITH WATER STOP & INLET BASIN)

NOTES:

CULVERTS INSTALLED IN THROUGH FILLS WILL BE PLACED WITH THE FLOW LINE AT GROUND LEVEL, OR LOWER, IF NECESSARY, TO ACHIEVE MINIMUM COVER HEIGHTS.

PAYMENT FOR WATER STOPS AND INLET BASINS WILL BE INCLUDED IN THE ROADWAY EXCAVATION PAY ITEM.




## CORNER POST/TERMINAL POST DETAIL




## FENCE DETAIL

**NOTES:**

1. WOODEN POSTS AND BRACES SHALL BE TREATED WITH CHROMATED COPPER ARSENATE (CCA), MINIMUM RETENTION 0.40 POUNDS PER CUBIC FOOT.
2. TWISTED WIRE BRACES SHALL BE 4 STRANDS OF #9 WIRE.
3. BARBED WIRE SHALL BE 12 1/2 GAUGE ZINC COATED STEEL, WITH BARBS ON 4" CENTERS.
4. ALL POSTS SHALL BE A MINIMUM OF 5" IN DIAMETER. WOODEN BRACES SHALL BE A MINIMUM OF 4" IN DIAMETER. POSTS SHALL BE NOTCHED TO ACCEPT THE BRACES AND THE BRACES SECURED TO THE POST WITH TWO 40d HOT DIPPED GALVANIZED NAILS.
5. A CORNER POST INSTALLATION WILL BE REQUIRED ANYWHERE THE FENCE DEVIATES HORIZONTALLY BY AN ANGLE OF 30° OR MORE. A TERMINAL POST INSTALLATION WILL BE REQUIRED AT THE ENDS OF ALL FENCE SEGMENTS.
6. BARBED WIRE FENCING SHALL NOT BE STRUNG CONTINUOUSLY AROUND A CORNER POST.

DEPARTMENT OF AGRICULTURE
FOREST SERVICE REGION 8

# BARBED WIRE FENCE DETAIL

DRAWN BY: S.E.B. | SCALE: 1/4" = 1'

# PIPE GAT' DETAIL

ROAD NO.(S): ALL

SHEET 14 OF 15




## NOTES:

1. ALL PIPE AND FITTINGS SHALL BE BLACK STEEL, STANDARD WEIGHT (SCHEDULE 40), UNLESS OTHERWISE NOTED, CONFORMING TO ASTM 120.
   STEEL PLATE SHALL CONFORM TO ASTM A36.
2. WELDING SHALL BE DONE IN ACCORDANCE WITH THE BEST MODERN PRACTICES AND THE APPLICABLE REQUIREMENTS OF THE AMERICAN WELDING SOCIETY D1.1.
   EXPOSED EDGES ON LOCK HOUSING AND 2 1/2" PIPE SHALL BE GROUND SMOOTH AND SLIGHTLY ROUNDED (INCLUDES ALL EDGES ON 8" DIA. PIPE).
3. ALL MATERIAL USED IN GATE CONSTRUCTION SHALL BE NEW.
4. TRAFFIC MANGEMENT SIGN WILL BE FURNISHED BY THE FOREST SERVICE.
   OBJECT MARKERS, TO BE FURNISHED BY THE CONTRACTOR, SHALL BE REFLECTIVE TAPE MANUFACTURED FOR THAT PURPOSE AND WRAPPED COMPLETELY AROUND THE PIPE WITH A 1" OVERLAY.
5. PIPE DIAMETERS ARE NOMINAL SIZES.
6. CONCRETE SHALL CONFORM TO SECTION 602, METHOD C.
7. PAINTING OF GATE AND ALL APPURTENANCES SHALL CONFORM TO THE FOLLOWING:
   (A) SURFACES TO BE PAINTED SHALL BE CLEAN AND FREE OF OIL, RUST AND SCALE.
   (B) THE PAINT USED SHALL BE TWO COATS OF MARTEN SENIOR TOUGH COAT, GLOSS BROWN #727-2011 WITH KEM KROMIX WHITE PRIMER #850W1. ALTERNATE COLORS MAY BE SPECIFIED BY THE ENGINEER.

| ROAD NUMBER | SHEET NUMBER | TOTAL SHEETS |
|---|---|---|
| ALL | 15 | 15 |

# RIPRAP FORD




## PROFILE

| ROAD | BEGINING STATION | GRADE IN | ENDING STATION | GRADE OUT | CLASS I RIPRAP | CRUSHED ROCK GRADE 4 | EXCESS EXCAVATION |
|---|---|---|---|---|---|---|---|
| 223A2 | 6+40 | 6% | 7+50 | 4% | 128 TON | YES • | 95 C.Y. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

• SEE SURFACING TABLE FOR QUANTITIES.




## CROSS SECTION – FORD BOTTOM

WIDTHS SHOWN FOR RIPRAP AND GEOTEXTILE APPLY FOR ENTIRE LENGTH OF FORD.

## NOTES

1. THE GEOTEXTILE ENGINEERING FABRIC SHALL MEET THE REQUIREMENTS FOR FUNCTION TYPE B OF SECTION 720 OF THE SPECIFICATIONS AND SHALL BE A NONWOVEN FABRIC. TREVIRA SPUNBOND 1135, POLYFELT TS750, AND PHILLIPS SUPAC 8NP ARE THREE FABRICS THAT MEET THESE SPECIFICATIONS AND MAY BE UTILIZED.
2. RIPRAP WILL BE PAID FOR UNDER ITEM 619(04)IA
3. THE GEOTEXTILE WILL BE PAID FOR UNDER ITEM 203(16)G.
4. PAYMENT FOR EXCAVATION IS INCLUDED IN PAY ITEM 203(07)3.
5. THE EXCESS MATERIAL IS TO BE DISPOSED OF WITHIN 100 YARDS OF THE POINT OF EXCAVATION AS DIRECTED BY THE ENGINEER.