EXHIBIT C
1st page of 14

United States Department of Agriculture | Forest Service | Chickasawhay Ranger District | 968 Hwy 15 South
Laurel, MS 39443
Ph. (601)428-0594
FAX (601)426-6148

File Code: 2450 | Date: July 19, 2000
Route To:

Subject: Specified Roads 223A1,223A2, 223E, 223E1, 223A, 207C1
Contract # 303599, C.447

To: JCM Timber Co
42190 HWY 63 N
RICHTON MS 39476

This is a written notice that Specified Road (s) 223A1,223A2,223E,223E1,223A, and 207C1 constructed under this contract has been accepted in the amount of $ 101,855.09 on 6/16/2000.

If you have any claim or dispute over acceptance of purchaser credit amount, please refer to (CT9.21 – Submission of Claims). You must file any claims no later than 60 days after receiving this written notice that Specified Roads have been accepted.

Purchasers claims under this contract shall be submitted in writing to the Forest Supervisor at the following address:

Forest Supervisor
Forest Service, USDA
100 W. Capitol St., Suite 1141
Jackson, MS 39269

He has designated the Contracting Officer for the purpose of receiving such claims. Date of receipt by Forest Supervisor shall be considered as the beginning date for determining any interest due on claims.

Failure by Purchaser to submit a claim within the above time limit shall relinquish the United States from any and all obligations whatsoever arising under the said contract or portions thereof.

John Fuquay 7-25

JOHN FUQUAY
Forest Service Representative

cc. Contracting Officer, SO
Lambert Henderson, Strong River RD
Barbara Broome, SO
Gary Nichols, TSA

EXHIBIT C
2nd page of 14

USDA Forest Service

R08-FS-2400-21 (6/87)

**REPORT of CREDIT FOR SPECIFIED ROAD CONSTRUCTION**

Payment

| | | |
|---|---|---|
| Proj. No. 223A1 | Project Name | Report No. 1st & final / Page 1 of 1 |
| Purchaser: JCM TIMBER CO. | Orig. Total $27,200.69 | Augmentation |
| Sale Name: COMPT. 447 | Contract No.& Date 303599 3/15/00 | Amount Credited This Report on Statement No. |
| Date Project Completed & Accepted 6/16/00 | Date of This Report 6/22/00 | |

Ranger District: CHICKASAWHAY

| Item No. | Unit | TOTAL QUANTITIES Original | Changes (+) or (-) | Revised Total | QUANTITIES CREDITED Previous Total Recorded | Credit This Report | Total Credited to date | Unit Price | Total Earned to date | Total Remaining |
|---|---|---|---|---|---|---|---|---|---|---|
| 201(01)4 | ACRE | 2.01 | | 2.01 | | 2.01 | 2.01 | 1,175.00 | 2,361.75 | 0.00 |
| 202902)P | EACH | 1.00 | | 1.00 | | 1.00 | 1.00 | 85.00 | 85.00 | 0.00 |
| 203(07)3 | STA. | 56.25 | | 56.25 | | 56.25 | 56.25 | 45.00 | 2,531.25 | 0.00 |
| 203(20)B | EACH | 52.00 | -9.00 | 43.00 | | 43.00 | 43.00 | 27.50 | 1,182.50 | 0.00 |
| 304(01)F | C.Y. | 1390.00 | | 1390.00 | | 1390.00 | 1390.00 | 8.01 | 11,133.90 | 0.00 |
| 304(11)A | TON | 186.00 | | 186.00 | | 186.00 | 186.00 | 27.51 | 5,116.86 | 0.00 |
| 601901) | L.S. | 1.00 | | 1.00 | | 1.00 | 1.00 | 952.02 | 952.02 | 0.00 |
| 603(09)36P | L.F. | 32.00 | | 32.00 | | 32.00 | 32.00 | 51.56 | 1,649.92 | 0.00 |
| 607(02)48B4 | L.F. | 24.00 | | 24.00 | | 24.00 | 24.00 | 4.00 | 96.00 | 0.00 |
| 625(07) | ACRE | 0.78 | | 0.78 | | 0.78 | 0.78 | 941.00 | 733.98 | 0.00 |
| 640(01)16 | EACH | 1.00 | | 1.00 | | 1.00 | 1.00 | 750.00 | 750.00 | 0.00 |

Prepared by: /s/Lambert Hender
Engineering Representative
Date: 06/22/00

Approved by: /s/John P. Fuquay
Date: 6/26/00

Title: Forest Service Rep.

| | |
|---|---|
| Total Credit to Date | $26,593.18 |
| 0 % Retention: | |
| Previous Credit: | $0.00 |
| Credit this Report: | $26,593.18 |
| Percent Complete: | 100% |

| | |
|---|---|
| PR = | $6,809.48 |
| SR = | $18,048.78 |
| CR = | $1,734.92 |
| BR = | $0.00 |
| | $26,593.18 |

| | PR | SR | CR | BR |
|---|---|---|---|---|
| 0 | 2361:75 | | | |
| 0 | | | 85 | |
| 0 | 2531.25 | | | |
| 0 | 1182.5 | | | |
| 0 | | 11133.9 | | |
| 0 | | 5116.86 | | |
| 0 | | 952.02 | | |
| 0 | | | 1649.92 | |
| 0 | | 96 | | |
| 0 | 733.98 | | | |
| 0 | | 750 | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |

EXHIBIT C

4th page of 14

USDA Forest Service

R08-FS-2400-21 (6/87)

**REPORT of CREDIT FOR SPECIFIED ROAD CONSTRUCTION**

Payment

| | |
|---|---|
| Proj. No. | 223A2 |
| Project Name | |
| Report No. | 1st & final |
| Page | 1 of 1 |
| Purchaser: | JCM TIMBER CO. |
| Orig. Total | $15,113.09 |
| Augmentation | |
| Sale Name: | COMPT. 447 |
| Contract No.& Date | 303599 3/15/00 |
| Amount Credited This Report on Statement No. | |
| Date Project Completed & Accepted | 6/16/00 |
| Date of This Report | 6/22/00 |
| Ranger District | CHICKASAWHAY |

| Item No. | Unit | TOTAL QUANTITIES Original | Changes (+) or (-) | Revised Total | QUANTITIES CREDITED Previous Total Recorded | Credit This Report | Total Credited to date | Unit Price | Total Earned to date | Total Remaining |
|---|---|---|---|---|---|---|---|---|---|---|
| 201(01)4 | ACRE | 0.73 | | 0.73 | | 0.73 | 0.73 | 1,175.00 | 857.75 | 0.00 |
| 203(07)3 | STA. | 13.00 | | 13.00 | | 13.00 | 13.00 | 101.15 | 1,314.95 | 0.00 |
| 203(16)G | S.Y. | 185.00 | | 185.00 | | 185.00 | 185.00 | 2.00 | 370.00 | 0.00 |
| 203(20)B | EACH | 19.00 | -2.00 | 17.00 | | 17.00 | 17.00 | 27.50 | 467.50 | 0.00 |
| 304(01)F | C.Y. | 394.00 | | 394.00 | | 394.00 | 394.00 | 8.01 | 3,155.94 | 0.00 |
| 304(11)A | TON | 87.00 | | 87.00 | | 87.00 | 87.00 | 26.93 | 2,342.91 | 0.00 |
| 601(01) | L.S. | 1.00 | | 1.00 | | 1.00 | 1.00 | 528.96 | 528.96 | 0.00 |
| 603(09)18P | L.F. | 70.00 | | 70.00 | | 70.00 | 70.00 | 23.33 | 1,633.10 | 0.00 |
| 619(04)IA | TON | 128.00 | | 128.00 | | 128.00 | 128.00 | 32.95 | 4,217.60 | 0.00 |
| 625(070 | ACRE | 0.18 | | 0.18 | | 0.18 | 0.18 | 941.00 | 169.38 | 0.00 |

Prepared by: /s/Lambert Hender
Engineering Representative

Date: 06/22/00

Approved by: /s/John P. Fuquay

Date: 6/26/00

Title: Forest Service Rep.

| | |
|---|---|
| Total Credit to Date | $15,058.09 |
| 0 % Retention: | |
| Previous Credit: | $0.00 |
| Credit this Report: | $15,058.09 |
| Percent Complete: | 100% |

| | |
|---|---|
| PR = | $2,809.58 |
| SR = | $6,027.81 |
| CR = | $6,220.70 |
| BR = | $0.00 |
| | $15,058.09 |

C

5th 14

| | PR | SR | CR | BR |
|---|---|---|---|---|
| 0 | 857.75 | | | |
| 0 | 1314.95 | | | |
| 0 | | | 370 | |
| 0 | 467.5 | | | |
| 0 | | 3155.94 | | |
| 0 | | 2342.91 | | |
| 0 | | 528.96 | | |
| 0 | | | 1633.1 | |
| 0 | | | 4217.6 | |
| 0 | 169.38 | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |

C

6th 14

USDA Forest Service

R08-FS-2400-21 (6/87)

**REPORT of CREDIT FOR SPECIFIED ROAD CONSTRUCTION**

Payment

| | | |
|---|---|---|
| Proj. No. 223E | Project Name | Report No. 1st & final / Page 1 of 1 |
| Purchaser: JCM TIMBER CO. | Orig. Total $4,978.09 | Augmentation |
| Sale Name: COMPT. 447 | Contract No.& Date 303599 3/15/00 | Amount Credited This Report on Statement No. |
| Date Project Completed & Accepted 6/16/00 | Date of This Report 6/22/00 | |

Ranger District: CHICKASAWHAY

| Item No. | Unit | TOTAL QUANTITIES Original | Changes (+) or (-) | Revised Total | QUANTITIES CREDITED Previous Total Recorded | Credit This Report | Total Credited to date | Unit Price | Total Earned to date | Total Remaining |
|---|---|---|---|---|---|---|---|---|---|---|
| 201(11)C | ACRE | 0.83 | | 0.83 | | 0.83 | 0.83 | 800.00 | 664.00 | 0.00 |
| 203(20)B | EACH | 20.00 | 3.00 | 23.00 | | 23.00 | 23.00 | 27.50 | 632.50 | 0.00 |
| 304(01)F | C.Y. | 402.00 | | 402.00 | | 402.00 | 402.00 | 8.01 | 3,220.02 | 0.00 |
| 306(02)F | STA. | 18.00 | | 18.00 | | 18.00 | 18.00 | 8.00 | 144.00 | 0.00 |
| 601(01) | L.S. | 1.00 | | 1.00 | | 1.00 | 1.00 | 174.23 | 174.23 | 0.00 |
| 625(07) | ACRE | 0.24 | | 0.24 | | 0.24 | 0.24 | 941.00 | 225.84 | 0.00 |

Prepared by: /s/Lambert Hender
Engineering Representative
Date: 06/22/00

Approved by: /s/John P. Fuquay
Date: 6/26/00

Title: Forest Service Rep.

| | |
|---|---|
| Total Credit to Date | $5,060.59 |
| 0 % Retention: | |
| Previous Credit: | $0.00 |
| Credit this Report: | $5,060.59 |
| Percent Complete: | 100% |

| | |
|---|---|
| PR = | $1,840.57 |
| SR = | $3,220.02 |
| CR = | $0.00 |
| BR = | $0.00 |
| | $5,060.59 |

C

7th 14

| | PR | SR | CR | BR |
|---|---|---|---|---|
| 0 | 664 | | | |
| 0 | 632.5 | | | |
| 0 | | 3220.02 | | |
| 0 | 144 | | | |
| 0 | 174.23 | | | |
| 0 | 225.84 | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |

C

8th 14

USDA Forest Service R08-FS-2400-21 (6/87)

| REPORT FOR SPECIFIED ROAD CONSTRUCTION<br>Payment | Proj. No. 207C1 | Project Name | | Report No. 1st & final | Page 1 of 1 |
|---|---|---|---|---|---|
| | Purchaser: JCM TBT. CO. | | Orig. Total $24,107.92 | Augmentation | |
| Sale Name: Compt 447 | Contract No.& Date 303599 3/15/00 | Amount Credited This Report on Statement No. | Date Project Completed & Accepted 6/16/00 | Date of This Report 6/21/00 | |

Ranger District: CHICKASAWHAY

| Item No. | Unit | TOTAL QUANTITIES Original | Changes (+) or (-) | Revised Total | QUANTITIES CREDITED Previous Total Recorded | Credit This Report | Total Credited to date | Unit Price | Total Earned to date | Total Remaining |
|---|---|---|---|---|---|---|---|---|---|---|
| 201(04)1 | ACRE | 2.01 | | 2.01 | | 2.01 | 2.01 | 1,175.00 | 2,361.75 | 0.00 |
| 203(07)3 | STA. | 53.00 | | 53.00 | | 53.00 | 53.00 | 85.00 | 4,505.00 | 0.00 |
| 203(20)B | EACH | 80.00 | 4.00 | 84.00 | | 84.00 | 84.00 | 27.50 | 2,310.00 | 0.00 |
| 304(01)F | C.Y. | 1278.00 | | 1278.00 | | 1278.00 | 1278.00 | 8.01 | 10,236.78 | 0.00 |
| 304(11)A | TON | 77.00 | 19.00 | 96.00 | | 96.00 | 96.00 | 27.51 | 2,640.96 | 0.00 |
| 601(01) | EACH | 1.00 | | 1.00 | | 1.00 | 1.00 | 1,143.78 | 1,143.78 | 0.00 |
| 607(02)48B4 | L.F. | 24.00 | | 24.00 | | 24.00 | 24.00 | 4.00 | 96.00 | 0.00 |
| 625(070 | ACRE | 0.74 | | 0.74 | | 0.74 | 0.74 | 941.00 | 696.34 | 0.00 |
| 640(01)16 | EACH | 1.00 | | 1.00 | | 1.00 | 1.00 | 750.00 | 750.00 | 0.00 |

Prepared by: /s/Jerry Holliday
Inspector

Reviewed /s/Lambert Hender
Engineering Representative
Date: 06/22/00

Approved by: /s/John P. Fuquay
Date: 6/26/00

Title: Forest Service Rep.

| | |
|---|---|
| Total Credit to Date | $24,740.61 |
| 0 % Retention: | |
| Previous Credit: | $0.00 |
| Credit this Report: | $24,740.61 |
| Percent Complete: | 100% |

| | |
|---|---|
| PR = | $9,873.09 |
| SR = | $14,867.52 |
| CR = | $0.00 |
| BR = | $0.00 |
| | $24,740.61 |

C

9th 14

| | PR | SR | CR | BR |
|---|---|---|---|---|
| 0 | 2361.75 | | | |
| 0 | 4505 | | | |
| 0 | 2310 | | | |
| 0 | | 10236.78 | | |
| 0 | | 2640.96 | | |
| 0 | | 1143.78 | | |
| 0 | | 96 | | |
| 0 | 696.34 | | | |
| 0 | | 750 | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |

C

10th 14

USDA Forest Service

R08-FS-2400-21 (6/87)

| REPORT of CREDIT FOR SPECIFIED ROAD CONSTRUCTION Payment | Proj. No. 223E1 | Project Name | Report No. 1st & final | Page 1 of 1 |
|---|---|---|---|---|
| | Purchaser: JCM TIMBER CO. | Orig. Total $7,343.85 | Augmentation | |
| Sale Name: COMPT. 447 | Contract No.& Date 303599 3/15/00 | Amount Credited This Report on Statement No. | Date Project Completed & Accepted 6/16/00 | Date of This Report 6/22/00 |
| Ranger District CHICKASAWHAY | | | | |

| Item No. | Unit | TOTAL QUANTITIES Original | Changes (+) or (-) | Revised Total | QUANTITIES CREDITED Previous Total Recorded | Credit This Report | Total Credited to date | Unit Price | Total Earned to date | Total Remaining |
|---|---|---|---|---|---|---|---|---|---|---|
| 201(01)4 | ACRE | 0.43 | | 0.43 | | 0.43 | 0.43 | 1,175.00 | 505.25 | 0.00 |
| 203(07)3 | STA. | 18.10 | | 18.10 | | 18.10 | 18.10 | 52.73 | 954.41 | 0.00 |
| 203(20)B | EACH | 18.00 | | 18.00 | | 18.00 | 18.00 | 27.50 | 495.00 | 0.00 |
| 203(20)D | EACH | 0.00 | 1.00 | 1.00 | | 1.00 | 1.00 | 30.00 | 30.00 | 0.00 |
| 304(01)F | C.Y. | 432.00 | | 432.00 | | 432.00 | 432.00 | 8.01 | 3,460.32 | 0.00 |
| 304(11)A | TON | 0.00 | 27.00 | 27.00 | | 27.00 | 27.00 | 27.51 | 742.77 | 0.00 |
| 601(01) | L.S. | 1.00 | | 1.00 | | 1.00 | 1.00 | 257.03 | 257.03 | 0.00 |
| 603(09)18P | L.F. | 24.00 | | 24.00 | | 24.00 | 24.00 | 25.00 | 600.00 | 0.00 |
| 607(02)48B4 | L.F. | 24.00 | | 24.00 | | 24.00 | 24.00 | 4.00 | 96.00 | 0.00 |
| 625(07) | ACRE | 0.24 | | 0.24 | | 0.24 | 0.24 | 941.00 | 225.84 | 0.00 |
| 640(01)16 | EACH | 1.00 | | 1.00 | | 1.00 | 1.00 | 750.00 | 750.00 | 0.00 |

Prepared by: /s/Lambert Hender
Engineering Representative

Date: 06/22/00

Approved by: /s/John P. Fuquay

Date: 6/26/00

Title: Forest Service Rep.

| | |
|---|---|
| Total Credit to Date | $8,116.62 |
| 0 % Retention: | |
| Previous Credit: | $0.00 |
| Credit this Report: | $8,116.62 |
| Percent Complete: | 100% |

| | |
|---|---|
| PR = | $2,210.50 |
| SR = | $5,306.12 |
| CR = | $600.00 |
| BR = | $0.00 |
| | $8,116.62 |

Exhibit C
11th page of 14

| | PR | SR | CR | BR |
|---|---|---|---|---|
| 0 | 505.25 | | | |
| 0 | 954.41 | | | |
| 0 | 495 | | | |
| | 30 | | | |
| 0 | | 3460.32 | | |
| 0 | | 742.77 | | |
| 0 | | 257.03 | | |
| 0 | | | 600 | |
| 0 | | 96 | | |
| 0 | 225.84 | | | |
| 0 | | 750 | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |

C

12th 14

USDA Forest Service

R08-FS-2400-21 (6/87)

**REPORT of CREDIT FOR SPECIFIED ROAD CONSTRUCTION**

Payment

| Proj. No. | Project Name | Report No. | Page |
|---|---|---|---|
| 223A | | 1st & final | 1 of 1 |

| Purchaser: | Orig. Total | Augmentation |
|---|---|---|
| JCM Timber Co. | $22,494.39 | |

| Sale Name: | Contract No.& Date | Amount Credited This Report on Statement No. | Date Project Completed & Accepted | Date of This Report |
|---|---|---|---|---|
| COMPT. 47 | 303599 3/15/00 | | 6/16/00 | 6/22/00 |

Ranger District: CHICKASAWHAY

| Item No. | Unit | TOTAL QUANTITIES Original | Changes (+) or (-) | Revised Total | QUANTITIES CREDITED Previous Total Recorded | Credit This Report | Total Credited to date | Unit Price | Total Earned to date | Total Remaining |
|---|---|---|---|---|---|---|---|---|---|---|
| 201(01)4 | ACRE | 0.98 | | 0.98 | | 0.98 | 0.98 | 1,175.00 | 1,151.50 | 0.00 |
| 201(11)C | ACRE | 0.69 | | 0.69 | | 0.69 | 0.69 | 800.00 | 552.00 | 0.00 |
| 203(7)3 | STA. | 35.00 | | 35.00 | | 35.00 | 35.00 | 45.00 | 1,575.00 | 0.00 |
| 203(20)B | EACH | 59.00 | -6.00 | 53.00 | | 53.00 | 53.00 | 27.50 | 1,457.50 | 0.00 |
| 203(20)D | EACH | 2.00 | | 2.00 | | 2.00 | 2.00 | 30.00 | 60.00 | 0.00 |
| 304(01)F | C.Y. | 1513.00 | | 1513.00 | | 1513.00 | 1513.00 | 8.01 | 12,119.13 | 0.00 |
| 304(11)A | TON | 14.00 | 11.00 | 25.00 | | 25.00 | 25.00 | 27.51 | 687.75 | 0.00 |
| 306(02)A | STA. | 30.00 | | 30.00 | | 30.00 | 30.00 | 8.00 | 240.00 | 0.00 |
| 601(01) | L.S. | 1.00 | | 1.00 | | 1.00 | 1.00 | 787.30 | 787.30 | 0.00 |
| 603(09)36P | L.F. | 32.00 | | 32.00 | | 32.00 | 32.00 | 51.56 | 1,649.92 | 0.00 |
| 619(04)IA | TON | 20.00 | | 20.00 | | 20.00 | 20.00 | 32.95 | 659.00 | 0.00 |
| 625(07) | ACRE | 0.90 | | 0.90 | | 0.90 | 0.90 | 941.00 | 846.90 | 0.00 |
| 640(02)16 | EACH | 0.00 | 1.00 | 1,00 | | 1.00 | 1.00 | 500.00 | 500.00 | 0.00 |
| | | | | 0.00 | | 0.00 | 0.00 | | 0.00 | 0.00 |

Prepared by: /s/Lambert Hender Date: 06/22/00
Engineering Representative

Approved by: /s/John P. Fuquay Date: 6/26/00

Title: Forest Service Rep.

| | |
|---|---|
| Total Credit to Date | $22,286.00 |
| 0 % Retention: | |
| Previous Credit: | $0.00 |
| Credit this Report: | $22,286.00 |
| Percent Complete: | 100% |

| | |
|---|---|
| PR = | $5,882.90 |
| SR = | $13,594.18 |
| CR = | $2,808.92 |
| BR = | $0.00 |
| | $22,286.00 |

C
13th 14

| | PR | SR | CR | BR |
|---|---|---|---|---|
| 0 | 1151.5 | | | |
| 0 | 552 | | | |
| 0 | 1575 | | | |
| 0 | 1457.5 | | | |
| 0 | 60 | | | |
| 0 | | 12119.13 | | |
| 0 | | 687.75 | | |
| 0 | 240 | | | |
| 0 | | 787.3 | | |
| 0 | | | 1649.92 | |
| 0 | | | 659 | |
| 0 | 846.9 | | | |
| 0 | | | 500 | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |

C

14th 14

File Code 2450

Subject: Roads 207C1,223A,223A1,223A2,223E & 223E1, Compt. ~~446 & 448,~~ 447
JCM Tbr. Co., Cont.# 303599, Chickasawhay Ranger District.

On 16 June, 2000 a final inspection of these roads was accomplished and except for items listed below, they were found to be constructed according to plans and specifications. The roads will not be available for timber haul until these items are corrected.

Purchaser Credit will not be available until form 2400-21 is completed. A letter will be sent to the purchaser when the form is completed.

Road 223A: Clean inlet and outlet of pipe at station 11+30.

Road 223E: Construct Dip and place 27 ton of 304(11)A at staiton 9+85.

Roads 207C1, 223A1, 223A2, 223E1: Are complete and are available for timber haul.

/s/Lambert Henderson
Engineering Representative

20 June 2000

cc: FSR
SA
CI
HI
TIMBER
Res Clerk