United States Department of Agriculture | Forest Service | National Forests in Mississippi | 100 West Capitol Street, Suite 1141, Jackson, MS 39269

**File Code:** 2450
**Route To:**

**Date:** October 20, 2000

**Subject:** Notice to Suspend Logging Operations, Contract #303599
Compartment 447, Chickasawhay Ranger District

EXHIBIT D
1st page of 1

**To:** JCM Timber Co.
42190 Hwy 63N
Richton, MS 39476

As you know, the Sierra Club has filed a lawsuit against the Forest Service. Pursuant to contract provision CT6.01(a), this is your notice to suspend all logging operations on this timber sale contract. Because the complaint specifically names the project analysis and decision document responsible for this timber sale, which implements a portion of that project decision, I will not allow logging to proceed pending action by the Court.

Please feel free to call me if you have any questions.

Randall Smith

RANDALL W. SMITH
Contracting Officer

Cc:
District Ranger, Chickasawhay
FSR, John Fuquay
Jean Kruglewicz (Litigation Coordinator)
Jay McWhirter (OGC)
Lynn Corbitt
Mike Sparks
Jon Williams

USDA Forest Service – Chickasawhay R.D. received
OCT 26 2000

| | A | I | | A | I |
|---|---|---|---|---|---|
| RANGER | | | ADMINISTRATIVE | | |
| OPERATIONS | | ✓ | RESOURCE CLERK | | ✓ |
| PLANNING | | ✓ | OFFICE AUTO CLERK | | |
| NEPA | | ✓ | COMPUTER ASST. | | |
| FOR SILV / TBR | | ✓ | PUBLIC AFFAIRS | | |
| W/L BIOLOGIST | | | LEO | | |
| FORESTER | | | GIS | | |
| ARCHAEOLOGY | | | ENGINEERING TECH | | ✓ |
| FMO | | | OTHER RES MGR | | |
| SOIL SCIENTIST | | | WAUSAU | | |
| TSA | | ✓ | OTHER | | |

John Fuquay ✓