E

United States Department of Agriculture

1st Forest Service

2 National Forest in Mississippi

100 West Capitol Street
Suite 1141
Jackson, MS 39269
601-965-4391 - 170

File Code: 2450

Date: February 25, 2003

JCM Timber
42190 Hwy 63 N
Richton, MS 39476

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

RE: Withdrawal of Contract Suspension, Contract #303599
Compartments 447, Chickasawhay Ranger District

The legal obligations that required suspension of this timber sale have ended. As a result, I am rescinding the suspension that was invoked October 20, 2000. Contract operations may resume once you restore the balance of the down payment required by contract provision CT4.220. A bill for collection for $35,600 is enclosed. Payment is due within 30 days.

In addition, the following changes to various dates listed in the contract are being made as a result of the suspension:

- The termination date of this contract is being adjusted by the amount of time lost. Therefore, the new termination date is April 11, 2005. You also qualify for Market-Related Contract Term Additions, per CT8.212, that would add 1 year plus 9 months to the contract. You may request in writing the Market-Related Contract Term Addition any time before the contract expires.

- The periodic payment schedule dates shown in contract provision CT4.264 are being adjusted by the amount of time lost during the suspension. Therefore, the initial payment schedule date is now August 21, 2004, and the additional payment schedule date is now November 16, 2004. These dates, too, can be delayed if you request a Market-Related Contract Term Addition **prior to these revised due dates**.

Please call me at the phone number above if you have any questions. Of course, you will need to contact John Fuquay or Gary Nichols at (601) 428-0594 before logging operations can begin.

E

2nd 2

Sincerely,

RANDALL W. SMITH
Contracting Officer

Enclosure

Cc:
District Ranger, Chickasawhay
FSR, John Fuquay
Resources, TSA
Case File