EXHIBIT F
1st page of 3

SHIYOU LAW FIRM
ATTORNEYS AND COUNSELORS AT LAW

AL SHIYOU

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

April 16, 2003

Mr. Randall W. Smith
Contracting Officer
United States Department of Agriculture
Forest Service
100 West Capitol Street, Ste. 1141
Jackson, Mississippi

**RE: Claimant: Jerry Mills, D/B/A JCM Timber**
**Claim: Contract# 303599**

Dear Mr. Smith:

This letter is a claim being filed by and on behalf of **Jerry Mills, D/B/A JCM Timber**, pursuant to the terms of **Contract# 303599**.

As you are aware, Mr. Mills bid on the referenced contract on or about March 1, 2000. Mr. Mills was awarded the contract on March 15, 2000, said contract expiring on November 30, 2002. **(Exhibit "1")** The contract price for the timber was $340,033.00. In addition, Mr. Mills was to receive credit for the cost of constructing the road required to remove the timber.

In compliance with the terms of the contract, Mr. Mills had the required road constructed at a cost to him of $101,855.09. On June 16, 2000, Mr. John Fuquay accepted the road and issued a letter of acceptance on July 19, 2000. **(Exhibit "2")**

On October 20, 2000, Gary Nichols, of your agency, presented himself to the site and notified Mr. Mills to immediately cease cutting timber and not to remove any further timber from the site (including timber already cut and on the ground). Mr. Nichols advised Mr. Mills that the Forest Service was being sued by an environmental group. He also advised Mr. Mills that the suit was not over anything that Mr. Mills or his crew had done. This action was followed up with a letter from you suspending the contract. **(Exhibit "3")**

POST OFFICE BOX 310 HATTIESBURG, MISSISSIPPI 39403
PHONE 601-583-6040

On February 25, 2003, three months after the termination date of the contract, you issued a letter to Mr. Mills withdrawing the contract suspension. Therein, you included a bill for collection in the sum of $35,600.00, due by March 25, 2003.
**(Exhibit "4")**

During the time of the suspension, timber prices fell dramatically. In March of 2000, Mr. Mills had a guaranteed price from Scotch Plywood of $74.00 per ton. The price now is $56.00 per ton. This is a 24.3% decrease in price! The DBH size on logs were from 13" and up. Chip and saw price decreased from $51.00 per ton to $38.00 per ton. This is a 22.4% decrease in price! Pine pulp decreased from $28.00 per ton to $24.00 per ton. This is a 14.2% decrease in price.

Pursuant to the terms of the contract, Mr. Mills could apply for a rate redetermination. Mr. Mills was set to do this and he was advised by Mr. John Fuquay that the Forest Service had never granted a redetermination of price. He advised Mr. Mills not to count on the redetermination of price.

As a result of the handling of this matter and the loss of the contract, Mr. Mills has incurred the following losses for which he is now making claim:

| | | | |
|---|---|---|---|
| 1. | Cost of construction of the road: | 101,855.09 | **(Exhibit "5")** |
| 2. | Interest on the construction cost: | 16,095.42 | **(Exhibit "6")** |
| 3. | Loss of interest on down payment: | 3,125.80 | |
| 4. | Road construction taxes due to the State of MS | 4,245.00 | **(Exhibit "7")** |
| 5. | Labor and Equipment Costs: | 2,640.00 | |
| 6. | Timber Cruise: | 1,000.00 | |
| 7. | Lost Profit: | 40,000.00 | |
| 8. | Attorney Fees: | 10,000.00 | |
| | **TOTAL:** | **$178,961.31** | |

Pursuant to the terms of Mr. Mills contract, please accept this letter as his claim for the sum of **$178,961.31**.

Sincerely,

Al Shiyou

CC: Mr. Jerry Mills

EXHIBIT F
3rd ... 3

## STATEMENT OF GOOD FAITH

I, **Jerry Mills, D/B/A JCM Timber,** do hereby certify that the foregoing claim and all facts and matters therein stated are made in good faith, the supporting data is accurate and complete to the best of my knowledge and belief, and that the amount requested accurately reflects the contract adjustment for which I believe the government is liable under **Contract# 303599.**

Jerry C Mills
**Jerry Mills, D/B/A JCM Timber**

STATE OF MISSISSIPPI

COUNTY OF FORREST

PERSONALLY appeared before, the undersigned authority in and for the aforesaid jurisdiction, **Jerry Mills, D/B/A JCM Timber**, who acknowledged that he is the Claimant in the foregoing claim and has stated upon his oath that all of the facts, matters and allegations therein stated in said claim are true and correct and are made in good faith.

Jerry C Mills
**Jerry Mills, D/B/A JCM Timber**

SWORN TO AND SUBSCRIBED BEFORE ME, this the 16th day of April, 2003.

Susan D Moore
NOTARY PUBLIC

(SEAL) NOTARY PUBLIC · MS · SUSAN ...
MY COMMISSION EXPIRES MARCH 10, 2007
My Commission Expires: ______________