United States Department of Agriculture
Forest Service
National Forests In Mississippi
100 W. Capitol St., Suite 1141
Jackson, MS 39269
601/965-4391/TTY601/965-6038

File Code: 2450
Date: June 3, 2003

EXHIBIT G
1st page of 1

Jerry Mills
JCM Timber
42190 Hwy 63 N
Richton, MS 39476

Re: Rate Re-determination, Contract #304449
Compartment 465, Chickasawhay Ranger District

As discussed in our phone conversation last Thursday, May 29, 2003, now that I have approval from our office in Washington D.C., I will soon be preparing an appraisal for this contract using standard FS procedures. The purpose will be to determine proposed new contract rates for the remaining timber.

You will also have an opportunity to submit to me a request for any out-of-pocket expenses you incurred during the period of the suspension. Out-of-pocket expenses are un-recovered costs resulting from the interruption of operations. Contract provision CT6.02 (*Interruption or Delay of Operations*) specifies in section "c" which costs the Forest Service will reimburse; section "d" includes a list of expenses that cannot be reimbursed. The approved expenses will be divided by the remaining contract volume to establish a unit rate, and this amount will be deducted from the revised contract rates. In other words, if approved out-of-pocket expenses come to $10,000, and there is 5,000 ccf of pine sawtimber remaining, the pine sawtimber contract rate will be reduced by $2.00 per ccf ($10,000 divided by 5,000 ccf).

If we come to an agreement in these two matters, I will prepare an Agreement to Modify the Contract to formally establish the new rates. This Agreement would include a stipulation that you would relinquish any future claims pertaining to this particular situation.

Please feel free to call me to discuss this matter at the number shown above.

Sincerely,

Randall Smith

RANDALL W. SMITH
Contracting Officer

Cc: District Ranger, Chickasawhay; FSR, J. Fuquay; Case File