H

SHIYOU LAW FIRM
ATTORNEYS AND COUNSELORS AT LAW

AL SHIYOU

June 18, 2003

Mr. Randall W. Smith
Contracting Officer
United States Department of Agriculture
Forest Service
100 West Capitol Street, Ste. 1141
Jackson, Mississippi 39269

**RE: Claimant: Jerry Mills, D/B/A JCM Timber**
**Claim: Contract# 303599**

Dear Mr. Smith:

As you are aware, this firm represents the referenced.

In response to your letters of June 3, 2003 and June 11, 2003 to Mr. Mills, Mr. Mills desires to have you continue to redetermine the contract rate for the remaining timber. Upon completion of the redetermination, Mr. Mills is prepared to pay the contract down payment, if the redetermined rates are acceptable.

On April 16, 2003, I mailed a letter to you on behalf of Mr. Mills which sets forth his claim for expenses. Mr. Mills stands by the expenses set forth in the April 16, 2003 letter. Mr. Mills is in agreement with receiving credit for his expenses, if the redetermined contract rate is agreeable. Thus, upon the redetermination, Mr. Mills will be in a better position to reach an agreement relative to his expenses.

Please advise both Mr. Mills and me of your position. Thank you for your consideration.

Sincerely,

Al Shiyou

CC: Mr. Jerry Mills

POST OFFICE BOX 310 HATTIESBURG, MISSISSIPPI 39403
PHONE 601-583-6040