United States Department of Agriculture
Forest Service
National Forests In Mississippi
100 W. Capitol St., Suite 1141
Jackson, MS 39269
601/965-4391/TTY601/965-6038

File Code: 2450
Date: July 7, 2003

EXHIBIT 7
1st PAGE 1

Jerry Mills
JCM Timber
4219 Highway 63 N
Richton, MS 39476

Re: Claim Settlement, Contract #303599
Compartment 447, Chickasawhay Ranger District

Processing this claim will take longer than expected. I am making every effort to resolve it as quickly as possible, but will require more time. To allow for any unforeseen delays, I estimate it will take no longer than 90 days from this date.

The appraisal part is completed. The contract rates, if all parties accept a settlement, will be revised to $92.04 for pine sawtimber, $31.62 for hardwood sawtimber, $9.41 for pine roundwood, and $3.96 for hardwood roundwood. And contrary to my earlier letter, any approved out-of-pocket expenses will be paid in cash; they will not be pro-rated and subtracted from the contract rates.

I will next review your claim for out-of-pocket expenses to determine which are permitted by the contract. However, if you decide that the proposed revised contract rates shown above are not acceptable to you, please let me know. Feel free to call if you have any questions.

Sincerely,

Randall Smith

RANDALL W. SMITH
Contracting Officer

cc: District Ranger, Chicksasawhay RD, FSR, J.Fuquay, Resources, TSA, Case File

Shiyou Law Firm, PO Box 310, Hattiesburg, MS 39403