United States Department of Agriculture
Forest Service
National Forests In Mississippi
100 W. Capitol St., Suite 1141
Jackson, MS 39269
601/965-4391/TTY601/965-6038

File Code: 2450
Date: July 11, 2003

Jerry Mills
JCM Timber
42190 Hwy 63 N
Richton, MS 39476

EXHIBIT J
2

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Re: Breach of Contract, Contract #303599
Compt 447, Chickasawhay Ranger District

On February 25, 2003, you were sent a bill for collection in the amount of $35,600 for the balance of the down payment on this sale. Payment was due March 29, 2003. Then on May 14, 2003, you were sent a follow-up letter and bill for collection in the amount of $35,743.67, which included $118.67 in interest and $25.00 for administrative costs. The due date for that bill was June 13, 2003.

Failure to pay is a material breach of contract pursuant to provision BT9.3. I have no authority under the contract to delay payment until the settlement is resolved. Therefore, you have 30 calendar days to remedy this breach or the contract will be terminated. A bill for collection is attached with the current interest charge, administrative costs, and a penalty charge of 6 percent per annum. Provision CT9.4 outlines damages due the United States for termination for breach.

Please call me if you have any questions.

Randall Smith

RANDALL W. SMITH
Contracting Officer

Enclosure

FSR, John Fuquay
Resources, TSA
B&F, Debra Sheriff
Case File

Shiyou Law Firm
PO Box 310
Hattiesburg, MS 39403

USDA FOREST SERVICE
BILL FOR COLLECTION

1. BILL DATE: 07/11/2003



ENCLOSE A COPY OF THIS BILL WITH YOUR CHECK OR MONEY ORDER.
DO NOT SEND CASH. PLEASE INCLUDE BILL NO. AND PAYER CODE NO.
ON YOUR CHECK.
MAKE CHECK PAYABLE TO:
USDA FOREST SERVICE

MAIL PAYMENT TO:
USDA FOREST SERVICE
FILE 71652
P.O. BOX 60000
SAN FRANCISCO, CA 94160-1652

TO:
JCM TIMBER CO.
42190 HEY 63N
RICHTON MS 39476

J

2nd page of 2

PAYER INDICATE
AMOUNT ENCLOSED: $

2. NET AMOUNT DUE: $ 36,421.33
3. DUE DATE: 03/29/03
4. BILL NUMBER: TM 08075030017
5. PAYER CODE: JCM TIMBER CO

6. AGREEMENT NO: CONTRACT NO: 080705303599
7. DESCRIPTION: 080705303599

8. REMARKS:
RE: PAYER CODE: 428045490 A BILL NO:TM 08075030017

| | |
|---|---|
| 9. PRINCIPAL: | $ 35,600.00 |
| 10. INTEREST: | 237.33 |
| 11. ADMINISTRATIVE COSTS: | 50.00 |
| 12. PENALTY: | 534.00 |
| 13. AMOUNT DUE: | $ 36,421.33 |
| 14. AMOUNT CREDITED: | |
| 15. NET AMOUNT DUE: | $ 36,421.33 |

NOTE:
PLEASE SEND ALL CORRESPONDENCE, INQUIRIES, AND CHANGE OF ADDRESS TO:

USDA FOREST SERVICE
100 W CAPITOL ST 1141
JACKSON MS 39269

FAILURE TO MAKE PAYMENT BY THE DUE DATE WILL RESULT IN THE ASSESSMENT OF LATE PAYMENT CHARGES (INTEREST, ADMINISTRATIVE COST, AND/OR PENALTY CHARGES) IN ACCORDANCE WITH YOUR CONTRACT, PERMIT, OR THE DEBT COLLECTION ACT OF 1982, AS AMENDED. POSTMARKS ARE NOT HONORED.

THIS BILL IS 90+ DAYS PAST DUE

| 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0807 | 87023203 | $35600.00 | 1300 | | 237.33 | 1300 | | 50.00 |
| | | | 1300 | | 534.00 | | | |