From: Trustmark Wire Fax Notification To: 16017885822 Friday, August 01, 15:59:16 2003

J mills

Outgoing Fed Funds Transfer Advice
FACSIMILE TRANSACTION RECEIPT

EXHIBIT K

Dear Customer:

This facsimile receipt serves as immediate notification of the following Fed Funds Transfer that will be debited to your account at Trustmark. If you have any questions, please contact the wire transfer department.

Dollar Amount: $36421.33

Account Number : #1000063040

* * *

Sender ABA: 065300279 Sender Name:

Sender Reference: 20030801F5QCZ78C000353

Receiver ABA: 121000358 Receiver Name: BK AM SF

* * *

Beneficiary:
USDA FOREST SERV

Beneficiary Bank:

* * *

Originator Info:
RICHTON BANK AND TRUST COMPANY

Originator Bank:

Originator Bank Info:
CONTRACT 080705303599 FILE 71652 UNIT 0807 BILL 08075030017
Bank to Bank and all other FRB info fields
{6500}BO JERRY MILLS DBA JCM TIMBER CO*

* * *