United States Department of Agriculture | Forest Service | National Forest in Mississippi | 100 West Capitol Street
Suite 1141
Jackson, MS 39269
601-965-4391 Ext. 129

File Code: 2450

Date: May 7, 2004

L
2
1st

JCM Timber
Attn: Jerry C. Mills
4219 Highway 63 N.
Richton, MS 39476

Re: Contract # 303599, Compartment 447, Chickasawhay Ranger District

**CERTIFIED, RETURN RECEIPT REQUESTED**

Dear Mr. Mills:

Enclosed for your consideration is an agreement to extend and modify the above referenced contract. This proposal is the result of the recently published rule in the Federal Register for rate re-determination. The re-determined rates have been calculated based on standard Forest Service methods in affect 45 days prior to the ruling of April 9, 2004, and will apply only to the remaining un-harvested volume. The contract termination will be extended to the date shown on the agreement, for time lost resulting from the lawsuit, once you furnish me with either a new or an amended performance bond with an expiration date of at least MM/DD/YY. This contract may also be eligible for a Market Related Contract Term Adjustment, which you could request.

Keep in mind that growth has not been added to the un-harvested volume. In addition, you are entitled to those out-of-pocket expenses specifically outlined in provision BT6.02(c) of your contract. It does not include such items as attorney fees, lost profit, or other anticipatory losses. The procedure for submitting a claim is found in provision BT9.21.

Please feel free to contact me if you have any questions.

Sincerely,

Lynn D. Corbitt

LYNN D. CORBITT
Contracting Officer

Enclosure:

cc:
District Ranger, Chickasawhay
John Fuquay, FSR
Case File

United States Department of Agriculture
Forest Service

# AGREEMENT TO MODIFY CONTRACT
**(Timber Sale) (Ref. FSM 2430)**

Contract No.
**303599**

1. It is mutually agreed that the above designated timber sale contract, signed by **Mr. Jerry C. Mills** of **JCM Timber**, _____ hereinafter called the purchaser and by **Lynn D. Corbitt**, **Contracting Officer** for the United States of America, as of the 7th day of **May, 2004** 6/ *as heretofore modified*, be modified as follows:

**Interm Rule at part 223, subpart B, of Title 36, Code of Federal Regulations, Sec. 223.112. The new redetermined contract rates on payments units # 2 ( remaining volume), 3, 4, 5, 6, 7, 8, 9 (remaining volume), and 10 are as follows:**

**Pine Sawtimber - $138.00/CCF**
**Hardwood Sawtimber - $18.00/CCF**
**Pine Roundwood - $11.91/CCF**
**Hardwood Roundwood - 3.00/CCF**

Draw a diagonal line with pen and ink in unused portion of form.

2. Pursuant to this mutual agreement, the purchaser hereby agrees to cut and remove timber in strict accordance with all and singular the terms and provisions of the aforesaid contract as herein modified.

**IN WITNESS WHEREOF**, the parties hereto have executed this modification of contract as of the 1/ 14th day of July, 2004.

**UNITED STATES OF AMERICA**

By: _______________________________
*(Signature of approving officer)* *(Title)*

Two witnesses: 2/

[signature]
*(Name of witness)*
301 W. Pine, Hattiesburg, MS 35401
*(Address)*

Jerry C Mills
3/ Purchaser

Deone Moore
*(Name of witness)*
301 W. Pine, Hattiesburg, MS 35401
*(Address)*

_______________ Purchaser's Business Address

I, 4/ _______________, certify that I am the _______________ Secretary of the corporation named as purchaser herein, that _______________ who signed this contract on behalf of the purchaser, was then _______________ of said corporation; that said contract was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

_______________ CORPORATE SEAL 5/

1/ The date approving Forest officer signs this form.
2/ The signature and addresses of two witnesses are required if sale is to other than a corporation.
3/ If contracting party is a co-partnership, the signatures should be: XYZ Company, by John Doe, *a member of the firm*. If contracting party is a corporation, form of signature should be: XYZ Company, by John Doe, *President (or other officer or agent)* and the seal of the corporation must be impressed or indicated.
4/ The certificate must be completed if the purchaser is a corporation.
5/ If the corporation has no corporate seal that fact shall be stated, in which case a scroll or adhesive seal shall follow the corporate name.
6/ Delete "as heretofore modified" if not applicable.