M
1st 2

**SHIYOU LAW FIRM**
ATTORNEYS AND COUNSELORS AT LAW

AL SHIYOU

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**
**RECEIPT NUMBER: 7002 2410 0002 9117 5894**

May 21, 2004

Mr. Lynn D. Corbitt
Contracting Officer
United States Department of Agriculture
Forest Services
100 West Capital Street, Ste. 1141
Jackson, MS 39269

RE: JCM Timber
Contract# 303599, Compartment 447
Chickasawhay Ranger District

Dear Mr. Corbitt:

This firm represents Mr. Jerry Mills.

Mr. Mills presented me with a copy of your May 7, 2004 letter. Quite honestly, we do not understand.

Only July 7, 2003, Randall W. Smith advised that the contract rates would be:

92.04 for pine sawtimber;
31.62 for hardwood sawtimber;
9.41 for pine roundwood; and
3.96 for hardwood roundwood.

(see 7/11/03 letter attached)

Within the prescribed time, Mr. Mills accepted this contract by paying $36,421.33 as invoiced on the Bill for Collection, as attached.

POST OFFICE BOX 310 301 WEST PINE STREET
HATTIESBURG, MISSISSIPPI 39403 PHONE 601-583-6040

EXHIBIT M
2nd page of 2

How can an offer and acceptance have been made and now you seek to increase the price?

Also, Mr. Mills advises that his claim is still pending. Please advise me within ten (10) days of the status of this claim. (see copy attached)

Please advise me within (10) days of your position herein so I can advise Mr. Mills.

Sincerely,

AL SHIYOU

AS/sdm

encl.

CC: Mr. Jerry Mills