United States Department of Agriculture
Forest Service
National Forest in Mississippi
100 West Capitol Street
Suite 1141
Jackson, MS 39269
601-965-4391

File Code: 2450

Date: July 7, 2004

N

2

JCM Timber Company
4219 Highway 63 North
Richton, MS 39476

Re: Contract # 303599, Compartment 447, Chickasawhay Ranger District

**CERTIFIED, RETURN RECEIPT REQUESTED**

Dear Mr. Mills:

This letter is a follow up to the May 7, 2004 letter providing you with an agreement to modify your contract to reflect the re-determination rates that were calculated. You were also informed as to what provisions of the contract that explains how to claim out-of-pocket expenses and what expenses can be claimed as well as the procedures for submitting a claim (provision BT9.21).

In reference to your attorney's May 21, 2004 letter stating, " we do not understand" because on July 7, 2003 Contracting Officer, Randy Smith quoted some contract rates, those rates would be valid only if two things were to have happened:

1) If we had the authority to do rate re-determinations, which we did not.

2) An Agreement to Modify the Contract was signed (Form FS-2400-9), which was not.

Randy Smith's July 7, 2004 rate quotes were based on us getting the authority to do rate re-determinations sooner rather than later. Once we receive the authority, we can only use the rates in place 30-days prior to receiving the authority.

Lastly, I mailed you an Agreement to Modify your Contract around May 7, 2004, to date I have not heard from you. If I do not hear from you by **July 14, 2004** I will assume that you are not interested in modifying the contract to accept the re-determined rates and that you want to go with the original contract rates. Since the lawsuit has been dismissed by the Judge I do not have any reason to continue to suspend your contract.

Again, you are still entitled to claim out-of-pocket expenses in accordance with the timber sale contract provision BT6.02 (c).

Sincerely,

Lynn D. Corbitt

LYNN D. CORBITT
Contracting Officer

cc:
District Ranger, Chickasawhay
John Fuquay, FSR
Al Shiyou, Attorney at Law
Case File

EXHIBIT N
2nd page of 2