**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JERRY C. MILLS, D/B/A/, | ) | |
| JCM TIMBER COMPANY, | ) | |
| Plaintiff, | ) | No. 05-216C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 38 calendar days, to and including May 20, 2005, in which to respond to plaintiff's complaint. Defendant's response is presently due April 12, 2005. This is defendant's first request for an enlargement of time. Counsel for the United States has conferred with plaintiff's counsel, and plaintiff's counsel has agreed to this extension.

The additional time is required for Government counsel to adequately prepare and file the Government's response to the complaint. Upon receipt of the complaint, we timely requested a litigation report from the appropriate agency, the United States Department of Agriculture ("USDA"), and have not yet received such report, because of concerns in the agency about which office would best be able to respond to our request. See 28 U.S.C. § 520. Thus, the additional time requested is necessary for counsel to adequately investigate this case so that we may appropriately respond to the plaintiff's complaint.

Moreover, Government counsel is handling several other matters before this Court which have deadlines in late April and early May 2005 (e.g., The Edge Research &

Development v. United States, No. 03-2843, discovery ends April 18, 2005; Arakaki v. United States, No. 03-1874, discovery ends April 29, 2005, dispositive motions due May 13, 2005; Simone Anderson v. United States, No. 03-2671, discovery ends April 29, 2005; Accounting Technical Management Services, Inc. v. United States, No. 02-1163, depositions currently being rescheduled for early May).

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 305-3091
steven.mager@usdoj.gov

April 5, 2005

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 5th day of April, 2005, a copy of the foregoing Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice