# In the United States Court of Federal Claims

**5-216C**

**Filed: April 8, 2005**

**JERRY C. MILLS, D/B/A,**
**JCM TIMBER COMPANY**

**v.**

**THE UNITED STATES**

## NOTICE

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the motion, filed 04/05/05, for enlargement of time to respond to the complaint the following order by the Clerk:

**ALLOWED.**

s/ Brian Bishop
Brian Bishop, Clerk of Court