**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JERRY C. MILLS, D/B/A/,<br>JCM TIMBER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-216C<br>(Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 21 calendar days, to and including June 10, 2005, in which to respond to plaintiff's complaint. Defendant's response is presently due May 20, 2005. This is defendant's second request for an enlargement of time. Counsel for the United States has conferred with plaintiff's counsel, and plaintiff's counsel has agreed to this extension.

The additional time is required for Government counsel to adequately prepare and file the Government's response to the complaint. Upon receipt of the litigation report from the United States Department of Agriculture, Forest Service, Government counsel was made aware that this case may be suitable for disposition by motion in lieu of an answer, particularly as the defenses to be raised relate to contract interpretation. The additional time is necessary to prepare the Government's motion, and obtain a declaration from the contracting officer in Jackson, Mississippi.

Moreover, Government counsel is handling several other matters before this Court and the United States Court of Appeals for the Federal Circuit which have deadlines in late May and

early June 2005 (e.g., Accounting Technical Management Services, Inc. v. United States, Fed. Cl. No. 02-1163, depositions scheduled in Panama City, Florida for May 26-27, 2005; Record Steel v. United States, Fed. Cl. No. 03-2274, discovery ends June 3, 2005; Anderson v. United States, Fed. Cl. No. 03-2671, depositions scheduled in Philadelphia, Pennsylvania for June 3-6, 2005; Thomas v. Department of Veterans Affairs, Fed. Cir. No. 05-7019, oral argument June 9, 2005).

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
steven.mager@usdoj.gov

May 19, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of May, 2005, a copy of the foregoing Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice