# In the United States Court of Federal Claims

No. 05-216C
Filed May 23, 2005

************************************
*
JERRY C. MILLS d/b/a JCM TIMBER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************

**ORDER**

Defendant's Unopposed Motion for Enlargement of Time, filed May 19, 2005, is **GRANTED**. Accordingly, defendant's response to plaintiff's complaint is now due on or before June 10, 2005.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge