United States Department of Agriculture | Forest Service | National Forests in Mississippi | 100 West Capitol Street Suite 1141 Jackson, MS 39269

**File Code:** 2450 **Date:** December 4, 2000
**Route To:**

**Subject:** Temporary Reduction of Down Payment, Contract #303599
Compartments 477, Chickasawhay Ranger District

**To:** JCM Timber
42190 Hwy 63 N
Richton, MS 39476

Your request for a refund of the down payment and incurred road costs can be partially approved.

Contract provision CT4.229 authorizes the temporary reduction of the down payment when the Contracting Officer requests the Purchaser to delay operations for more than 60 days. My letter of October 20, 2000, meets this condition. The provision specifies that the down payment on deposit may be reduced to $1,000 or 2 percent of the amount on deposit, whichever is greater. For this sale, $1,000 must remain on deposit. The remaining $35,600 is in the process of being refunded to you. Keep in mind that the refunded amount must be restored prior to resuming logging. Please review CT4.229 for complete information about the conditions and requirements.

There is no provision in the timber sale contract to refund the road costs you have incurred. You will have an opportunity at a later time, depending on the outcome of the lawsuit, to recover these costs.

There is an unencumbered balance of $2,898.16 in the account for this sale. This will be refunded with the down payment.

Please call me at 601-965-4391 if you have any questions.

Randall Smith

RANDALL W. SMITH
Contracting Officer

Cc:
District Ranger, Chickasawhay
FSR, John Fuquay
Resource, TSA
Case File

United States Department of Agriculture | Forest Service | National Forest in Mississippi | 100 West Capitol Street
Suite 1141
Jackson, MS 39269
601-965-4391

File Code: 2450

Date: November 12, 2004

JCM Timber Company
4219 Highway 63 North
Richton, MS 39476

Re: Claim for Out-of-pocket Expenses for Compartment 447 Timber Sale, Contract # 303599

**CERTIFIED, RETURN RECEIPT REQUESTED**

Dear Mr. Mills:

This is the Contracting Officer's final decision on your claim received on June 17, 2003 pursuant to the Contract Disputes Act, Pub. L. 95-563, under the Compartment 447 Timber Sale, Contract # 303599.

1. PREFACE AND DIGEST:

| | |
|---|---|
| Decision Identification Number. | CDA-08-04-6 |
| Location of Sale: | |
| Region | Region 8 |
| National Forest | Desoto NF |
| Ranger District | Chickasawhay |
| Sale Information: | |
| Purchaser Name | JCM Timber Company |
| Award Date | March 15, 2000 |
| Original Termination Date | November 30, 2002 |
| Extended Termination Date | November 30, 2007 |
| Contract Number | 303599 |
| Sale Name | Compartment 447 |
| Contract Form | R8-2400-6T (10/73) |

Claim Summary:

Claim was received from Purchaser on April 17, 2003 for damages incurred as a result of interruption which began on October 20, 2000 of all timber-cutting and other operations on the Compartment 447 timber sale. Total claim is for $178,961.31. The claim consisted of eight elements.



Caring for the Land and Serving People

Printed on Recycled Paper

| | | |
|---|---|---|
| 1) Cost of Road Construction | $ | 101,855.09 |
| 2) Interest on Construction Cost | $ | 16,095.42 |
| 3) Lost Interest on Down Payment | $ | 3,125.80 |
| 4) Road Taxes due to the State of Miss. | $ | 4,245.00 |
| 5) Labor and Equipment Costs | $ | 2,640.00 |
| 6) Timber Cruise | $ | 1,000.00 |
| 7) Lost Profit | $ | 40,000.00 |
| 8) Attorney Fees | $ | 10,000.00 |
| Total Claim | $ | 178,961.31 |

Disposition of Claim:

Based upon information provided in the claim received April 17, 2003, I conclude that not all of the expenses are out-of-pocket and are not a direct result of the interruption or delay; the claim is sustained in part.

2. PURCHASER'S CLAIM:

Purchaser's timber sale Compartment 447 (Contract # 303599) was interrupted pursuant to the Order of the United States District Court for the Northern District of Georgia, dated effective as of May 16, 2001, Action No 1:00-CV_1755_CAP. This project was one of 23 projects identified in the Sierra Club v. Estill litigation. The Purchaser claims that the decision of the District Court, and subsequent related suspension issued October 20, 2000 by Randall W. Smith, Contracting Officer, and that pursuant to Section CT6.01(b) of the timber sale contract for the Compartment 447 timber sale; the interruption of the contract was "to comply with a court order, issued by a court of competent jurisdiction" and was made upon the written request of the Contracting Officer. Purchaser further claims that during the suspension he was prevented from cutting timber under the sale and that the Forest Service indicated to Purchaser that the contract was being extended and that ultimately Purchaser would be able to complete the contract. Therefore, Purchaser claims that under provision CT 6.01(b) of the contract, Purchaser is entitled to "out-of-pocket expenses incurred as a direct result of interruption or delay of operations under this provision when such an interruption or delay exceeds 30 days during Normal Operating Season." Purchaser claims that he has limited the claim to actual losses suffered as a direct result of the interruption of the contracts.

3. FINDINGS:

The Compartment 447 timber sale contract # 303599 was awarded to JCM Timber Company on March 15, 2000. The Compartment 447 contract is Form R8-2400-6T (10/73).

A. Contract Requirements.

The pertinent part of Standard Provision CT6.01 – INTERRUPTION OR DELAY OF OPERATIONS. (10/96) states the Purchaser agrees to interrupt or delay operations under this contract, in whole or in part, upon the written request of the Contracting Officer:

(b) To comply with a court order, issued by a court of competent jurisdiction; or

Purchaser agrees that in the event of an interruption under this Subsection that its sole and exclusive remedy shall be:

(i) Contract Term Adjustment pursuant to BT8.21 or

(ii) When such interruptions or delay exceed 30 days during Normal Operating Season, Contract Term Adjustment pursuant to BT8.21, plus out-of-pocket expenses incurred as a direct result of interruption or delay of operations under this Subsection.

Out-of-pocket expenses do not include lost profits, attorney's fees, replacement cost of timber, or any other anticipatory losses suffered by the Purchaser. Purchaser agrees to provide receipts or other documentation to the Contracting Officer that clearly identify and verify actual expenditures.

B. Facts.

A letter dated October 20, 2000 was sent to JCM Timber Company notifying him of an Order Based Upon Joint Stipulated Settlement Agreement by the United States District Court for the Northern District of Georgia - Atlanta Division in *Sierra Club, et al. v. Estell, et al.* to cease all logging and road-building activities, including tree-cutting on 23 projects, (of which this sale was included) except for demobilization activities. The letter further stated that in order to comply with the Order, Compartment 447 Contract # 303599 is being suspened Pursusant to contract provision CT6.01 (a) and that logging will not be allowed to proceed pending action by the Court.

A letter dated February 25, 2003 was sent to JCM Timber Company notifying him that the legal obligation that required suspension of his timber sale had ended and that contract operation may resume once he restores the balance of his down payment required by contract provision CT4.220. He was also informed that his Contract Termination date, etc. would be adjusted as well. A letter dated July 29, 2004 was sent to JCM Timber Company giving him an opportunity to up-date his claim, he chose not to do so.

C. Analysis.

1. Cost of Road Construction .......... $101,855.09

I am **denying** this portion of your claim for road construction cost because the road cost was considered during our appraisal process, and this cost was reflected by lower advertised rates (CT 6.01 (c) (ii).

2. Interest on Construction ........... $16,095.42

I am **denying for now** this portion of your claim for interest because your records submitted shows that the interest claimed was not a direct result of

delaying your timber sale (CT 6.01 (c) (ii). If you provide more substantive documentation at a later date, I will reconsider this decision.

3. Loss of interest on down payment . . . . $ 3,125.80

I am **denying** this portion of your claim for interest because your records submitted shows that this interest is an anticipatory loss (CT 6.01 (c) (ii). You may submit a claim at a later date once this loss becomes an actual out-of pocket expense.

4. Road construction taxes State of Miss. . . $4,245.00

I am **denying** this portion of your claim for taxes because your records submitted shows that the taxes owed to the State of Mississippi didn't result from the delay of your timber sale. Furthermore, the document you submitted was a bill and not a receipt (CT 6.01 (c) (ii).

5. Labor and Equipment cost . . . . . . . . . . . .$2,640.00

I am **accepting** this portion of your claim in full as a move-in and move-out cost.

6. Timber Cruise . . . . . . . . . . . . . . . . . . . . . . $1,000.00

I am **denying** this portion of your claim because this cost was not a direct result of the delay of your timber sale (CT 6.01 (c) (ii).

7. Lost Profit . . . . . . . . . . . . . . . . . . . . . . . . $40,000.00

I am **denying** this portion of your claim because CT Provision CT6.01 (c) (ii) of your timber sale contract list lost profits as **not** being an Out-of-pocket expense.

8. Attorney Fees . . . . . . . . . . . . . . . . . . . . . . $10,000.00

I am **denying** this portion of your claim because CT Provision CT6.01 (c) (ii) of your timber sale contract list Attorney's Fees as **not** being an Out-of-pocket expense.

Note: Forest Service Representative, John Fuquay was consulted to determine if element number 5 was reasonable.

4. DECISION:

Based on the Findings of Facts and decision rendered for each of the eight claim elements submitted; I find that JCM Timber Company is entitled to recover for one out of the eight elements totaling **$2.640.00**.

5. CONCLUDING INFORMATION:

This is the final decision of the Contracting Officer. This decision may be appealed to the Agriculture Board of Contract Appeals.

If you decide to make such an appeal, you must mail or otherwise furnish written notice thereof to the Agriculture Board of Contract Appeals within 90 days from the date you receive this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision appeal is intended, shall reference this decision, and identify this contract by number. In lieu of appealing to the Agriculture Board of Contract Appeals, you may bring an action directly in the Court of Federal Claims within 12 months of the date you receive this decision.

In the event you appeal this decision to the Agriculture Board of Contract Appeals, you may request that the Board process this appeal under the accelerated procedures (41 U.S.C. 601, et seq., section 7f).

A copy of your claim is attached.

Lynn D. Corbitt Date: 11/12/04

LYNN D. CORBITT
Contracting Officer
Name: Lynn D. Corbitt
Address: 100 W. Capital St., Suite 1141
Jackson, MS 39269
Telephone Number: (601) 965-4391; ext. 129

SHIYOU LAW FIRM
ATTORNEYS AND COUNSELORS AT LAW

AL SHIYOU

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

April 16, 2003

Mr. Randall W. Smith
Contracting Officer
United States Department of Agriculture
Forest Service
100 West Capitol Street, Ste. 1141
Jackson, Mississippi

**RE: Claimant: Jerry Mills, D/B/A JCM Timber**
**Claim: Contract# 303599**

Dear Mr. Smith:

This letter is a claim being filed by and on behalf of **Jerry Mills, D/B/A JCM Timber**, pursuant to the terms of **Contract# 303599**.

As you are aware, Mr. Mills bid on the referenced contract on or about March 1, 2000. Mr. Mills was awarded the contract on March 15, 2000, said contract expiring on November 30, 2002. **(Exhibit "1")** The contract price for the timber was $340,033.00. In addition, Mr. Mills was to receive credit for the cost of constructing the road required to remove the timber.

In compliance with the terms of the contract, Mr. Mills had the required road constructed at a cost to him of $101,855.09. On June 16, 2000, Mr. John Fuquay accepted the road and issued a letter of acceptance on July 19, 2000. **(Exhibit "2")**

On October 20, 2000, Gary Nichols, of your agency, presented himself to the site and notified Mr. Mills to immediately cease cutting timber and not to remove any further timber from the site (including timber already cut and on the ground). Mr. Nichols advised Mr. Mills that the Forest Service was being sued by an environmental group. He also advised Mr. Mills that the suit was not over anything that Mr. Mills or his crew had done. This action was followed up with a letter from you suspending the contract. **(Exhibit "3")**

POST OFFICE BOX 310 HATTIESBURG, MISSISSIPPI 39403
PHONE 601-583-6040

On February 25, 2003, three months after the termination date of the contract, you issued a letter to Mr. Mills withdrawing the contract suspension. Therein, you included a bill for collection in the sum of $35,600.00, due by March 25, 2003.
**(Exhibit "4")**

During the time of the suspension, timber prices fell dramatically. In March of 2000, Mr. Mills had a guaranteed price from Scotch Plywood of $74.00 per ton. The price now is $56.00 per ton. This is a 24.3% decrease in price! The DBH size on logs were from 13" and up. Chip and saw price decreased from $51.00 per ton to $38.00 per ton. This is a 22.4% decrease in price! Pine pulp decreased from $28.00 per ton to $24.00 per ton. This is a 14.2% decrease in price.

Pursuant to the terms of the contract, Mr. Mills could apply for a rate redetermination. Mr. Mills was set to do this and he was advised by Mr. John Fuquay that the Forest Service had never granted a redetermination of price. He advised Mr. Mills not to count on the redetermination of price.

As a result of the handling of this matter and the loss of the contract, Mr. Mills has incurred the following losses for which he is now making claim:

| | | | |
|---|---|---|---|
| 1. | Cost of construction of the road: | 101,855.09 | **(Exhibit "5")** |
| 2. | Interest on the construction cost: | 16,095.42 | **(Exhibit "6")** |
| 3. | Loss of interest on down payment: | 3,125.80 | |
| 4. | Road construction taxes due to the State of MS | 4,245.00 | **(Exhibit "7")** |
| 5. | Labor and Equipment Costs: | 2,640.00 | |
| 6. | Timber Cruise: | 1,000.00 | |
| 7. | Lost Profit: | 40,000.00 | |
| 8. | Attorney Fees: | 10,000.00 | |
| | **TOTAL:** | **$178,961.31** | |

Pursuant to the terms of Mr. Mills contract, please accept this letter as his claim for the sum of **$178,961.31**.

Sincerely,

Al Shiyou

CC: Mr. Jerry Mills

## STATEMENT OF GOOD FAITH

I, **Jerry Mills, D/B/A JCM Timber,** do hereby certify that the foregoing claim and all facts and matters therein stated are made in good faith, the supporting data is accurate and complete to the best of my knowledge and belief, and that the amount requested accurately reflects the contract adjustment for which I believe the government is liable under **Contract# 303599.**

Jerry C Mills

**Jerry Mills, D/B/A JCM Timber**

STATE OF MISSISSIPPI

COUNTY OF FORREST

PERSONALLY appeared before, the undersigned authority in and for the aforesaid jurisdiction, **Jerry Mills, D/B/A JCM Timber,** who acknowledged that he is the Claimant in the foregoing claim and has stated upon his oath that all of the facts, matters and allegations therein stated in said claim are true and correct and are made in good faith.

Jerry C Mills

**Jerry Mills, D/B/A JCM Timber**

SWORN TO AND SUBSCRIBED BEFORE ME, this the 16th day of April, 2003.

Susan D Moore

NOTARY PUBLIC

NOTARY PUBLIC MS. SUSAN

(SEAL) MY COMMISSION EXPIRES MARCH 10, 2007

My Commission Expires:

# Mississippi State Tax Commission
## Office of Audit & Compliance
### Taxpayer's Summary of Tax Audit

| | |
|---|---|
| Date: | 03/07/2003 |
| Tax Type: | (A) Sales |
| Account: | 021-70018-2 |
| Organization: | Sole Owner |
| Telephone: | 601-989-2563 |
| FAX: | 601-989-2563 |
| County: | Greene 21 |
| Lien County: | Greene 21 |
| TIN: | 42-8045499 |

ɔayer: **Mills Jerry C**
.: **J C M Timber**

| .ing Address: | Physical Address: |
|---|---|
| 90 Hwy 63 N | 52190 Hwy 63 N |
| ıton, MS 39470 | Richton, MS 39470 |

dit Period: January 1, 2000 thru December 31, 2001

ːxamination of your records, made in accordance with Mississippi Law, indicates additional tax due. Demand for payment of this amount, as ʌn by the following computation, is hereby made:

| es Classifications | 12-12-00 | 12-12-01 | | | 24-12-01 |
|---|---|---|---|---|---|
| *ntractor's Tax 3.50%* | *93,692.00* | *27,614.00* | *0.00* | *0.00* | |
| ·tal Sales | 93,692.00 | 27,614.00 | 0.00 | 0.00 | |
| .x Computations | | | | | |
| ıx at 3.50% | 3,279.00 | 966.00 | 0.00 | 0.00 | |
| otal Tax Due | 3,279.00 | 966.00 | 0.00 | 0.00 | |
| *Iisallowed Disc* | *0.00* | *0.00* | *0.00* | *0.00* | |
| ːxcess Collections | 0.00 | 0.00 | 0.00 | 0.00 | |
| )iscount Claimed | 0.00 | 0.00 | 0.00 | 0.00 | |
| 'ax Credit | 0.00 | 0.00 | 0.00 | 0.00 | |
| 'ax Paid to State | 0.00 | 0.00 | 0.00 | 0.00 | |
| \dditional Tax Due | 3,279.00 | 966.00 | 0.00 | 0.00 | 4,245.00 |
| ᵓenalty | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| nterest (02/28/2003) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Assessment | 3,279.00 | 966.00 | 0.00 | 0.00 | 4,245.00 |

\uditor: JAMES J. MADISON 15-034

Collected: 0.00
Balance Due: 4,245.00

his audit has been performed using Mississippi Laws passed by the Mississippi Legislature, Regulations promulgated by the Commissioner, Admini-ːrative rulings and opinions and Decisions by the Courts that were applicable during the years of this audit period. Any future audits will be con-ucted on the then prevailing laws, regulations and decisions as then interpreted.

State Tax Commission, P.O. Box 1709, , Hattiesburg, MS 39403-1709, Phone: 601-545-1261

EXHIBIT 5
___ page of 7

JERRY MILLS
RECAP OF DEPOSITS AND RECEIPTS

| RENT INCOME | 1999<br>4000 | 1001 | | |
|---|---|---|---|---|
| 1999 | INCOME LOGGING | DEPOSITS | LOANS | |
| JANUARY | $ 17,651.87 | $ 17,651.87 | | |
| FEBRUARY | $ 37,821.74 | $ 28,229.42 | $ (3,150.00) | |
| MARCH | $ 36,734.39 | $ 41,074.39 | $ (4,390.00) | |
| APRIL | $ 79,043.09 | $ 72,298.09 | | $ 72,298.09 |
| MAY | $ 44,928.37 | $ 44,778.37 | | |
| JUNE | $ 72,626.80 | $ 75,486.00 | $ (1,577.20) | $ 75,486.00 |
| JULY | $ 105,914.02 | $ 106,345.02 | | |
| AUGUST | $ 85,125.75 | $ 85,435.75 | | $ 85,435.75 |
| SEPTEMBER | $ 183,720.56 | $ 189,791.03 | $ (2,000.00) | |
| OCTOBER | $ 475,613.66 | $ 428,479.58 | | |
| NOVEMBER | $ 366,759.41 | $ 402,197.01 | $ 49,800.00 | |
| DECEMBER | $ 214,903.47 | $ 262,274.08 | $ 68,911.40 | |
| | $ 1,720,843.13 | $ 1,754,040.61 | $ 107,594.20 | $ 233,219.84 |
| | | 43010.99 | | |

| | ACCT- 1002 | ACCT 5002<br>0061-359-2 | | ACCT 5002 |
|---|---|---|---|---|
| RENT INCOME | 4000 | 1001 | | CONTRACT LABOR |
| 2000 | INCOME LOGGING | DEPOSITS | LOANS | W C PITTS |
| JANUARY | $ 190,759.26 | $ 212,300.05 | | |
| FEBRUARY | $ 141,427.50 | $ 142,875.35 | | |
| MARCH | $ 238,277.44 | $ 284,440.69 | | |
| APRIL | $ - | $ 184,624.57 | $ (26,586.00) | |
| MAY | $ 227,062.37 | $ 255,557.04 | | |
| JUNE | $ 213,628.51 | $ 209,117.51 | | |
| JULY | $ 136,374.21 | $ 245,967.11 | | **$ 92,092.09** |
| AUGUST | $ 166,157.04 | $ 166,157.03 | | |
| SEPTEMBER | $ 255,938.01 | $ 255,938.01 | | **$ 1,600.00** |
| OCTOBER | $ 314,020.91 | $ 371,322.79 | | |
| NOVEMBER | $ 179,455.71 | $ 179,455.71 | | |
| DECEMBER | $ 179,281.67 | $ 230,771.96 | | |
| | $ 2,242,382.63 | $ 2,738,527.82 | $ (26,586.00) | $ 93,692.09 |

| | |
|---|---|
| tax | $ 3,279.00 |
| penalty | $ 328.00 |
| interest | $ 984.00 |
| total | $ 4,591.00 |

JERRY MILLS
RECAP OF DEPOSITS AND RECEIPTS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1999 | | | | | | |
| RENT INCOME | | 4000 | | 1001 | | | | |
| 1999 INCOME | | LOGGING | | DEPOSITS | LOANS | | | |
| | | | | 48701.71 | | | | |
| | ACCT- 1002 | | ACCT 5002 | | | | | |
| | | | 0061-359-2 | | | | ACCT 5002 | |
| RENT INCOME | | 4000 | | 1001 | | | CONTRACT LABOR | |
| 2001 INCOME | | LOGGING | | DEPOSITS | OTHER | | W C PITTS | |
| JANUARY | $ | 163,010.13 | $ | 210,295.09 | $ | (38,498.16) | | |
| FEBRUARY | $ | 185,404.05 | $ | 247,404.05 | | | | |
| MARCH | $ | 130,056.15 | $ | 130,056.15 | | | | |
| APRIL | $ | 168,962.65 | $ | 291,956.65 | | | | |
| MAY | $ | 171,914.50 | $ | 176,234.58 | | | | |
| JUNE | $ | 201,006.57 | $ | 202,491.57 | | | | |
| JULY | $ | 152,176.19 | $ | 154,182.87 | | | | |
| AUGUST | $ | 295,211.99 | $ | 295,211.99 | | | **$** | **12,000.00** |
| SEPTEMBER | $ | 219,929.89 | $ | 226,429.89 | | | **$** | **15,614.42** |
| OCTOBER | $ | 415,778.95 | $ | 459,778.95 | | | | |
| NOVEMBER | $ | 286,334.16 | $ | 328,034.16 | | | | |
| DECEMBER | $ | 258,555.88 | $ | 291,624.67 | | | | |
| | $ | 2,648,341.11 | $ | 3,013,700.62 | $ | (38,498.16) | $ | 27,614.42 |
| | | | | | tax | | | 966 |
| | | | | | penalty | | | 97 |
| | | | | | interest | | | 174 |
| | | | | | total | | $ | 1,237.00 |

| | | | |
|---|---|---|---|
| Recap | | | |
| | 1999 | | 0 |
| | 2000 | $ | 4,591.00 |
| | 2001 | $ | 1,237.00 |
| Total | | $ | 5,828.00 |

ate: 04/02/2003 — Γ ·hton Bank & Trust Compa· — Page 1

| | | | | | |
|---|---|---|---|---|---|
| unding Date: | 06/16/2000 | Compounding: | Actuarial | Principal: | $101,855.09 |
| irst Payment Date: | 07/16/2000 | Period: | Actual/360 | Entered Rate: | 10.500% |
| | | Payment Schedule: | Monthly | Payment Amount: | $3,574.26 |

| ayment umber | Payment Date | Elapsed Days | Payment Amount | Interest Amount | Principal Reduction | Outstanding Balance | Equity Built |
|---|---|---|---|---|---|---|---|
| 1 | 07/16/2000 | 30 | $3,574.26 | $891.23 | $2,683.03 | $99,172.06 | $2,683.03 |
| 2 | 08/16/2000 | 31 | $3,574.26 | $896.68 | $2,677.58 | $96,494.48 | $5,360.61 |
| 3 | 09/16/2000 | 31 | $3,574.26 | $872.47 | $2,701.79 | $93,792.69 | $8,062.40 |
| 4 | 10/16/2000 | 30 | $3,574.26 | $820.69 | $2,753.57 | $91,039.12 | $10,815.97 |
| 5 | 11/16/2000 | 31 | $3,574.26 | $823.15 | $2,751.11 | $88,288.01 | $13,567.08 |
| 6 | 12/16/2000 | 30 | $3,574.26 | $772.52 | $2,801.74 | $85,486.27 | $16,368.82 |
| 2000 | Totals: | | $21,445.56 | $5,076.74 | $16,368.82 | | |
| 7 | 01/16/2001 | 31 | $3,574.26 | $772.94 | $2,801.32 | $82,684.95 | $19,170.14 |
| 8 | 02/16/2001 | 31 | $3,574.26 | $747.61 | $2,826.65 | $79,858.30 | $21,996.79 |
| 9 | 03/16/2001 | 28 | $3,574.26 | $652.18 | $2,922.08 | $76,936.22 | $24,918.87 |
| 10 | 04/16/2001 | 31 | $3,574.26 | $695.63 | $2,878.63 | $74,057.59 | $27,797.50 |
| 11 | 05/16/2001 | 30 | $3,574.26 | $648.00 | $2,926.26 | $71,131.33 | $30,723.76 |
| 12 | 06/16/2001 | 31 | $3,574.26 | $643.15 | $2,931.11 | $68,200.22 | $33,654.87 |
| 13 | 07/16/2001 | 30 | $3,574.26 | $596.75 | $2,977.51 | $65,222.71 | $36,632.38 |
| 14 | 08/16/2001 | 31 | $3,574.26 | $589.72 | $2,984.54 | $62,238.17 | $39,616.92 |
| 15 | 09/16/2001 | 31 | $3,574.26 | $562.74 | $3,011.52 | $59,226.65 | $42,628.44 |
| 16 | 10/16/2001 | 30 | $3,574.26 | $518.23 | $3,056.03 | $56,170.62 | $45,684.47 |
| 17 | 11/16/2001 | 31 | $3,574.26 | $507.88 | $3,066.38 | $53,104.24 | $48,750.85 |
| 18 | 12/16/2001 | 30 | $3,574.26 | $464.66 | $3,109.60 | $49,994.64 | $51,860.45 |
| 2001 | Totals: | | $42,891.12 | $7,399.49 | $35,491.63 | | |
| 19 | 01/16/2002 | 31 | $3,574.26 | $452.03 | $3,122.23 | $46,872.41 | $54,982.68 |
| 20 | 02/16/2002 | 31 | $3,574.26 | $423.80 | $3,150.46 | $43,721.95 | $58,133.14 |
| 21 | 03/16/2002 | 28 | $3,574.26 | $357.06 | $3,217.20 | $40,504.75 | $61,350.34 |
| 22 | 04/16/2002 | 31 | $3,574.26 | $366.23 | $3,208.03 | $37,296.72 | $64,558.37 |
| 23 | 05/16/2002 | 30 | $3,574.26 | $326.35 | $3,247.91 | $34,048.81 | $67,806.28 |
| 24 | 06/16/2002 | 31 | $3,574.26 | $307.86 | $3,266.40 | $30,782.41 | $71,072.68 |
| 25 | 07/16/2002 | 30 | $3,574.26 | $269.35 | $3,304.91 | $27,477.50 | $74,377.59 |
| 26 | 08/16/2002 | 31 | $3,574.26 | $248.44 | $3,325.82 | $24,151.68 | $77,703.41 |
| 27 | 09/16/2002 | 31 | $3,574.26 | $218.37 | $3,355.89 | $20,795.79 | $81,059.30 |
| 28 | 10/16/2002 | 30 | $3,574.26 | $181.96 | $3,392.30 | $17,403.49 | $84,451.60 |
| 29 | 11/16/2002 | 31 | $3,574.26 | $157.36 | $3,416.90 | $13,986.59 | $87,868.50 |
| 30 | 12/16/2002 | 30 | $3,574.26 | $122.38 | $3,451.88 | $10,534.71 | $91,320.38 |
| 2002 | Totals: | | $42,891.12 | $3,431.19 | $39,459.93 | | |
| 31 | 01/16/2003 | 31 | $3,574.26 | $95.25 | $3,479.01 | $7,055.70 | $94,799.39 |
| 32 | 02/16/2003 | 31 | $3,574.26 | $63.80 | $3,510.46 | $3,545.24 | $98,309.85 |
| 33 | 03/16/2003 | 28 | $3,574.26 | $28.95 | $3,545.31 | -$.07 | $101,855.16 |
| 2003 | Totals: | | $10,722.78 | $188.00 | $10,534.78 | | |
| | **Grand Totals:** | | **$117,950.58** | **$16,095.42** | **$101,855.16** | | |

*This amortization schedule is provided to you for your convenience. The amortization may include estimates based upon information provided by you. Actual terms of credit offered by us may vary from this amortization schedule. The outstanding balance shown above will vary from your actual outstanding balance owed to the Bank because of the timing of payments.*

EXHIBIT 6
__ page of 7

# Richton ank & Trust Company M ı Office

Funding Date June 16, 2000

| | | | |
|---|---|---|---|
| Today's Date | April 02, 2003 | Period Convention | Actual Day/360 |
| Funding Date | June 16, 2000 | Compounding Method | Actuarial |
| First Payment Date | March 31, 2003 | Input Rate Convention | Simple Rate |
| Loan Structure | Single Pay | Initial Input Rate | 10.356 |
| Number of Payments | 1 Payment | APR | 10.500 |

**COLLATERAL:**

**REPAYMENT PROVISIONS:**
Principal and interest are due and payable on March 31, 2003.

**PROCEEDS:**

| | | | | |
|---|---|---|---|---|
| *CASH TO BORROWER* | | $101,855.09 | | |
| | TOTAL PROCEEDS | | $101,855.09 | |
| | TOTAL FINANCED PREPAIDS | | $0.00 | |
| **INSURANCE:** NONE | | | | |
| **LOAN AMOUNT:** | | | $101,855.09 | |
| **AMOUNT FINANCED:** | | | | $101,855.09 |
| **INTEREST CHARGE:** | | | $32,815.72 | |
| **TOTAL FINANCE CHARGE:** | | | | $32,815.72 |
| **TOTAL OF PAYMENTS:** | | | | $134,670.81 |

Perdiem #32.24
perday

# Mississippi State Tax Commission

## Office of Audit & Compliance

## Taxpayer's Summary of Tax Audit

Taxpayer: Mills Jerry C

DBA: J C M Timber

| | |
|---|---|
| Date | 03/07/2003 |
| Tax Type: | (A) Sales |
| Account: | 021-70018-2 |
| Organization: | Sole Owner |
| Telephone: | 601-989-2563 |
| FAX: | 601-989-2563 |
| County: | Greene 21 |
| Lien County: | Greene 21 |
| TIN: | 42-8045499 |

| Mailing Address: | Physical Address: |
|---|---|
| 42190 Hwy 63 N | 52190 Hwy 63 N |
| Richton, MS 39470 | Richton, MS 39470 |

Audit Period: January 1, 2000 thru December 31, 2001

An examination of your records, made in accordance with Mississippi Law, indicates additional tax due. Demand for payment of this amount, as shown by the following computation, is hereby made:

| Sales Classifications | 12-12-00 | 12-12-01 | | | 24-12-01 |
|---|---|---|---|---|---|
| Contractor's Tax 3.50% | 93,692.00 | 27,614.00 | 0.00 | 0.00 | |
| Total Sales | 93,692.00 | 27,614.00 | 0.00 | 0.00 | |
| Tax Computations | | | | | |
| Tax at 3.50% | 3,279.00 | 966.00 | 0.00 | 0.00 | |
| Total Tax Due | 3,279.00 | 966.00 | 0.00 | 0.00 | |
| Disallowed Disc | 0.00 | 0.00 | 0.00 | 0.00 | |
| Excess Collections | 0.00 | 0.00 | 0.00 | 0.00 | |
| Discount Claimed | 0.00 | 0.00 | 0.00 | 0.00 | |
| Tax Credit | 0.00 | 0.00 | 0.00 | 0.00 | |
| Tax Paid to State | 0.00 | 0.00 | 0.00 | 0.00 | |
| Additional Tax Due | 3,279.00 | 966.00 | 0.00 | 0.00 | 4,245.00 |
| Penalty | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest (02/28/2003) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Assessment | 3,279.00 | 966.00 | 0.00 | 0.00 | 4,245.00 |

Auditor: JAMES J. MADISON 15-034

Collected: 0.00

Balance Due: 4,245.00

This audit has been performed using Mississippi Laws passed by the Mississippi Legislature, Regulations promulgated by the Commissioner, Administrative rulings and opinions and Decisions by the Courts that were applicable during the years of this audit period. Any future audits will be conducted on the then prevailing laws, regulations and decisions as then interpreted.

State Tax Commission, P.O. Box 1709, , Hattiesburg, MS 39403-1709, Phone: 601-545-1261



EXHIBIT 7

page of

**JAMES MADISON**
Tax Auditor

MISSISSIPPI STATE TAX COMMISSION

P.O. Box 1709
Hattiesburg, MS 39403

Phone: (601) 545-1261
Fax: (601) 584-4051

JERRY MILLS
RECAP OF DEPOSITS AND RECEIPTS

| RENT INCOME | 1999<br>4000<br>1999 INCOME LOGGING | 1001<br>DEPOSITS | LOANS | |
|---|---|---|---|---|
| JANUARY | $ 17,651.87 | $ 17,651.87 | | |
| FEBRUARY | $ 37,821.74 | $ 28,229.42 | $ (3,150.00) | |
| MARCH | $ 36,734.39 | $ 41,074.39 | $ (4,390.00) | |
| APRIL | $ 79,043.09 | $ 72,298.09 | | $ 72,298.09 |
| MAY | $ 44,928.37 | $ 44,778.37 | | |
| JUNE | $ 72,626.80 | $ 75,486.00 | $ (1,577.20) | $ 75,486.00 |
| JULY | $ 105,914.02 | $ 106,345.02 | | |
| AUGUST | $ 85,125.75 | $ 85,435.75 | | $ 85,435.75 |
| SEPTEMBER | $ 183,720.56 | $ 189,791.03 | $ (2,000.00) | |
| OCTOBER | $ 475,613.66 | $ 428,479.58 | | |
| NOVEMBER | $ 366,759.41 | $ 402,197.01 | $ 49,800.00 | |
| DECEMBER | $ 214,903.47 | $ 262,274.08 | $ 68,911.40 | |
| | $ 1,720,843.13 | $ 1,754,040.61 | $ 107,594.20 | $ 233,219.84 |
| | | 43010.99 | | |

| RENT INCOME | ACCT- 1002<br>4000<br>2000 INCOME LOGGING | ACCT 5002<br>0061-359-2<br>1001<br>DEPOSITS | LOANS | ACCT 5002<br>CONTRACT LABOR<br>W C PITTS |
|---|---|---|---|---|
| JANUARY | $ 190,759.26 | $ 212,300.05 | | |
| FEBRUARY | $ 141,427.50 | $ 142,875.35 | | |
| MARCH | $ 238,277.44 | $ 284,440.69 | | |
| APRIL | $ - | $ 184,624.57 | $ (26,586.00) | |
| MAY | $ 227,062.37 | $ 255,557.04 | | |
| JUNE | $ 213,628.51 | $ 209,117.51 | | |
| JULY | $ 136,374.21 | $ 245,967.11 | | **$ 92,092.09** |
| AUGUST | $ 166,157.04 | $ 166,157.03 | | |
| SEPTEMBER | $ 255,938.01 | $ 255,938.01 | | **$ 1,600.00** |
| OCTOBER | $ 314,020.91 | $ 371,322.79 | | |
| NOVEMBER | $ 179,455.71 | $ 179,455.71 | | |
| DECEMBER | $ 179,281.67 | $ 230,771.96 | | |
| | $ 2,242,382.63 | $ 2,738,527.82 | $ (26,586.00) | $ 93,692.09 |

| | |
|---|---|
| tax | $ 3,279.00 |
| penalty | $ 328.00 |
| interest | $ 984.00 |
| *total* | $ 4,591.00 |

JERRY MILLS
RECAP OF DEPOSITS AND RECEIPTS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1999 | | | | | | |
| RENT INCOME | | 4000 | | 1001 | | | | |
| 1999 | INCOME LOGGING | | DEPOSITS | | LOANS | | | |
| | | | | 48701.71 | | | | |
| | ACCT- 1002 | | ACCT 5002 | | | | | |
| | | | 0061-359-2 | | | | ACCT 5002 | |
| RENT INCOME | | 4000 | | 1001 | | | CONTRACT LABOR | |
| 2001 | INCOME LOGGING | | DEPOSITS | | OTHER | | W C PITTS | |
| JANUARY | $ | 163,010.13 | $ | 210,295.09 | $ | (38,498.16) | | |
| FEBRUARY | $ | 185,404.05 | $ | 247,404.05 | | | | |
| MARCH | $ | 130,056.15 | $ | 130,056.15 | | | | |
| APRIL | $ | 168,962.65 | $ | 291,958.65 | | | | |
| MAY | $ | 171,914.50 | $ | 176,234.58 | | | | |
| JUNE | $ | 201,008.57 | $ | 202,491.57 | | | | |
| JULY | $ | 152,176.19 | $ | 154,182.87 | | | | |
| AUGUST | $ | 295,211.99 | $ | 295,211.99 | | | **$** | **12,000.00** |
| SEPTEMBER | $ | 219,929.89 | $ | 226,429.89 | | | **$** | **15,614.42** |
| OCTOBER | $ | 415,778.95 | $ | 459,778.95 | | | | |
| NOVEMBER | $ | 286,334.16 | $ | 328,034.16 | | | | |
| DECEMBER | $ | 258,555.88 | $ | 291,624.67 | | | | |
| | $ | 2,648,341.11 | $ | 3,013,700.62 | $ | (38,498.16) | $ | 27,614.42 |
| | | | | | tax | | | 966 |
| | | | | | penalty | | | 97 |
| | | | | | interest | | | 174 |
| | | | | | total | | $ | 1,237.00 |

| | | | |
|---|---|---|---|
| Recap | | | |
| | 1999 | | 0 |
| | 2000 | $ | 4,591.00 |
| | 2001 | $ | 1,237.00 |
| Total | | $ | 5,828.00 |

United States Department of Agriculture
Forest Service
National Forest in Mississippi
100 West Capitol Street
Suite 1141
Jackson, MS 39269
601-965-4391

**File Code:** 2450

**Date:** July 29, 2004

JCM Timber Company
4219 Highway 63 North
Richton, MS 39476

Re: Contract #303599, Compartmnet 447,
Chickasawhay Ranger District

Dear Mr. Mills:

This letter is to inform you of your new termination date for the above contract as well as if any periodic payments are due and when. Your new termination date is **11/30/07**. Your Irrevocable Letter of Credit must be updated to expire one year beyond you're new termination date, which will be **11/30/08**.

Your Periodic Payments are as follows: Midpoint payment is due **1/26/06** in the amount of $101,700, and your additional payment is due **7/16/07** in the amount **$217, 900.00**.

Again, you are entitled to those out-of-pocket expenses specifically outlined in provision BT6.02 (c) of your contract. It does not include such items as attorney fees, lost profit, or other anticipatory losses. The procedure for submitting a claim is found in provision BT9.21.

Mr. Mills I have your original claim, if you want to submit a revised claim that's more in line with BT6.02 (c) you can, should you decide to do so, send it back to me ten calendar days after receiving this letter so I can get your claim processed as soon as possible. I gave you a copy of the Agreement to Modify your Contract (FS-2400-9) the same day you hand delivered it to my office.

Sincerely,

Lynn D. Corbitt

LYNN D. CORBITT
Contracting Officer

cc:
District Ranger, Chickasawhay
John Fuquay, FSR
Case File