**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JERRY C. MILLS, D/B/A/,<br>JCM TIMBER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-216C<br>(Judge Braden) |

DECLARATION OF ROBERT SMILEY

Robert Smiley makes the following declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am Sales and Silviculture Forester, Chickasawhay Ranger District, Desoto National Forest, Mississippi ("Chickasawhay") for the United States Department of Agriculture, Forest Service. I am also responsible for managing the timber sales program for the Chickasawhay. I am the current Forest Service representative for timber sale contract #303599 (the "JCM contract").

2. As a result of my positions with the Forest Service, I have personal knowledge of and am competent to testify to the matters set out in this Declaration.

3. The JCM contract does not provide for a purchaser credit for road construction. Instead, the costs of construction are incorporated into the bid rates.

4. Between July 7, 2003 and July 14, 2004, Jerry C. Mills, doing business as JCM Timber Company ("JCM") harvested no timber under the contract.

5. The contract at issue in this case is still pending, and JCM is able to harvest timber at the agreed modified rate under the contract.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 09, 2005.

Robert A. Smiley

Robert Smiley