United States Department of Agriculture | Forest Service | National Forests in Mississippi | 100 W. Capitol St., Suite 1141 Jackson, MS 39269

File Code: 2450/6570

Date: May 14, 2003

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Jerry Mills, Owner
JCM Timber
42190 Hwy 63 N
Richton, MS 39476

Dear Mr. Mills:

On February 25, 2003, your were sent a letter and bill for collection requesting payment of $35,600.00 for the balance of the down payment, interest, and administrative cost for Compartment 477 timber sale. Your payment was due upon receipt of the February 25 letter, but no later than March 29, 2003. This payment is now past due.

Payment of $35,743.67 is due the Forest Service upon receipt of this letter and enclosed Bill for Collection, but no later than June 13, 2003. This includes $35,600.00 downpayment, plus interest and adminstrative cost. Please make your payment by money order, bank draft, or check, payable to the Forest Service, USDA. Please mail your payment, along with the white copy of the enclosed bill for collection to Unit Collection Officer, Sheila Thomas.

Unless payment is received by the due date, we are required to assess interest, penalty, and administrative costs on the outstanding principal of this debt. If this bill is not paid in full by the due date, you will be charged interest at the Department of Treasury rate in effect on the date of the bill's issue or at the prompt payment rate, whichever is higher, calculated from the date of the bill's issue. Additionally, you will be charged an administrative cost amount to cover processing and handling the overdue debt. Finally, if this bill is not paid in full by 90 days after the due date, in addition to the interest and administrative costs, you will be charged a penalty of 6 percent per year on any principal amount overdue 90 days or more, calculated from the bill's due date.

The Debt Collection Improvement Act of 1996 requires federal agencies to refer debts outstanding in excess of 180 days to the U. S. Department of the Treasury (Treasury). The Forest Service operates under an agreement with Treasury whereby Treasury effects all collection on debts due the Forest Service that are 60 days delinquent. Please be advised, if you do not pay this debt or take one of the actions described below within 60 days of the date of this letter we will submit your debt to Treasury for further collection action, which may include:

1. Disclosing the debt to a consumer reporting agency and that you are responsible for this

past due debt,

2. Referring the debt to a private collection agency for further collection action,

3. Collecting by administrative offset, and/or

4. Referring the debt to the Department of Justice for civil litigation.

Interest, penalty, and administrative costs, including costs of this referral to Treasury will continue to be added to the debt.

Treasury will also enter this debt into the Treasury Offset Program (TOP), and will reduce or withhold any of your eligible federal payments by the amount of the debt. This process, known as "offset," is authorized by the Debt Collection Act of 1982 and the Debt Collection Improvement Act of 1996. Treasury is not required to further notify you before your payment is offset. Federal payment eligible for administrative offset include:

1. Income tax refunds,
2. Federal salary pay, including military pay,
3. Federal retirement, including military retirement pay,
4. Contractor/vendor payments,
5. Certain federal benefit payments, such as Social Security, Railroad Retirement (other than tier 2), and Black Lung (part B) benefits, and
6. Other federal payments, including certain loans, that are not exempt from administrative offset.

Before referring the debt to Treasury, we are required to notify you of your right to:

1. Inspect and copy our records related to this debt. You must pay for the copying costs,
2. Enter into a written agreement, which must be approved by the Forest Service, to pay the debt,
3. Request review of our determination that you owe the debt, and
4. A hearing if we determine that a hearing is required.

Please see Attachment A for additional information.

To avoid referral to Treasury, you must do one of the following by June 13, 2003.

1. PAY THE DEBT: To pay the debt, send a check or money order, payable to "USDA Forest Service" for the full amount owed to"

Unit Collection Officer,
Sheila Thomas
100 W. Capitol St 1141
Jackson, MS 39269

2. <u>AGREE TO A PAYMENT PLAN:</u> If you are unable to pay the debt in full, you must contact Randall Smith, Contracting Officer, enter into a written payment agreement acceptable to the Forest Service, and make payments in accordance with the agreement.

3. <u>REQUEST A REVIEW IF YOU BELIEVE THE DEBT IS NOT OWED:</u> If you believe all or part of the debt is not past due or legally enforceable, you must send evidence to support your position to the above address, Attn: Randall Smith, Contracting Officer. We will inform you of our decision regarding the debt.

If you have filed for bankruptcy you are not subject to administrative offset if an automatic bankruptcy stay is in effect. Please notify us of the stay by sending evidence concerning the bankruptcy.

If you make or provide any knowingly false or frivolous statements, representations, or evidence, you may be liable for penalties under the False Claims Act (31 U.S.C. 3729-3731), or other applicable statutes, and/or criminal penalties under 18 U.S.C. 286, 287, 1001, and 1002, or other applicable statutes.

Unless prohibited by law or contract, we will promptly refund to you any amounts paid by you or deducted from your payment for the debt which are later waived or found not owed to the United States.

If you have any questions about this letter or your rights, you should contact Randall Smith, immediately.

Sincerely,

Debra B. Sheriff
FINANCIAL MANAGER

Enclosures

## ATTACHMENT A

IF YOU FILE A JOINT INCOME TAX RETURN: If you file a joint income tax return, you should contact the Internal Revenue Service before filing your return regarding the steps to take to protect the share of the income tax refund which may be payable to your spouse, who is not a delinquent debtor to the United States.

IF YOU ARE A FEDERAL EMPLOYEE: Your current net disposable pay is subject to salary offset if you do not pay the debt or take other action described above. Under the TOP, Treasury will deduct up to 15% of your disposable net pay (enter specific amount if known) beginning in the pay period the debt is submitted to TOP (specify pay period, if known), and continuing every pay period until the debt, including interest, administrative costs, and penalty charges, is paid in full.

If you wish to petition for a waiver or hearing to dispute the existence or amount of the debt, or the amount of the payroll deduction, you must file a written request for a hearing no later than 30 days from the date of this letter. The timely filing of a petition for hearing will stay the commencement of salary offset proceedings. A final decision on the hearing (if one is requested) will be issued no later than 60 days after the filing of a petition requesting the hearing, unless extended by the hearing official.

*If you make or provide any knowingly false or frivolous statements, representations, or evidence, in addition to other penalties, you may be subject to disciplinary actions.*

USDA FOREST SERVICE
BILL FOR COLLECTION

1. BILL DATE: 05/14/03 PAGE: 1

ENCLOSE A COPY OF THIS BILL WITH YOUR CHECK OR MONEY ORDER. DO NOT SEND CASH. PLEASE INCLUDE BILL NO. AND PAYER CODE NO. ON YOUR CHECK.
MAKE CHECK PAYABLE TO:
USDA FOREST SERVICE

MAIL PAYMENT TO:
USDA FOREST SERVICE
FILE 71652
P.O. BOX 60000
SAN FRANCISCO, CA 94160-1652

TO:

JCM TIMBER CO.
42120 HWY 63N

RICHTON MS 39476

PAYER INDICATE AMOUNT ENCLOSED: $____________

2. NET AMOUNT DUE: $ 35,743.67

3. DUE DATE: 03/29/03

4. BILL NUMBER: TM 08075030017

5. PAYER CODE: 428045490 A

6. AGREEMENT NO: CONTRACT NO: 080705303599

7. DESCRIPTION: 080705303599

8. REMARKS:
RE: PAYER CODE: 428045490 A BILL NO: TM 08075030017

| | | |
|---|---|---|
| 9. PRINCIPAL: | $ | 35,600.00 |
| 10. INTEREST: | $ | 118.67 |
| 11. ADMINISTRATIVE COSTS: | $ | 25.00 |
| 12. PENALTY: | | |
| 13. AMOUNT DUE: | $ | 35,743.67 |
| 14. AMOUNT CREDITED: | | |
| 15. NET AMOUNT DUE: | $ | 35,743.67 |

NOTE:
PLEASE SEND ALL CORRESPONDENCE, INQUIRIES, AND CHANGE OF ADDRESS TO:

USDA FOREST SERVICE
100 W CAPITOL ST
SUITE 1141, B&F
JACKSON MS 39269

FAILURE TO MAKE PAYMENT BY THE DUE DATE WILL RESULT IN THE ASSESSMENT OF LATE PAYMENT CHARGES (INTEREST, ADMINISTRATIVE COST, AND/OR PENALTY CHARGES) IN ACCORDANCE WITH YOUR CONTRACT, PERMIT, OR THE DEBT COLLECTION ACT OF 1982, AS AMENDED. POSTMARKS ARE NOT HONORED.

BALANCE OF DOWNPAYMENT PER CONTRACTING OFFICER'S LETTER
SHEILA THOMAS RESOURCE ASSISTANT
PREVIOUS LAWSUIT SALE

| 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0807 | 67023203 | $ 35,600.00 | 1300 | | $ 118.67 | 1300 | | $ 25.00 |