**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**JERRY C. MILLS, D/B/A**
**JCM TIMBER COMPANY,**

**Plaintiff,**

**vs.** **No. 05-216C**
**(Judge Braden)**

**THE UNITED STATES,**

**Defendant**

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

COMES NOW, Plaintiff, JERRY C. MILLS, D/B/A JCM TIMBER COMPANY, and files this, his Unopposed Motion for Enlargement of Time, pursuant to Rule 6 (b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), and in support thereof, would show unto the Court the following:

I.

Defendant filed its Motion for Summary Judgment, et al, on June 10, 2005, and Plaintiff's Response to said Motion was due on or about July 8, 2005. However, due to Plaintiff's excusable neglect, said Response has not yet been filed in this Court.

II.

Plaintiff submits that an enlargement of time of forty (40) days up to and including August 18, 2005, is needed for an adequate response to be filed, due to the fact that a large number of briefs and detailed motions are due from Plaintiff's counsel in other matters during the month of July and into August.

III.

Plaintiff further represents to the Court that he has discussed this present motion with Defendant's counsel, and Defendant's counsel has agreed to this enlargement of time.

WHEREFORE PREMISES CONSIDERED, Plaintiff requests that the Court grant this Motion for Enlargement of Time of forty (40) days, up to and including August 18, 2005, for Plaintiff to file his Response to Defendant's Motion as referenced herein.

RESPECTFULLY SUBMITTED, this the 28th day of July, 2005.

Plaintiff, JERRY C. MILLS, D/B/A
JCM TIMBER COMPANY

S// AL SHIYOU
AL SHIYOU
Attorney for Plaintiff

AL SHIYOU
ATTORNEY-AT-LAW
P. O. BOX 310
HATTIESBURG, MS 39403
(601) 583-6040
MSB NO. 6760

**CERTIFICATE OF SERVICE**

I, Al Shiyou, Attorney for the Plaintiff, do hereby certify that I have this day electronically filed the forgoing with the Clerk of this Court using the ECF system which sent notification of such filing to the following:

Hon. Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530

Attorney for Defendant, United States

This the 28th day of July, 2005.

S// AL SHIYOU
AL SHIYOU