# In the United States Court of Federal Claims

No. 05-216C
Filed August 2, 2005

************************************
JERRY C. MILLS d/b/a JCM TIMBER COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

## ORDER

Plaintiff's Unopposed Motion for Enlargement of Time, filed July 28, 2005, is **GRANTED**. Accordingly, plaintiff's response to defendant's motion for summary judgment is now due on or before August 18, 2005.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge