United States Department of Agriculture | Forest Service | National Forests In Mississippi | 100 W. Capitol St., Suite 1141 Jackson, MS 39269 601/965-4391/TTY601/965-6038

File Code: 2450
Date: June 3, 2003

Jerry Mills
JCM Timber
42190 Hwy 63 N
Richton, MS 39476

EXHIBIT "1"
1st page of 9

Re: Rate Re-determination, Contract #304449
Compartment 465, Chickasawhay Ranger District

As discussed in our phone conversation last Thursday, May 29, 2003, now that I have approval from our office in Washington D.C., I will soon be preparing an appraisal for this contract using standard FS procedures. The purpose will be to determine proposed new contract rates for the remaining timber.

You will also have an opportunity to submit to me a request for any out-of-pocket expenses you incurred during the period of the suspension. Out-of-pocket expenses are un-recovered costs resulting from the interruption of operations. Contract provision CT6.02 (*Interruption or Delay of Operations*) specifies in section "c" which costs the Forest Service will reimburse; section "d" includes a list of expenses that cannot be reimbursed. The approved expenses will be divided by the remaining contract volume to establish a unit rate, and this amount will be deducted from the revised contract rates. In other words, if approved out-of-pocket expenses come to $10,000, and there is 5,000 ccf of pine sawtimber remaining, the pine sawtimber contract rate will be reduced by $2.00 per ccf ($10,000 divided by 5,000 ccf).

If we come to an agreement in these two matters, I will prepare an Agreement to Modify the Contract to formally establish the new rates. This Agreement would include a stipulation that you would relinquish any future claims pertaining to this particular situation.

Please feel free to call me to discuss this matter at the number shown above.

Sincerely,

Randall Smith

RANDALL W. SMITH
Contracting Officer

Cc: District Ranger, Chickasawhay; FSR, J. Fuquay; Case File

EXHIBIT "2"
2nd page of 9

SHIYOU LAW FIRM
ATTORNEYS AND COUNSELORS AT LAW

AL SHIYOU

June 18, 2003

Mr. Randall W. Smith
Contracting Officer
United States Department of Agriculture
Forest Service
100 West Capitol Street, Ste. 1141
Jackson, Mississippi 39269

**RE: Claimant: Jerry Mills, D/B/A JCM Timber**
**Claim: Contract# 303599**

Dear Mr. Smith:

As you are aware, this firm represents the referenced.

In response to your letters of June 3, 2003 and June 11, 2003 to Mr. Mills, Mr. Mills desires to have you continue to redetermine the contract rate for the remaining timber. Upon completion of the redetermination, Mr. Mills is prepared to pay the contract down payment, if the redetermined rates are acceptable.

On April 16, 2003, I mailed a letter to you on behalf of Mr. Mills which sets forth his claim for expenses. Mr. Mills stands by the expenses set forth in the April 16, 2003 letter. Mr. Mills is in agreement with receiving credit for his expenses, if the redetermined contract rate is agreeable. Thus, upon the redetermination, Mr. Mills will be in a better position to reach an agreement relative to his expenses.

Please advise both Mr. Mills and me of your position. Thank you for your consideration.

Sincerely,

Al Shiyou

CC: Mr. Jerry Mills

POST OFFICE BOX 310 HATTIESBURG, MISSISSIPPI 39403
PHONE 601-583-6040

United States Department of Agriculture | Forest Service | National Forests In Mississippi | 100 W. Capitol St., Suite 1141
Jackson, MS 39269
601/965-4391/TTY601/965-6038

File Code: 2450
Date: July 7, 2003

EXHIBIT "3"
3rd page of 9

Jerry Mills
JCM Timber
4219 Highway 63 N
Richton, MS 39476

Re: Claim Settlement, Contract #303599
Compartment 447, Chickasawhay Ranger District

Processing this claim will take longer than expected. I am making every effort to resolve it as quickly as possible, but will require more time. To allow for any unforeseen delays, I estimate it will take no longer than 90 days from this date.

The appraisal part is completed. The contract rates, if all parties accept a settlement, will be revised to $92.04 for pine sawtimber, $31.62 for hardwood sawtimber, $9.41 for pine roundwood, and $3.96 for hardwood roundwood. And contrary to my earlier letter, any approved out-of-pocket expenses will be paid in cash; they will not be pro-rated and subtracted from the contract rates.

I will next review your claim for out-of-pocket expenses to determine which are permitted by the contract. However, if you decide that the proposed revised contract rates shown above are not acceptable to you, please let me know. Feel free to call if you have any questions.

Sincerely,

Randall Smith

RANDALL W. SMITH
Contracting Officer

cc: District Ranger, Chicksasawhay RD, FSR, J.Fuquay, Resources, TSA, Case File

Shiyou Law Firm, PO Box 310, Hattiesburg, MS 39403