**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JERRY C. MILLS, D/B/A/, JCM TIMBER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-216C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 15 calendar days, to and including September 21, 2005, in which to reply to plaintiff's opposition. Defendant's response is presently due September 6, 2005. This is defendant's first request for an enlargement of this deadline. Counsel for the United States has attempted, but been unable, to confer with plaintiff's counsel.[1]

The additional time is required for Government counsel to adequately prepare and file the Government's reply to plaintiff's opposition. Government counsel is handling several other matters before this Court which have deadlines in early September (Asia Pacific v. United States, Fed. Cl. No, 05-711, bid protest hearings on the merits and relief, re-scheduled for September 8-9, 2005; Arakaki v. United States, Fed. Cl. No. 03-1874, previously scheduled depositions August 31-September 2, September 14-15, September 19-20 2005, Anderson v.

[1] Counsel for the United States has made numerous telephone calls to plaintiff's counsel over the past week, but has been unable to reach either plaintiff's counsel or his voice mail system. Plaintiff's counsel is located in Hattiesburg, Mississippi, and may have been effected by Hurricane Katrina.

United States, Fed. Cl. No. 03-3671, conference regarding motion to dismiss/summary judgment).

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
steven.mager@usdoj.gov

September 2, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of September, 2005, a copy of the foregoing Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice