# In the United States Court of Federal Claims

No. 05-216C
Filed September 8, 2005

************************************
JERRY C. MILLS d/b/a JCM TIMBER COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

**ORDER**

The Government's Motion for Enlargement of Time, filed September 2, 2005, is **GRANTED**. Accordingly, the Government's response to plaintiff's opposition is now due on or before September 21, 2005.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge